**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**
_____

Appeal Docket No. 15-14646-DD
_____

**TONI FOUDY AND SHAUN FOUDY,**
*Plaintiffs-Appellants*,

v.

**INDIAN RIVER COUNTY SHERIFF'S OFFICE,
SHERIFF DERYL LOAR, in his official capacity as the sheriff
of the Indian River County Sheriff's Office and in his individual
capacity, et al.,**
*Defendants-Appellees.*

_____
On Appeal from the
United States District Court for the Southern District of Florida
Case Nos. 2:14-CV-14316
_____

Appeal Docket No. 15-14646-DD
_____

**TONI FOUDY AND SHAUN FOUDY,**
*Plaintiffs-Appellants*,

v.

**CITY OF PORT ST. LUCIE, RICHARD S. GIACCONE, et al.,**
*Defendants-Appellees.*
_____

On Appeal from the
United States District Court for the Southern District of Florida
Case No. 14-14318 (Rosenberg)

_____

Appeal Docket No. 15-15015-DD

_____

## TONI FOUDY AND SHAUN FOUDY,
*Plaintiffs-Appellants*,

v.

## CITY OF FORT PIERCE, POLICEMAN JASON BRAUN, et al.,
*Defendants-Appellees*.

_____

On Appeal from the
United States District Court for the Southern District of Florida
Case No. 14-14324 (Rosenberg)

_____

## PLAINTIFFS-APPELLANTS APPENDIX
_____

Sherri K. DeWitt
DeWitt Law Firm, P.A.
37 North Orange Avenue
Suite 840
Orlando, FL 32801

Jonathan A. Strauss (#0279602)
Sonia Miller-Van Oort (#278087)
Lorenz F. Fett (#196769)
Sapientia Law Group, PLLC
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Telephone: 612.756.7100
Email: jons@sapientialaw.com
Email: soniamv@sapientialaw.com
Email: larryf@sapientialaw.com

*Attorneys for Plaintiffs-Appellants*

# <u>TABLE OF CONTENTS</u>

| <u>Docket/Tab #</u> | <u>Document Description</u> | <u>Appendix Page No.</u> |
|---|---|---|
| A | *Foudy v. Port St. Lucie* Docket (Case No. 2:14-cv-14318-RLR) | ---- |
| B | *Foudy v. Indian River County Sheriff's Office* Docket (Case No. 2:14-cv-14316-RLR) | ---- |
| C | *Foudy v. City of Fort Pierce* Docket (Case No. 2:14-cv-14324-RLR) | ---- |
| D | *Foudy v. Saint Lucie County Sheriff's Office, et al.*- Initial Complaint (Case No. 2:12-cv-14462-JEM) | A1 |
| E | Plaintiffs' Second Amended Complaint (Case No. 2:12-cv-14462-JEM) | A64 |
| F | 8/01/14 Order Severing Plaintiffs' Action | A178 |

**Severed *Foudy v. Port St. Lucie* – District Court**

| | | |
|---|---|---|
| 1 | Complaint (Port St. Lucie) | A189 |
| 20 | 1/16/15 Paperless Order Dismissing Plaintiffs' Complaint without Prejudice  (Port St. Lucie) | A241 |
| 21 | 2/02/15 Paperless Order Closing Case (Port St. Lucie) | A242 |
| 23 | Plaintiffs' Motion to Reopen Case (Port St. Lucie) | A243 |
| 24 | 2/03/15 Order Denying Plaintiffs' Motion to Reopen Case Without Prejudice | A308 |
| 28 | 6/11/15 Paperless Order Granting Plaintiffs' Motion to Reopen Case (Port St. Lucie) | A309 |
| 29 | Plaintiffs' Amended Complaint (Port St. Lucie) | A310 |
| 47 | 7/28/15 Order Granting In Part and Denying in Part Defendants' Motion to Dismiss  (Port St. Lucie) | A361 |
| 50 | 8/10/15 Paperless Order of Dismissal of Defendants Not Served (Port St. Lucie) | A374 |

| 63 | 9/09/15 Order Granting Defendants' Motion to Dismiss (Port St. Lucie) | A375 |
| 64 | 9/17/15 Final Judgment In Favor of Defendants (Port St. Lucie) | A382 |
| 68 | Notice of Appeal (Port St. Lucie) | A383 |

**Severed – *Foudy v. Indian River County Sheriff's Office* – District Court**

| 1 | Complaint (Indian River County Sheriff's Office) | A385 |
| 23 | 1-16-15 Paperless Order Dismissing Plaintiffs' Complaint Without Prejudice (Indian River County Sheriff's Office) | A447 |
| 26 | 2-02-15 Paperless Order Denying Without Prejudice Motion for Extension of Time (Indian River County Sheriff's Office) | A448 |
| 27 | 2-02-15  Paperless Order Closing Case (Indian River County Sheriff's Office) | A449 |
| 30 | 2/03/15 Paperless Order Denying Plaintiffs' Motion to Reopen Case Without Prejudice (Indian River County Sheriff's Office) | A450 |
| 37 | 6/03/15 Paperless Order Granting Plaintiffs' Motion to Reopen Case (Indian River County Sheriff's Office) | A451 |
| 38 | 6/09/15 Order Administratively Closing Case (Indian River County Sheriff's Office) | A452 |
| 40 | 6/23/15 Paperless Order Granting Plaintiffs' Motion to Reopen Case (Indian River County Sheriff's Office) | A453 |
| 41 | Plaintiffs' Amended Complaint (Indian River County Sheriff's Office) | A454 |
| 59 | 7/27/15 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (Indian River County Sheriff's Office) | A525 |
| 66 | 8/10/15 Paperless Order of Dismissal of unserved Defendants (Indian River County Sheriff's Office) | A540 |
| 86 | 9/09/15 Order Granting Defendants' Motion to Dismiss (Indian River County Sheriff's Office) | A541 |

| | | |
|---|---|---|
| 87 | 9/17/15 Final Judgment in Favor of Defendants (Indian River County Sheriff's Office) | A548 |
| 88 | Notice of Appeal (Indian River County Sheriff's Office) | A549 |

**Severed – *Foudy v. City of Fort Pierce* – District Court**

| | | |
|---|---|---|
| 1 | Complaint (City of Fort Pierce) | A551 |
| 11 | 1/16/15 Paperless Order Dismissing Plaintiff's Complaint Without Prejudice (City of Fort Pierce) | A600 |
| 12 | 2/02/15 Paperless Order Closing Case (City of Fort Pierce) | A601 |
| 16 | 02/03/15 Paperless Order Denying Plaintiffs' Motion to Reopen Without Prejudice (City of Fort Pierce) | A602 |
| 21 | 6/19/15 Paperless Order Granting Plaintiffs' Motion to Reopen Case (City of Fort Pierce) | A603 |
| 22 | Plaintiffs' Amended Complaint (City of Fort Pierce) | A604 |
| 33 | 7/28/15 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (City of Fort Pierce) | A646 |
| 36 | Answer to Amended Complaint by Defendant Jason Braun (City of Fort Pierce) | A659 |
| 37 | Answer to Amended Complaint by Defendant, City of Fort Pierce (City of Fort Pierce) | A663 |
| 48 | 9/09/15 Order Granting Defendants' Motion to Dismiss (City of Fort Pierce) | A668 |
| 49 | 9/17/15 Final Judgment in Favor of Defendants (City of Fort Pierce) | A674 |
| 51 | Notice of Appeal(City of Fort Pierce) | A675 |
| G | Certificate of Service | |

# TAB A

APPEAL,CLOSED,FJL,MEDIATION,MEDREQ

# U.S. District Court
## Southern District of Florida (Ft Pierce)
## CIVIL DOCKET FOR CASE #: 2:14-cv-14318-RLR

Foudy et al v. Port St. Lucie et al

Assigned to: Judge Robin L. Rosenberg

Referred to: Magistrate Judge Frank J. Lynch, Jr

Case in other court: USCA, 15-14659-F

Cause: Civil Miscellaneous Case

Date Filed: 08/15/2014

Date Terminated: 09/09/2015

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Shaun Foudy**                          represented by  **Sherri Kandel Dewitt**
DeWitt Law Firm, P.A.
37 North Orange Ave., Suite 840
Orlando, FL 32801
4072457723
Fax: 4076501928
Email: skd@dewittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Miller-Van Oort**
Sapientia Law Group
12 S Sixth Street
Suite 1242
Minneapolis, MN 55402
612-756-7125
Email: soniamv@sapientialaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Anthony Malatesta**
DeWitt Law Firm
37 N. Orange Avenue
Suite 840
Orlando, FL 32801
(407) 245-7723
Fax: (407) 650-1928
Email: david@dewittlaw.com
*ATTORNEY TO BE NOTICED*

**Mirta Desir**
Desir & Associates, P.C.
P.O. Box 1052

West Palm Beach, FL 33402
305.982.7598
Fax: 305-397-1413
Email: mdesir@desirlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Foudy**                              represented by   **Sherri Kandel Dewitt**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sonia Miller-Van Oort**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David Anthony Malatesta**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Mirta Desir**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Port St. Lucie**                  represented by   **Allen Coleman Sang**
                                                            1850 Lee Road
                                                            Winter Park, FL 32789
                                                            407-622-7888
                                                            Fax: 622-7890
                                                            Email: acs@carmanbeauchamp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Richard S Giaccone**                      represented by   **Allen Coleman Sang**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Camara**                            represented by   **Allen Coleman Sang**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meyer Ghobrial**
*TERMINATED: 08/11/2015*

represented by **Allen Coleman Sang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Ryan Connor**

represented by **Allen Coleman Sang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William van der Slike**
*TERMINATED: 08/11/2015*

represented by **Allen Coleman Sang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane and John Does (1-10)**

represented by **Allen Coleman Sang**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2014 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-6996831, filed by Toni Foudy, Shaun Foudy. (Attachments: # 1 Civil Cover Sheet)(Desir, Mirta) (Entered: 08/15/2014) |
| 08/15/2014 | 2 | Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Frank J. Lynch, Jr (jc) (Entered: 08/15/2014) |
| 09/25/2014 | 3 | ORDER Setting Calendar Call and Trial Date and Order Of Reference To United States Magistrate For Scheduling Matters and Pretrial discovery Matters ( Jury Trial set for 10/13/2015 09:00 AM in West Palm Beach Division before Judge Robin L. Rosenberg., Calendar Call set for 10/7/2015 09:00 AM before Judge Robin L. Rosenberg.), ORDER REFERRING CASE to Magistrate Judge Frank L Lynch for Discovery Matters and Scheduling Conference Signed by Judge Robin L. Rosenberg on 9/25/2014. (cqs) (Entered: 09/25/2014) |
| 12/10/2014 | 4 | NOTICE by Shaun Foudy, Toni Foudy (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Desir, Mirta) (Entered: 12/10/2014) |
| 12/10/2014 | 5 | NOTICE of Filing Proposed Summons(es) by Shaun Foudy, Toni Foudy re 1 Complaint filed by Shaun Foudy, Toni Foudy (Attachments: # 1 Summon(s) City of PSL, # 2 Summon(s) Camara, # 3 Summon(s) Ghobrial, # 4 Summon(s) |

| | | Giaccone, # 5 Summon(s) van der Slike, # 6 Summon(s) connor, # 7 Summon(s) Jane and John Does) (Desir, Mirta) (Entered: 12/10/2014) |
|---|---|---|
| 12/11/2014 | 6 | Summons Issued as to City of Port St. Lucie. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 7 | Summons Issued as to Steve Camara. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 8 | Summons Issued as to Meyer Ghobrial. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 9 | Summons Issued as to Richard S Giaccone. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 10 | Summons Issued as to William van der Slike. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 11 | Summons Issued as to Michael Ryan Connor. (cqs) (Entered: 12/11/2014) |
| 12/11/2014 | 12 | Summons Issued as to Jane and John Does (1-10). (cqs) (Entered: 12/11/2014) |
| 12/23/2014 | 13 | Defendant's MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. Attorney Allen Coleman Sang added to party Steve Camara(pty:dft), Attorney Allen Coleman Sang added to party City of Port St. Lucie(pty:dft), Attorney Allen Coleman Sang added to party Michael Ryan Connor(pty:dft), Attorney Allen Coleman Sang added to party Meyer Ghobrial(pty:dft), Attorney Allen Coleman Sang added to party Richard S Giaccone(pty:dft), Attorney Allen Coleman Sang added to party William van der Slike(pty:dft). Responses due by 1/9/2015 (Sang, Allen) (Entered: 12/23/2014) |
| 12/23/2014 | 14 | ORDER Setting Telephonic Scheduling conference and Order Requiring Joint Scheduling Report: Telephonic Scheduling Conference set for 1/9/2015 02:10 PM before Magistrate Judge Frank J. Lynch Jr.. -Joint Scheduling Report due by 1/7/2015 Signed by Magistrate Judge Frank J. Lynch, Jr on 12/23/2014. (cqs) (Entered: 12/23/2014) |
| 01/07/2015 | 15 | SCHEDULING REPORT - **Rule 16.1** by Shaun Foudy, Toni Foudy (Desir, Mirta) (Entered: 01/07/2015) |
| 01/09/2015 | 16 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 13 Defendant's MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Shaun Foudy, Toni Foudy. (Desir, Mirta) (Entered: 01/09/2015) |
| 01/09/2015 | 17 | Minute Entry for proceedings held before Magistrate Judge Frank J. Lynch, Jr: Scheduling Conference held on 1/9/2015. Pretrial Scheduling Order to issue. (Digital 151342.) (cga) (Entered: 01/09/2015) |
| 01/09/2015 | 18 | ORDER granting 16 Motion for Extension of Time to File Response to Motion. Responses due by 1/16/2015 Signed by Judge Robin L. Rosenberg on 1/9/2015. (cqs) (Entered: 01/09/2015) |
| 01/12/2015 | 19 | ORDER Setting Pre-Trial Schedule and Order Referring Case To Mediation: ( Discovery due by 7/24/2015., Expert Discovery due by 7/24/2015., Dispositive Motions due by 8/14/2015., Pretrial Stipulation due by 10/5/2015.), ORDER REFERRING CASE to Mediation. Signed by Magistrate Judge Frank J. Lynch, Jr on 1/9/2015. (cqs) (Entered: 01/12/2015) |

| 01/16/2015 | 20 | PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This cause comes before the Court upon a sua sponte review of the record. The Court is aware of the history of this case. More specifically, the Court is aware that this case originated before Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D. Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be severed. The Court has reviewed Judge Martinez's order severing Plaintiffs' action at docket entry 211 in that case and finds his decision to be well reasoned and correct. Accordingly, the Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not clearly demonstrate that Defendants' conduct arose out of the same transaction or series of transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the Defendants in this case will have factually distinct defenses. The numerosity of Defendants in this case may also make for a burdensome discovery process. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to a fair trial and judicial economy are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against multiple defendants, how the conduct of the Defendants constituted the same transaction for the purposes of joinder. The Court shall apply the same reasoning here. Accordingly, Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how the alleged conduct of each Defendant arises out of the same transaction or is otherwise permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the aforementioned deadline, the Court may close this case. All pending motions are DENIED AS MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) (Entered: 01/16/2015) |
| 02/02/2015 | 21 | PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior Order 20 . All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion should include an explanation for Plaintiff's failure to comply with the orders of this Court and must also include, as an attachment, an amended complaint that complies with the Court's January 16, 2015 Order 20 . Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 02/02/2015) |
| 02/02/2015 | 22 | NOTICE of Attorney Appearance by Sherri Kandel Dewitt on behalf of Shaun Foudy, Toni Foudy. Attorney Sherri Kandel Dewitt added to party Shaun Foudy (pty:pla), Attorney Sherri Kandel Dewitt added to party Toni Foudy(pty:pla). (Dewitt, Sherri) (Entered: 02/02/2015) |

| 02/02/2015 | 23 | MOTION to Reopen Case by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/02/2015) |
|---|---|---|
| 02/03/2015 | 24 | PAPERLESS ORDER denying Motion to Reopen 23 without prejudice. The Court's January 16th Order required Plaintiff to clearly show "how the conduct of the Defendants constituted the same transaction for the purposes of joinder." The Order also discussed Judge Martinez's prior order in this case, adopted Judge Martinez's reasoning, and discussed how "merely similar" transactions are insufficient to satisfy the permissive joinder requirements of Rule 20 under such cases as Bass v. Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from Plaintiff's Motion and amended complaint is a responsive section that addresses the specifics of the Court's Order. Plaintiff may refile an amended complaint in a new motion to reopen that responds to the concerns noted in the Court's January 16th Order, or alternatively, Plaintiff may file a new motion to reopen that directs the Court's attention to specific paragraphs in Plaintiff's fifty-page complaint address the Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015. (bkd) (Entered: 02/03/2015) |
| 02/18/2015 | 25 | Second MOTION to Reopen Case *with attached Amended Complaint* by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/18/2015) |
| 02/20/2015 | 26 | PAPERLESS ORDER requiring Defendants to file a Response to Plaintiff's Motion to Reopen within ten (10) days of the date of rendition of this Order. After the Motion is briefed, the Court will rule on the matter of severance and, at that time, the Court will issue any necessary orders to re-open this case. Signed by Judge Robin L. Rosenberg on 2/20/2015. (bkd) (Entered: 02/20/2015) |
| 02/23/2015 | 27 | RESPONSE to Motion re 25 Second MOTION to Reopen Case *with attached Amended Complaint , and Incorporated Memorandum of Law Pursuant To This Court's Order (DE 26)* filed by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. Replies due by 3/5/2015. (Sang, Allen) (Entered: 02/23/2015) |
| 06/11/2015 | 28 | PAPERLESS ORDER granting 25 Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case no later than Monday, June 15, 2015. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/11/2015. (nkl) (Entered: 06/11/2015) |
| 06/15/2015 | 29 | Plaintiff's AMENDED COMPLAINT against All Defendants, filed by Toni Foudy, Shaun Foudy. (Attachments: # 1 Exhibit Exhibit 1 to Plaintiff's Amended Complaint, # 2 Exhibit Exhibit 2 to Plaintiff's Amended Complaint, # |

| | | |
|---|---|---|
| | | 3 Exhibit Exhibit 3 to Plaintiff's Amended Complaint)(Dewitt, Sherri) (Entered: 06/15/2015) |
| 06/16/2015 | 30 | MOTION for clarification 19 Scheduling Order, Order Referring Case to Mediation,, by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. Responses due by 7/6/2015 (Sang, Allen) (Entered: 06/16/2015) |
| 06/16/2015 | 31 | MOTION to Dismiss 29 Amended Complaint, *and Incorporated Memorandum of Law* by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. Responses due by 7/6/2015 (Sang, Allen) (Entered: 06/16/2015) |
| 06/17/2015 | 32 | PAPERLESS ORDER granting 30 Defendants' Motion for Clarification. The Court will not adhere to the 19 Order Setting Pre-Trial Schedule entered on January 12, 2015. By separate Order, the Court will set new dates for calendar call and trial, and will refer scheduling matters to the magistrate judge. Signed by Judge Robin L. Rosenberg on 6/17/2015. (nkl) (Entered: 06/17/2015) |
| 06/18/2015 | 33 | ORDER Setting Calendar Call and Trial Date, and Order Of Reference To United States Magistrate For Scheduling Matters and Pretrial Discovery Matters: ( Jury Trial set for 4/11/2016 09:00 AM in Fort Pierce Division before Judge Robin L. Rosenberg., Calendar Call set for 4/6/2016 09:00 AM before Judge Robin L. Rosenberg.), ORDER REFERRING CASE to Magistrate Judge Frank J Lynch for Scheduling Conference and Discovery Matters Signed by Judge Robin L. Rosenberg on 5/22/2015. (cqs) (Entered: 06/18/2015) |
| 06/18/2015 | 34 | ORDER Setting Telephonic Scheduling Conference and Order Requiring New Joint Scheduling Report: Scheduling Conference set for 7/31/2015 02:20 PM before Ch. Magistrate Judge Frank J. Lynch Jr.. -Joint Scheduling Report due by 7/29/2015 Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 6/18/2015. (cqs) (Entered: 06/18/2015) |
| 06/25/2015 | 35 | ORDER Setting Status Conference: Status Conference set for 7/8/2015 10:30 AM in Fort Pierce Division before Judge Robin L. Rosenberg. Signed by Judge Robin L. Rosenberg on 6/25/2015. (cqs) (Entered: 06/25/2015) |
| 06/30/2015 | 36 | NOTICE by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike re 35 Order Setting Status Conference *Notice of Telephonic Appearance* (Sang, Allen) (Entered: 06/30/2015) |
| 07/01/2015 | 37 | Certificate of Interested Parties/Corporate Disclosure Statement by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, Jane and John Does (1-10), William van der Slike (Sang, Allen) (Entered: 07/01/2015) |
| 07/06/2015 | 38 | RESPONSE to Motion re 31 MOTION to Dismiss 29 Amended Complaint, *and Incorporated Memorandum of Law* filed by Shaun Foudy, Toni Foudy. Replies due by 7/16/2015. (Attachments: # 1 Exhibit Exhibit A to Plaintiffs' Response to Defendants' Motion to Dimiss)(Dewitt, Sherri) (Entered: 07/06/2015) |
| 07/06/2015 | 39 | |

| | | |
|---|---|---|
| | | NOTICE by Shaun Foudy, Toni Foudy *Telephonic Appearance*. Attorney David Anthony Malatesta added to party Shaun Foudy(pty:pla), Attorney David Anthony Malatesta added to party Toni Foudy(pty:pla). (Malatesta, David) (Entered: 07/06/2015) |
| 07/08/2015 | 40 | PAPERLESS MINUTE ENTRY for proceedings held before Judge Robin L. Rosenberg: Status Conference held on 7/8/2015. Appearances: (telephonic) David Malatesta, Esq.,and Adam Philpott, Esq. Order to follow. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov (sjn) (Entered: 07/08/2015) |
| 07/08/2015 | 41 | PAPERLESS ORDER following the Status Conference held July 8, 2015. On or before Friday, July 10, 2015, Plaintiffs shall file a Notice informing the Court of the status of each Defendant named in 29 Plaintiffs' Amended Complaint but not yet served. Specifically, Plaintiffs shall inform the Court whether they intend to proceed against each of these Defendants and, if so, explain why each Defendant has not yet been served, how much time remains to serve each Defendant, what efforts have been made to serve each Defendant, and what efforts will be made to serve each Defendant in a timely manner. If Plaintiffs do not intend to proceed against a particular Defendant who has not yet been served, Plaintiffs shall inform the Court of that fact in their Notice to be filed on or before July 10, 2015, and shall state that such Defendant is dropped from this case. With respect to Defendants' 31 Motion to Dismiss Plaintiffs' Amended Complaint, Defendants may file a reply within the time permitted by Local Rule 7.1(c). No later than 30 days after the date this Court issues a ruling on the statute of limitations arguments raised by Defendants in their 31 Motion to Dismiss, the parties shall attend mediation, unless the Court's ruling disposes of all issues and parties in this case. Signed by Judge Robin L. Rosenberg on 7/8/2015. (nkl) (Entered: 07/08/2015) |
| 07/09/2015 | 42 | REPLY to Response to Motion re 31 MOTION to Dismiss 29 Amended Complaint, *and Incorporated Memorandum of Law* filed by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. (Sang, Allen) (Entered: 07/09/2015) |
| 07/10/2015 | 43 | NOTICE by Shaun Foudy, Toni Foudy re 41 Order,,,,, *as to Status of Unserved Defendants* (Attachments: # 1 Exhibit Exhibit A to Plaintiffs' Notice of Status of Unserved Defendants, # 2 Exhibit Exhibit B to Plaintiffs' Notice of Status of Unserved Defendants) (Dewitt, Sherri) (Entered: 07/10/2015) |
| 07/13/2015 | 44 | RESPONSE/REPLY to 43 Notice (Other), by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghobrial, Richard S Giaccone, William van der Slike. (Sang, Allen) (Entered: 07/13/2015) |
| 07/13/2015 | 45 | Order Requiring Joint Scheduling Report, ( Scheduling Conference set for 8/14/2015 02:30 PM in Fort Pierce Division before Ch. Magistrate Judge Frank J. Lynch Jr..) -Joint Scheduling Report due by 8/12/2015 Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 7/13/2015. (lk) (Entered: 07/14/2015) |
| 07/16/2015 | 46 | PAPERLESS ORDER. The Court has reviewed 43 Plaintiffs' Notice of the Status of the Defendants That Have Not Yet Been Served and 44 Defendants' Response thereto, and is otherwise fully advised in the premises. Accordingly, |

| | | |
|---|---|---|
| | | Plaintiffs' request for an extension of time to serve Defendants William van der Slike and Meyer Ghobrial is granted as follows: As to each Defendant named herein, a summons must be served with a copy of 29 Plaintiffs' Amended Complaint no later than Friday, July 31, 2015. Signed by Judge Robin L. Rosenberg on 7/16/2015. (nkl) (Entered: 07/16/2015) |
| 07/28/2015 | 47 | ORDER granting in part and denying in part 31 Defendant's Motion to Dismiss. Signed by Judge Robin L. Rosenberg on 7/28/2015. (tpl) (Entered: 07/28/2015) |
| 08/05/2015 | 48 | PAPERLESS ORDER TO SHOW CAUSE. On July 10, 2015, Plaintiffs filed their 43 Notice of the Status of Defendants That Have Not Yet Been Served, in which Plaintiffs indicated that they intend to proceed against Defendants William van der Slike and Meyer Ghobrial. On July 16, 2015, the Court granted Plaintiffs' request for an extension of time to serve these Defendants, and ordered that these Defendants must be served no later than Friday, July 31, 2015. See DE 46. To date, Plaintiffs have not provided the Court with proof of service on these Defendants. Accordingly, no later than 5:00 p.m. on Friday, August 7, 2015, Plaintiffs shall either provide the Court with proof of service on these Defendants or show cause, in writing, why this action should not be dismissed without prejudice against these Defendants. Failure to provide the Court with proof of service or show cause in writing by 5:00 p.m. on Friday, August 7, 2015, may result in the Court's dismissing this action without prejudice as to all Defendants that have not yet been served, without further notice. Show Cause Response due by 8/7/2015. Signed by Judge Robin L. Rosenberg on 8/5/2015. (nkl) (Entered: 08/05/2015) |
| 08/07/2015 | 49 | Notice of Mediation Hearing before Mediator, Robin A. Blanton filed by Shaun Foudy, Toni Foudy. Mediation Hearing set for 8/21/2015 12:00 PM (Blanton, Robin) (Entered: 08/07/2015) |
| 08/10/2015 | 50 | PAPERLESS ORDER OF DISMISSAL. On July 10, 2015, Plaintiffs filed a 43 Notice informing the Court as to which of the Defendants named in this action had not yet been served. Of those Defendants who had not yet been served, Plaintiffs stated that they intended to proceed against both Defendants William van der Slike and Meyer Ghobrial. See DE 43. The Court ordered Plaintiffs to serve these Defendants with a copy of 29 Plaintiffs' Amended Complaint no later than July 31, 2015. See DE 46. On August 5, 2015, the Court ordered Plaintiffs either to provide the Court with proof of service on these Defendants or show cause, in writing, why this action should not be dismissed without prejudice against these Defendants. See DE 48. The Court further warned that failure to comply with that Order could result in dismissal of this action without prejudice as to all Defendants who have not yet been served, without further notice. See id. Plaintiffs have neither provided proof of service nor shown cause why the Court should not dismiss this action as to all Defendants who have not yet been served. Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to Defendants William van der Slike and Meyer Ghobrial. Signed by Judge Robin L. Rosenberg on 8/10/2015. (nkl) (Entered: 08/10/2015) |
| 08/12/2015 | 51 | SCHEDULING REPORT - **Rule 16.1** by Shaun Foudy, Toni Foudy (Dewitt, Sherri) (Entered: 08/12/2015) |
| 08/13/2015 | 52 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Sonia Miller-Van Oort. Filing Fee $ 75.00. Receipt # 2941. (pt) (Entered: 08/14/2015) |
| 08/14/2015 | 53 | Minute Entry for proceedings held before Ch. Magistrate Judge Frank J. Lynch, Jr: Scheduling Conference held on 8/14/2015. Scheduling Order issued. (Digital 143345.) (cga) (Entered: 08/14/2015) |
| 08/17/2015 | 54 | ORDER Setting Pre-Trial Schedule and Order Referring Cae To Mediation: ( Discovery due by 12/11/2015., In Limine Motions due by 2/5/2016., Dispositive Motions due by 1/15/2016.), ORDER REFERRING CASE to Mediation. Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 8/14/2015. (cqs) (Entered: 08/17/2015) |
| 08/17/2015 | 55 | ORDER granting 52 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 8/17/2015. (cqs) (Entered: 08/17/2015) |
| 08/21/2015 | 56 | PAPERLESS ORDER re 49 Notice of Mediation Hearing filed by Shaun Foudy, Toni Foudy. No later than 5:00 p.m. Monday, August 24, 2015, the parties shall inform the Court in writing of the outcome of mediation. Signed by Judge Robin L. Rosenberg on 8/21/2015. (nkl) (Entered: 08/21/2015) |
| 08/21/2015 | | Set Deadline Per DE#56. Miscellaneous Deadline 8/24/2015. (cqs) (Entered: 08/21/2015) |
| 08/21/2015 | 57 | FINAL MEDIATION REPORT by Robin A. Blanton. Disposition: Case did not settle.(Blanton, Robin) (Entered: 08/21/2015) |
| 08/24/2015 | 58 | NOTICE by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Richard S Giaccone *of Non-Settlement at Mediation* (Sang, Allen) (Entered: 08/24/2015) |
| 08/24/2015 | 59 | FINAL MEDIATION REPORT (for image see DE#58) by Robin Blanton. Disposition: Case did not settle.(cqs) (Entered: 08/24/2015) |
| 08/24/2015 | 60 | Clerks Notice to Filer re 58 Notice (Other). **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#59]. It is not necessary to refile this document. (cqs) (Entered: 08/24/2015) |
| 08/27/2015 | 61 | Initial Disclosure(s) Re: 14 Scheduling Order, by Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Richard S Giaccone (Sang, Allen) (Entered: 08/27/2015) |
| 08/28/2015 | 62 | Initial Disclosure(s) Re: 14 Scheduling Order, by Shaun Foudy, Toni Foudy (Dewitt, Sherri) (Entered: 08/28/2015) |
| 09/09/2015 | 63 | ORDER Granting Defendan't Motion to Dismiss. Closing Case. Signed by Judge Robin L. Rosenberg on 9/8/2015. (cqs) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been** |

| | | designated to be permanently sealed. **See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 09/09/2015) |
|---|---|---|
| 09/17/2015 | 64 | FINAL JUDGMENT in favor of City of Port St. Lucie, Michael Ryan Connor, Richard S Giaccone, Steve Camara against Shaun Foudy, Toni Foudy Signed by Judge Robin L. Rosenberg on 9/17/2015. (cqs) (Entered: 09/17/2015) |
| 10/13/2015 | 65 | MOTION to Dismiss 1 Complaint with Memorandum of Law by City of Port St. Lucie. Responses due by 10/30/2015 (cqs) Filer contacted Clerk's Office--typo error, correct case should read Case No: 15-14311-CIV-MARRA, text Modified on 10/15/2015 (cga). (Entered: 10/13/2015) |
| 10/15/2015 | 66 | PAPERLESS ORDER sua sponte striking 65 Motion to Dismiss as filed in the incorrect case. Signed by Judge Robin L. Rosenberg on 10/15/2015. (nkl) (Entered: 10/15/2015) |
| 10/15/2015 | 67 | Clerks Notice of Docket Correction re 65 MOTION to Dismiss 1 Complaint. **Document Filed in Wrong Case;** Document restricted and docket text modified. Document refiled in correct case #15-14311-CIV-MARRA, D/E #8. (cga) (Entered: 10/15/2015) |
| 10/16/2015 | 68 | Notice of Appeal as to 63 Order Dismissing Case, 47 Order on Motion to Dismiss, 64 Judgment by Shaun Foudy, Toni Foudy. Filing fee $ 505.00 receipt number 113C-8169580. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Dewitt, Sherri) (Entered: 10/16/2015) |
| 10/19/2015 | | Transmission of Notice of Appeal, Orders Under Appeal and Docket Sheet to US Court of Appeals re 68 Notice of Appeal, Notice has been electronically mailed. (amb) (Entered: 10/19/2015) |
| 10/26/2015 | 69 | Acknowledgment of Receipt of NOA from USCA re 68 Notice of Appeal, filed by Shaun Foudy, Toni Foudy. Date received by USCA: 10/19/2015. USCA Case Number: 15-14659-F. (mc) (Entered: 10/26/2015) |
| 10/30/2015 | 70 | TRANSCRIPT INFORMATION FORM by Shaun Foudy, Toni Foudy re 68 Notice of Appeal,. No Transcript Requested. (Dewitt, Sherri) (Entered: 10/30/2015) |

# TAB B

APPEAL,CLOSED,FJL,MEDIATION,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Ft Pierce)
## CIVIL DOCKET FOR CASE #: 2:14-cv-14316-RLR

Foudy et al v. Indian River County Sheriff Office et al
Assigned to: Judge Robin L. Rosenberg
Referred to: Magistrate Judge Frank J. Lynch, Jr
Case in other court: USCA, 15-14646-D
Cause: Civil Miscellaneous Case

Date Filed: 08/15/2014
Date Terminated: 09/08/2015
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Shaun Foudy**                    represented by    **Lorenz F. Fett , Jr.**
Sapientita Law Group, PLLC
120 South Sixth Street
Suite 100
Minneapolis, MN 55402
612-756-7100
Email: larryf@sapientialaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherri Kandel Dewitt**
DeWitt Law Firm, P.A.
37 North Orange Ave., Suite 840
Orlando, FL 32801
4072457723
Fax: 4076501928
Email: skd@dewittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Miller-Van Oort**
Sapientia Law Group
120 S Sixth Street
Suite 100
Minneapolis, MN 55402
612-756-7100
Email: soniamv@sapientialaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Anthony Malatesta**
DeWitt Law Firm

37 N. Orange Avenue
Suite 840
Orlando, FL 32801
(407) 245-7723
Fax: (407) 650-1928
Email: david@dewittlaw.com
*ATTORNEY TO BE NOTICED*

**Mirta Desir**
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
305.982.7598
Fax: 305-397-1413
Email: mdesir@desirlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Foudy**                           represented by **Lorenz F. Fett , Jr.**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Sherri Kandel Dewitt**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Sonia Miller-Van Oort**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **David Anthony Malatesta**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Mirta Desir**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Indian River County Sheriff Office**   represented by **Bruce Wallace Jolly**
                                          Purdy Jolly Giuffreda & Barranco PA

2455 E Sunrise Boulevard
Suite 1216
Fort Lauderdale, FL 33304
954-462-3200
Fax: 462-3861
Email: bruce@purdylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Deryl Loar**                    represented by    **Bruce Wallace Jolly**
*in his official capacity as the Sheriff of*                    (See above for address)
*the Indian River County Sheriff's Office*                    *ATTORNEY TO BE NOTICED*
*and in his individual capacity*

**Defendant**

**David Bailey**                    represented by    **Bruce Robert Bogan**
*individually*                    Hilyard, Bogan & Palmer, P.A.
                    105 East Robinson St.
                    Suite 201
                    Orlando, FL 32801
                    4074254251
                    Fax: 4078418431
                    Email: bbogan@hilyardlawfirm.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Carlson**                    represented by    **Bruce Robert Bogan**
*individually*                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Long**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**John Finnegan**                    represented by    **Bruce Robert Bogan**
*individually*                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Pierce**                    represented by    **Bruce Robert Bogan**
*individually*                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Hurley**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Terri Birtel**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Shaveldra Smith**
*individually*
*TERMINATED: 08/11/2015*


**Defendant**

**Paul Button**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Andrew Bartucelli**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Ismael Hau**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Brian Reimsnyder**

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Roderick Smith**
*individually*
*TERMINATED: 08/11/2015*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Heath Higman**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ciro Perrone**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randal Fornes**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**Chris Rodriguez**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Cronenberg**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Carter**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**David Wright**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**Deputy Scott Prouty**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Ledlow**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Marie Saubert**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**Karl Joe Moody**
*individually*
*TERMINATED: 08/11/2015*

**Defendant**

**Dane Morris**
*individually*

represented by **Bruce Robert Bogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Thomas**
*individually*

**Defendant**

**Fabian John Pierce**
*individually*
*TERMINATED: 08/11/2015*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2014 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-6996217, filed by Toni Foudy, Shaun Foudy. (Attachments: # 1 Civil Cover Sheet)(Desir, Mirta) (Entered: 08/15/2014) |
| 08/15/2014 | 2 | Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Frank J. Lynch, Jr (ail) (Entered: 08/15/2014) |
| 08/15/2014 | 3 | Clerks Notice to Filer re: Electronic Case. Parties Not Added. The Filer failed to add all parties associated with the case.Filer is instructed to add the additional parties by filing a Notice of Entry of Parties. It is not necessary to re-file this document. (ail) (Entered: 08/15/2014) |
| 09/25/2014 | 4 | ORDER Setting Calendar Call and Trial Date, and ORDER REFERRING CASE to Magistrate Judge Frank J. Lynch for Scheduling Matters and Pretrial Discovery Matters, (Telephonic Status Conference / Calendar Call set for 10/7/2015 09:00 AM in West Palm Beach Division before Judge Robin L. Rosenberg., Trial set for 10/13/2015 09:00 AM in West Palm Beach Division before Judge Robin L. Rosenberg.) Signed by Judge Robin L. Rosenberg on 9/25/2014. (tpl) (Entered: 09/26/2014) |

| 12/10/2014 | 5 | NOTICE of Exhibits by Shaun Foudy, Toni Foudy re 1 Complaint (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Desir, Mirta) Modified title text on 12/11/2014 (asl). (Entered: 12/10/2014) |
|---|---|---|
| 12/10/2014 | 6 | NOTICE of Filing Proposed Summons(es) by Shaun Foudy, Toni Foudy re 1 Complaint filed by Shaun Foudy, Toni Foudy (Attachments: # 1 Summon(s) bailey, # 2 Summon(s) bartuccelli, # 3 Summon(s) birtel, # 4 Summon(s) button, # 5 Summon(s) carter, # 6 Summon(s) carter, # 7 Summon(s) cronenberg, # 8 Summon(s) finnegan, # 9 Summon(s) fornes, # 10 Summon(s) Hau, # 11 Summon(s) Higman, # 12 Summon(s) hurley, # 13 Summon(s) IRCSO, # 14 Summon(s) Ledlow, # 15 Summon(s) Loar, # 16 Summon(s) Long, # 17 Summon(s) Moody, # 18 Summon(s) morris, # 19 Summon(s) Perrone, # 20 Summon(s) J. Pierce, # 21 Summon(s) pierce, # 22 Summon(s) Prouty, # 23 Summon(s) reimsnyder, # 24 Summon(s) rodriguez, # 25 Summon(s) saubert, # 26 Summon(s) smith) (Desir, Mirta) (Entered: 12/10/2014) |
| 12/11/2014 | 7 | Summons Issued as to David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Carter, John Cronenberg, John Finnegan, Randal Fornes, Ismael Hau, Heath Higman, Rebecca Hurley, Indian River County Sheriff Office, Jeff Ledlow, Deryl Loar, Greg Long, Karl Joe Moody, Dane Morris, Ciro Perrone, Fabian John Pierce, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Jane Marie Saubert, Roderick Smith. (asl) (Entered: 12/11/2014) |
| 12/12/2014 | 8 | MOTION for Extension of Time for Service of Process by Shaun Foudy, Toni Foudy. Responses due by 12/29/2014 (Attachments: # 1 Text of Proposed Order)(Desir, Mirta) (Entered: 12/12/2014) |
| 12/15/2014 | 9 | ORDER granting 8 Motion for Extension of Time for Service of Process. Plaintiff has until 12/26/2014. Signed by Judge Robin L. Rosenberg on 12/15/2014. (ls) (Entered: 12/15/2014) |
| 12/29/2014 | 10 | NOTICE of Attorney Appearance by Bruce Wallace Jolly on behalf of Indian River County Sheriff Office. Attorney Bruce Wallace Jolly added to party Indian River County Sheriff Office(pty:dft). (Jolly, Bruce) (Entered: 12/29/2014) |
| 12/29/2014 | 11 | NOTICE of Attorney Appearance by Bruce Wallace Jolly on behalf of Deryl Loar. Attorney Bruce Wallace Jolly added to party Deryl Loar (pty:dft). (Jolly, Bruce) (Entered: 12/29/2014) |
| 12/30/2014 | 12 | MOTION for Extension of Time to file answer/written defenses to Complaint re 1 Complaint by Indian River County Sheriff Office, Deryl Loar. Responses due by 1/16/2015 (Jolly, Bruce) (Entered: 12/30/2014) |
| 12/30/2014 | 13 | ORDER granting 12 Motion for Extension of Time. Responses due by 1/10/2015 Signed by Judge Robin L. Rosenberg on 12/30/2014. (cqs) (Entered: 12/30/2014) |
| 01/05/2015 | 14 | MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM with Memorandum of Law by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott |

| | | |
|---|---|---|
| | | Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. Attorney Bruce Robert Bogan added to party David Bailey(pty:dft), Attorney Bruce Robert Bogan added to party Andrew Bartucelli(pty:dft), Attorney Bruce Robert Bogan added to party Terri Birtel(pty:dft), Attorney Bruce Robert Bogan added to party Paul Button(pty:dft), Attorney Bruce Robert Bogan added to party Eric Carlson (pty:dft), Attorney Bruce Robert Bogan added to party John Cronenberg (pty:dft), Attorney Bruce Robert Bogan added to party John Finnegan(pty:dft), Attorney Bruce Robert Bogan added to party Ismael Hau(pty:dft), Attorney Bruce Robert Bogan added to party Heath Higman(pty:dft), Attorney Bruce Robert Bogan added to party Rebecca Hurley(pty:dft), Attorney Bruce Robert Bogan added to party Dane Morris(pty:dft), Attorney Bruce Robert Bogan added to party Ciro Perrone(pty:dft), Attorney Bruce Robert Bogan added to party Michael Pierce(pty:dft), Attorney Bruce Robert Bogan added to party Scott Prouty(pty:dft), Attorney Bruce Robert Bogan added to party Brian Reimsnyder(pty:dft), Attorney Bruce Robert Bogan added to party Chris Rodriguez(pty:dft), Attorney Bruce Robert Bogan added to party Roderick Smith(pty:dft). Responses due by 1/23/2015 (Attachments: # 1 Exhibit Order Severing Plaintiffs' Action)(Bogan, Bruce) Modified title text on 1/6/2015 (asl). (Entered: 01/05/2015) |
| 01/08/2015 | 15 | NOTICE by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith re 14 MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM *Notice of Filing* (Attachments: # 1 Text of Proposed Order) (Bogan, Bruce) (Entered: 01/08/2015) |
| 01/08/2015 | 16 | ORDER Setting Telephonic Scheduling Conference, ( Telephone Scheduling Conference set for 2/13/2015 01:30 PM before Magistrate Judge Frank J. Lynch Jr..), and Order Requiring Joint Scheduling Report( -Joint Scheduling Report due by 2/12/2015) Signed by Magistrate Judge Frank J. Lynch, Jr. on 1/8/2015. (ls) (Entered: 01/08/2015) |
| 01/12/2015 | 17 | MOTION to Dismiss 1 Complaint by Indian River County Sheriff Office. Responses due by 1/29/2015 (ls) (Entered: 01/13/2015) |
| 01/12/2015 | 18 | MOTION to Dismiss 1 Complaint by Deryl Loar. Responses due by 1/29/2015 (ls) (Entered: 01/13/2015) |
| 01/12/2015 | 19 | NOTICE OF CONVENTIONAL FILING of 18 MOTION to Dismiss 1 Complaint, 17 MOTION to Dismiss 1 Complaint by Indian River County Sheriff Office, Deryl Loar (ls) (Entered: 01/13/2015) |
| 01/12/2015 | 20 | Clerk's Notice of Filing Deficiency Re: 19 Notice of Conventional Filing filed by Indian River County Sheriff Office, Deryl Loar, 18 MOTION to Dismiss 1 Complaint filed by Deryl Loar, 17 MOTION to Dismiss 1 Complaint filed by Indian River County Sheriff Office. Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a)). (ls) (Entered: 01/13/2015) |
| 01/13/2015 | 21 | Certificate of Interested Parties/Corporate Disclosure Statement - NONE disclosed by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric |

| | | |
|---|---|---|
| | | Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith (Bogan, Bruce) (Entered: 01/13/2015) |
| 01/15/2015 | 22 | Certificate of Interested Parties/Corporate Disclosure Statement by Indian River County Sheriff Office, Deryl Loar (Jolly, Bruce) (Entered: 01/15/2015) |
| 01/16/2015 | 23 | PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This cause comes before the Court upon a sua sponte review of the record. The Court is aware of the history of this case. More specifically, the Court is aware that this case originated before Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D. Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be severed. The Court has reviewed Judge Martinez's order severing Plaintiffs' action at docket entry 211 in that case and finds his decision to be well reasoned and correct. Accordingly, the Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not clearly demonstrate that Defendants' conduct arose out of the same transaction or series of transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the Defendants in this case will have factually distinct defenses. The numerosity of Defendants in this case may also make for a burdensome discovery process. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to a fair trial and judicial economy are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against multiple defendants, how the conduct of the Defendants constituted the same transaction for the purposes of joinder. The Court shall apply the same reasoning here. Accordingly, Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how the alleged conduct of each Defendant arises out of the same transaction or is otherwise permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the aforementioned deadline, the Court may close this case. All pending motions are DENIED AS MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) (Entered: 01/16/2015) |
| 01/30/2015 | 24 | NOTICE of Attorney Appearance by Sherri Kandel Dewitt on behalf of Shaun Foudy, Toni Foudy. Attorney Sherri Kandel Dewitt added to party Shaun Foudy (pty:pla), Attorney Sherri Kandel Dewitt added to party Toni Foudy(pty:pla). (Dewitt, Sherri) (Entered: 01/30/2015) |
| 01/30/2015 | 25 | MOTION for Extension of Time Amended Complaint by Shaun Foudy, Toni Foudy. Responses due by 2/17/2015 (Dewitt, Sherri) (Entered: 01/31/2015) |
| 02/02/2015 | 26 | PAPERLESS ORDER denying without prejudice 25 Motion for Extension of Time for Plaintiff's failure to comply with the meet and confer requirement of |

| | | Local Rule 7.1(a)(3). Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd) (Entered: 02/02/2015) |
|---|---|---|
| 02/02/2015 | 27 | PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior Order 23 . All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion should include an explanation for Plaintiff's failure to comply with the orders of this Court and must also include, as an attachment, an amended complaint that complies with the Court's January 16, 2015 Order 23 . Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 02/02/2015) |
| 02/02/2015 | 28 | Order Canceling Telephonic Scheduling Conference and Joint Scheduling Report Requirement. Signed by Magistrate Judge Frank J. Lynch, Jr. on 2/2/2015. (ls) (Entered: 02/02/2015) |
| 02/02/2015 | 29 | MOTION to Reopen Case by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/02/2015) |
| 02/03/2015 | 30 | PAPERLESS ORDER denying Motion to Reopen 29 without prejudice. The Court's January 16th Order required Plaintiff to clearly show "how the conduct of the Defendants constituted the same transaction for the purposes of joinder." The Order also discussed Judge Martinez's prior order in this case, adopted Judge Martinez's reasoning, and discussed how "merely similar" transactions are insufficient to satisfy the permissive joinder requirements of Rule 20 under such cases as Bass v. Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from Plaintiff's Motion and amended complaint is a responsive section that addresses the specifics of the Court's Order. Plaintiff may refile an amended complaint in a new motion to reopen that responds to the concerns noted in the Court's January 16th Order or, alternatively, Plaintiff may file a new motion to reopen that directs the Court's attention to specific paragraphs in Plaintiff's fifty-page complaint address the Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015. (bkd) (Entered: 02/03/2015) |
| 02/18/2015 | 31 | Second MOTION to Reopen Case *with attached Amended Complaint* by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/18/2015) |
| 02/20/2015 | 32 | PAPERLESS ORDER requiring Defendants to file a Response to Plaintiff's Motion to Reopen within ten (10) days of the date of rendition of this Order. After the Motion is briefed, the Court will rule on the matter of severance and, at that time, the Court will issue any necessary orders to re-open this case. Signed by Judge Robin L. Rosenberg on 2/20/2015. (bkd) (Entered: 02/20/2015) |

| 03/02/2015 | 33 | RESPONSE in Opposition re 31 Second MOTION to Reopen Case *with attached Amended Complaint* filed by Indian River County Sheriff Office. Replies due by 3/12/2015. (Jolly, Bruce) (Entered: 03/02/2015) |
| 03/02/2015 | 34 | RESPONSE in Opposition re 31 Second MOTION to Reopen Case *with attached Amended Complaint* filed by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. Replies due by 3/12/2015. (Bogan, Bruce) (Entered: 03/02/2015) |
| 03/12/2015 | 35 | REPLY to Response to Motion re 31 Second MOTION to Reopen Case *with attached Amended Complaint Reply to Response from Indian River County* filed by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 03/12/2015) |
| 03/12/2015 | 36 | REPLY to Response to Motion re 31 Second MOTION to Reopen Case *with attached Amended Complaint Reply to Response from Individually Named Defendants* filed by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 03/12/2015) |
| 06/03/2015 | 37 | PAPERLESS ORDER granting 31 Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case within two (2) days of the date of rendition of this Order. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days of the date of rendition of this Order. Signed by Judge Robin L. Rosenberg on 6/3/2015. (nkl) (Entered: 06/03/2015) |
| 06/09/2015 | 38 | ORDER Administratively Closing Case. Signed by Judge Robin L. Rosenberg on 6/9/2015. (ls)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 06/09/2015) |
| 06/23/2015 | 39 | Plaintiff's MOTION to Reopen Case by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 06/23/2015) |
| 06/23/2015 | 40 | PAPERLESS ORDER granting 39 Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their 31 Motion to Reopen Case as a separate docket entry in this case no later than Thursday, June 25, 2015. Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/23/2015. (nkl) (Entered: 06/23/2015) |
| 06/23/2015 | 41 | Plaintiff's AMENDED COMPLAINT against All Defendants, filed by Toni Foudy, Shaun Foudy. (Attachments: # 1 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # |

| | | |
|---|---|---|
| | | 3 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 06/23/2015) |
| 06/25/2015 | 42 | ORDER Setting Status Conference: Status Conference set for 7/8/2015 10:00 AM in Fort Pierce Division before Judge Robin L. Rosenberg. Signed by Judge Robin L. Rosenberg on 6/25/2015. (ls) (Entered: 06/26/2015) |
| 06/30/2015 | 43 | NOTICE by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith *of Telephonic Appearance for Status Conference on 07/08/2015* (Bogan, Bruce) (Entered: 06/30/2015) |
| 07/01/2015 | 44 | NOTICE by Deryl Loar *of Appearance Via Telephone (for Status Conference)* (Jolly, Bruce) (Entered: 07/01/2015) |
| 07/02/2015 | 45 | MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM , MOTION to Strike ( Responses due by 7/20/2015) by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. (Bogan, Bruce) (Entered: 07/02/2015) |
| 07/06/2015 | 46 | MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM by Deryl Loar. Responses due by 7/23/2015 (Jolly, Bruce) (Entered: 07/06/2015) |
| 07/06/2015 | 47 | NOTICE by Shaun Foudy, Toni Foudy *Telephonic Appearance*. Attorney David Anthony Malatesta added to party Shaun Foudy(pty:pla), Attorney David Anthony Malatesta added to party Toni Foudy(pty:pla). (Malatesta, David) (Entered: 07/06/2015) |
| 07/08/2015 | 48 | PAPERLESS MINUTE ENTRY for proceedings held before Judge Robin L. Rosenberg: Status Conference held on 7/8/2015. Appearances: (telephonic) David Malatesta, Esq., Bruce Bogan, Esq., Bruce Jolly, Esq. Order to follow. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov (sjn) (Entered: 07/08/2015) |
| 07/08/2015 | 49 | SCHEDULING ORDER: ( Jury Trial set for 4/11/2016 09:00 AM in Fort Pierce Division before Judge Robin L. Rosenberg., Calendar Call set for 4/6/2016 09:00 AM before Judge Robin L. Rosenberg.), ORDER REFERRING CASE to Magistrate Judge Frank J. Lynch, Jr. for Scheduling Matters and Pretrial Discovery Matters. Signed by Judge Robin L. Rosenberg on 6/8/2015. (ls) (Entered: 07/08/2015) |
| 07/08/2015 | 50 | PAPERLESS ORDER following the Status Conference held July 8, 2015. Based upon the representations made by Plaintiffs' counsel at the Status Conference, the Court hereby strikes any reference to Indian River County as a Defendant in 41 Plaintiffs' Amended Complaint. Counts II and IV of Plaintiffs' Amended Complaint are amended to remove Indian River County and Count VII of Plaintiffs' Amended Complaint is stricken in its entirety. On or before Friday, July 10, 2015, Plaintiffs shall file a Notice informing the Court of the status of each Defendant named in 41 Plaintiffs' Amended Complaint but not yet served. |

| | | |
|---|---|---|
| | | Specifically, Plaintiffs shall inform the Court whether or not they intend to proceed against each of these Defendants and, if so, explain why each Defendant has not yet been served, how much time remains to serve each Defendant, what efforts have been made to serve each Defendant, and what efforts will be made to serve each Defendant in a timely manner. If Plaintiffs do not intend to proceed against a particular Defendant who has not yet been served, Plaintiffs shall inform the Court of that fact in their Notice to be filed on or before July 10, 2015, and shall state that such Defendant is dropped from this case. On or before Friday, July 10, 2015, Plaintiffs shall also file a response to the statute of limitations arguments raised in Defendants' 45 Motion to Dismiss Plaintiffs' Amended Complaint. On or before Friday, July 17, 2015, Defendants shall file a reply in support of the statute of limitations arguments raised in their 45 Motion to Dismiss. With respect to all other issues raised in Defendants' 45 Motion to Dismiss, Plaintiffs shall file a response and Defendants may file a reply within the time permitted by Local Rule 7.1(c). With respect to Defendant's 46 Motion to Dismiss, Plaintiffs shall file a response and Defendant may file a reply within the time permitted by Local Rule 7.1(c). No later than 30 days after the date this Court issues a ruling on Defendants' statute of limitations arguments, the parties shall attend mediation, unless the Court's ruling disposes of all issues and parties in this case. Signed by Judge Robin L. Rosenberg on 7/8/2015. (nkl) (Entered: 07/08/2015) |
| 07/10/2015 | 51 | RESPONSE to Motion re 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike *as to Statute of Limitations Issue Only* filed by Shaun Foudy, Toni Foudy. Replies due by 7/20/2015. (Dewitt, Sherri) (Entered: 07/10/2015) |
| 07/10/2015 | 52 | NOTICE by Shaun Foudy, Toni Foudy re 50 Order,,,,,,,,, *as to Status of Unserved Defendants* (Dewitt, Sherri) (Entered: 07/10/2015) |
| 07/13/2015 | 53 | ORDER Setting Telephonic Scheduling Conference and Order Requiring Joint Scheduling Report, ( -Joint Scheduling Report due by 8/12/2015, Telephone Conference set for 8/14/2015 01:10 PM before Ch. Magistrate Judge Frank J. Lynch Jr..) Signed by Ch. Magistrate Judge Frank J. Lynch, Jr. on 7/13/2015. (ls) (Entered: 07/13/2015) |
| 07/16/2015 | 54 | NOTICE by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith re 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike (Attachments: # 1 Text of Proposed Order) (Bogan, Bruce) (Entered: 07/16/2015) |
| 07/16/2015 | 55 | PAPERLESS ORDER. The Court has reviewed 52 Plaintiffs' Notice of the Status of Defendants That Have Not Yet Been Served and is otherwise fully advised in the premises. Accordingly, Plaintiffs' request for an extension of time to serve Defendants Roderick Smith, Greg Long, Randal Fornes, John Carter, Jeff Ludlow, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce is granted as follows: As to each Defendant named herein, a summons must be served with a copy of 41 Plaintiffs' Amended Complaint no later than Friday, |

| | | |
|---|---|---|
| | | July 31, 2015. Signed by Judge Robin L. Rosenberg on 7/16/2015. (nkl) (Entered: 07/16/2015) |
| 07/17/2015 | 56 | REPLY to Response to Motion re 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike filed by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. (Bogan, Bruce) (Entered: 07/17/2015) |
| 07/20/2015 | 57 | RESPONSE to Motion re 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike filed by Shaun Foudy, Toni Foudy. Replies due by 7/30/2015. (Dewitt, Sherri) (Entered: 07/20/2015) |
| 07/23/2015 | 58 | RESPONSE to Motion re 46 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM filed by Shaun Foudy, Toni Foudy. Replies due by 8/3/2015. (Dewitt, Sherri) (Entered: 07/23/2015) |
| 07/24/2015 | 59 | ORDER granting in part and denying in part 45 Motion to Dismiss 41 Amended Complaint for Failure to State a Claim; filed by Shaun Foudy, Toni Foudy. Signed by Judge Robin L. Rosenberg on 7/24/2015. (ls) (Entered: 07/27/2015) |
| 07/27/2015 | 60 | REPLY to Response to Motion re 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike filed by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. (Bogan, Bruce) (Entered: 07/27/2015) |
| 08/05/2015 | 61 | PAPERLESS ORDER TO SHOW CAUSE. On July 10, 2015, Plaintiffs filed their 52 Notice of the Status of Defendants That Have Not Yet Been Served, in which Plaintiffs indicated that they intend to proceed against Defendants Roderick Smith, Greg Long, Randal Fornes, John Carter, Jeff Ludlow, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce. On July 16, 2015, the Court granted Plaintiffs' request for an extension of time to serve these Defendants, and ordered that these Defendants must be served no later than Friday, July 31, 2015. See DE 55. To date, Plaintiffs have not provided the Court with proof of service on these Defendants. Accordingly, no later than 5:00 p.m. on Friday, August 7, 2015, Plaintiffs shall either provide the Court with proof of service on these Defendants or show cause, in writing, why this action shuold not be dismissed without prejudice against these Defendants. Failure to provide the Court with proof of service or show cause in writing by 5:00 p.m. on Friday, August 7, 2015, may result in the Court's dismissing this action without prejudice as to all Defendants that have not yet been served, without further notice. Show Cause Response due by 8/7/2015. Signed by Judge Robin L. Rosenberg on 8/5/2015. (nkl) (Entered: 08/05/2015) |
| 08/05/2015 | 62 | AFFIDAVIT signed by : Joseph Carraro. re 61 Order to Show Cause,,,,, 55 Order,, *Affidavit of Service on JEFF LEDLOW* by Shaun Foudy, Toni Foudy (Dewitt, Sherri) (Entered: 08/05/2015) |
| | | |

| 08/05/2015 | 63 | SUMMONS (Affidavit) Returned Executed on 41 Amended Complaint, with a 21 day response/answer filing deadline by Toni Foudy, Shaun Foudy. Jeff Ledlow served on 7/30/2015, answer due 8/20/2015. (See DE 62 for image) (tpl) (Entered: 08/06/2015) |
|---|---|---|
| 08/06/2015 | 64 | Clerks Notice to Filer re 62 Affidavit. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#63]. It is not necessary to refile this document. (tpl) (Entered: 08/06/2015) |
| 08/07/2015 | 65 | Notice of Mediation Hearing before Mediator, Robin A. Blanton filed by Shaun Foudy. Mediation Hearing set for 8/20/2015 09:00 AM (Blanton, Robin) (Entered: 08/07/2015) |
| 08/10/2015 | 66 | PAPERLESS ORDER OF DISMISSAL. On July 10, 2015, Plaintiffs filed a 52 Notice informing the Court as to which of the Defendants named in this action had not yet been served. Of those Defendants who had not yet been served, Plaintiffs stated that they did not intend to proceed against Shaveldra Monique Smith, David Wright, or Steven Guy. See DE 52. Plaintiffs stated that they did intend to proceed against Defendants Roderick Smith, Greg Long, Randal Fornes, John Carter, Jeff Ludlow, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce. See id. The Court ordered Plaintiffs to serve these Defendants with a copy of 41 Plaintiffs' Amended Complaint no later than July 31, 2015. See DE 55. On August 5, 2015, the Court ordered Plaintiffs either to provide the Court with proof of service on these Defendants or show cause, in writing, why this action should not be dismissed without prejudice against these Defendants. See DE 61. The Court further warned that failure to comply with that Order could result in dismissal of this action without prejudice as to all Defendants who have not yet been served, without further notice. See id. On August 5, 2015, Plaintiffs filed proof of service on Defendant Jeff Ludlow. See DE 62. Otherwise, Plaintiffs have neither provided proof of service nor shown cause why the Court should not dismiss this action as to all remaining Defendants who have not yet been served. Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to the following Defendants: Shaveldra Monique Smith, David Wright, Steven Guy, Roderick Smith, Greg Long, Randal Fornes, John Carter, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce. Signed by Judge Robin L. Rosenberg on 8/10/2015. (nkl) (Entered: 08/10/2015) |
| 08/11/2015 | 67 | MOTION to Excuse Defendants' Personal Appearance at Mediation by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Jeff Ledlow, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith. Attorney Bruce Robert Bogan added to party Jeff Ledlow(pty:dft). (Bogan, Bruce) (Entered: 08/11/2015) |
| 08/12/2015 | 68 | Plaintiff's MOTION Modify Trial Date re 49 Scheduling Order, Order Referring Case to Judge,, by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 08/12/2015) |
| 08/13/2015 | 69 | Amended MOTION Modify Trial Date re 68 Plaintiff's MOTION Modify Trial Date re 49 Scheduling Order, Order Referring Case to Judge,, , 49 Scheduling |

| | | Order, Order Referring Case to Judge,, by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 08/13/2015) |
|---|---|---|
| 08/13/2015 | 70 | PAPERLESS ORDER denying as moot Plaintiffs' 68 Motion to Modify Trial Date in light of Plaintiffs' 69 Amended Motion to Modify Trial Date. Signed by Judge Robin L. Rosenberg on 8/13/2015. (nkl) (Entered: 08/13/2015) |
| 08/13/2015 | 71 | PAPERLESS ORDER denying without prejudice Plaintiffs' 69 Amended Motion to Modify Trial Date. Signed by Judge Robin L. Rosenberg on 8/13/2015. (nkl) (Entered: 08/13/2015) |
| 08/13/2015 | 72 | SCHEDULING REPORT - **Rule 26(f)** by David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Jeff Ledlow, Dane Morris, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsnyder, Chris Rodriguez, Roderick Smith (Bogan, Bruce) (Entered: 08/13/2015) |
| 08/13/2015 | 76 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Lorenz F. Fett, Jr. Filing Fee $ 75.00. Receipt # 2938. (ksa) (Entered: 08/19/2015) |
| 08/13/2015 | 77 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Sonia Miller-Van Oort. Filing Fee $ 75.00. Receipt # 2940. (ksa) (Entered: 08/19/2015) |
| 08/14/2015 | 73 | PAPERLESS ORDER granting 67 Motion to Excuse Defendants' Personal Appearance During Mediation Conference. Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty, Jeff Ledlow, and Dane Morris are not required to personally appear at the mediation conference scheduled for August 20, 2015. Signed by Judge Robin L. Rosenberg on 8/14/2015. (nkl) (Entered: 08/14/2015) |
| 08/14/2015 | 74 | Minute Entry for proceedings held before Ch. Magistrate Judge Frank J. Lynch, Jr: Scheduling Conference held on 8/14/2015. Scheduling Order issued (Digital 143345.) (cga) (Entered: 08/14/2015) |
| 08/14/2015 | 75 | ORDER Setting Pre-Trial Schedule: ( Discovery due by 12/11/2015., Expert Discovery due by 12/11/2015., In Limine Motions due by 2/5/2016., Dispositive Motions due by 1/15/2016.), and ORDER REFERRING CASE to Mediation. Signed by Ch. Magistrate Judge Frank J. Lynch, Jr. on 8/14/2015. (ls) (Entered: 08/17/2015) |
| 08/19/2015 | 78 | ORDER granting 76 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; granting 77 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Ch. Magistrate Judge Frank J. Lynch, Jr. on 8/19/2015. (ls) (Entered: 08/19/2015) |
| 08/21/2015 | 79 | MOTION to Dismiss 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike , MOTION to Strike |

| | | ( Responses due by 9/8/2015) by Jeff Ledlow. (Attachments: # 1 Text of Proposed Order Proposed Order)(Bogan, Bruce) (Entered: 08/21/2015) |
|---|---|---|
| 08/21/2015 | 80 | PAPERLESS ORDER re 65 Notice of Mediation Hearing filed by Shaun Foudy. No later than 5:00 p.m. today, August 21, 2015, the parties shall inform the Court in writing of the outcome of mediation. Signed by Judge Robin L. Rosenberg on 8/21/2015. (nkl) (Entered: 08/21/2015) |
| 08/21/2015 | 81 | Notice of Mediation Hearing before Mediator, Robin A. Blanton filed by Robin A. Blanton.(Blanton, Robin) (Entered: 08/21/2015) |
| 08/21/2015 | 82 | FINAL MEDIATION REPORT by Attorney Bruce W. Jolly. Disposition: Case did not settle.(Jolly, Bruce) (Entered: 08/21/2015) |
| 08/21/2015 | 83 | FINAL MEDIATION REPORT by Robin Blanton. Disposition: Case did not settle.(Bogan, Bruce) (Entered: 08/21/2015) |
| 08/28/2015 | 84 | Initial Disclosure(s) of Rule 26(a)(1)(A)(i-iv) Re: 75 Scheduling Order, Order Referring Case to Mediation,, by Shaun Foudy, Toni Foudy (Dewitt, Sherri) (Entered: 08/28/2015) |
| 09/08/2015 | 85 | RESPONSE to Motion re 79 MOTION to Dismiss 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike filed by Shaun Foudy, Toni Foudy. Replies due by 9/18/2015. (Dewitt, Sherri) (Entered: 09/08/2015) |
| 09/08/2015 | 86 | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; denying as moot 46 Motion to Dismiss for Failure to State a Claim; denying as moot 79 Motion to Dismiss; denying as moot 79 Motion to Strike ; granting 45 MOTION TO DISMISS 41 Amended Complaint, FOR FAILURE TO STATE A CLAIM MOTION to Strike . Signed by Judge Robin L. Rosenberg on 09/08/2015. (yar) (Entered: 09/09/2015) |
| 09/08/2015 | | Civil Case Terminated per Order DE 86 . Closing Case. (yar)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 09/09/2015) |
| 09/17/2015 | 87 | FINAL JUDGMENT in favor of Defendants. Signed by Judge Robin L. Rosenberg on 9/17/2015. (ls) (Entered: 09/17/2015) |
| 10/16/2015 | 88 | Notice of Appeal as to 86 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Strike,,, 59 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Strike, 87 Judgment by Shaun Foudy, Toni Foudy. Filing fee $ 505.00 receipt number 113C-8168654. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Dewitt, Sherri) (Entered: 10/16/2015) |
| 10/16/2015 | | |

| | | Transmission of Notice of Appeal, Orders Under Appeal and Docket Sheet to US Court of Appeals re <u>88</u> Notice of Appeal,, Notice has been electronically mailed. (amb) (Entered: 10/16/2015) |
|---|---|---|
| 10/19/2015 | <u>89</u> | MOTION to Tax Costs by Deryl Loar. Responses due by 11/5/2015 (Attachments: # <u>1</u> Affidavit)(Jolly, Bruce) (Entered: 10/19/2015) |
| 10/19/2015 | 90 | PAPERLESS ORDER terminating <u>89</u> Motion to Tax Costs in light of the notice of appeal in this case. Although costs may properly be taxed at this time, cf. Rothenberg v. Sec. Mgmt. Co., 677 F.2d 64, 64 (11th Cir. 1982) ("[C]osts may be taxed after a notice of appeal has been filed."), the Court uses its discretion to stay this matter pending the outcome of the appeal, cf. Belize Telecom, Ltd. v. Govt of Belize, 528 F.3d 1298, 1310 (11th Cir. 2008) ("[W]e leave for the district court to determine whether a stay or a hearing on costs and fees is appropriate, given the pending appeal...."). Signed by Judge Robin L. Rosenberg on 10/19/2015. (bkd) (Entered: 10/19/2015) |
| 10/21/2015 | <u>91</u> | Acknowledgment of Receipt of NOA from USCA re <u>88</u> Notice of Appeal,, filed by Shaun Foudy, Toni Foudy. Date received by USCA: 10/16/2015. USCA Case Number: 15-14646-D. (amb) (Entered: 10/21/2015) |
| 10/30/2015 | <u>92</u> | TRANSCRIPT INFORMATION FORM by Shaun Foudy, Toni Foudy re <u>88</u> Notice of Appeal,. No Transcript Requested. (Dewitt, Sherri) (Entered: 10/30/2015) |
| 12/29/2015 | <u>93</u> | ORDER of USCA, Appellants' "Motion[s] to Consolidate Related Cases" are GRANTED. The appeals in case nos. 15-14646, 15-14659, and 15-15015 are hereby CONSOLIDATED for briefing and merits disposition purposes as to <u>88</u> Notice of Appeal,, filed by Shaun Foudy, Toni Foudy (hh) (Entered: 12/29/2015) |

# TAB C

APPEAL,CLOSED,FJL,MEDIATION,MEDREQ,REF_PTRL

# U.S. District Court
## Southern District of Florida (Ft Pierce)
## CIVIL DOCKET FOR CASE #: 2:14-cv-14324-RLR

Foudy et al v. Fort Pierce et al
Assigned to: Judge Robin L. Rosenberg
Referred to: Magistrate Judge Frank J. Lynch, Jr
Case in other court: 15-15015-EE
Cause: Civil Miscellaneous Case

Date Filed: 08/15/2014
Date Terminated: 09/09/2015
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Shaun Foudy**                    represented by **Sherri Kandel Dewitt**
DeWitt Law Firm, P.A.
37 North Orange Ave., Suite 840
Orlando, FL 32801
4072457723
Fax: 4076501928
Email: skd@dewittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Anthony Malatesta**
DeWitt Law Firm
37 N. Orange Avenue
Suite 840
Orlando, FL 32801
(407) 245-7723
Fax: (407) 650-1928
Email: david@dewittlaw.com
*ATTORNEY TO BE NOTICED*

**Mirta Desir**
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
305.982.7598
Fax: 305-397-1413
Email: mdesir@desirlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Foudy**                    represented by **Jonathan A. Strauss**
Sapientita Law Group, PLLC
120 South Sixth Street
Suire 100

Minneapolis, MN 55402
612-756-7100
Email: jons@sapientialaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherri Kandel Dewitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Anthony Malatesta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mirta Desir**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Fort Pierce**                    represented by **Gail C. Bradford**
Dean, Ringers, Morgan & Lawton, PA
201 E. Pine Street
Suite 1200
Orlando, FL 32802-2928
407-422-4310
Fax: 407-648-0233
Email: gbradford@drml-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Edward Lawton**
Dean Ringers Morgan & Lawton
201 E Pine Street
Suite 1200
Orlando, FL 32801
407-422-4310
Fax: 407-648-0233
Email: wlawton@drml-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Policeman Jason Braun**                    represented by **Gail C. Bradford**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Edward Lawton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane and John Does (1-10)**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2014 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-6997126, filed by Shaun Foudy, Toni Foudy. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Desir, Mirta) (Entered: 08/15/2014) |
| 08/15/2014 | 2 | Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Frank J. Lynch, Jr (jc) (Entered: 08/15/2014) |
| 09/25/2014 | 3 | Order Setting Calendar Call and Trial Date, And Order of Reference to United States Magistrate For Scheduling Matters And Pretrial Discovery Matters: ( Jury Trial set for 10/13/2015 09:00 AM in West Palm Beach Division before Judge Robin L. Rosenberg., Telephonic Calendar Call set for 10/7/2015 09:00 AM before Judge Robin L. Rosenberg.) Signed by Judge Robin L. Rosenberg on 9/25/2014. (cbr) (Entered: 09/25/2014) |
| 12/10/2014 | 4 | NOTICE of Filing Proposed Summons(es) by Shaun Foudy, Toni Foudy re 1 Complaint filed by Shaun Foudy, Toni Foudy (Attachments: # 1 Summon(s) City of Fort Pierce, # 2 Summon(s) Jason Braun, # 3 Summon(s) Jane and John Does) (Desir, Mirta) (Entered: 12/10/2014) |
| 12/11/2014 | 5 | Summons Issued as to Jason Braun, City of Fort Pierce. (cbr) (Entered: 12/11/2014) |
| 12/29/2014 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline by Shaun Foudy, Toni Foudy. Jason Braun served on 12/12/2014, answer due 1/2/2015; City of Fort Pierce served on 12/12/2014, answer due 1/2/2015. (Desir, Mirta) (Entered: 12/29/2014) |
| 01/02/2015 | 7 | MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Jason Braun, City of Fort Pierce. Attorney Gail C. Bradford added to party Jason Braun(pty:dft), Attorney Gail C. Bradford added to party City of Fort Pierce (pty:dft). Responses due by 1/20/2015 (Attachments: # 1 Text of Proposed Order)(Bradford, Gail) (Entered: 01/02/2015) |
| 01/07/2015 | 8 | NOTICE by Jason Braun, City of Fort Pierce *of Scrivener's Error* (Bradford, Gail) (Entered: 01/07/2015) |
| 01/08/2015 | 9 | Order Setting Scheduling Conference and Requiring Joint Scheduling Report, ( Scheduling Conference set for 2/4/2015 02:30 PM before Magistrate Judge |

| | | |
|---|---|---|
| | | Frank J. Lynch Jr..) -Joint Scheduling Report due by 2/2/2015 Signed by Magistrate Judge Frank J. Lynch, Jr on 1/8/2015. (cbr) (Entered: 01/08/2015) |
| 01/15/2015 | 10 | NOTICE of Attorney Appearance by William Edward Lawton on behalf of Jason Braun, City of Fort Pierce. Attorney William Edward Lawton added to party Jason Braun(pty:dft), Attorney William Edward Lawton added to party City of Fort Pierce(pty:dft). (Lawton, William) (Entered: 01/15/2015) |
| 01/16/2015 | 11 | PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This cause comes before the Court upon a sua sponte review of the record. The Court is aware of the history of this case. More specifically, the Court is aware that this case originated before Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D. Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be severed. The Court has reviewed Judge Martinez's order severing Plaintiffs' action at docket entry 211 in that case and finds his decision to be well reasoned and correct. Accordingly, the Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not clearly demonstrate that Defendants' conduct arose out of the same transaction or series of transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the Defendants in this case will have factually distinct defenses. The numerosity of Defendants in this case may also make for a burdensome discovery process. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to a fair trial and judicial economy are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against multiple defendants, how the conduct of the Defendants constituted the same transaction for the purposes of joinder. The Court shall apply the same reasoning here. Accordingly, Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how the alleged conduct of each Defendant arises out of the same transaction or is otherwise permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the aforementioned deadline, the Court may close this case. All pending motions are DENIED AS MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) (Entered: 01/16/2015) |
| 02/02/2015 | 12 | PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior Order 11 . All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion should include an explanation for Plaintiff's failure to comply with the orders of this Court and must also include, as an attachment, an amended complaint that complies with the Court's January 16, 2015 Order 11 . Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd) |

| | | |
|---|---|---|
| | | **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 02/02/2015) |
| 02/02/2015 | 13 | Order Cancelling Telephonic Scheduling Conference and Joint Scheduling Report Requirement Signed by Magistrate Judge Frank J. Lynch, Jr on 2/2/2015. (cbr) (Entered: 02/02/2015) |
| 02/02/2015 | 14 | NOTICE of Attorney Appearance by Sherri Kandel Dewitt on behalf of Shaun Foudy, Toni Foudy. Attorney Sherri Kandel Dewitt added to party Shaun Foudy (pty:pla), Attorney Sherri Kandel Dewitt added to party Toni Foudy(pty:pla). (Dewitt, Sherri) (Entered: 02/02/2015) |
| 02/02/2015 | 15 | MOTION to Reopen Case by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/02/2015) |
| 02/03/2015 | 16 | PAPERLESS ORDER denying Motion to Reopen 15 without prejudice. The Court's January 16th Order required Plaintiff to clearly show "how the conduct of the Defendants constituted the same transaction for the purposes of joinder." The Order also discussed Judge Martinez's prior order in this case, adopted Judge Martinez's reasoning, and discussed how "merely similar" transactions are insufficient to satisfy the permissive joinder requirements of Rule 20 under such cases as Bass v. Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from Plaintiff's Motion and amended complaint is a responsive section that addresses the specifics of the Court's Order. Plaintiff may refile an amended complaint in a new motion to reopen that responds to the concerns noted in the Court's January 16th Order or, alternatively, Plaintiff may file a new motion to reopen that directs the Court's attention to specific paragraphs in Plaintiff's fifty-page complaint that address the Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015. (bkd) (Entered: 02/03/2015) |
| 02/18/2015 | 17 | Second MOTION to Reopen Case *with attached Amended Complaint* by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Plaintiffs' Amended Complaint, # 2 Exhibit Exhibit 1 to Plaintiffs' Amended Complaint, # 3 Exhibit Exhibit 2 to Plaintiffs' Amended Complaint, # 4 Exhibit Exhibit 3 to Plaintiffs' Amended Complaint)(Dewitt, Sherri) (Entered: 02/18/2015) |
| 02/20/2015 | 18 | PAPERLESS ORDER requiring Defendants to file a Response to Plaintiff's Motion to Reopen within ten (10) days of the date of rendition of this Order. After the Motion is briefed, the Court will rule on the matter of severance and, at that time, the Court will issue any necessary orders to re-open this case. Signed by Judge Robin L. Rosenberg on 2/20/2015. (bkd) (Entered: 02/20/2015) |
| 03/02/2015 | 19 | RESPONSE to Motion re 17 Second MOTION to Reopen Case *with attached Amended Complaint* filed by Jason Braun, City of Fort Pierce. Replies due by 3/12/2015. (Bradford, Gail) (Entered: 03/02/2015) |
| 03/12/2015 | 20 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 17 Second MOTION to Reopen Case *with attached Amended Complaint* filed by Shaun Foudy, Toni Foudy. (Dewitt, Sherri) (Entered: 03/12/2015) |
| 06/19/2015 | 21 | PAPERLESS ORDER granting 17 Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case no later than Tuesday, June 23, 2015. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiff's Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/19/2015. (nkl) (Entered: 06/19/2015) |
| 06/22/2015 | 22 | Plaintiff's AMENDED COMPLAINT against All Defendants, filed by Shaun Foudy, Toni Foudy. (Attachments: # 1 Exhibit Exhibit 1 to Plaintiff's Amended Complaint, # 2 Exhibit Exhibit 2 to Plaintiff's Amended Complaint, # 3 Exhibit Exhibit 3 to Plaintiff's Amended Complaint)(Dewitt, Sherri) (Entered: 06/22/2015) |
| 06/25/2015 | 23 | ORDER Setting Status Conference: Status Conference set for 7/8/2015 10:45 AM in Fort Pierce Division before Judge Robin L. Rosenberg. Signed by Judge Robin L. Rosenberg on 6/25/2015. (cbr) (Entered: 06/25/2015) |
| 06/26/2015 | 24 | NOTICE by Jason Braun, City of Fort Pierce *of Telephonic Appearance* (Bradford, Gail) (Entered: 06/26/2015) |
| 07/02/2015 | 25 | MOTION TO DISMISS 22 Amended Complaint, FOR FAILURE TO STATE A CLAIM by Jason Braun, City of Fort Pierce. Responses due by 7/20/2015 (Attachments: # 1 Text of Proposed Order Granting Defendants' Motion to Dismiss)(Bradford, Gail) (Entered: 07/02/2015) |
| 07/06/2015 | 26 | NOTICE by Shaun Foudy, Toni Foudy *Telephonic Appearance*. Attorney David Anthony Malatesta added to party Shaun Foudy(pty:pla), Attorney David Anthony Malatesta added to party Toni Foudy(pty:pla). (Malatesta, David) (Entered: 07/06/2015) |
| 07/08/2015 | 27 | PAPERLESS MINUTE ENTRY for proceedings held before Judge Robin L. Rosenberg: Status Conference held on 7/8/2015. Appearances: (telephonic) David Malatesta, Esq.,and Gail Bradford, Esq. Order to follow. Court Reporter: Pauline Stipes, 561-803-3434 / Pauline_Stipes@flsd.uscourts.gov (sjn) (Entered: 07/08/2015) |
| 07/08/2015 | 28 | PAPERLESS ORDER following the Status Conference held July 8, 2015. Based upon the representations made by Plaintiff's counsel at the Status Conference, Defendants Jane and John Does (1-10) are hereby dismissed without prejudice. As represented by Plaintiff's counsel at the Status Conference, Shaun Foudy is not a party and Toni Foudy is the sole Plaintiff in this case. On or before Friday, July 10, 2015, Plaintiff shall file a response to the statute of limitations arguments raised in Defendants' 25 Motion to Dismiss Plaintiff's Amended Complaint. On or before Friday, July 17, 2015, Defendants shall file a reply in support of the statute of limitations arguments raised in their 25 Motion to Dismiss. With respect to the sole remaining argument raised in Defendants' 25 |

| | | Motion to Dismiss, Plaintiff's counsel represented at the Status Conference that Defendant Jason Braun has been joined in his individual capacity and not in his official capacity. Accordingly, Defendants' 25 Motion to Dismiss is denied to the extent it requests dismissal of Plaintiff's claims against Jason Braun in Count III of 22 Plaintiff's Amended Complaint. No later than 30 days after the date this Court issues a ruling on the statute of limitations arguments raised by Defendants in their 25 Motion to Dismiss, the parties shall attend mediation, unless the Court's ruling disposes of all issues and parties in this case. Signed by Judge Robin L. Rosenberg on 7/8/2015. (nkl) (Entered: 07/08/2015) |
|---|---|---|
| 07/08/2015 | 29 | Order Setting Calendar Call and Trial Date, and Order of Reference to United States Magistrate for Scheduling Matters and Pretrial Discovery Matters: ( Jury Trial set for 4/11/2016 09:00 AM in Fort Pierce Division before Judge Robin L. Rosenberg., Calendar Call set for 4/6/2016 09:00 AM before Judge Robin L. Rosenberg.) Signed by Judge Robin L. Rosenberg on 6/8/2015. (cbr) (Entered: 07/09/2015) |
| 07/10/2015 | 30 | RESPONSE to Motion re 25 MOTION TO DISMISS 22 Amended Complaint, FOR FAILURE TO STATE A CLAIM *as to Statute of Limitations Issue Only* filed by Shaun Foudy, Toni Foudy. Replies due by 7/20/2015. (Dewitt, Sherri) (Entered: 07/10/2015) |
| 07/13/2015 | 31 | REPLY to Response to Motion re 25 MOTION TO DISMISS 22 Amended Complaint, FOR FAILURE TO STATE A CLAIM filed by Jason Braun, City of Fort Pierce. (Bradford, Gail) (Entered: 07/13/2015) |
| 07/13/2015 | 32 | Order Setting Telephonic Scheduling Conference and Requiring New Joint Scheduling Report, ( Scheduling Conference set for 8/14/2015 02:30 PM before Ch. Magistrate Judge Frank J. Lynch Jr..) -Joint Scheduling Report due by 8/12/2015 Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 7/13/2015. (cbr) (Entered: 07/13/2015) |
| 07/28/2015 | 33 | ORDER granting in part and denying in part 25 Motion to Dismiss for Failure to State a Claim. Signed by Judge Robin L. Rosenberg on 7/28/2015. (cbr) (Entered: 07/28/2015) |
| 08/10/2015 | 34 | Unopposed MOTION to Excuse Party Attendance at Mediation by Jason Braun, City of Fort Pierce. (Attachments: # 1 Text of Proposed Order Granting Defendants' Motion to Excuse Party Attendance at Mediation)(Bradford, Gail) (Entered: 08/10/2015) |
| 08/11/2015 | 35 | PAPERLESS ORDER granting 34 Defendants, City of Fort Pierce's and Jason Braun's Unopposed Motion to Excuse Party Attendance at Mediation. The City's Risk Manager may attend the mediation scheduled for August 24, 2015, by telephone. Jason Braun is not required to attend the mediation. Signed by Judge Robin L. Rosenberg on 8/11/2015. (nkl) (Entered: 08/11/2015) |
| 08/11/2015 | 36 | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Jason Braun. (Bradford, Gail) (Entered: 08/11/2015) |
| 08/11/2015 | 37 | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by City of Fort Pierce. (Bradford, Gail) (Entered: 08/11/2015) |

| 08/12/2015 | [38](#) | Notice of Mediation Hearing before Mediator, Thomas Mihok filed by Shaun Foudy, Toni Foudy. Mediation Hearing set for 8/24/2015 09:30 AM (Dewitt, Sherri) (Entered: 08/12/2015) |
|---|---|---|
| 08/12/2015 | [39](#) | SCHEDULING REPORT - **Rule 16.1** by Jason Braun, City of Fort Pierce (Bradford, Gail) (Entered: 08/12/2015) |
| 08/13/2015 | [42](#) | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jonathan A. Strauss. Filing Fee $ 75.00. Receipt # 2942. (ksa) (Entered: 08/19/2015) |
| 08/14/2015 | [40](#) | Minute Entry for proceedings held before Ch. Magistrate Judge Frank J. Lynch, Jr: Scheduling Conference held on 8/14/2015. Scheduling Order issued. (Digital 143345.) (cga) (Entered: 08/14/2015) |
| 08/17/2015 | [41](#) | Order Setting Pre-Trial Schedule and Order Referring Case to Mediation: ( Discovery due by 12/11/2015., Expert Discovery due by 12/11/2015., In Limine Motions due by 2/5/2016., Dispositive Motions due by 1/15/2016.) Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 8/14/2015. (cbr) (Entered: 08/17/2015) |
| 08/19/2015 | [43](#) | ORDER granting [42](#) Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Ch. Magistrate Judge Frank J. Lynch, Jr on 8/19/2015. (cbr) (Entered: 08/20/2015) |
| 08/21/2015 | 44 | PAPERLESS ORDER re [38](#) Notice of Mediation Hearing filed by Shaun Foudy, Toni Foudy. No later than 5:00 p.m. Tuesday, August 25, 2015, the parties shall inform the Court in writing of the outcome of mediation. Signed by Judge Robin L. Rosenberg on 8/21/2015. (nkl) (Entered: 08/21/2015) |
| 08/24/2015 | [45](#) | NOTICE by City of Fort Pierce re 44 Order, *Notice Regarding Mediation Outcome* (Bradford, Gail) (Entered: 08/24/2015) |
| 08/26/2015 | [46](#) | MEDIATION REPORT by Tom Mihok. Disposition: Case did not settle.(cbr) (Entered: 08/26/2015) |
| 08/28/2015 | [47](#) | Initial Disclosure(s) Re: [41](#) Scheduling Order, Order Referring Case to Mediation,, by Shaun Foudy, Toni Foudy (Dewitt, Sherri) (Entered: 08/28/2015) |
| 09/08/2015 | [48](#) | ORDER granting [25](#) MOTION TO DISMISS [22](#) Amended Complaint, FOR FAILURE TO STATE A CLAIM filed by Jason Braun, City of Fort Pierce Signed by Judge Robin L. Rosenberg on 9/8/2015. (cbr) (Entered: 09/09/2015) |
| 09/09/2015 | | Civil Case Terminated. Closing Case. per DE [48](#) (cbr)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated as permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 09/09/2015) |
| 09/17/2015 | [49](#) | Final Judgment In Favor of Defendants Signed by Judge Robin L. Rosenberg on 9/17/2015. (cbr) (Entered: 09/17/2015) |
| 10/01/2015 | [50](#) | |

| | | MOTION for Bill of Costs by Jason Braun, City of Fort Pierce. Responses due by 10/19/2015 (Bradford, Gail) (Entered: 10/01/2015) |
|---|---|---|
| 10/16/2015 | 51 | Notice of Appeal as to 33 Order on Motion to Dismiss for Failure to State a Claim, 48 Order, 49 Judgment by Toni Foudy. Filing fee $ 505.00 receipt number 113C-8169608. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Dewitt, Sherri) (Entered: 10/16/2015) |
| 10/19/2015 | 52 | PAPERLESS ORDER terminating 50 Motion for Bill of Costs in light of the notice of appeal in this case. Although costs may properly be taxed at this time, cf. Rothenberg v. Sec. Mgmt. Co., 677 F.2d 64, 64 (11th Cir. 1982) ("[C]osts may be taxed after a notice of appeal has been filed."), the Court uses its discretion to stay this matter pending the outcome of the appeal, cf. Belize Telecom, Ltd. v. Govt of Belize, 528 F.3d 1298, 1310 (11th Cir. 2008) ("[W]e leave for the district court to determine whether a stay or a hearing on costs and fees is appropriate, given the pending appeal...."). Signed by Judge Robin L. Rosenberg on 10/19/2015. (bkd) (Entered: 10/19/2015) |
| 10/30/2015 | 53 | TRANSCRIPT INFORMATION FORM by Toni Foudy re 51 Notice of Appeal,. No Transcript Requested. (Dewitt, Sherri) (Entered: 10/30/2015) |
| 11/05/2015 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 51 Notice of Appeal, Notice has been electronically mailed. (hh) (Entered: 11/05/2015) |
| 11/13/2015 | 54 | MOTION for Sanctions *Pursuant to Rule 11* by Jason Braun, City of Fort Pierce. (Attachments: # 1 Exhibit A - Defendants' Rule 11 Motion, # 2 Exhibit B - SMH E-mail to Plaintiff's Attorney, # 3 Exhibit C - UPS Delivery Information, # 4 Exhibit D - GCB E-mail to Plaintiff's Attorney, # 5 Exhibit E- GCB Affidavit with Exhibit 1 Attached, # 6 Text of Proposed Order)(Bradford, Gail) (Entered: 11/13/2015) |
| 11/16/2015 | 55 | Acknowledgment of Receipt of NOA from USCA re 51 Notice of Appeal, filed by Toni Foudy. Date received by USCA: 11/5/15. USCA Case Number: 15-15015-EE. (hh) (Entered: 11/16/2015) |
| 11/27/2015 | 56 | RESPONSE in Opposition re 54 MOTION for Sanctions *Pursuant to Rule 11* filed by Toni Foudy. Replies due by 12/7/2015. (Attachments: # 1 Exhibit Exhibit A to Plaintiff's Response to Defendants' Motion for Sanctions Pursuant to Rule 11)(Dewitt, Sherri) (Entered: 11/27/2015) |
| 12/04/2015 | 57 | REPLY to Response to Motion re 54 MOTION for Sanctions *Pursuant to Rule 11* filed by Jason Braun, City of Fort Pierce. (Bradford, Gail) (Entered: 12/04/2015) |

# TAB D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Toni Foudy,
Shaun Foudy,                              CASE NO.:

        Plaintiffs,

                              **JURY TRIAL DEMANDED UNDER FRCP 38(b)**

v.

Saint Lucie County Sheriff's Office,
Indian River County Sheriff's Office,
Gerald M. Bailey, in his individual capacity as
the Florida Department of Law Enforcement Commissioner,
Julie L. Jones, in her individual capacity as the
Executive Director of the Department of Highway
Safety and Motor Vehicles,
Sheriff Ken J. Mascara, Individually,
Sheriff Deryl Loar, Individually,
Christopher Gordineer, Individually,
Michael Muller, Individually,
Leland Squires, Individually,
David Abbott, Individually,
Sean Freeman, Individually,
Ronald Seraphin, Individually,
David Snow, Individually,
Matthew Kirchner, Individually,
Mark Sarvis, Individually,
Andrew Bolonka, Individually,
Shelia Grandison, Individually,
Dave Jones, Individually,
David Smith, Individually,
Vincent Bonagura, Individually,
Charla Harper, Individually,
Michelle Hernandez, Individually,
Paul Hutchinson, Individually,
William Miller, Individually,
Craig Ortman, Individually,
William Radke, Individually,
Brian Scribner, Individually,
Joseph Trevisol, Individually,
James DeFonzo, Individually,
Troy Hetzer, Individually,
Karen Stephens, Individually,
Michael White, Individually,

Brett Wilkes, Individually,
David Blatchford, Individually,
John Brady, Individually,
Deron Brown, Individually,
Kevin Carter, Individually,
Supreet Cheema, Individually,
Jeffery Cogswell, Individually,
Robert Funk, Individually,
Richard Green, Individually,
Thomas Johnson, Individually,
David Leigh, Individually,
Claylan Mangrum, Individually,
Todd Meslin, Individually,
Edward Oxley, Individually,
Michael Sheelar, Individually,
Randy Tucker, Individually,
Carl Ward, Individually,
John Wise, Individually,
Matthew Woods, Individually,
Lasolomon Archie, Individually,
Dennis Bernas, Individually,
Marie Brazas, Individually,
Mark Colangelo, Individually,
Alexander Feoloa, Individually,
Joseph Guertin, Individually,
Frantz Guerrier, Individually,
Byron Harbin, Individually,
Grant King, Individually,
Jeffery Ledlow, Individually,
Tad LeRoy, Individually,
Paul McNesky, Individually,
William Mittwede, Individually,
Michael Monahan, Individually,
Troy Norman, Individually,
John Parow, Individually,
Paul Pearson, Individually,
Frank Pellegrini, Individually,
Jeff Schoner, Individually,
Jeffery Serafini, Individually,
Cheryl Siel, Individually,
Paul Taylor, Individually,
Scott Wells, Individually,
Ronald Wentz, Individually,
Cathy Witaker, Individually,
Fred Wilson, Individually,
Suzanne Woodard, Individually,

A2

Jason Cannon, Individually,
William Cooke, Individually,
James Gettings, Individually,
Adriano Krecic, Individually,
Cory Speicker, Individually,
Heather Yonderly, Individually,
David Bailey, Individually,
Eric Carlson, Individually,
Greg Long, Individually,
John Finnegan, Individually,
Michael Pierce, Individually,
Rebecca Hurley, Individually,
Terri Birtel, Individually,
Shaveldra Jenkins, Individually,
Paul Button, Individually,
Andrew Bartucelli, Individually,
Ismael Hau, Individually,
Brian Reimsnyder, Individually,
Roderick Smith, Individually,
Heath Higman, Individually,
Ciro Perrone, Individually,
Randal Fornes, Individually,
Chris Rodriguez, Individually,
John Cronenberg, Individually,
John Carter, Individually,
David Wright, Individually,
Scott Prouty, Individually,
Jeff Ledlow, Individually,
ENTITY DOES (1-20),
JANE and JOHN DOES (1-150),
FLORIDA DEPARTMENT OF
LAW ENFORCEMENT DOES (1-30), and
DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES DOES (1-30).

        Defendants.

_____/


## COMPLAINT

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel, hereby

states and alleges as follows:

A3

## NATURE OF PLAINTIFFS' CLAIMS

1. This is an action for injunctive relief and money damages under 42 U.S.C. § 1983, the Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), the Fourth Amendment, the Fourteenth Amendment, and other protections afforded by the United States Bill of Rights and state laws to recover damages for Defendants' disregard and invasion of Plaintiffs' constitutionally protected right to privacy. Specifically, in 1993, the United States Congress, recognizing that law enforcement personnel, amongst others, have the ability to access any person's private information, especially the information retained by States in connection with a driver's license, passed the Driver's Privacy Protection Act of 1994 to safeguard that information. In addition, the state of Florida is one of the few states in this country that has an express right of privacy in its constitution to protect against governmental intrusion. Fla. Const. Art. I. § 23.

2. This case involves the invasion of privacy and illegal searches of Plaintiffs' Toni Foudy and Shaun Foudy and her family members by more than seven-hundred (700) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, without any legitimate purpose and as a result not only violated DPPA, 42 U.S.C. § 1983 and state law, but have also damaged each of the Foudy's lives as a result of the violations. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy.

3. Specifically, law enforcement personnel in the state of Florida illegally viewed Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than five-hundred-and-fifty (550) times without a legitimate purpose. In addition, law

A4

enforcement personnel in the state of Florida illegally viewed Plaintiff Shaun Foudy's

private, personal, and confidential driver's license information nearly one-hundred (100)

times without a legitimate purpose. These law enforcement personnel viewed Shaun and

Toni Foudy's private information nearly seven-hundred (700) times from the period of

July 1, 2005 and June 28, 2011; presumably more have viewed it during and after this

time, however, due to the state of Florida's procedures for investigating such matters

Plaintiffs' do not know the full extent of the violations to date. Furthermore, these law

enforcement personnel also further decided to view the immediate members of Toni

Foudy's family, based on information and belief, solely due to the fact that they were

related to her, nearly two-hundred (200) times. Each unauthorized access of her private

information, made while acting under the color of state law, violated Toni and Shaun

Foudy's federal civil rights and constituted behavior prohibited by federal statutes,

Florida statutes, common law, and agency and departmental regulations prohibiting some

or all of the conduct engaged in by Defendants in this case.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over Plaintiffs' claims pursuant to 42 U.S.C. §§ 1983 and

    1988, the Driver's Privacy Protection Act 18 U.S.C. § 2721 et seq. and 28 U.S.C. §§

    1331 (federal question jurisdiction) and 1343(a)(3). This Court has supplemental

    jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

5.  The amount in controversy exceeds $75,000.00, including interests and costs.

6.  All conditions precedent to the maintenance of this action have been performed or have

    occurred prior to its institution including those set forth in Florida Statute § 768.

## THE PARTIES

7.  Plaintiff Toni Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

8.  Plaintiff Shaun Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

9.  Defendant Indian River County Sheriff's Office ("IRCSO"), a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

10. Defendant Saint Lucie County Sheriff's Office ("SLCSO"), a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

11. Defendant Entity Does (1-20) are various cities, counties, municipalities and other entities located in Florida, which can be sued under Fla. Stat. § 768.28. or other statutes, and federal departments and agencies, which may be sued under 28 U.S.C. § 1346 or other statutes.

12. Plaintiffs' will refer to the entities named in paragraphs 9-11 above collectively as the "Defendant Entities" or "Entity Defendants."

13. Defendant Christopher Gordineer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

14. Defendant Michael Muller, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the

A6

Saint Lucie County Sheriff's Office.

15. Defendant Leland Squires, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

16. Defendant David Abbott, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

17. Defendant Sean Freeman upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

18. Defendant Ronald Seraphin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

19. Defendant David Snow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

20. Defendant Matthew Kirchner, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed

A7

and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

21. Defendant Mark Sarvis, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

22. Defendant Andrew Bolonka, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

23. Defendant Shelia Grandison, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

24. Defendant Dave Jones, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

25. Defendant David Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

26. Defendant Vincent Bonagura, upon information and belief, was, at all times relevant

A8

herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

27. Defendant Charla Harper, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

28. Defendant Michelle Hernandez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

29. Defendant Paul Hutchinson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

30. Defendant William Miller, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

31. Defendant Craig Ortman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

A9

32. Defendant William Radke, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

33. Defendant Brian Scribner, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

34. Defendant Joseph Trevisol, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

35. Defendant James DeFonzo, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

36. Defendant Troy Hetzer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

37. Defendant Karen Stephens, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

38. Defendant Michael White, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

39. Defendant Brett Wilkes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

40. Defendant David Blatchford, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

41. Defendant John Brady, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

42. Defendant Deron Brown, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

43. Defendant Kevin Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

44. Defendant Supreet Cheema, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

45. Defendant Jeffery Cogswell, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

46. Defendant Robert Funk, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

47. Defendant Richard Green, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

48. Defendant Thomas Johnson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

49. Defendant David Leigh, upon information and belief, was, at all times relevant herein, a

A12

resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

50. Defendant Claylan Mangrum, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

51. Defendant Todd Meslin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

52. Defendant Edward Oxley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

53. Defendant Michael Sheelar, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

54. Defendant Randy Tucker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

55. Defendant Carl Ward, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

56. Defendant John Wise, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

57. Defendant Matthew Woods, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

58. Defendant Lasolomon Archie, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

59. Defendant Dennis Bernas, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

60. Defendant Marie Brazas, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

61. Defendant Mark Colangelo, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

62. Defendant Alexander Feoloa, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

63. Defendant Joseph Guertin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

64. Defendant Frantz Guerrier, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

65. Defendant Byron Harbin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

66. Defendant Grant King, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

67. Defendant Jeffery Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

68. Defendant Tad LeRoy, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

69. Defendant Paul McNesky, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

70. Defendant William Mittwede, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

71. Defendant Michael Monahan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

72. Defendant Troy Norman, upon information and belief, was, at all times relevant herein, a

resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

73. Defendant John Parow, upon information and belief, was, at all times relevant herein, a

resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

74. Defendant Paul Pearson, upon information and belief, was, at all times relevant herein, a

resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

75. Defendant Frank Pellegrini, upon information and belief, was, at all times relevant herein,

a resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

76. Defendant Jeff Schoner, upon information and belief, was, at all times relevant herein, a

resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

77. Defendant Jeffery Serafini, upon information and belief, was, at all times relevant herein,

a resident of the State of Florida and a citizen of the United States, duly appointed and

acting in his individual capacity as a deputy, employee, agent, or representative of the

Saint Lucie County Sheriff's Office.

78. Defendant Cheryl Siel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

79. Defendant Paul Taylor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

80. Defendant Scott Wells, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

81. Defendant Ronald Wentz, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

82. Defendant Cathy Witaker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

83. Defendant Fred Wilson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the

A18

Saint Lucie County Sheriff's Office.

84. Defendant Suzanne Woodard, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

85. Defendant Jason Cannon, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

86. Defendant William Cooke, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

87. Defendant James Gettings, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

88. Defendant Adriano Krecic, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

89. Defendant Cory Speicker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and

A19

acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

90. Defendant Heather Yonderly, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a deputy, employee, agent, or representative of the Saint Lucie County Sheriff's Office.

91. Defendant David Bailey, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Sergeant of the Indian River County Sheriff's Office.

92. Defendant Eric Carlson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

93. Defendant Greg Long, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

94. Defendant John Finnegan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Detective of the Indian River County Sheriff's Office.

95. Defendant Michael Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Sergeant of the Indian River County Sheriff's

Office.

96. Defendant Rebecca Hurley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in her individual capacity as a Deputy of the Indian River County Sheriff's Office.

97. Defendant Terri Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in her individual capacity as a Deputy of the Indian River County Sheriff's Office.

98. Defendant Shaveldra Jenkins, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in her individual capacity as a Records Specialist of the Indian River County Sheriff's Office.

99. Defendant Paul Button, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a PSD of the Indian River County Sheriff's Office.

100. Defendant Andrew Bartucelli, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

101. Defendant Ismael Hau, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

102. Defendant Brian Reimsnyder, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed

and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

103. Defendant Roderick Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

104. Defendant Heath Higman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

105. Defendant Ciro Perrone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

106. Defendant Randal Fornes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

107. Defendant John Cronenberg, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Sergeant of the Indian River County Sheriff's Office.

108. Defendant Chris Rodriguez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed

and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

109.  Defendant John Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

110.  Defendant David Wright, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

111.  Defendant Scott Prouty, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

112.  Defendant Jeff Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as a Deputy of the Indian River County Sheriff's Office.

113.    Defendant Jane and John Does (1-150), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting in their individual capacities as law enforcement supervisors, officers, or employees of the Defendant Entities or other federal, state, county or municipal entities in Florida.

114.    Plaintiffs' will refer to the Individual Defendants (with the exception of the Defendants Jones, Bailey and the "Supervisor Defendants"), including Jane and John Does collectively as the "Defendant Law Enforcement Personnel," "Individual

Defendants," or "Defendant Individuals."

115.    Plaintiffs' will refer to the Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants" or "Defendant Supervisors."

116.    Defendant Gerald M. Bailey ("Bailey"), upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in his individual capacity as the Florida Department of Law Enforcement ("FDLE") Commissioner.

117.    Defendant FDLE DOES (1-30), upon information and belief, were, at all times, material herein, citizens of the United States and residents of the State of Florida, duly appointed and acting in their individual capacities as officers, supervisors, employees, staff, employees, independent contractors or agents of the FDLE.

118.    Defendant Julie L. Jones ("Jones") upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting in her individual capacity as the Executive Director of the Department of Highway Safety and Motor Vehicles ("DHSMV").

119.    Defendant DHSMV DOES (1-30), upon information and belief, were, at all times, material herein, citizens of the United States and residents of the State of Florida, duly appointed and acting in their individual capacities as officers, supervisors, employees, staff, employees, independent contractors or agents of the DHSMV.

120.    Plaintiffs will refer to officers, supervisors, employees, staff, employees, independent contractors or agents of the DHSMV and the FDLE who created, installed, monitored, regulated, coded, enforced, supervised, maintained, oversaw, updated, or

otherwise worked on the D.A.V.I.D. system, which contained Plaintiffs' private driver's license information as "DHSMV/ FDLE Database Does."

121.  Defendant KEN J. MASCARA, upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as Sheriff of the Saint Lucie County Sheriff's Office.

122.  Defendant DERYL LOAR, upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as Sheriff of the Indian River County Sheriff's Office.

## FACTUAL ALLEGATIONS

**I.      Toni Foudy Was Initially Proud to Be Called A Deputy Until It Turned Into A Nightmare**

123.  In 2005, Toni Foudy attended the Indian River Police Academy and graduated with a 99.3% GPA.

124.  She was proud to have achieved her dream of becoming a deputy.

125.  While at the academy she was hired by St. Lucie County Sheriff's Office, where she was employed for approximately thirteen months.

126.  During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

127.  On May 14, 2006, Toni and Shaun Foudy were married.

128.  During her employment, Toni Foudy was accused of being untruthful about immediately reporting the scratch to her patrol car and getting her patrol car stuck in a

civilian's driveway.

129.  During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni
      Foudy that she was being "targeted" and that "she better resign or that she would never
      work in law enforcement again."

130.  On or about August 30, 2006,Toni Foudy, terrified that her dream of being a deputy
      was in jeopardy, resigned.

131.  Soon after her resignation, Plaintif Toni Foudy applied to other law enforcement
      positions, and was denied employment as a result of her resignation with SLCSO.

132.  Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had reported that
      she had "Resigned Amid Investigation of Moral Character Violations."

133.  Toni Foudy was devastated since the "moral character" violation at issue involved a
      scratch on a patrol car that and a driveway incident that was reported soon thereafter.

134.  Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of
      her attempts to re-enter the law enforcement field and helping the community, and
      decided to start a family with her husband.

135.  On April 14, 2009, Toni Foudy began employment at Walt Disney as a "Snow White"
      character.

136.  On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River
      County Sheriff's Office.

137.  Understanding that the information contained in her FDLE would be an issue, Toni
      Foudy wrote a letter to Sheriff Deryl Loar, requesting an opportunity to explain the
      circumstances that had materialized at SLCSO.

A26

138. Sheriff Loar agreed to a meeting, where he, Undersheriff Tim Elder and Toni Foudy were present.

139. Toni Foudy was informed after the meeting that she would be hired as a Reserved Deputy, and she was excited at the offer and promptly accepted.

140. Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full-time Deputy Sheriff.

141. As a law enforcement officer, Toni Foudy was obligated to inform Sheriff Loar that she was a Walt Disney character and entertainer on a part time basis.

142. Sheriff Loar stated that he needed to know the nature of the entertainment job.

143. Toni Fudy informed the Sheriff that she was "Snow White" and that the position needed to remain confidential due to her contract with Walt Disney and a Confidentiality Agreement.

144. Sheriff Loar told her that he understood and that the information would remain confidential.

145. However, almost immediately, IRCSO Lieutenant Derrill Mullinax and other deputies began exclaiming, "hey it's Snow White" and "where are your dwarves," whenever he was in Toni Foudy's presence.

146. Toni Foudy was concerned that the Sheriff must have revealed her confidential position.

147. In addition, Toni Foudy almost immediately began having issues with a select group of male deputies that told her that they did not agree with women working in law enforcement, specifically Jeffrey Ledlow.

148.  Toni Foudy's IRCSO male zone partner stated that the agency "was never going to be as good as the worst male cop," as she was being targeted for being female and no matter how well she worked it would not matter.

149.  In October of 2010, Toni Foudy was subsequently informed by a deputy that the IRCSO males were at a hostage negotiation seminar with SLCSO male law enforcement personnel and were discussing Toni Foudy.

150.  The males were allegedly discussing her work at IRCSO, SLCSO, and their personal opinions of her and appeared to be spreading egregious rumors in the process.

151.  Toni Foudy, immediately thereafter, was issued anti-anxiety medication by her physician as a result of her co-workers insulting and demeaning behavior.

152.  A short time later, Toni Foudy was informed that the IRCSO was investigating her after a police service call, in which Toni Foudy was accused of kicking and hitting a male suspect.

153.  The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

154.  Toni Foudy was later informed by another IRCSO Corporal that Sergeant White "had found an opportunity to screw you and ran with it."

155.  Based on information and belief, Sergeant White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the exaggerated incident.

156.  In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she was being targeted.

A28

157.  Toni was later called into the IRCSO and interviewed for the IA investigation.

158.  During the IA interview, Toni Foudy informed the investigator that she was in a high-risk situation with the suspect and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for officer safety purposes. She was told that the IRCSO would inform her of the IA outcome.

159.  When she was called into the IRCSO to be informed of the outcome, K9 Sergeant Patrick White was seated outside of the IA office.

160.  IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office. Upon arriving, Toni Foudy was told that she was being terminated.

**II.    Florida Law Enforcement Officers Viewed Toni Foudy's and Shaun Foudy's Private, Legally Protected Information Outside of Any Official Investigation or for a Legal Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times**

161.   Law enforcement officers began looking up Toni Foudy and Shaun Foudy's private information on the D.A.V.I.D system as early as July 1, 2005, if not earlier.

162.   Both Toni and Shaun Foudy began receiving harassing e-mails in 2006 from an unknown source.

163.   In October 2009, Shaun Foudy, seriously disturbed by these e-mails researched the Internet Protocol (IP) address of the sender and it was traced back to an SLCSO Jail booking terminal.

164.   Shaun Foudy, whose only connection with the SLCSO was that his wife, Toni Foudy, was employed there at one time, was stunned to find that a law enforcement agent was likely harassing him as well as his family.

165.   Soon after the receipt of the initial harassing e-mails and until 2009, patrol cars would drive by the Foudy's home and sound their sirens approximately five days a week, for no

apparent reason, but to harass.

166.   On or about November 2, 2006, the Foudy's learned that they were expecting their

first child.

167.   About this same time, Shaun Foudy began receiving harassing text messages in

addition to the e-mails and the constant patrol cars driving by his home and activating the

sirens directly in front of his residence.

168.   As a result of the constant harassment by law enforcement agents, Toni Foudy

suffered pregnancy related complications and was hospitalized twice for premature labor.

169.   The Foudy's were forced to start the process of relocating in the hopes of stopping the

harassment so that Toni Foudy could have the least amount of stress throughout her

pregnancy and her son's arrival.

170.   The Foudy's son was born on June 30th 2007.

171.   At the time that Toni Foudy was giving birth at the hospital a law enforcement

personnel at the SLCSO accessed her private personal information, and based on

information and belief, for a non-law enforcement purpose.

172.   During the Christmas holiday season of 2007, Shaun Foudy, while shopping with his

new-born son, was approached by SLCSO Deputy K. Breech and his significant other at

a Border's Bookstore at Jensen Beach Mall and asked Shaun Foudy if he was certain that

his new-born son was his.

173.   The Foudy's manage to finally complete the short-sale in February 2009.

174.   The Foudy's had to provide all liquid assets for the short sale in order to relocate

promptly. This caused Shaun Foudy to become further depressed.

175.   Toni Foudy had to file banktuptcy as a result and destroyed her credit score of 791.

176.   In March 2010, the Foudy's moved again, twice within a thirteen-month period due to harassment.

177.   The second move was that in addition to the preceding acts of harassment, e-mails, texts, constant sirens, and harassment by deputies, a black SUV was continuously and consistently slowly driving by the Foudy's new residence, which was on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the process.

178.   At one time, Plaintiff Toni Foudy was able to follow the black SUV upon it passing by her home.

179.   Toni Foudy saw the black SUV just as it pulled into a garage approximately four blocks away from her home. Although Toni Foudy was unable to see the tag number, she did take note of the address, it was a residence located on the 300 block of S.W. Daggert Ave.

180.   On or about April 7, 2010, the Foudy's dog and a neighbor's dog killed three goats. The Saint Lucie Animal Control was contacted.

181.   SLCSO agriculture Deputy Rick Stuhr and animal control responded. The Foudy's were informed that they had to receive a citation since the neighbor's also received a citation.

182.   Shaun Foudy paid the fine. He later learned that the neighbor did not have to pay a fine although she was issued a citation, since she was informed by Animal Control Officer, to simply contact "this number" the following day an that they would "take care of it."

183.   In mid-2012, Shaun Foudy was contacted by his bank and informed that there was a security breach to his account and that there were unauthorized charges on his debit card.

The perpetrator was never identified.

184.  Law enforcement personnel viewed the Foudy's private and highly-restricted personal

information via the D.A.V.I.D system, including their home address, color photograph or

image, social security number, date of birth, state of birth, detailed vehicle registration

information and description, prior and current home and mailing addresses, driving

record, insurance carrier, emergency contacts and those contacts private and highly-

restricted personal information.

185.  The D.A.V.I.D system, to which access is limited and approved by the DHSMV, under

the direction of Jones, and the FDLE, under the direction of Bailey, permits law

enforcement personnel to search Florida driver licenses, identification cards, and license

plates (tags) amongst other private and highly-restricted personal information.

186.  The DHSMV and DHSMV Does, under the direction of Defendant Jones, maintained

and updated the database that includes Plaintiffs' driver's license information.

187.  The FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV,

under the direction of Defendant Jones, provided access to the database that includes

Plaintiffs' driver's license information.

188.  The FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV

and the DHSMV Does, under the direction of Defendant Jones, had the ability to

ascertain that driver's license information, including Plaintiffs', was being accessed on

numerous occasions, by multiple law enforcement personnel from a variety of law

enforcement agencies.

189.  The FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV

and DHSMV Does, under the direction of Defendant Jones, had the ability to prevent

unauthorized access to Plaintiffs' driver's license information.

190. The FDLE and the FDLE Does, under the direction of Defendant Bailey, and the

DHSMV and the DHSMV Does, under the direction of Defendant Jones, failed to

prevent unauthorized access to the database including access to Plaintiffs' driver's license

information.

191. The FDLE and the FDLE Does, under the direction of Defendant Bailey, and the

DHSMV and the DHSMV Does knowingly authorized, directed, ratified, approved,

acquiesced in, committed or participated in the disclosure of Plaintiffs' driver's license

information.

192. The policy of the State of Florida is to uphold the provisions of the law, both state and

federal, and to protect and safeguard the privacy rights of Florida's citizens and

inhabitants, including its drivers' privacy rights, and including those rights as are required

to be protected by federal law, and in particular, it is the policy of the State of Florida to

comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

193. The FDLE and the FDLE Does, under the direction of Defendant Bailey, and the

DHSMV and the DHSMV Does, under the direction of Defendant Jones, knowingly

disclosed Plaintiffs' and others' driver's license information and violated state policy by

devising and implementing a database that failed atrociously to uphold the privacy rights

of Toni and Shaun Foudy and others similarly situated as protected by the DPPA,

exposing the Foudy's information and others' to impermissible and knowing accesses by

various persons, including the Defendants in this lawsuit, constituting a knowing

disclosure of her information within the meaning of the DPPA.

194. The FDLE and the FDLE Does, under the direction of Defendant Bailey, and the

DHSMV and the DHSMV Does, under the direction of Defendant Jones, knowingly

implemented a database, and a method for using and misusing that database, that both

permitted and encouraged, through the nature and monitoring of the system, accesses by

police officers, state employees, and others that failed to comply with state policy of

protecting privacy rights and complying with the DPPA.

195.   The system knowingly implemented by the FDLE and the FDLE Does, under the

direction of Defendant Bailey, and the DHSMV and the DHSMV Does, under the

direction of Defendant Jones, failed to set rules for protecting the privacy rights, and

permitted, and on information and belief, still permits, and in some instances promotes,

the accessing of the database from computers that are located in areas that are accessible

to any individual, permitting continuous access to the database from a dedicated

computer that doe not require logging in by any individual, including persons not

authorized to access the database, and the accessing of the system by persons without any

accountability or even in some instances without the ability to trace the person who made

the access; so that effective monitoring of the system is difficult if not impossible under

the system as implemented by the FDLE and the FDLE Does, under the direction of

Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of

Defendant Jones, who deliberately emphasized and favored the convenience of the

system by users at the expense of protecting the privacy rights of the persons in the

database.

196.   Upon information and belief, the FDLE and the FDLE Does, under the direction of

Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of

Defendant Jones, actually knew that law enforcement officers were accessing the

databases for impermissible purposes, including viewing Plaintiffs' driver's license

information, and acquiesced, facilitated, approved or simply ignored the conduct.

197. Even if the FDLE and the FDLE Does, under the direction of Defendant Bailey, and the

DHSMV and the DHSMV Does, under the direction of Defendant Jones, had no actual

knowledge of the impermissible uses of the databases they oversaw, upon information

and belief, they were reckless in their supervision of their subordinates who did operate

the database.

198. Upon information and belief, the FDLE and the FDLE Does, under the direction of

Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of

Defendant Jones, were grossly negligent in supervising their subordinates who operated

the databases.

199. In April 2011, while researching agency records and preparing for her ongoing review

of the situation with IRCSO, Toni Foudy requested her D.A.V.I.D records from the

DHSMV. Toni Foudy received her results in July 2011.

200. Toni Foudy was shocked and physically sickened to learn that her private and restricted

information was accessed approximately five-hundred-and-fifty (550) times by IRCSO

and SLCSO.

201. Toni Foudy's information was accessed approximately four-hundred-and-fifty-six (456)

times by SLCSO between July 1, 2005 and August 1, 2011.

202. Toni Foudy's information was accessed approximately one-hundred-and-twenty (120)

times by IRCSO between April 7, 2008 and August 1, 2011.

203. Shaun Foudy suspected that his information had also been accessed due to the fact that

he was harassed by offices and requested his D.A.V.I.D records from DHSMV in August

2011.

204. Shaun Foudy was visibly shaken to discover that his records were accessed nearly one-hundred (100) times by IRCSO and SCLSO between July 1, 2005 and August 1, 2011.

205. Toni Foudy also had her family members inquire in to whether their information was accessed by SLCSO and IRCSO, the result was that their information was accessed nearly two-hundred (200) times between July 1, 2005 and August 1, 2011.

206. On information and belief, most of the Individual Defendants used Toni Foudy and Shaun Foudy's name and not their license plate number to look up their private and highly restricted personal information.

207. Both of the named Defendant Entities, SLCSO and IRCSO, appeared to have completed their internal investigation.

208. SLCSO stated that a total of seventy-nine (79) of its law enforcement personnel accessed Toni Foudy's personnel information between July 1, 2005 and August 1, 2011. Out of the seventy-nine (79) named personnel,  according to the Sheriff's Office, five (5) are no longer employed at the SLCSO, two (2) are not known to the SCLSO, and one (1) was a temporarily assigned officer who is no longer with the agency.

209. SLCSO has stated that the named Individual Defendant personnel, Christopher Gordineer, Michael Muller Leland Squires, David Abbott, Sean Freeman Ronald Seraphin, David Snow, Matthew Kirchner Mark Sarvis, Andrew Bolonka, Shelia Grandison, Dave Jones, David Smith, Vincent Bonagura Charla Harper, Michelle Hernandez, Paul Hutchinson, William Miller, Craig Ortman, William Radke, Brian Scribner Joseph Trevisol, James DeFonzo, Troy Hetzer, Karen Stephens, Michael White, Brett Wilkes, David Blatchford, John Brady, Deron Brown, Kevin Carter, Supreet

A36

Cheema, Jeffery Cogswell, Robert Funk, Richard Green, Thomas Johnson, David Leigh,

Claylan Mangrum, Todd Meslin, Edward Oxley, Michael Sheelar, Randy Tucker, Carl

Ward, John Wise, Matthew Woods, Lasolomon Archie, Dennis Bernas, Marie Brazas,

Mark Colangelo, Alexander Feoloa, Joseph Guertin, Frantz Guerrier, Byron Harbin,

Grant King, Jeffery Ledlow, Tad LeRoy, Paul McNesky, William Mittwede, Michael

Monahan, Troy Norman, John Parow, Paul Pearson, Frank Pellegrini, Jeff Schoner,

Jeffery Serafini, Cheryl Siel, Paul Taylor, Scott Wells, Ronald Wentz, Cathy Witaker,

Fred Wilson, Suzanne Woodard, Jason Cannon, William Cooke, James Gettings, Adriano

Krecic, Cory Speicker, and Heather Yonderly have accessed Toni Foudy's private and

restricted driver's license information.

210.  SLCSO has concluded that most of its Individual Defendant law enforcement personnel

did not have a law enforcement related reason for each access of Toni Foudy's private

and restricted driver's license information.

211.  Based on information and belief, the law enforcement personnel listed on the internal

investigation report by SLCSO is incomplete in that in some instances it fails to list the

total number of times an Individual Defendant accessed Toni Foudy's information.

212.  Some of the law enforcement personnel of SLCSO, Mark Sarvis, Vincent Bonagura,

Joseph Trevisol, Michael White, Kevin Carter, Supreet Cheema, John Wise, Joseph

Guertin, Paul McNesky, Jeffery Serafini, Jason Cannon, William Cooke, James Gettings,

Adriano Krecic, Cory Speicker, Heather Yonderly, state that some of the times that they

accessed Toni Foudy's information is direct result of a "BOLO."

213.  A BOLO, is an all-points bulletin (APB) broadcast issued from a law enforcement

agency containing information about a wanted suspect who is to be arrested or a person

of interest, for whom law enforcement officers are to look.

214.  Based on information and belief, no BOLO's were ever issued in regards to Toni
Foudy.

215.  Defendant Vincent Bonagura was disciplined for accessing Toni Foudy's information.
At the time the D.A.V.I.D. audit was performed at the behest of Toni Foudy, the results
showed that Vincent Bonagura had accessed her eight times.

216.  Lieutenant Hostetler stated that Defendant Vincent Bonagura informed him that three
of those times were the results of a BOLO, two of those times he accessed her tag for a
valid reason, which was not articulated, and the last three times were not for a law
enforcement purpose.

217. Lieutenant Hostetler further stated that Defendant Vincent Bonagura believed that he
could look up people in the media.

218.  Lieutenant Hostetler provided Vincent Bonagura with a direct order not to use DAVID
for an unlawful purpose on September 26, 2011. Less than 45 days later, Defendant
Vincent Bonagura accessed another Florida driver's license holder private personal
information without a law enforcement purpose.

219. Based on information and belief, Vincent Bonagura may have accessed several other
persons private personal information for a non-law enforcement purpose.

220.  Based on information and belief, the St. Lucie County Sheriff's Office should have
monitored, prevented, and stopped the unauthorized access to Toni Foudy's private
information by Vincent Bonagura and any other persons whose information was accessed
without a permissible law enforcement purpose.

221.  Pursuant to Florida Statute § 817.5681, Toni Foudy is entitled to be informed of a

breach to her private personal information without any unreasonable delay.

222.  SLCSO law enforcement personnel has been continuously accessing Toni Foudy's
      information between 2005 and 2011, and at no time prior to June 27, 2011, was Toni
      Foudy informed by the SLCSO, DHSMV, or FDLE that her private highly restricted
      driver's license information was improperly accessed.

223.  Toni Foudy only knew that law enforcement personnel had unlawfully accessed her
      information once she requested an audit of her D.A.V.I.D. records from the DHSMV.

224.  Based on information and belief, the SCLSO did not provide Toni Foudy's counsel a
      complete list of the individual law enforcement personnel that accessed Toni Foudy's
      information and all documents and things related to the internal affairs investigation.

225.  The SLCSO did not provide the names of the law enforcement personnel that viewed
      the private and highly restricted personal information of Shaun Foudy.

226.  The SLCSO did not provide the number of times that each law enforcement personnel
      viewed the private and highly restricted personal information of Shaun Foudy.

227.  Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be informed of a
      breach to his private personal information without any unreasonable delay.

228.  The IRCSO's internal investigation of its law enforcement personnel did not reflect the
      one-hundred-and-twenty (120) queries that DHSMV reflected on its audit.

229.  The IRCSO concluded that Defendants Rebecca Hurley, Andrew Bartucelli, Ismael
      Hau, Eric Carlson, Greg Long, and Heath Higman violated regulations by accessing Toni
      Foudy's private personal drivers license information.

230.  Defendants Rebecca Hurley, Andrew Bartucelli, and Ismael Hau informed internal
      affairs investigators that they accessed Toni Foudy's personal private information

because they had heard "rumors" about her from SLCSO.

231.  The IRCSO concluded that Defendants Detective John Finnegan, Deputy Brian

Reimsnyder,  Deputy Roderick Smith, and Deputy Ciro Perrone did not violate any

regulations by accessing Toni Foudy's private personal drivers license information since

the Defendants could not "recall" why they had ran her information.

232.  The IRCSO concluded that Defendants Michael Pierce, Randal Fornes, Chris

Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty and Jeff Ledlow

did not violate any regulations by accessing Toni Foudy's private personal drivers license

information since the Defendants may have ran her since her vehicle was in the IRCSO

parking lot.

233.  Defendant David Wright resigned on or about December 11, 2012. Based on

information Defendant Wright was under investigation for asking another agency to

make a welfare check on a woman he met on a dating site. Based on information and

belief, Defendant Wright lied to the other agency in order to have the officers contact the

young lady.

234.  Based on information and belief, David Wright improperly accessed the young lady's

information via a law enforcement database.

235.  The IRCSO concluded that Defendant David Bailey did not violate any regulations by

accessing Toni Foudy's private personal drivers license information since the Defendant

may have ran her since she was a new hire, to verify her driver's license, and to view her

driver's license information.

236.  Based on information and belief, the internal affairs investigator(s) for IRCSO did not

attempt to verify or corroborate the statements made by the law enforcement personnel

during the course of the internal affairs investigation regarding its law enforcement

personnel.

237.  Based on information and belief, the IRCSO did not provide a complete list of the

individual law enforcement personnel that accessed Toni Foudy's information and all

documents and things related to the internal affairs investigation.

238.  The IRCSO did not provide the number of times that all law enforcement personnel

viewed the private and highly restricted personal information of Toni Foudy.

239.  Pursuant to Florida Statute § 817.5681, Toni Foudy is entitled to be informed of a

breach to her private personal information without any unreasonable delay

240.  On or about April 30, 2012, the IRCSO informed Shaun Foudy via written

correspondence that there was not sufficient evidence to conclude that Defendants

Sergeant David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric

Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records

Specialist Shaveldra Jenkins violated departmental rules, regulations, policies or

procedures.

241.  The letter dated April 30, 2012, did not state that Defendants Sergeant David Bailey,

Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric Carlson, Deputy Greg

Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist Shaveldra had

any of the narrow legitimate law enforcement purposes outlined under the DPPA, 18

U.S.C. §§ 2721-2725, for accessing Shaun Foudy's private personal driver's license

information.

242.  In the prior internal affairs interview on August 4, 2011 regarding Toni Foudy, the

IRCSO provided Deputy Rebecca Hurley a letter of counseling for improperly accessing

Toni Foudy's private personal records.

243.  Based on information and belief, Deputy Rebecca Hurley is the same law enforcement

personnel referenced in the April 30, 2012 letter by IRCSO to Shaun Foudy, stating that

there was "not sufficient" information to conclude there was a violation of Shaun

Foudy's rights.

244.  Based on information and belief, the IRCSO has failed to provide a complete list of the

law enforcement personnel that accessed Shaun Foudy's private restricted driver's license

information without a legitimate purpose since 2005.

245.  In addition, based on information and belief, the IRCSO did not provide the number of

times that a particular law enforcement personnel that viewed the private and highly

restricted personal information of Shaun Foudy.

246.  Based on information and belief, the internal affairs investigator(s) for IRCSO did not

attempt to verify or corroborate the statements made by the law enforcement personnel

during the course of the investigation of its law enforcement personnel.

247.  Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be informed of a

breach to his private personal information without any unreasonable delay.

248.  Based on information and belief, Toni Foudy's immediate family members did not

continuously reside in the State of Florida at the time their information was accessed

249.  Based on information and belief, the private and highly restricted information of Toni

Foudy's family was accessed due to their relationship with Toni Foudy.

250.  Pursuant to Florida Statute § 817.5681, Toni Foudy's family members were not

informed that there was a breach or possible breach to their private personal driver's

license information.

A42

251.  The SLCSO has accessed Toni Foudy's family members information since 2005.

252.  The IRCSO has accessed Toni Foudy's family members information since 2006.

253. The remaining Individual Defendants', Jane and John Does, are not presently known, because the Defendant Entities have either not provided Plaintiffs with their identities or not provided sufficient information to determine if their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs' requests. Plaintiffs anticipate that these Individual Defendants, Jane and John Does, will become known through discovery.

254. The Supervisor Defendants are not presently known. Plaintiffs anticipate that the "Jane and John Doe" Supervisor Defendants who should have monitored, prevented and stopped the unauthorized access to Toni Foudy and Shaun Foudy's personal private information will become known through discovery.

255.  The remaining Entity Defendants, Entity Does, are not presently known because DHSMV has not provided Plaintiffs' with the result of its audit requests. Plaintiffs anticipate that this information will become known through discovery.

256. The login page to D.A.V.I.D system includes the following monition:

> All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by authorized personnel in accordance with state and federal law.
>
> Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal

A43

proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

257. According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

258. Furthermore, the Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

259. The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) How does your agency plan on DAVID misuse not occurring again?

260. The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access o information; and  c) Conduct

annual audit to ensure proper use and dissemination

261. On information and belief, the Individual Defendants' training included monitions against viewing private driver's license information for unofficial purposes, unless it was their own private driver's license information.

262. Whatever training, monitoring, or inquiry into the officers' usage of the information systems has been adopted it is woefully inadequate to ensure that access is used properly and lawfully.

263. On information and belief, despite this training, Defendant Entities and Defendant Supervisors, allowed their employees, including but not limited to the Individual Defendants, to view Plaintiffs' private driver's license information for unlawful purposes.

264. On information and belief, Defendant Entities, Defendant Supervisors, the FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of Defendant Jones, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and knew or should have known that it was occurring.

265. On information and belief, this illegal access occurs with regularity not only of Plaintiffs' private information but of other Florida driver's private information.

266. Defendant Entities, Defendant Supervisors, the FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of Defendant Jones, have lax policies or lax enforcement of these policies that allow for these intrusions.

267. Defendant Entities, Defendant Supervisors, the FDLE and FDLE Does, under the direction of Defendant Bailey, and the DHSMV and the DHSMV Does, under the

direction of Defendant Jones, either have no viable method or have an inadequate method of ascertaining and controlling the illegal access to individuals' private information by their officers.

268. In or about August 2011, Toni Foudy, contacted the FDLE in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

269. In or about August 2011, Toni Foudy, contacted Governor Rick Scott in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

270. The Governor's office informed her to report her concerns to the agencies whose personnel had accessed her information.

271. In or about September 2011, Toni Foudy, received an e-mail from General Counsel Pam Bondi and suggested she report the allegations to the FDLE, DHSMV, and the Department of Justice.

272. Toni Foudy also contacted FDLE general counsel Micheal Ramage in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

273. Toni Foudy also contacted the Federal Bureau of Investigations (FBI) for assistance.

274. Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

275. Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law-

enforcement investigation.

276. Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

277. Toni Foudy never waived the protections of the DPPA.

278. Shaun Foudy never waived the protections of the DPPA.

### III. Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion into Their Private Life

279. The sheer quantity of these intrusions into Toni Foudy's private life, Shaun Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that law-enforcement personnel are unfairly hostile toward the Foudy' privacy and safety.

280. As a result of this invasion of privacy, the Foudy's do not feel comfortable going to public places where law enforcement personnel are likely to be around and has lost their sense of freedom, including their sense of freedom to travel and enjoy public places.

281. As a result of this invasion of privacy, the Foudy's do not feel comfortable in their own home as law enforcement personnel vehicles slowly drive by their home on a continuous basis, for no apparent purpose.

282. As a result of this invasion of privacy, the Foudy's have been forced to significantly alter their social activities and have an effect become hermits.

283. As a result of this invasion of privacy, Toni Foudy has significantly changed her hairstyle by cutting it drastically and changing her hair color.

284. As a result of this invasion of privacy, the Foudy's have purchased different vehicles.

285. As a result of the invasion of privacy, the Foudy's feel that they have lost any control

A47

over the privacy in her life.

286.  As a result of the invasion of privacy, Toni Foudy has severely restricted her

interactions on any social media sites.

287.  As a result of the invasion of privacy, Shaun Foudy has significantly limited his

interaction on any social media sites.

288.  As a result of the invasion of privacy, the Foudy's were compelled to relocate twice.

289.  As a result of the invasion of privacy, the Foudy's will relocate in the future.

290.  As a result of the invasion of privacy, Toni Foudy was unable to return to work due to

its mental and physical impact.

291.  As a result of the invasion of privacy, Shaun Foudy did not let his son participate in the

St. Patrick's Day parade with his karate class, since it was a public event.

292.  As a result of the invasion of privacy, the Foudy's fear contacting law enforcement

agents in an emergency situation.

293.  As a result of the invasion of privacy, the Foudy's have suffered significant marital

relationship issues.

294.  As a result of the invasion of privacy, the Foudy's have experienced a loss of

consortium due to physical and emotional inability to be intimate.

295.  As a result of the invasion of privacy, the Foudy's are unable to provide their son the

quality time and attention he deserves.

296.  As a result of the invasion of privacy, had to hire two private investigators.

297.  As a result of the invasion of privacy, Toni Foudy only worked  five (5) of the

minimum one hundred fifty (150) hours needed during the fiscal-year period October

2011 to October 2012 for Walt Disney.

298.  As a result of the invasion of privacy, Toni Foudy lost her part-time employment with

Walt Disney in October 2012, as a result of her inability to physically and mentally work

the required hours needed to maintain her position as Snow White.

299.  As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost friends

due to the fact that some long-time family friends are employed by the Defendant Entities

and fear conflict.

300.  Toni Foudy in addition to being fearful and anxious about her safety, is also concerned

about the long-term impact of her compromised private and highly restricted personal

information, which may be used for an unauthorized purpose at any time.

301.  Shaun Foudy in addition to being fearful and anxious about his safety and his family's

safety, is also concerned about the long-term impact of his compromised private and

highly restricted personal information, which may be used for an unauthorized purpose at

any time.

### COUNT I: 18 U.S.C. § 2721, *et seq.*
Violation of the Driver's Privacy Protection Act
*(Against All Defendants, including Jane, John and Entity Does)*

302.     Plaintiffs hereby realleges and incorporates paragraphs 1 through 301 of this

Complaint, as if fully set forth in this paragraph.

303.     Toni Foudy and Shaun Foudy provided information to the DHSMV, including

their home address, color photograph or image, social security number, date of birth, state

of birth, detailed vehicle registration information and description, prior and current home

and mailing addresses, emergency contacts and those contacts private and highly-

restricted personal information, in part, for the purpose of acquiring and using a Florida

driver's license.

304.     The DHSMV also maintains Plaintiffs driving record and that information is made available on the D.A.V.I.D system.

305.     At no time did Toni Foudy and Shaun Foudy provide their consent for any of the Defendant Individuals to obtain, disclose or use, or for any of the Defendant Entities or Defendant Supervisors to disclose or to allow Defendant Individuals to obtain, disclose or use her private information for anything but official law enforcement business.

306.     Intentionally obtaining, disclosing or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

307.     The DPPA provides relief for violations of a person's protected interest in the privacy of their motor vehicle records and the identifying information therein.

308.     The Defendants, each of them, have invaded Toni Foudy and Shaun Foudy's legally protected interest under the DPPA.

309.     The FDLE and the FDLE Does, under the direction of Defendant Bailey, and the DHSMV and the DHSMV Does, under the direction of Defendant Jones, knowingly disclosed Plaintiffs private information personal information for purposes not permitted under the DPPA.

310.     According to the Defendant Entities, the majority of the Individual Defendants knowingly obtained, disclosed, or used Plaintiffs' personal information, from D.AV.I.D. for a purpose not permitted under the DPPA. 18 U.S.C. § 2724(a).

311.     None of the Individual Defendants' activities fell within the DPPA's permitted exceptions for procurement of Plaintiffs' private information.

312.     By the actions described above, each Individual Defendant law enforcement

personnel was acting within the scope of his or her employment when he or she obtained, disclosed or used Plaintiffs' personal information from the Driver and Vehicle Information Database for an impressible purpose.

313.   The Individual Defendants knew or should have known that their actions related to Plaintiffs' personal information were in violation of the DPPA.

314.   The Entity Defendants and Defendant Supervisors knowingly authorized, directed, ratified, approved, acquiesced in, committed or participated in obtaining, disclosing or using of Plaintiffs' private personal information by the Individual Defendants.

315.   The ridiculous volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private highly-restricted personal information, especially given Toni Foudy and Shaun Foudy's lack of a criminal record, makes apparent that Defendants' use was not permissible.

316.   Toni Foudy and Shaun Foudy's have suffered harm because their private information has been obtained unlawfully. Toni Foudy and Shaun Foudy's suffered and continues to suffer harm by virtue of the increased risk that their protected information is in the possession of law enforcement personnel who obtained it without a legitimate purpose. This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

317.   The Individual Defendants, Supervisor Defendants and Entity Defendants each willfully and recklessly disregarded the law, entitling Toni Foudy and Shaun Foudy's to punitive damages under the DPPA, *see* 18 U.S.C. § 2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Sta. § 768.72. Plaintiffs

are entitled to actual, punitive damages, reasonable attorneys' fees and other litigation

costs reasonably incurred, and such other preliminary and equitable relief as the court

determines to be appropriate. 18 U.S.C. § 2724(b).

318.    In addition, under the DPPA, the Plaintiffs are entitled to a baseline liquidated

damages award for at least $2,500 for each violation of the DPPA. 18 U.S.C. §

2721(b)(1). Toni Foudy and Shaun Foudy's need not prove actual damages to receive

liquidated damages.

### COUNT II: 42 U.S.C. § 1983
Violation of Plaintiffs' Civil Rights
*Against Individual Defendants, including Jane and John Does*

319.    Plaintiffs hereby realleges and incorporates paragraphs 1 through 318 of this

Complaint, as if fully set forth in this paragraph.

320.    At no time did Toni Foudy and Shaun Foudy's behave in a manner that would

provide any legal justification for the invasion of privacy.

321.    The DPPA establishes that obtaining an individual's driver's license information

without a legitimate purpose constitutes an illegal search under the meaning of the Fourth

Amendment to the Bill of Rights.

322.    The Individual Defendants' viewing of Toni Foudy and Shaun Foudy's personal

information was unauthorized, unjustified, and excessive, it violates the laws of the State

of Florida, the Fourth Amendment, and the laws of the United States.

323.    By the actions described above, each Individual Defendant Law Enforcement,

acting under the color of state law, violated and deprived Toni Foudy and Shaun Foudy's

of their clearly established and well-settled civil rights to be free from an unconstitutional

search.

324.     The acts of each Defendant Law Enforcement personnel, acting under color of

state law, constituted an invasion or repeated invasions of Toni Foudy and Shaun Foudy's

clearly established privacy rights, guaranteed by the Bill of Rights and the Fourth

Amendment to the United States Constitution, the laws of the United States, including the

DPPA, and the laws of the State of Florida.

325.     The DPPA creates an individual right to privacy in a person's driver's license

information, thereby prohibiting unauthorized accessing of all person's information,

including Toni Foudy and Shaun Foudy's personal private information.

326.     Each individual law enforcement personnel, acting under color of state law, knew

or should have known that his or her actions violated and deprived Toni Foudy and

Shaun Foudy's of their clearly established statutory rights under the DPPA.

327.     Each Individual Defendant law enforcement personnel was deliberately

indifferent to Toni Foudy and Shaun Foudy's statutory and civil right to be free from

illegal searches, invasions of privacy and the unauthorized accessing of their private

driver's license information.

328.     As a direct and proximate result of the acts and omissions of the above-named

Individual Defendants, Toni Foudy and Shaun Foudy's endured physical and mental

suffering, and was damaged in an amount yet to be determined, but believed to be well in

excess of One Million ($1,000,000) Dollars.

329.     Punitive damages are available against Individual Defendant law enforcement

personnel for their reckless and callous disregard for Plaintiffs' rights and their

intentional violations of the federal law, and are hereby claimed as a matter of federal

common law, *Smith v. Wade*, 461 U.S. 30 (1983), and, as such, are not subject to the

pleading requirement for punitive damages set forth in Fla. Sta. § 768.72.

330.   Plaintiff is entitled to recovery of her costs, including reasonable attorney fees,

pursuant to 42 U.S.C. § 1988.

## COUNT III: 42 U.S.C. § 1983
Violation of Plaintiffs' Civil Rights
*Against Entity Defendants, Supervisor Defendants, including Jane, John and Entity Does*

331.   Plaintiffs hereby realleges and incorporates paragraphs 1 through 330 of this

Complaint, as if fully set forth in this paragraph.

332.   The Individual Defendants' numerous accesses of Toni Foudy and Shaun Foudy's

private information are not unique but one example of how frequently such law

enforcement agencies customarily violate the DPPA by accessing private driver's license

information of persons without having any legitimate or permissible reason for doing so.

333.   Several articles have been published in regards to police officers unlawfully using law

enforcement databases as a form of social media, using it to look up friends or

acquaintances, and in some other less benign cases, using it to plan or commit crimes.

334.   Furthermore, individuals familiar with police departments procedures state that it is

accepted and common practice for law enforcement personnel, including officers and

their supervisors, to unlawfully and impermissibly access an individuals information on

law enforcement databases, and these individual law enforcement personnel are rarely if

ever held accountable.

335.   The foregoing information, other information to be presented at trial, and evidence

reasonably likely to be determined after full discovery demonstrate that the improper

access' of citizens drivers' license information by Defendant Law Enforcement Personnel

for their own personal and private uses, obtained by accessing that information through

the computerized information storage system kept by the state and federal government for official purposes only, is an official custom or practice well known to Defendant Supervisors.

336.   These customs and practices by Defendant Law Enforcement Personnel are a deviation from the written rules set down by Entity Defendants, but these formal rules are widely and intentionally disregarded.

337.   Given the political subdivisions, municipalities, and law enforcement agencies failure to monitor and enforce the rules for D.A.V.I.D., the aforementioned customs and practices are attributable to the political subdivision, municipalities, and law enforcement agencies themselves, including the Entity Defendants herein.

338.   The Defendant Entities and the Defendant Supervisors of the law enforcement personnel accessing this information knew or should have known of this and other unlawful, improper, unjustified, and impermissible access to private information by law enforcement personnel.

339.   The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant Supervisors and mind of the officials of the municipalities, including other political subdivisions, of the Entity Defendants. These customs and practices further demonstrate Defendants' deliberate indifference to the federal statutory and constitutional rights of the citizens and persons, including the Plaintiffs, whose information has been wrongfully and unlawfully accessed.

340.   The Defendant Entities, in their official capacity, are directly liable for the custom and practice for the widespread illegal access of citizen's driver's licenses information. The

Supervisor Defendants, up to and including the Chief of Police, Sheriff, and Mayor, employed by each Entity Defendant, are liable in their individual capacity. Defendants' liability is due to their actual and constructive knowledge of this practice, their failure to institute any process for monitoring and preventing it and their deliberate indifference to the federal rights of those persons, including the Plaintiffs, whose information has been and continues to be wrongfully accessed.

341.   In addition, the Defendant Supervisors of law enforcement personnel, up to and including the Chief of Police, Sheriff, and Mayor, in each of the Defendant Entities, are liable in their individual capacities for their failure to train, monitor, supervise, and properly discipline the officers who are improperly and unlawfully accessing the private driver's license information of citizens, including the Plaintiffs, without a proper, lawful, permissible, justifiable purpose for doing so. This pattern of failure to train, monitor, supervise, and discipline demonstrates the state of mind of these Defendant Supervisors and a deliberate indifference to the rights of the citizens and others whose information has been so widely accessed, including the Plaintiffs.

342.   The federal rights of the citizens, including each Plaintiff, whose information is improperly accessed, are held in light regard by many if not most of the Defendant Supervisors and by the Defendant Entities themselves.

343.   Defendants' lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including the Plaintiffs, who would often be unaware of the access.

344.   Defendant's lack of concern is evidenced by the failure of most Defendant Entities to take any sort of corrective action upon learning that multiple, improper, unlawful,

A56

unjustified accesses of Plaintiffs' information had taken place. Defendants have also

consistently refused to thoroughly disclose to the Plaintiffs, keep them fully informed of

the progress of the investigation into the persons accessing their information, or to advise

her of their identities, their reasons for accessing the Plaintiffs' information, their

knowledge of Plaintiffs, and any discipline imposed on them for the improper and illegal

conduct, in clear violation of Florida Statute Section 817.5681.

345.   The manner in which the investigations are handled by the Entity Defendants and

Supervisor Defendants provides little expectation that these and other law enforcement

personnel will cease accessing Plaintiffs' private information and the private information

of other persons similarly situated to the Plaintiffs, without a justifiable, permissible

basis.

346.   To the best of Plaintiffs' knowledge, no system has been established by the Entity

Defendants and Supervisor Defendants to monitor the regular access of the D.A.V.I.D.

system by law enforcement personnel.

347.   To the best of Plaintiffs' knowledge, no reviews have taken place of other accesses of

the D.A.V.I.D system by the same law enforcement personnel, or other officers and

employees in the Defendant Entities.

348.   To the best of Plaintiffs' knowledge, no attempt has been made by the Entity

Defendants and Supervisor Defendants to protect and safeguard the rights of other

persons' private and highly restricted personal information that is in the possession of

DHSMV.

349.   To the best of Plaintiffs' knowledge, no attempt has been made by the Entity

Defendants and Supervisor Defendants to provide redress and assurances to the persons,

including Plaintiff, whose driver's license private and highly restricted personal information has been wrongfully accessed via D.A.V.I.D. or any other law enforcement database that falls under the DPPA by the Defendant Law Enforcement Personnel named in this Complaint, or by other officers in the municipalities and other political subdivisions named in this Complaint.

350.   Defendants' accesses have been widely discussed among the Defendant Law Enforcement Personnel committing the accesses as well as among other personnel in the Defendant Entities – all of which have damaged the Plaintiffs and their reputation, and their ability to perform any job effectively.

351.   The reputational damage alone to Plaintiff, as well as the knowledge that this activity is not merely unlawful but a federal crime, should have been enough to ensure that Plaintiffs' concerns listed in the preceding paragraphs were addressed by the Defendants in a substantive fashion. Holding accountable the law enforcement personnel engaged in an unlawful activity would have been an important in eliminating this custom and practice of permitting the widespread illegal accessing of Plaintiffs' information yet nothing meaningful in this regard has been accomplished, and no prosecutions have been initiated to the best of Plaintiffs' knowledge.

352.   As a direct and proximate result of the acts and omissions of the above-named Defendants Entities and Defendant Supervisors, Toni Foudy and Shaun Foudy's has endured and continues to endure physical and mental suffering, and has been damaged in an amount yet to be determined and of a continuing nature, but believed to be well in excess of One Million ($1,000,000) Dollars for each Plaintiff.

353.   Punitive damages are available against Defendants Entities and Defendant Supervisors

A58

for their reckless and callous disregard for Plaintiffs' rights and their intentional

violations of federal law, and are hereby claimed as a matter of common law, *Smith v.*

*Wade*, 461 U.S. 30 (1983), and, as such, are not subject to the pleading requirement for

punitive damages set forth in Fla. Sta. § 768.72.

354.   Plaintiffs are entitled to recovery of their costs, including reasonable attorney fees,

under 42 U.S.C. § 1988.

## COUNT IV: 42 U.S.C. § 1983
### Violation of Civil Rights
*Against Defendants Jones and Bailey*

355.   Plaintiffs hereby realleges and incorporates paragraphs 1 through 354 of this

Complaint, as if fully set forth in this paragraph.

356.   Defendant Jones became the Executive Director of the Department of Highway Safety

and Motor Vehicles on September 29, 2009 and presently serves in that role.

357.   Defendant Bailey became the Commissioner of the Florida Department of Law

Enforcement on December 5, 2006 and presently serves in that role.

358.   Defendant Jones as the Executive Director of DHSMV and Defendant Bailey as

Commissioner of the FDLE were and are responsible for creating, maintaining, and

providing access to the database that included Plaintiff s driver's license information.

359.   Defendants Jones and Bailey also had the ability to determine if unauthorized access

was being made and to prevent such unauthorized access to the database, including, of

Plaintiffs' driver's license information, and have an ongoing duty to prevent such

unauthorized accesses.

360.   Defendants Jones and Bailey failed to prevent unauthorized access to the database,

including Plaintiffs' driver's license information.

361.   The actions of Defendants Jones and Bailey, as alleged, violate the rights of the

Plaintiff under the Fourth and Fourteenth Amendment of the United States Constitution.

362.   On information and belief, Defendants Jones and Bailey, created or oversaw the

creation and maintenance of a database and system that was supposed to prevent

unauthorized access to driver's license information.

363.   From October 2005, Defendants Jones and Bailey allowed unauthorized access of

Toni Foudy and Shaun Foudy's driver's license information such that approximately

more than 100 law enforcement personnel from at least two different law enforcement

departments accessed Toni Foudy and Shaun Foudy information more than 500 times

over a five-year period.

364.   On information and belief, Defendants Jones and Bailey's efforts have been

insufficient to prevent future unauthorized access of Plaintiffs' and other individuals'

private, personal information.

365.   Defendants Jones and Bailey have sanctioned the constitutional violations by the

Defendant Law Enforcement Personnel through their failure to remedy the policy,

custom, and practice of officers' and employees' unfettered and unauthorized access to

the database.

366.   Defendants Jones and Bailey have been grossly negligent in supervising subordinates

responsible for implementing a law enforcement database that prevents unauthorized

access to private, personal information.

367.   On information and belief, Defendants Jones and Bailey failed to monitor and prevent

unauthorized access to private, personal information even though or should have known

such unconstitutional acts were occurring.

368.   Defendants Jones and Bailey, acting under the color of state law, were deliberately indifferent to Plaintiffs' constitutionally-recognized and federal statutory rights to be free from illegal searches, invasions of privacy and the unauthorized accessing of her private driver's license information.

369.   As a direct and proximate result of the acts and omissions of Defendants Jones and Bailey, Toni Foudy and Shaun Foudy, individually, were forced to endure physical and mental suffering, and were thereby damaged in an amount yet to be determined, but believed to be well in excess of One Million ($1,000,000) Dollars each.

370.   Punitive damages are available against Defendants Jones and Bailey for their reckless and callous disregard for Plaintiffs' rights and their intentional violations of federal law, and are hereby claimed as a matter of common law, *Smith v. Wade*, 461 U.S. 30 (1983), and, as such, are not subject to the pleading requirement for punitive damages set forth in Fla. Sta. § 768.72.

371.   Plaintiff is entitled to recovery of her costs, including reasonable attorney fees, under 42 U.S.C. § 1988.

**COUNT V: State Law Claim**
**Tort of Invasion of Privacy**
*Against All Defendants, including Jane, John and Entity Does*

372.   Plaintiffs hereby realleges and incorporates paragraphs 1 through 371 of this Complaint, as if fully set forth in this paragraph.

373.   By improperly obtaining Plaintiffs' private personal information for impermissible reasons, Defendants intentionally intruded upon the solitude or seclusion Plaintiffs' private affairs and concerns.

A61

374.  The Defendants' intrusion would be highly offensive to a reasonable person.

375.  The Defendants' intrusion caused Toni Foudy and Shaun Foudy's to suffer severe emotional distress and physical harm.

376.  The Defendants' intrusion was intended to cause Toni Foudy and Shaun Foudy's to suffer severe emotional distress and physical harm, and was made with either actual or legal malice, or with reckless disregard of Plaintiffs' rights and their privacy.

377.  Each Plaintiff is entitled to tort damages for Defendants' invasion of privacy.


## JURY DEMAND

378.  Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

WHEREFORE, Plaintiff Toni Foudy and Plaintiff Shaun Foudy, each individually, prays for judgment against the Defendants as follows:

A.  A money judgment against all the Defendants for liquidated, actual and compensatory damages in an amount in excess of One Million ($1,000,000) Dollars and punitive damages in an amount to be determined by the jury, together with their costs, including reasonable attorney fees, under 42 U.S.C. §1988, the DPPA, and other applicable laws, and prejudgment interest;

B.  Actual damages, punitive damages, attorney's fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C.  Liquidated damages of at least $2,500 for each violation of the DPPA under l8 U.S.C. § 2721(b)(1);

A62

D.  An injunction, permanently enjoining all Defendants from viewing either Plaintiffs private information in violation of the DPPA, unless necessary for law enforcement purposes;

E.  A permanent injunction, barring Defendant Individuals from trespassing or instructing proxies to trespass on either Plaintiffs property or otherwise harass Toni Foudy and Shaun Foudy or infringe in any way on their privacy and their right against the invasion of their respective privacy;

F.  A permanent injunction, allowing both Plaintiffs to use a post-office box in place of an address on their Florida Driver's License; and,

G.  For such other and further relief as this Court deems just and equitable.


Dated: 31st December 2012

Respectfully submitted,


/s/Mirta Desir_____
Mirta Desir (NY 4805057 / FL 90103 )
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 800.982.5280 ext. 2
E: mdesir@desirlaw.com

Attorney for Plaintiffs

# TAB E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO.: 2:12-cv-14462/JEM

Toni Foudy,
Shaun Foudy,
                Plaintiffs,

v.

St. Lucie County,                                    **JURY TRIAL DEMANDED**
Indian River County,
Brevard County,                                      **UNDER FRCP 38(b)**
Martin County,
City of Fort Pierce,
City of Port St. Lucie,
City of Sewall,
City of West Palm Beach,
City of Indian River Shores,
City of Fellsmere,
County of Miami-Dade,
City of Vero Beach,
Gerald M. Bailey, in his individual capacity as
    The Florida Department of Law Enforcement
    Commissioner,
Julie L. Jones, in her individual capacity as the
    Executive Director of the Department of
    Highway Safety and Motor Vehicles,
Sheriff Ken J. Mascara, in his individual
    capacity,
Sheriff Deryl Loar, in his individual capacity,
Christopher Gordineer, Individually,
Michael Muller, Individually,
Leland Squires, Individually,
David Abbott, Individually,
Sean Freeman, Individually,
Ronald Seraphin, Individually,
David Snow, Individually,
Matthew Kirchner, Individually,
Mark Sarvis, Individually,
Andrew Bolonka, Individually,

Shelia Grandison, Individually,
Dave Jones, Individually,
David Smith, Individually,
Vincent Bonagura, Individually,
Charla Harper, Individually,
Michelle Hernandez, Individually,
Paul Hutchinson, Individually,
William Miller, Individually,
Craig Ortman, Individually,
William Radke, Individually,
Brian Scribner, Individually,
Joseph Trevisol, Individually,
James DeFonzo, Individually,
Troy Hetzer, Individually,
Karen Stephens, Individually,
Michael White, Individually,
Brett Wilkes, Individually,
David Blatchford, Individually,
John Brady, Individually,
Deron Brown, Individually,
Kevin Carter, Individually,
Supreet Cheema, Individually,
Jeffery Cogswell, Individually,
Robert Funk, Individually,
Richard Green, Individually,
Thomas Johnson, Individually,
David Leigh, Individually,
Claylan Mangrum, Individually,
Todd Meslin, Individually,
Edward Oxley, Individually,
Michael Sheelar, Individually,
Randy Tucker, Individually,
John Wise, Individually,
Matthew Woods, Individually,
Lasolomon Archie, Individually,
Dennis Bernas, Individually,
Marie Brazas, Individually,
Mark Colangelo, Individually,
Alexander Feoloa, Individually,
Joseph Guertin, Individually,
Frantz Guerrier, Individually,
Byron Harbin, Individually,
Grant King, Individually,

A65

Jeffery Ledlow, Individually,
Tad LeRoy, Individually,
Andrew Krecic, Individually,
Paul McNesky, Individually,
William Mittwede, Individually,
Michael Monahan, Individually,
Troy Norman, Individually,
John Parow, Individually,
Paul Pearson, Individually,
Frank Pellegrini, Individually,
Jeff Schoner, Individually,
Jeffery Serafini, Individually,
Cheryl Siel, Individually,
Paul Taylor, Individually,
Scott Wells, Individually,
Ronald Wentz, Individually,
Cathy Whitaker, Individually,
Fred Wilson, Individually,
Suzanne Woodard, Individually,
Jason Cannon, Individually,
William Cooke, Individually,
James Gettings, Individually,
Adriano Krecic, Individually,
Cory Speicker, Individually,
Heather Yonderly, Individually,
David Bailey, Individually,
Eric Carlson, Individually,
Greg Long, Individually,
John Finnegan, Individually,
Michael Pierce, Individually,
Rebecca Hurley, Individually,
Terri Birtel, Individually,
Shaveldra Monique Smith, Individually,
Paul Button, Individually,
Andrew Bartucelli, Individually,
Ismael Hau, Individually,
Brian Reimsnyder, Individually,
Roderick Smith, Individually,
Heath Higman, Individually,
Ciro Perrone, Individually,
Randal Fornes, Individually,
Chris Rodriguez, Individually,
John Cronenberg, Individually,

A66

John Carter, Individually,
David Wright, Individually,
Scott Prouty, Individually,
Joseph Matthew Woodling, Individually,
Jane Marie Saubert, Individually,
Edna Almeida Rice, Individually,
Meyer Ghobrial, Individually,
Michael Ryan Connor, Individually,
Kirk Breach, Individually,
Bradley Spencer, Individually,
Jason Braun, Individually,
Richard Giaccone, Individually,
Steve Camara, Individually,
Mark L. Pinnachio, Individually,
Gene Picerno, Individually,
Samantha Haynes, Individually,
Kyle Benjamin Kuehn, Individually,
Bryan Klassen, Individually,
Jose Mario Rendon-Velasquez, Individually,
Tammi Jo Pope, Individually,
Michael R. Braswell, Individually,
Damian T. Bentleyclokes, Individually,
Kristina M. Turk, Individually,
Darren K. Slater, Individually,
Richard L. Taylor, Individually,
Tommy Rodriguez, Individually,
Michelle D. Wentz, , Individually,
Lee Stewart, Individually,
Danielle Jarratt, Individually,
Michael Labasci, Individually,
Virginia Reeder, Individually,
Doug Pierce, Individually,
Robert L. Pryor, Individually,
William Weiss, Individually,
William van der Slike, Individually,
Robert Lee Kohl, Individually,
Suzanne Woodward, Individually,
Heather Wonderly, Individually,
Carl Ward, Individually,
Matthew Reynolds, Individually,
Karl Joe Moody, Individually,
Stephen Guy Thomas, Jr. , Individually,
Andrew Bartuccelli, Individually,

A67

Carol M. GreenLee, Individually,
Debra A. Worley, Individually,
Fabian John Pierce, Individually,
Mark D. Birtel, Individually,
Sue Ann Smith, Individually,
Kevin Blaine Carlile, Individually,
Faith A. Ball, Individually,
ENTITY DOES (1-20),
JANE and JOHN DOES (1-150),

     Defendants.

_____/


## PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned

counsel, file their Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1) and

hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

1.    This is an action for injunctive relief and money damages under 42 U.S.C.

§ 1983, the Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"),

the Fourth Amendment, the Fourteenth Amendment, and other protections afforded by

the United States Bill of Rights and state laws to recover damages resulting from

Defendants' disregard and invasion of Plaintiffs' constitutionally protected right to

privacy.

2.    In 1994, the United States Congress, recognizing that law enforcement

personnel, amongst others, have the ability to access any person's private information,

especially the information retained by States in connection with a driver's license, passed

A68

the Driver's Privacy Protection Act of 1994 to safeguard that information.

3.     In addition, the state of Florida is one of the few states in this country that has an express right of privacy in its constitution to protect against governmental intrusion. Fla. Const. Art. I. § 23.

4.     This case involves the invasion of privacy and illegal searches of Plaintiffs' Toni Foudy and Shaun Foudy and her family members by more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose. As a result, those law enforcement officers not only violated the DPPA, 42 U.S.C. § 1983 and state law, but have also damaged each of the Foudy's lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy and violations of their rights under federal and state law.

5.     Specifically, law enforcement personnel in the state of Florida illegally viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than five-hundred-and-fifty (550) times without a legitimate law enforcement purpose. In addition, law enforcement personnel in the state of Florida illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's license information nearly one-hundred (100) times without a legitimate purpose.   Their

A69

purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement, a male-dominated profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

6.      Defendants' obtainment and use of Plaintiffs' personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation-related function.  Plaintiffs were not personally present in many of their jurisdictions during the relevant time periods, has never been charged with or suspected of committing a crime in their or any other jurisdictions, other than minor traffic offenses, has never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims against one of these Defendants, and there was no legitimate reason for Plaintiff to have been the subject of any investigation by Defendants.  Rather, Defendants' obtainment and use of Plaintiffs' personal information was for purposes that were purely personal to various personnel of Defendants.

7.      These law enforcement personnel viewed and obtained Plaintiffs' private information nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011; presumably more have viewed it during and after this time, however, due to the state of Florida's procedures for investigating such matters Plaintiffs do not know the full extent of the violations to date.  In addition, these law enforcement personnel also further decided to view the immediate members of Toni Foudy's family, based on information

A70

and belief, solely due to the fact that they were related to her, more than two-hundred (200) times. Each time Defendants obtained Plaintiffs' personal private information without any law enforcement purpose and without Plaintiff's knowledge and consent, while acting under the color of state law, they violated Plaintiffs Toni and Shaun Foudy's federal civil rights, and their conduct constituted behavior prohibited by federal statutes, Florida statutes, common law, and agency and departmental regulations prohibiting some or all of the conduct engaged in by Defendants in this case.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over Plaintiffs' claims pursuant to 42 U.S.C. §§ 1983 and 1988, the Driver's Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1343(a)(3), and the Fourth and Fourteenth Amendments of the Constitution.  These statutory and constitutional provisions confer original jurisdiction of this Court over this matter.

9.      This Court also has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

10.     The amount in controversy exceeds $75,000.00, excluding interests and costs.

11.     All conditions precedent to the maintenance of this action have been performed or have occurred prior to its institution including those set forth in Florida Statute § 768.

## THE PARTIES

A71

12.     Plaintiff Toni Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

13.     Plaintiff Shaun Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

14.     Defendant Indian River County ("IRCSO"), a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

15.     Defendant Saint Lucie County ("SLCSO") a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

16.     Defendant Martin County, a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

17.     Defendant Brevard County, a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

18.     Defendant Fort Pierce, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

19.     Defendant Port St. Lucie, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

20.     Defendant Sewalls Point, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

21.     Defendant West Palm Beach, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

22.     Defendant Indian River Shores, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

23.     Defendant Fellsmere, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

24.     Defendant Miami-Dade, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

25.     Defendant Vero Beach, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

26.     Plaintiffs' will refer to the entities named in paragraphs 14-25  collectively as "Defendant Entities."

27.     Defendant Entity Does (1-20) are various cities, counties, municipalities and other entities located in Florida, which can be sued under Fla. Stat. § 768.28, or other

A73

statutes, and federal departments and agencies, which may be sued under 28 U.S.C. § 1346 or other statutes.

28.     Defendant Christopher Gordineer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

29.     Defendant Michael Muller, upon information and belief, was, at all times relevant herein,  resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

30.     Defendant Leland Squires, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

31.     Defendant David Abbott, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

32.     Defendant Sean Freeman upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

A74

33.     Defendant Ronald Seraphin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

34.     Defendant David Snow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

35.     Defendant Matthew Kirchner, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

36.     Defendant Mark Sarvis, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

37.     Defendant Andrew Bolonka, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

38.     Defendant Shelia Grandison, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A75

appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

39.     Defendant Dave Jones, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

40.     Defendant David Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

41.     Defendant Vincent Bonagura, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

42.     Defendant Charla Harper, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

43.     Defendant Michelle Hernandez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

A76

44.     Defendant Paul Hutchinson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

45.     Defendant William Miller, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

46.     Defendant Craig Ortman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

47.     Defendant William Radke, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

48.     Defendant Brian Scribner, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

49.     Defendant Joseph Trevisol, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A77

appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

50.    Defendant James DeFonzo, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

51.    Defendant Troy Hetzer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

52.    Defendant Karen Stephens, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

53.    Defendant Michael White, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

54.    Defendant Brett Wilkes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

A78

55.     Defendant David Blatchford, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

56.     Defendant John Brady, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

57.     Defendant Deron Brown, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

58.     Defendant Kevin Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

59.     Defendant Supreet Cheema, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

60.     Defendant Jeffery Cogswell, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A79

appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

61.     Defendant Robert Funk, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

62.     Defendant Richard Green, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

63.     Defendant Thomas Johnson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of  Saint Lucie County.

64.     Defendant David Leigh, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

65.     Defendant Claylan Mangrum, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

A80

66.     Defendant Todd Meslin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

67.     Defendant Edward Oxley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

68.     Defendant Michael Sheelar, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

69.     Defendant Randy Tucker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

70.     Defendant John Wise, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

71.     Defendant Matthew Woods, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A81

appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

72.     Defendant Lasolomon Archie, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

73.     Defendant Dennis Bernas, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

74.     Defendant Marie Brazas, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

75.     Defendant Mark Colangelo, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

76.     Defendant Alexander Feoloa, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

77.     Defendant Joseph Guertin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

78.     Defendant Frantz Guerrier, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County,

79.     Defendant Byron Harbin, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

80.     Defendant Grant King, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

81.     Defendant Jeffery Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of IRCSO.

82.     Defendant Tad LeRoy, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie

County.

83.    Defendant Paul McNesky, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

84.    Defendant William Mittwede, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

85.    Defendant Michael Monahan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County

86.    Defendant Troy Norman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

87.    Defendant John Parow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

88.    Defendant Paul Pearson, upon information and belief, was, at all times

A84

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

89.     Defendant Frank Pellegrini, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

90.     Defendant Jeff Schoner, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

91.     Defendant Jeffery Serafini, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County Sheriff Mascara.

92.     Defendant Cheryl Siel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

93.     Defendant Paul Taylor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie

A85

County.

94.     Defendant Scott Wells, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

95.     Defendant Ronald Wentz, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

96.     Defendant Cathy Whitaker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

97.     Defendant Fred Wilson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

98.     Defendant Suzanne Woodard, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

99.     Defendant Jason Cannon, upon information and belief, was, at all times

A86

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting a deputy, employee, agent, or representative of Saint Lucie County.

100.    Defendant William Cooke, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

101.    Defendant James Gettings, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

102.    Defendant Adriano Krecic, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

103.    Defendant Cory Speicker, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

104.    Defendant Heather Yonderly, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a deputy, employee, agent, or representative of Saint Lucie County.

A87

105.   Defendant David Bailey, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

106.   Defendant Eric Carlson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

107.   Defendant Greg Long, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

108.   Defendant John Finnegan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting  as a Detective of the Indian River County Sheriff 's Department .

109.   Defendant Michael Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

110.   Defendant Rebecca Hurley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

111.   Defendant Terri Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

112.   Defendant Shaveldra Monique Smith, upon information and belief, was, at

A88

all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Records Specialist of the Indian River County Sheriff 's Department.

113.    Defendant Paul Button, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a PSD of the Indian River County Sheriff's Department.

114.    Defendant Andrew Bartucelli, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

115.    Defendant Ismael Hau, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

116.    Defendant Brian Reimsnyder, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

117.    Defendant Roderick Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

118.    Defendant Heath Higman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

119.    Defendant Ciro Perrone, upon information and belief, was, at all times

A89

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

120.   Defendant Randal Fornes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

121.   Defendant John Cronenberg, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

122.   Defendant Chris Rodriguez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

123.   Defendant John Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

124.   Defendant David Wright, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

125.   Defendant Scott Prouty, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

126.   Defendant Jeff Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A90

appointed and acting as a Deputy of the Indian River County Sheriff's Department.

127.   Defendant Jane Marie Saubert, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River County Sheriff's Department.

128.

129.   Defendant Edna Almeida Rice, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee Deputy of the Miami-Dade Police Department.

130.   Defendant Kirk Breach, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

131.   Defendant Bradley Spencer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

132.   Defendant Jason Braun, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fort Pierce Police Department.

133.   Defendant Richard Giaccone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

134.   Defendant Steve Camara, upon information and belief, was, at all times

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

135.    Defendant Meyer Ghobrial, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

136.    Defendant William van der Slike, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

137.    Defendant Michael Ryan Connor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

138.    Defendant Joseph Matthew Woodling, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fellsmere Police Department.

139.    -

140.    Defendant Faith A. Ball, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Law Enforcement.

141.    Defendant Mark L. Pinnachio, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Sewall's Point Police Department.

142.    Defendant Gene Picerno, upon information and belief, was, at all times

A92

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the West Palm Beach Police Department.

143.    Defendant Samantha Haynes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River Shores Department of Public Safety.

144.    Defendant Bradley Spencer, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Vero Beach Police Department.

145.    Defendant Kyle Benjamin Kuehn, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Vero Beach Police Department.

146.    Defendant Bryan Klassen, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fellsmere Police Department.

147.    Defendant Jose Mario Rendon-Velasquez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fellsmere Police Department.

148.    Defendant Tammi Jo Pope, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the 19th Judicial Circuit, State Attorney's Office

A93

of Investigations.

149.    Defendant Michael R. Braswell, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

150.    Defendant Damian T. Bentleyclokes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

151.    Defendant Kristina M. Turk, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

152.    Defendant Darren K. Slater, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

153.    Defendant Richard L. Taylor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

154.    Defendant Tommy Rodriguez, upon information and belief, was, at all

A94

times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

155.    Defendant Michelle D. Wentz, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Law Enforcement.

Defendant Lee Stewart, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Law Enforcement.

156.    Defendant Danielle Jarratt, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Brevard County Sheriff's Office.

157.    Defendant Michael Labasci, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Martin County Sheriff's Office

158.    Defendant Virginia Reeder, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Department of Highway Safety and Motor Vehicles.

159.    Defendant Doug Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Martin County Sheriff's Office.

A95

160.    Defendant Robert L. Pryor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Martin County Sheriff's Office.

161.    Defendant William Weiss, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Martin County Sheriff's Office.

162.    Defendant Robert Lee Kohl, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Deputy of the Martin County Sheriff's Office.

163.    Defendant Suzanne Woodward, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

164.    Defendant Heather Wonderly, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

165.    Defendant Carl Ward, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

166.    Defendant Matthew Reynolds, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the St. Lucie County Sheriff's Department.

167.    Defendant Karl Joe Moody, upon information and belief, was, at all times

A96

relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

168.    Defendant Stephen Guy Thomas, Jr., upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

169.    Defendant Andrew Bartuccelli, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

170.    Defendant Carol M. GreenLee, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

171.    Defendant Debra A. Worley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River County Sheriff's Department.

172.    Defendant Mark D. Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

173.    Defendant Fabian John Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

174.    Defendant Sue Ann Smith, upon information and belief, was, at all times

A97

relevant herein, a resident of the State of Florida and a citizen of the United States, duly

appointed and acting as an employee of the Indian River County Sheriff's Department.

176.   Defendant Jane and John Does (1-150), upon information and belief, were,

at all times material hereto, residents of the state of Florida and citizens of the United

Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or

employees of Defendant Entities or other federal, state, county or municipal entities in

Florida.

176.   Plaintiffs will refer to the individuals named as Defendants (with the

exception of Defendants Jones, Bailey and "Supervisor Defendants"), including Jane and

John Does collectively as the "Defendant Law Enforcement Personnel" or "Individual

Defendants."

177.   Plaintiffs will refer to Defendants with supervisory authority over

Individual Defendants, including any Jane and John Does with such supervisory

authority, collectively as the "Supervisor Defendants."

178.   Defendant Gerald M. Bailey ("Defendant Commissioner Bailey"), upon

information and belief, was, at all times relevant herein, a resident of the State of Florida

and a citizen of the United States, duly appointed and acting in his individual capacity as

the Florida Department of Law Enforcement ("FDLE") Commissioner.  Defendant

Commissioner Bailey is sued in his individual capacity

179.   Defendant Julie L. Jones ("Defendant Executive Director Jones") upon

information and belief, was, at all times relevant herein, a resident of the State of Florida

and a citizen of the United States, duly appointed and acting in her individual capacity as

A98

the Executive Director of the Florida Department of Highway Safety and Motor Vehicles ("DHSMV"). Defendant Sheriff Executive Director Jones is sued in her individual capacity

180. Plaintiffs will refer to officers, supervisors, employees, staff, employees, independent contractors or agents of the DHSMV and the FDLE who created, installed, monitored, regulated, coded, enforced, supervised, maintained, oversaw, updated, or otherwise worked on the D.A.V.I.D. system, which contained Plaintiffs' private driver's license information as "DHSMV/ FDLE Database Does."

181. Defendant KEN J. MASCARA ("Defendant Sheriff Mascara"), upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as Sheriff of Saint Lucie County. Defendant Sheriff Mascara is sued in his individual capacity.

182. Defendant DERYL LOAR ("Defendant Sheriff Loar"), upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as the Sheriff of Indian River County. Defendant Sheriff Loar is sued in his individual capacity

## FACTUAL ALLEGATIONS

**I.    Toni Foudy Was Initially Proud to Be Called a Deputy Until It Turned Into a Nightmare.**

183. In 2005, Toni Foudy attended the Indian River Police Academy. She graduated from that Academy on August 24, 2005, with a 99.3% GPA.

A99

184.    She was proud to have achieved her dream of becoming a deputy.

185.    While at the academy she was hired by St. Lucie County Sheriff's Office, where she was employed for approximately thirteen months.

186.    During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

187.    On May 14, 2006, Toni and Shaun Foudy were married.

188.    During her employment, Toni Foudy was accused of being untruthful regarding the timeframe in which she reported a scratch on her patrol car and on a separate occasion, getting her patrol car stuck in a civilian's driveway.

189.    During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni Foudy that she was being targeted and that she better resign or that she would never work in law enforcement again.

190.    On or about August 30, 2006, Toni Foudy, terrified that her dream of being a deputy was in jeopardy, resigned.

191.    Soon after her resignation, Plaintiff Toni Foudy applied to other law enforcement positions, and was denied employment as a result of what SLSO put in her file following her resignation.

192.    Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had reported that she had "Resigned amid Investigation of Moral Character Violations."

193.    Toni Foudy was devastated since the "moral character" violation at issue involved a scratch on a patrol car and a driveway incident that was reported soon

A100

thereafter.

194.    Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of her attempts to re-enter the law enforcement field and helping the community and decided to start a family with her husband.

195.    On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

196.    On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department.

197.    Understanding that the information contained in her FDLE would be an issue, Toni Foudy wrote a letter to Sheriff Deryl Loar, requesting an opportunity to explain the circumstances that had materialized at SLCSO.

198.    Sheriff Loar agreed to a meeting, where he, Undersheriff Tim Elder and Toni Foudy were present.

199.    Toni Foudy was informed after the meeting that she would be hired as a Reserve Deputy, and she was excited at the offer and promptly accepted.

200.    Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full- time Deputy Sheriff.

201.    As a law enforcement officer, Toni Foudy was obligated to inform Sheriff Loar of any off-duty employment –that she was a Walt Disney character and entertainer on a part-time basis.

202.    Sheriff Loar stated that he needed to know the nature of the entertainment

A101

job.

203.    Toni Foudy informed the Sheriff that she was "Snow White" and that the

position needed to remain confidential due to her contract with Walt Disney World and a

Confidentiality Agreement.

204.    Sheriff Loar told her that he understood and that the information would

remain confidential.

205.    However, almost immediately, IRCSO Lieutenant Derrill Mullinax and

other deputies began exclaiming, "hey it's Snow White" and "where are your dwarves,"

whenever he was in Toni Foudy's presence.

206.    Toni Foudy was concerned that the Sheriff revealed her confidential

position because  she was told by one of her Field Training Officers, Corporal Dave

Bailey, that the Sheriff revealed her position as "Snow White" when he asked the Chief,

"Did we hire Snow White yet?" during a meeting amongst several Field Training Offices.

207.    In addition, Toni Foudy almost immediately began having issues with a

select group of male deputies that told her that they did not agree with women working in

law enforcement, specifically Deputy Jeffrey Ledlow.

208.    Toni Foudy's IRCSO male zone partner stated that the agency "was never

going to be as good as the worst male cop," as she was being targeted for being female

and no matter how well she worked it would not matter.

209.    In October of 2010, Toni Foudy was subsequently informed by a deputy

that the IRCSO males were at a hostage negotiation seminar with SLCSO male law

enforcement personnel and were discussing Toni Foudy.

A102

210. The males were allegedly discussing her work at IRCSO, SLCSO, and their personal opinions of her. The men appeared to be spreading egregious rumors in the process.

211. Toni Foudy, immediately thereafter, was issued anti-anxiety medication by her physician as a result of her co-workers insulting and demeaning behavior.

212. A short time later, Toni Foudy was informed that the IRCSO was investigating her after a police service call, in which Toni Foudy was accused of kicking and hitting a male suspect.

213. The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

214. Toni Foudy was later informed by another IRCSO Corporal that Sergeant Patrick White "had found an opportunity to screw you and ran with it."

215. Based on information and belief, Sergeant Patrick White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the exaggerated incident.

216. Toni was later called into the IRCSO and interviewed for the Internal Affairs ("IA") investigation.

217. During the IA interview, Toni Foudy informed the investigator that she was in a high- risk situation with the suspect, and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for

A103

officer safety purposes. She was told that the IRCSO would inform her of the IA outcome.

218.   When she was called into the IRCSO to be informed of the outcome, on January 26, 2011, K9 Sergeant Patrick White was seated outside of the IA office.  IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office.

219.   Upon arriving, Toni Foudy was told by IRCSO that she was being terminated, and in violation of her Police Officer Bill of Rights, pursuant to FSS 112.532, Toni Foudy was denied the opportunity to address the investigative findings made against her despite specific request. Sometime after that, In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she had been targeted and "that she should move far away from Indian River and St. Lucie Counties."

## II.   Florida Law Enforcement Officers Have Obtained Toni Foudy's and Shaun Foudy's Private, Legally Protected Information Without Any Legally Permissible Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times

220.   The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits A and B and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

221.   According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni Foudy and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

222.   While Toni Foudy was attending the Indian River Police Academy, her

A104

personal private information was obtained through Florida's D.A.V.I.D system approximately 225 times by Defendant Entities and Individual Defendants identified in Exhibits A and B.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining and using Toni Foudy's private information.  Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

223.    After Toni Foudy graduated from the Indian River Police Academy and while she was working for SLCSO, her personal private information was obtained through Florida's D.A.V.I.D system approximately 225 times by the Defendant Entities and Individual Defendants identified in Exhibits A and B.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information.  Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

224.    Beginning at the start of Toni Foudy's employment with SLSO in 2005, Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately 86 times by  Defendant Entities and Individual Defendants identified in Exhibits A and B.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information.  Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

225.    Both Toni and Shaun Foudy began receiving harassing e-mails in February,

A105

2007 from an unknown source.

226.    For two and a half years, the Foudy's continued to receive harassing emails from an unknown sender.

227.    In April, 2011Shaun Foudy, seriously disturbed by these e-mails researched the Internet Protocol (IP) address of the sender, and it was traced back to an SLCSO Jail booking terminal.

228.    Shaun Foudy, whose only connection with the SLCSO was that his wife, Toni Foudy, was employed there at one time, was stunned to find that a law enforcement agent was likely harassing him as well as his family.

229.    On or about November 2, 2006, the Foudy's learned that they were expecting their first child.

230.    About this same time, Shaun Foudy began receiving harassing text messages in addition to the foregoing e-mails and the constant patrol cars driving by his home and activating the sirens directly in front of his residence.

231.    As a result of the constant harassment by law enforcement agents, Toni Foudy suffered pregnancy related complications and was hospitalized twice for premature labor.

232.    The Foudy's son was born on June 30th 2007.

233.    On the same day  that Toni Foudy was giving birth at the hospital, law enforcement personnel at the SLCSO accessed and obtained her private personal information;  based on information and belief, this was done for a non-law enforcement purpose.

A106

234.   Even after their son was born, the harassment continued and the Foudy's were forced to start the process of relocating in the hopes of stopping the harassment.

235.   During the Christmas holiday season of 2007, Shaun Foudy, while shopping with his new-born son, was approached by SLCSO Deputy K. Breech and his significant other at a Border's Bookstore at Jensen Beach Mall.  He asked Shaun Foudy if he was certain that his new-born son was his.

236.   After the receipt of the initial harassing e-mails in 2006 and until 2009, patrol cars would drive by the Foudy's home and sound their sirens approximately five days a week, for no apparent reason, but to harass Plaintiffs.

237.   Between September 1, 2006 (after Toni Foudy was terminated by SLCSO) and July 27, 2009 (when Toni Foudy applied for work with IRCSO), the Foudy's personal private information was obtained through Florida's D.A.V.I.D system approximately 244 times by the Defendant Entities and Individual Defendants identified in Exhibits A & B.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information.  Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

238.   Ongoing harassment by law enforcement also resulted in the Foudy's decision to move and sell their home and they completed a short-sale in February 2009.

239.   The Foudy's had to provide all liquid assets for the short sale in order to relocate promptly.  This caused Shaun Foudy to become further depressed.

240.   In March 2010, the Foudy's moved again— twice within a thirteen-month

A107

period due to harassment.

241.   The second move was that in addition to the preceding acts of harassment, e-mails, texts, constant sirens, and harassment by deputies, a black SUV was continuously and consistently slowly driving by the Foudy's new residence, which was on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the process.

242.   At one time, in approximately December 2009, Plaintiff Toni Foudy was able to follow the black SUV upon it passing by her home.

243.   Toni Foudy saw the black SUV just as it pulled into a garage approximately four blocks away from her home. Although Toni Foudy was unable to see the tag number, she did take note of the address, it was a residence located on the 300 block of S.W. Daggett Ave.

244.   On or about April 7, 2010, the Foudy's dog and a neighbor's dog killed three goats.  The Saint Lucie Animal Control was contacted.

245.   SLCSO agriculture Deputy Rick Stuhr and animal control responded.  The Foudy's were informed that they had to receive a citation since the neighbor's also received a citation.

246.   Shaun Foudy paid the fine. He later learned that the neighbor did not have to pay a fine although she was issued a citation, since she was informed by Animal Control Officer, to simply contact "this number" the following day and that they would "take care of it."

247.   Between August 2009 and June 2011, the Foudy's personal private

information was obtained through Florida's D.A.V.I.D system approximately 222 times by the Defendant Entities and Individual Defendants identified in Exhibits A & B.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information.  Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

248.    In mid-2012, Shaun Foudy was contacted by his bank and informed that there was a security breach to his account and that there were unauthorized charges on his debit card.  The perpetrator was never identified.

249.    On an almost daily basis since April 2011, Florida law enforcement officers from SLSO have slowly driven by Plaintiffs' home, even though there is no apparent reason to do so or any history of danger in the neighborhood warranting this patrol.

250.    As a result of this ongoing harassment and intimidation by SLSO, and the aforementioned Defendants, the Foudy's have been forced to re-locate again in 2013 to remove themselves from the State of Florida.

**III.    Defendant Commissioner Bailey, Defendant Executive Director Jones, and Defendant Entities Have Disclosed and Failed to Protect Plaintiff's Personal Private Drivers' License Information.**

251.    The login page to D.A.V.I.D system for which Defendant Commissioner Bailey and Defendant Executive Director Jones have responsibility includes the following monition:

> All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain

A109

the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by authorized personnel in accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

252.   According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

253.   Furthermore, the Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

254.   The law enforcement agencies need to submit to the DHSMV the following

information to stay in compliance: a) Brief summary of incident on agency letterhead; b)

Outcome of review; c) Number of records compromised; d) Were the owners of the

compromised information notified?; e) If not, when will notification occur? f) What

disciplinary action (if any) took place due to this misuse? and g) how does your agency

plan on DAVID misuse not occurring again?

255.    The compliance requirements of Memorandum of Understanding also

require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct

quarterly quality controls on user accounts; b) Regularly monitor access to information;

and c) Conduct annual audit to ensure proper use and dissemination

256.    As reflected in Exhibits A and B, Individual Defendants and Defendant

Entities  have viewed and obtained the Foudy's private and highly-restricted personal

information via the D.A.V.I.D system, including their home address, color photograph or

image, social security number, date of birth, state of birth, detailed vehicle registration

information and description, prior and current home and mailing addresses, driving

record, insurance carrier, emergency contacts and those contacts private and highly-

restricted personal information on hundreds of occasions since July 1, 2005.

257.    The D.A.V.I.D system, to which access is limited and approved by the

DHSMV, under the direction of Defendant Executive Director Jones, and the FDLE,

under the direction of Defendant Commissioner Bailey, permits law enforcement

personnel to search Florida driver licenses, identification cards, and license plates (tags)

amongst other private and highly-restricted personal information.

258.    Under the direction of Defendant Executive Director Jones, DHSMV

maintained and updated the D.A.V.I.D. database that includes Plaintiffs' driver's license information.

259.    Under the direction of Defendant Commissioner Bailey and Defendant Executive Director Jones, the FDLE and the DHSMV provided law enforcement officers with access to the database that includes Plaintiffs' driver's license information.

260.    Under the direction of Defendant Commissioner Bailey, Defendant Executive Director Jones, both the FDLE and DHSMV provided law enforcement officers the ability to ascertain that driver's license information, including Plaintiffs', was being accessed on numerous occasions, by multiple law enforcement personnel from a variety of law enforcement agencies.

261.    Under the direction of Defendant Commissioner Bailey and Defendant Executive Director Jones, the FDLE and DHSMV had the ability to prevent unauthorized access to Plaintiffs' driver's license information.

262.    Defendant Entities and Defendant Supervisors also had the ability to develop, implement and enforce policies relating to their law enforcement officers' use of the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent unauthorized accesses of private data of Plaintiffs (and other Florida citizens), to prevent violations of the DPPA, and to discipline employees and law enforcement officers who violated their policies and the law.

263.

264.    On information and belief, Individual Defendants' training by Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities, and

Defendant Supervisors included monitions against viewing private driver's license information for unofficial purposes, unless it was their own private driver's license information.

265.    Whatever training, monitoring, or inquiry into law enforcement officers' usage of the information systems has been adopted, implemented, and ratified by Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities, and Defendant Supervisors is woefully inadequate to ensure that access is used properly and lawfully.

266.    On information and belief, despite this training, Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities and Defendant Supervisors, allowed employees and law enforcement officers, including but not limited to Individual Defendants, to view Plaintiffs' private driver's license information for unlawful purposes.

267.    On information and belief, Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities, and Defendant Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and knew or should have known that it was occurring.

268.    On information and belief, this illegal access occurs with regularity not only of Plaintiffs' private information but of other Florida driver's private information.

269.    Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities, and Defendant Supervisors have lax policies and/or lax enforcement of these policies that allow for these privacy intrusions.

A113

270.     Defendant Commissioner Bailey, Defendant Executive Director Jones, Defendant Entities, and Defendant Supervisors, either have no viable method or have an inadequate method of ascertaining and controlling the illegal access to individuals' private information by their officers.

271.     Defendant Commissioner Bailey and Defendant Executive Director Jones failed to prevent unauthorized access to the database including access to Plaintiffs' driver's license information.

272.

273.     Defendant Entities and Defendant Supervisors also failed to prevent unauthorized access to the database, including access to Plaintiffs' driver's license information.

274.     Defendant Commissioner Bailey and Defendant Executive Director Jones knowingly authorized, directed, ratified, approved, acquiesced in, committed or participated in the disclosure of Plaintiffs' driver's license information.

275.     The policy of the State of Florida is to uphold the provisions of the law, both state and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants, including its drivers' privacy rights, and including those rights as are required to be protected by federal law, and in particular, it is the policy of the State of Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

276.     Under the direction of Defendant Commissioner Bailey and Defendant Executive Director Jones, the FDLE and DHSMV knowingly disclosed Plaintiffs' and

A114

others' driver's license information and violated state policy by devising and implementing a database that failed atrociously to uphold the privacy rights of Toni and Shaun Foudy and others similarly situated as protected by the DPPA, exposing the Foudy's information and others' to impermissible and knowing accesses by various persons, including the Defendants in this lawsuit, constituting a knowing disclosure of her information within the meaning of the DPPA.

277. Under the direction of Defendant Commissioner Bailey and Defendant Executive Director Jones, the FDLE and DHSMV knowingly implemented a database, and a method for using and misusing that database, that both permitted and encouraged, through the nature and monitoring of the system, accesses by police officers, state employees, and others that failed to comply with state policy of protecting privacy rights and complying with the DPPA.

278. The system knowingly implemented Defendant Commissioner Bailey and Defendant Executive Director Jones, failed to set rules for protecting the privacy rights, and permitted, and on information and belief, still permits, and in some instances promotes, the accessing of the database from computers that are located in areas that are accessible to any individual, permitting continuous access to the database from a dedicated computer that does not require logging in by any individual, including persons not authorized to access the database, and the accessing of the system by persons without any accountability or even in some instances without the ability to trace the person who made the access; so that effective monitoring of the system is difficult if not impossible under the system as implemented by Defendant Commissioner Bailey Defendant

Executive Director Jones, who deliberately emphasized and favored the convenience of the system by users at the expense of protecting the privacy rights of the persons in the database.

279. Upon information and belief, Defendant Commissioner Bailey and Defendant Executive Director Jones actually knew that law enforcement officers were accessing the databases for impermissible purposes, including viewing Plaintiffs' driver's license information, and acquiesced, facilitated, approved or simply ignored the conduct.

280. Even if Defendant Commissioner Bailey and Defendant Executive Director Jones, had no actual knowledge of the impermissible uses of the databases they oversaw, upon information and belief, they were reckless in their supervision of their subordinates who did operate the database.

281. Upon information and belief, Defendant Commissioner Bailey and Defendant Executive Director Jones were grossly negligent in supervising their subordinates who operated the databases.

## IV. Neither Defendants Nor Other Authorities Have Been Willing to Hold Any of the Individual Defendants Accountable for Their Wrongdoing and Harm Caused to Plaintiffs.

282. In April 2011, while researching agency records and preparing for her ongoing review of the situation with IRCSO, Toni Foudy requested her D.A.V.I.D records from the DHSMV. Toni Foudy received her results in July 2011.

283. On information and belief, most of the Defendant Entities and Individual Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number (as stated by several Defendants under oath)— to look up their private and highly

A116

restricted personal information.

284.

285.    In or about August 2011, Toni Foudy, contacted the FDLE in regards to the nearly six- hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

286.    In or about August 2011, Toni Foudy, contacted Governor Rick Scott in regards to the nearly six-hundred (600) unlawful accesses of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

287.    The Governor's office and FDLE informed her to report her concerns to the agencies whose personnel had accessed her information.

288.

289.    In August 2011, Toni Foudy contacted the United States Department of Justice (DOJ) informing them of the situation and asked them for help

290.    On or about September 6, 2011, after contacting Florida Attorney General Pam Bondi's office and their Victims Advocate for help, Toni Foudy, received an e-mail from General Counsel Pam Bondi that suggested she report the allegations to the FDLE, DHSMV, and the Department of Justice, which she had already done without results.

291.    On November 2, 2011, Toni Foudy contacted FDLE Chief Cindy Sanz expressing fear for her safety. She requested FDLE conduct a criminal investigation against SLSO & IRCSO.

292.    Toni Foudy also contacted FDLE general counsel Michael Ramage in

A117

regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

293.    Toni Foudy also contacted the Federal Bureau of Investigations (FBI) for assistance, who advised Toni Foudy that it could not assist her.

294.    In February 2012, Toni Foudy contacted FDLE Chief Cindy Sanz again providing additional evidence to support the need for a criminal investigation against SLSO & IRCSO, including identification of at least 13 criminal violations committed by SLSO & IRCSO.  Toni Foudy made another desperate plea for help in fear for her safety.

295.    On February 25, 2012, Toni & Shaun Foudy received a response from FDLE Chief Cindy Sanz advising them that appropriate action had already been taken by SLSO and IRCSO and that, "a criminal investigation regarding your complaint will not be initiated by the FDLE. While you may disagree with this determination, you should accept this decision as final."

296.    Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Individual Defendants and Defendant Entities repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

297.    Although Shaun Foudy was not under any criminal investigation between July 1, 2005 and the present time, or any other time in his life, Individual Defendants and Defendant Entities repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

298.    Although Toni Foudy's other family members were not under any criminal investigation, Individual Defendants and Defendant Entities repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system

299.    Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

300.    Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law- enforcement investigation.

301.    Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

302.    Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Entities obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

303.    Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Entities obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

304.    Toni Foudy's family members never waived their protections of the DPPA, nor consented to Individual Defendants and Defendant Entities obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

A119

305.    Defendant Entities, SLCSO and IRCSO, claim to have conducted internal

investigations.

      **A.**       **SLCSO's Investigation and Response to Its Officers' Breach of the D.A.V.I.D. System Was Inadequate, Incomplete, and in Violation of State Law.**

306.    SLCSO stated and acknowledged that a total of seventy-nine (79) of its law

enforcement personnel accessed Toni Foudy's personnel information between July 1,

2005 and August 1, 2011. Out of the seventy-nine (79) named personnel, according to

SLCSO, five are no longer employed at the SLCSO, two are not known to the SLCSO,

and one was a temporarily assigned officer who is no longer with the agency.

307.    SLCSO has also stated and acknowledged that the following Individual

Defendants accessed Toni Foudy's private and restricted driver's license information:

Christopher Gordineer, Michael Muller Leland Squires, David Abbott, Sean Freeman

Ronald Seraphin, David Snow, Matthew Kirchner Mark Sarvis, Andrew Bolonka, Shelia

Grandison, Dave Jones, David Smith, Vincent Bonagura, Charla Harper, Michelle

Hernandez, Paul Hutchinson, William Miller, Craig Ortman, William Radke, Brian

Scribner Joseph Trevisol, James DeFonzo, Troy Hetzer, Karen Stephens, Michael White,

Brett Wilkes, David Blatchford, John Brady, Deron Brown, Kevin Carter, Supreet

Cheema, Jeffery Cogswell, Robert Funk, Richard Green, Thomas Johnson, David Leigh,

Claylan Mangrum, Todd Meslin, Edward Oxley, Michael Sheelar, Randy Tucker, John

Wise, Matthew Woods, Lasolomon Archie, Dennis Bernas, Marie Brazas, Mark

Colangelo, Alexander Feoloa, Joseph Guertin, Frantz Guerrier, Byron Harbin, Grant

King, Jeffery Ledlow, Tad LeRoy, Paul McNesky, William Mittwede, Michael Monahan,

A120

Troy Norman, John Parow, Paul Pearson, Frank Pellegrini, Jeff Schoner, Jeffery Serafini,

Cheryl Siel, Paul Taylor, Scott Wells, Ronald Wentz, Cathy Whitaker, Fred Wilson,

Suzanne Woodard, Jason Cannon, William Cooke, James Gettings, Adriano Krecic, Cory

Speicker, and Heather Yonderly.

308.   SLCSO concluded that most of its foregoing law enforcement personnel did

not have a law enforcement related reason for each access of Toni Foudy's private and

restricted driver's license information.

309.   Based on information and belief, the law enforcement personnel listed on

the internal investigation report prepared by SLCSO is incomplete in that in some

instances it fails to list the total number of times an individual law enforcement officer

accessed Toni Foudy's information.

310.   Some of SLCSO's law enforcement personnel identified in Exhibits A and

B claim that they accessed Toni Foudy's information in conjunction with a "BOLO" (i.e.,

"Be on the look out") pertaining to Toni Foudy.  Those officers include:  Mark Sarvis,

Vincent Bonagura, Joseph Trevisol, Michael White, Kevin Carter, Supreet Cheema, John

Wise, Joseph Guertin, Paul McNesky, Jeffery Serafini, Jason Cannon, William Cooke,

James Gettings, Adriano Krecic, Cory Speicker, Heather Yonderly, state that some of the

times that they accessed Toni Foudy's information is direct result of a "BOLO."

311.   A BOLO, is an all-points bulletin (APB) broadcast issued from a law

enforcement agency containing information about a wanted suspect who is to be arrested

or a person of interest, for whom law enforcement officers are to look.

312.   Based on information and belief, there has never been a reason for a BOLO

to be issued concerning Toni Foudy and no BOLO's were ever issued in regards to her.

313.    Upon information and belief, at a minimum, the following Individual Defendants employed by Defendant St. Lucie County gave false statements under oath regarding their reasons for obtaining Plaintiffs' personal and private information through the D.A.V.I.D. system:  Mark Savis, Vincent Bonagura, Joseph Trevisol, Michael White, Kevin Carter, Supreet Cheema, John Wise, Joseph Guertin, Paul McNesky, Jeffrey Serafini, Jason Cannon, William Cooke, James Gettings, Adriano Krecic, Cory Speicker Heather Wonderly, Sheila Grandison, Dennis Bernas, Leland Squires, Christopher Gordineer, Michael Muller.

314.    Upon information and belief, Defendant St. Lucie County and Defendant Mascara knew, or reasonably should have known, that the individuals identified in the above paragraph were untruthful about  their reasons for obtaining Plaintiffs'; personal and private information through the D.A.V.I.D. system.  Yet, Defendant St. Lucie County and Defendant Mascara failed to discharge or remove such law enforcement officers from payroll as required by Florida Statute §876.06.

315.    Defendant Vincent Bonagura was disciplined for accessing Toni Foudy's information.  At the time the D.A.V.I.D. audit was performed at the behest of Toni Foudy, the results showed that Vincent Bonagura had accessed her eight times.

316.    SLCSO's Lieutenant Hostetler stated that Defendant Vincent Bonagura informed him that three of those times were the results of a BOLO, two of those times he accessed her tag for a valid reason, which was not articulated, and the last three times were not for a law enforcement purpose.

317.    Lieutenant Hostetler further stated that Defendant Vincent Bonagura believed that he could look up people in the media.

318.    Lieutenant Hostetler provided Vincent Bonagura with a direct order not to use DAVID for an unlawful purpose on September 26, 2011. Less than 45 days later, Defendant Vincent Bonagura accessed another Florida driver's license holder private personal information without a law enforcement purpose.

319.    Based on information and belief, Vincent Bonagura may have accessed several other people's private personal information for a non-law enforcement purpose.

320.    Based on information and belief, SLCSO and Defendant Mascara should have monitored, prevented, and stopped the unauthorized access to Toni Foudy's private information by Vincent Bonagura and any other persons whose information was accessed without a permissible law enforcement purpose.

321.    Pursuant to Florida Statute § 817.5681, Toni Foudy is entitled to be informed of a breach to her private personal information without any unreasonable delay, but that did not happen.

322.    SLCSO law enforcement personnel has been continuously accessing Toni Foudy's information between 2005 and 2011, and at no time prior to June 27, 2011, was Toni Foudy informed by the SLCSO, DHSMV, or FDLE that her private highly restricted driver's license information was improperly accessed.

323.    Toni Foudy only knew that law enforcement personnel had unlawfully accessed her information once she requested an audit of her D.A.V.I.D. records from the DHSMV.

A123

324.    Based on information and belief, the SLCSO has not provided Toni Foudy's counsel a complete list of the individual law enforcement personnel that accessed Toni Foudy's information and all documents and things related to the internal affairs investigation.

325.    In February 2012, Shaun Foudy contacted both SLSO & IRCSO requesting reason for his private information being obtained by so many law enforcement personnel in such high volume given the absence of investigative purpose.  Shaun Foudy requested SLSO & IRCSO provide him detailed copies of the agencies' completed I.A. Investigations pertaining to his complaint.

326.    In March 2012, Shaun Foudy received a response from SLSO General Counsel Adam M. Fetterman stating, "No formal internal affairs investigation was deemed warranted, and as such, the Police Officer's Bill of Rights was not triggered and no recordings were made."  Mr. Fetterman further added, "it appears you have not been harmed in any way by these violations, nor do the violations rise to the level of creating any right on your part. I believe you are looking for a remedy or answer to a problem that no longer exists.  You desire to know the "why" as to each incident- while the vast majority appear to be related to juvenile pranks in which your wife was a participant on-shift, none of the circumstances rise to any level of criminal wrongdoing or violation of policy other than the improper use of the DAVID system."

327.    The SLCSO did not and has not provide(d) the names of the law enforcement personnel that viewed the private and highly restricted personal information of Shaun Foudy.

A124

328.    The SLCSO did not and has not provide(d) the number of times that each

law enforcement personnel viewed the private and highly restricted personal information

of Shaun Foudy.

329.    Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be

informed of a breach to his private personal information without any unreasonable delay,

but that did not happen.

**B.      IRCSO's Investigation and Response to Its Officers' Breach of the D.A.V.I.D. System Was Inadequate, Incomplete, and in Violation of State Law.**

330.    IRCSO's internal investigation of its law enforcement personnel did not

reflect the one-hundred-and-twenty (120) queries that DHSMV reflected on its audit.

331.    IRCSO did conduct an investigation regarding the accesses identified on

Exhibits A and B by its Internal Affairs Unit.

332.    IRCSO concluded that Defendants Rebecca Hurley, Andrew Bartucelli,

Ismael Hau, Eric Carlson, Greg Long, and Heath Higman violated regulations by

accessing Toni Foudy's private personal driver's license information.

333.    Defendants Rebecca Hurley, Andrew Bartucelli, and Ismael Hau informed

internal affairs investigators that they accessed Toni Foudy's personal private information

because they had heard "rumors" about her from SLCSO.

334.    IRCSO concluded that Defendants Detective John Finnegan, Deputy Brian

Reimsnyder, Deputy Roderick Smith, and Deputy Ciro Perrone did not violate any

regulations by accessing Toni Foudy's private personal driver's license information since

the Defendants could not "recall" why they had ran her information.

A125

335.   IRCSO concluded that Defendants Michael Pierce, Randal Fornes, Chris

Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty and Jeff Ledlow

did not violate any regulations by accessing Toni Foudy's private personal driver's

license information since the Defendants may have ran her since her vehicle was in the

IRCSO parking lot.

336.   Defendant David Wright resigned on or about December 11, 2012. Based

on information and belief, Defendant Wright was under investigation for asking another

agency to make a welfare check on a woman he met on a dating site. Based on

information and belief, Defendant Wright lied to the other agency in order to have the

officers contact the young lady.

337.   Based on information and belief, David Wright improperly accessed the

young lady's information via a law enforcement database.

338.   IRCSO concluded that Defendant David Bailey did not violate any

regulations by accessing Toni Foudy's private personal driver's license information since

the Defendant may have ran her since she was a new hire, to verify her driver's license,

and to view her driver's license information.

339.   Based on information and belief, the internal affairs investigator(s) for

IRCSO did not attempt to verify or corroborate the statements made by the law

enforcement personnel during the course of the internal affairs investigation regarding its

law enforcement personnel.

340.   Upon information and belief, the following Individual Defendants

employed by Defendant Indian River County lied under oath regarding their reasons for

obtaining Plaintiffs' personal and private information through the D.A.V.I.D. system:

Mark Birtel, John Carter, David Wright, Scott Prouty, and Jeff Ledlow.

341.    Upon information and belief, Defendant Indian River County and

Defendant Sheriff Loar knew, or reasonably should have known, that the individuals

identified in the above paragraph were untruthful about  their reasons for obtaining

Plaintiffs'; personal and private information through the D.A.V.I.D. system.  Yet,

Defendants Indian River County and Sheriff Loar, like Defendant St. Lucie County and

Defendant Sheriff Mascara failed to discharge or remove such law enforcement officers

from payroll as required by Florida Statute §876.06.

342.    Based on information and belief, IRCSO did not provide a complete list of

the individual law enforcement personnel that accessed Toni Foudy's information and all

documents and things related to the internal affairs investigation.

343.    IRCSO did not provide the number of times that all law enforcement

personnel viewed the private and highly restricted personal information of Toni Foudy.

344.    IRCSO failed to do so with regard to the Foudy's, even though IRCSO had

notified other victims who were improperly accessed by LT. Fabien Pierce of those

security breaches.

345.    Pursuant to Florida Statute § 817.5681, Toni Foudy is entitled to be

informed of a breach to her private personal information without any unreasonable delay.

346.    On or about April 30, 2012, the IRCSO informed Shaun Foudy via written

correspondence that there was not sufficient evidence to conclude that Defendants

Sergeant David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric

A127

Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist Shaveldra Monique Smith violated departmental rules, regulations, policies or procedures.

347.   The letter dated April 30, 2012, did not state that Defendants Sergeant David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist Shaveldra Monique Smith had any of the narrow legitimate law enforcement purposes outlined under the DPPA, 18 U.S.C. §§ 2721-2725, for accessing Shaun Foudy's private personal driver's license information.

348.   In the prior internal affairs interview on August 4, 2011 regarding Toni Foudy, IRCSO provided Deputy Rebecca Hurley a letter of counseling for improperly accessing Toni Foudy's private personal records.

349.   Based on information and belief, the above IRCSO deputies and Deputy Rebecca Hurley are the same law enforcement personnel referenced in the April 30, 2012 letter by IRCSO to Shaun Foudy, stating that there was "not sufficient" information to conclude there was a violation of Shaun Foudy's rights.

350.   Based on information and belief, IRCSO has failed to provide a complete list of the law enforcement personnel that accessed Shaun Foudy's private restricted driver's license information without a legitimate purpose since 2005.

351.   In addition, based on information and belief, IRCSO did not provide the number of times that a particular law enforcement personnel viewed and obtained the private and highly restricted personal information of Shaun Foudy.

A128

352.    Based on information and belief, the internal affairs investigator(s) for IRCSO did not attempt to verify or corroborate the statements made by the law enforcement personnel during the course of the investigation of its law enforcement personnel.

353.    Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be informed of a breach to his private personal information without any unreasonable delay.

354.    Based on information and belief, Toni Foudy's immediate family members did not continuously reside in the State of Florida at the time their information was accessed.

355.    Based on information and belief, the private and highly restricted information of Toni Foudy's family was accessed due to their relationship with Toni Foudy.

356.    Pursuant to Florida Statute § 817.5681, Toni Foudy's family members have never been informed to date that there was a breach or possible breach to their private personal driver's license information.

357.    SLCSO has impermissibly accessed Toni Foudy's family members' information since 2005.

358.    IRCSO has impermissibly accessed Toni Foudy's family members' information since 2006.

359.    Additional employees and supervisors at Defendant Entities who have also impermissibly accessed the Foudy's private information through the D.A.V.I.D. system, Jane and John Does, are not presently known, because Defendant Entities have either not

A129

provided Plaintiffs with their identities or not provided sufficient information to determine if their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through discovery.

### V. Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion into Their Private Life

360.    Shaun Foudy was visibly shaken and traumatized to discover that his records were accessed nearly 100 times by IRCSO and SCLSO between July 1, 2005 and August 1, 2011.

361.    Plaintiffs were further shocked, horrified, and frightened to learn that employees and  law enforcement officers of Defendant Brevard County, Defendant Martin County, Defendant City of Fort Pierce, Defendant City of Port St. Lucie, Defendant City of Sewall, Defendant City of West Palm Beach, Defendant City of Indian River Shores, Defendant City of Fellsmere, Defendant County of Miami-Dade, Defendant City of Vero Beach,  and Defendant City of West Palm Beach, had also engaged in improperly and wrongfully obtained their personal private information for no legitimate law enforcement purpose, but rather for personal reasons.

362.    The sheer quantity of these intrusions into Toni Foudy's private life, Shaun Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that law-enforcement personnel are unfairly hostile toward the Foudy' privacy and safety.

363.    Defendant Entities and Individual Defendants have continued to use the private information they impermissibly obtained to regularly harass, taunt, and terrorize

A130

Plaintiffs by continually and daily following and/or surrounding and watching Plaintiffs and their children at their residence, until they successfully forced the Foudy's to leave the state out of fear for their safety.

364.   As a result of this invasion of privacy, the Foudy's did not feel comfortable and have been afraid to go to public places where law enforcement personnel were likely to be around; they lost their sense of freedom, including their sense of freedom to travel and attend local events.

365.   As a result of this invasion of privacy, the Foudy's did not feel comfortable in their own home as law enforcement personnel vehicles slowly drive by their home on a continuous basis, for no apparent purpose.

366.   As a result of this invasion of privacy, the Foudy's were forced to alter their social activities and have in effect, become hermits.

367.   As a result of this invasion of privacy, Toni Foudy has significantly changed her physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or recognized, harassed, or having her personal private information further accessed and obtained by Defendant Entities, Individual Defendants, and Defendant Jane and Joe Does.

368.   As a result of this invasion of privacy, the Foudy's have felt forced to purchase different vehicles to avoid being recognized.

369.   As a result of the invasion of privacy, the Foudy's have felt  that they have lost  any control over the privacy in their life.

370.   As a result of the invasion of privacy, Toni Foudy has been severely

A131

restricted her interactions on any social media sites.

371.    As a result of the invasion of privacy, Shaun Foudy has significantly

limited his interaction on any social media sites.

372.    As a result of the invasion of privacy, the Foudy's were compelled to

relocate three times and to incur expenses related thereto.

373.    As a result of the invasion of privacy, Toni Foudy was unable to return to

work due to its mental and physical impact.

374.    As a result of the invasion of privacy, Toni Foudy's physical health has

deteriorated, included exacerbation of certain pre-existing conditions such as migraines

and narcolepsy.

375.    As a result of the invasion of privacy, Shaun Foudy did not let his son

participate in the St. Patrick's Day parade with his karate class since it was a public event

that included local law enforcement.

376.    As a result of the invasion of privacy, the Foudy's fear contacting law

enforcement agents in an emergency situation.  For example, on September 25, 2013,

Plaintiffs had an intruder on their property, were concerned for their safety, but did not

feel safe calling law enforcement officers to help and protect them given Defendant

Entities' and Individual Defendants' conduct described in this Complaint.

377.    As a result of the invasion of privacy, the Foudy's have suffered significant

marital stress and relationship issues.

378.    As a result of the invasion of privacy, the Foudy's have experienced a loss

of consortium due to physical and emotional inability to be intimate.

A132

379.    As a result of the invasion of privacy, the Foudy's are unable to provide their son the quality time and attention he deserves.

380.    As a result of the invasion of privacy, had to hire two private investigators.

381.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the minimum one hundred fifty (150) hours needed during the fiscal-year period October 2011 to October 2012 for Walt Disney.

382.    As a result of the invasion of privacy, Toni Foudy lost her part-time employment with Walt Disney in October 2012, as a result of her inability to physically and mentally work the required hours needed to maintain her position as Snow White.

383.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost friends due to the fact that some long-time family friends are employed by defendant Entities and fear conflict.

384.    Toni Foudy in addition to being fearful and anxious about her safety, is also concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

385.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed stress, depression, panic disorder, and PTSD.

386.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

A133

**COUNT I: 18 U.S.C. § 2721, *et seq.***
Violation of the Driver's Privacy Protection Act
*(Against All Defendants, including Jane, John and Entity Does)*

387.    Plaintiffs hereby allege and incorporate paragraphs 1 through 392 of this Complaint, as if fully set forth in this paragraph.

388.    Toni Foudy and Shaun Foudy provided information to the DHSMV, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and those contacts private and highly- restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

389.    The DHSMV also maintains Plaintiffs driving record and that information is made available on the D.A.V.I.D system.

390.    At no time did Toni Foudy and Shaun Foudy provide their consent for any of the Defendant Individuals to obtain, disclose or use, or for any of the Defendant Entities or Defendant Supervisors to disclose or to allow Defendant Individuals to obtain, disclose or use her private information for anything but official law enforcement business.

391.    Intentionally obtaining, disclosing or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

392.    The DPPA provides relief for violations of a person's protected interest in the privacy of their motor vehicle records and the identifying information therein.

A134

393. The Defendants, each of them, have invaded Toni Foudy and Shaun Foudy's legally protected interest under the DPPA.

394. Fellesmere Police Department illegally obtained Shaun Foudy's personal and private information at least one time as reflected in the D.A.V.I.D system. Specifically Joseph Matthew Woodling committed this offense in violation of the DPPA.

395. Indian River County Sheriff Department illegally obtained Shaun Foudy's personal and private information at least twenty-seven times as reflected in the D.A.V.I.D system. Specifically David S. Bailey committed this offense one time. Eric G. Carlson committed this offense one time. Gregory Scott Long committed this offense four times. Jane Marie Saubert committed this offense three times. Jeffrey Aaron Ledlow committed this offense six times. John Eric Finnegan committed this offense one time. Michael Lynn Pierce committed this offense three times. Paul L. Button committed this offense one time. Rebecca Nicole Hurley committed this offense one time. Shaveldra Monique Smith committed this offense two times. Terri J. Birtel committed this offense one time. Each offense is in violation of the DPPA.

396. Miami-Dade Police Department illegally obtained Shaun Foudy's personal and private information at least four times as reflected in the D.A.V.I.D system. Specifically Edna Almeida Rice committed this offense four times in violation of the DPPA.

397. Port St. Lucie Police Department illegally obtained Shaun Foudy's personal and private information at least five times as reflected in the D.A.V.I.D system. Specifically Meyer Ghobrial committed this offense one time. Michael Ryan Connor

A135

committed this offense two times.  William van der Slike committed this offense two times.  Each offense is in violation of the DPPA.

398.    St. Lucie County Sheriff Criminal Investigation Division illegally obtained Shaun Foudy's personal and private information at least twenty-four times.  Specifically Kirk Breach committed this offense one time.  Mark Sarvis committed this offense one time.  Ronal Wentz committed this offense one time.  Sheila Grandison committed this offense three times.  Vincent Bonagura committed this offense two times.  William Radke committed this offense two times.  Dave Jones committed this offense seven times.  Each offense is in violation of the DPPA.

399.    St. Lucie county Sheriff Office illegally obtained Shaun Foudy's personal and private information at least twenty-four times.  Specifically Brett Wilkes committed this offense one time. Christopher Gordineer committed this offense one time.  David Snow committed this offense two times.  James DeFonzo committed this offense four times.  Joseph Guertin committed this offense two times.  Joseph Trevisol committed this offense one time.  Keven Carter committed this offense one time.  Leland Squires committed this offense one time.  Mark Sarvis committed this offense one time.  Mathew Woods committed this offense two times.  Michael Muller committed this offense two times Robert Funk committed this offense one time.  Ronald Seraphin committed this offense two times.  Each offense is in violation of the DPPA.

400.    Vero Beach Police Department illegally obtained Shaun Foudy's personal and private information one time as reflected in the D.A.V.I.D system.  Specifically Bradley Spencer committed this offense one time in violation of the DPPA.

401.   19th Judicial Circuit, State Attorney's Office of Investigations illegally obtained Toni Foudy's personal and private information at least three times as reflected in the D.A.V.I.D system.  Specifically Tammi Jo Pope committed this offense three times in violation of the DPPA.

402.   Department of Highway Safety and Motor Vehicles illegally obtained Toni Foudy's personal and private information at least three times as reflected in the D.A.V.I.D system.  Specifically Michael R. Braswell committed this offense two times. Damian T. Bentleyclokes committed this offense two times.  Kristina M. Turk committed this offense one time.  Darren K. Slater committed this offense three times.  Richard L. Taylor committed this offense two times.  Tommy Rodriguez committed this offense three times.  Each offense is in violation of the DPPA.

403.   Department of Law enforcement illegally obtained Toni Foudy's personal and private information at least seven times as reflected in the D.A.V.I.D system. Specifically Michelle D. Wentz committed this offense one time. Lee Stewart committed this offense one time.  Faith A. Ball committed this offense one time.  Each offense is in violation of the DPPA.

404.   DCF Central region illegally obtained Toni Foudy's personal and private information at least one time as reflected in the D.A.V.I.D system.  Specifically Kevin Blaine Carlile committed this offense one time in violation of the DPPA.

405.   Fort Police Department illegally obtained Toni Foudy's personal and private information at least six times as reflected in the D.A.V.I.D system.  Specifically Jason Braun committed this offense six times in violation of the DPPA.

A137

406.     Port St. Lucie Police Department illegally obtained Toni Foudy's personal and private information at least four times as reflected in the D.A.V.I.D system. Specifically Richard Giaccone committed this offense two times.  Steve Camara committed this offense two times.  Each offense is in violation of the DPPA.

407.     Sewall's Point Police Department illegally obtained Toni Foudy's personal and private information at least two times as reflected in the D.A.V.I.D system. Specifically Mark L. Pinnachio committed this offense two times in violation of the DPPA

408.     West Palm Beach Police Department illegally obtained Toni Foudy's personal and private information at least eight times as reflected in the D.A.V.I.D system. Specifically Gene Picerno committed this offense two times. Each offense is in violation of the DPPA.

409.     Indian River Shores Department of Public Safety illegally obtained Toni Foudy's personal and private information at least one time as reflected in the D.A.V.I.D system.  Specifically Samantha Haynes committed this offense one time.  Each offense is in violation of the DPPA.

410.     Miami-Dade Police Department illegally obtained Toni Foudy's personal and private information at least four times as reflected in the D.A.V.I.D system. Specifically Edna Almeida Rice committed this offense four times in violation of the DPPA.

411.     Vero Beach Police Department illegally obtained Toni Foudy's personal and private information at least five times as reflected in the D.A.V.I.D system.

Specifically Bradley Spencer committed this offense three times.  Kyle Benjamin Kuehn

committed this offense two times.  Each offense is in violation of the DPPA.

412.    Fellsmere Police Department illegally obtained Toni Foudy's personal and

private information at least ten times as reflected in the D.A.V.I.D system.  Specifically

Bryan Klassen committed this offense three times.  Jose Mario Rendon-Velasquez

committed this offense two times.  Joseph Matthew Woodling committed this offense

five times.  Each offense is in violation of the DPPA.

413.    Brevard County Sheriff's Office illegally obtained Toni Foudy's personal

and private information at least one time as reflected in the D.A.V.I.D system.

Specifically Danielle Jarratt committed this offense one time in violation of the DPPA.

414.    Martin County Sheriff's Office illegally obtained Toni Foudy's personal

and private information at least twenty-three times as reflected in the D.A.V.I.D system.

Specifically Michael Labasci committed this offense seven times.  Virginia Reeder

committed this offense four times.  Doug Pierce committed this offense four times.

Robert L. Pryor committed this offense two times.  William Weiss committed this

offense three times.  Robert Lee Kohl committed this offense three times.  Each offense

is in violation of the DPPA.

415.    St. Lucie County Sheriff, Criminal Investigation Division illegally obtained

Toni Foudy's personal and private information at least four hundred and ninety-three

times as reflected in the D.A.V.I.D system.  Specifically Cathy L. Whitaker committed

this offense two times.  Dave Jones committed this offense thirteen times.  Michael White

committed this offense six times.  Richard Green committed this offense four times.

David Snow committed this offense eighteen times.  Sean Freeman committed this offense nineteen times.  Christopher Gordineer committed this offense twenty-three times.  Joseph Trevisol committed this offense nine times.  David L. Smith committed this offense eight times.  John Brady committed this offense five times.  Mark Sarvis committed this offense eleven times.  Ronald Seraphin committed this offense twenty times.  Kevin Carter committed this offense nine times.  Jeff Schoner committed this offense three times.  David Abbott committed this offense twenty-five times.  Brian Scribner committed this offense twelve times.  John Parow committed this offense two times.  Brett Wilkes committed this offense two times.  Dennis Bernas committed this offense three times.  Claylan Mangrum committed this offense four times.  Lasolomon Archie committed this offense two times.  Michelle Hernandez committed this offense three times.  Andrew Bolonka committed this offense six times.  Michael Muller committed this offense twenty-four times.  Sheila Grandison committed this offense nine times.  Deron Brown committed this offense four times.  Fred Wilson committed this offense two times.  Ronald Wentz committed this offense two times.  Vencent Bonagura committed this offense six times.  Karen Stephens committed this offense four times.  Leland Squires committed this offense twenty-two times.  Jeffrey Cogswell committed this offense four times.  Troy Norman committed this offense two times.  Scott Wells committed this offense one time.  Suzanne Woodward committed this offense two times.  Paul Hutchinson committed this offense seven times.  Paul Taylor committed this offense one time. Craig Ortman committed this offense six times.  Byron Harbin committed this offense one time.  William Miller committed this offense five times.  William Radke

A140

committed this offense four times.  Mark Colangelo committed this offense one time.

Frank Pellegrini Jr. committed this offense one time.  Tad LeRoy committed this offense

one time.  Cheryl Siel committed this offense one time.  Michael Monahan committed

this offense one time.  Grant King committed this offense one time.  Troy Hetzer

committed this offense seven times.  William Cooke committed this offense one time.

Andrew Krecic committed this offense one time.  Paul McNesky committed this offense

four times.  Brett Wilkes committed this offense two times.  Frantz Guerrier committed

this offense one time.  Alexander Feoloa committed this offense one time.  Randy Tucker

committed this offense three times.  Edward Oxley committed this offense two times.

Charla Harper committed this offense five times.  Todd Meslin committed this offense

two times.  James DeFonzo committed this offense four times.  William Mittwede

committed this offense one time. Robert Funk committed this offense one time.  Thomas

Johnson committed this offense two times.  John Wise committed this offense four times.

David E. Leigh committed this offense two times.  Mathew Woods committed this

offense two times.  Michael Sheelar committed this offense two times.  Joseph Guertin

committed this offense five times.  Jeffrey Serafini committed this offense five times.

David Blatchford committed this offense three times.  Supreet Cheema committed this

offense three times.  James Gettings committed this offense two times.  Cory Speicker

committed this offense two times.  Heather Wonderly committed this offense two times.

Carl Ward committed this offense four times.  Paul Pearson committed this offense one

time.  Paul McNesky committed this offense two times.  William Cooke committed this

offense one time.  Adriano Krecic committed this offense one time.  Jason Cannon

committed this offense two times.  Matthew Reynolds committed this offense four times.

Each offense was in violation of the DPPA.

416.    Indian River County Sheriff's Office illegally obtained Toni Foudy's

personal and private information at least one hundred and twenty-seven times as reflected

in the D.A.V.I.D. system.  Specifically, Ciro Perrone committed this offense one time.

Karl Joe Moody committed this offense seven times.  Stephen Guy Thomas Jr.

committed this offense six times.  Andrew Bartuccelli committed this offense one time.

Brian Charles Reimsnyder committed this offense two times.  Carol M. Greenlee

committed this offense four times.  Christopher L. Rodriguez committed this offense two

times.  David S. Bailey committed this offense six times.  Debra A. Worley committed

this offense two times.  David Wade Wright committed this offense two times.  Eric G.

Carlson committed this offense one time.  Fabian John Pierce committed this offense two

times.  Gregory Scott Long committed this offense six times.  Heath Patrick Higman

committed this offense four times.  Ismael O Hau committed this offense five times.

John Charles Carter III committed this offense two times.  John David Cronenberg

committed this offense two times.  John Eric Finnegan committed this offense eight

times. Jeffrey Aaron Ledlow committed this offense seven times.  Jane Marie Saubert

committed this offense five times. Mark D. Birtel committed this offense three times.

Michael Lynn Pierce committed this offense five times.  Paul L. Button committed this

offense four times.  Randal Fornes committed this offense two times. Rebecca Nicole

Hurley committed this offense three times.  Roderick Jamil Smith committed this offense

two times.  Samantha Haynes committed this offense one time.  Scott M. Prouty

committed this offense one time.  Sue Ann Smith committed this offense two times.

Shaveldra Monique Smith committed this offense two times.  Stephen Guy Thomas Jr.

committed this offense three times.  Terri J. Birtel committed this offense two times.

Each offense is in violation of the DPPA.

417.   Defendant Commissioner Bailey and Defendant Executive Director Jones,

a knowingly disclosed Plaintiffs' private information personal information for purposes

not permitted under the DPPA.

418.   According to the Defendant Entities, the majority of the Individual

Defendants knowingly obtained, disclosed, or used Plaintiffs' personal information, from

D.AV.I.D. for a purpose not permitted under the DPPA. 18 U.S.C. § 2724(a).

419.   None of the Individual Defendants' activities fell within the DPPA's

permitted exceptions for procurement of Plaintiffs' private information.

420.   By the actions described above, each Individual Defendant law

enforcement personnel was acting within the scope of his or her employment when he or

she obtained, disclosed or used Plaintiffs' personal information from the Driver and

Vehicle Information Database for an impressible purpose.

421.   Individual Defendants knew or should have known that their actions related

to Plaintiffs' personal information were in violation of the DPPA.

422.   Defendant Entities and Defendant Supervisors knowingly authorized,

directed, ratified, approved, acquiesced in, committed or participated in obtaining,

disclosing or using of Plaintiffs' private personal information by the Individual

Defendants.

A143

423.   The outrageous volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private highly-restricted personal information, especially given Toni Foudy and Shaun Foudy's lack of a criminal record, makes apparent that Defendants' actions were not permissible.

424.   The repeated, continuous, and ongoing acts of harassment and drive-by's by Defendant Entities and Individual Defendants further indicate improper purposes for their conduct and invasion of Plaintiffs' privacy.

425.   Toni Foudy and Shaun Foudy's have suffered harm because their private information has been obtained unlawfully.

426.   Toni Foudy and Shaun Foudy suffered and continue to suffer harm by virtue of the increased risk that their protected information is in the possession of law enforcement personnel who obtained it without a legitimate purpose.

427.   Toni Foudy and Shaun Foudy suffered and continue to suffer harm given Defendant Entities and Individual Defendants' actual use of their private information after obtaining it improperly.

428.   This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

429.   The Individual Defendants, Supervisor Defendants and Defendant Entities each willfully and recklessly disregarded the law, entitling Toni Foudy and Shaun Foudy's to punitive damages under the DPPA, see 18 U.S.C. § 2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Sta. § 768.72.

430.   Plaintiffs are entitled to actual, punitive damages, reasonable attorneys'

A144

fees and other litigation costs reasonably incurred, and such other preliminary and

equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

431.   In addition, under the DPPA, Plaintiffs are entitled to a baseline liquidated

damages award for at least $2,500 for each violation of the DPPA. 18 U.S.C. §

2721(b)(1). Toni Foudy and Shaun Foudy's need not prove actual damages to receive

liquidated damages.

## COUNT II: 42 U.S.C. § 1983
### Violation of Plaintiffs' Civil Rights Under the DPPA
### (Against Individual Defendants, including Jane and John Does)

432.   Plaintiffs hereby allege and incorporate paragraphs 1 through 437 of this

Complaint, as if fully set forth in this paragraph.

433.   At no time did Toni Foudy and Shaun Foudy's behave in a manner that

would provide any legal justification for the invasion of privacy.

434.   The DPPA establishes that obtaining an individual's driver's license

information without a legitimate purpose constitutes an illegal search under the meaning

of the Fourth Amendment to the Bill of Rights.

435.   The Individual Defendants' viewing of Toni Foudy and Shaun Foudy's

personal information was unauthorized, unjustified, and excessive; it violates the laws of

the State of Florida, the Fourth Amendment, and the laws of the United States.

436.   By the actions described above, each Individual Defendant Law

Enforcement, acting under the color of state law, violated and deprived Toni Foudy and

Shaun Foudy's of their clearly established and well-settled civil rights to be free from an

unconstitutional search.

A145

437. The acts of each Defendant Law Enforcement personnel, acting under color of state law, constituted an invasion or repeated invasions of Toni Foudy and Shaun Foudy's clearly established privacy rights, guaranteed by the Bill of Rights and the Fourth Amendment to the United States Constitution, the laws of the United States, including the DPPA, and the laws of the State of Florida.

438. The DPPA creates an individual right to privacy in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Toni Foudy and Shaun Foudy's personal private information.

439. Each individual law enforcement personnel, acting under color of state law, knew or should have known that his or her actions violated and deprived Toni Foudy and Shaun Foudy's of their clearly established statutory rights under the DPPA.

440. Each Individual Defendant law enforcement personnel was deliberately indifferent to Toni Foudy and Shaun Foudy's statutory and civil right to be free from illegal searches, invasions of privacy and the unauthorized accessing of their private driver's license information.

441. As a direct and proximate result of the acts and omissions of the above-named Individual Defendants, Toni Foudy and Shaun Foudy's endured physical and mental suffering, and was damaged in an amount yet to be determined, but believed to be well in excess of One Million ($1,000,000) Dollars.

442. Punitive damages are available against Individual Defendant law enforcement personnel for their reckless and callous disregard for Plaintiffs' rights and their intentional violations of the federal law, and are hereby claimed as a matter of

federal common law, Smith v. Wade, 461 U.S. 30 (1983), and, as such, are not subject to the pleading requirement for punitive damages set forth in Fla. Sta. § 768.72.

443.   Plaintiff is entitled to recovery of her costs, including reasonable attorney fees, pursuant to 42 U.S.C. § 1988.

## COUNT III: 42 U.S.C. § 1983
### Violation of Plaintiffs' Civil Rights Under the DPPA
*Against Entity Defendants, Supervisor Defendants, including Jane, John and Entity Does*

444.   Plaintiffs hereby allege and incorporate paragraphs 1 through 449 of this Complaint, as if fully set forth in this paragraph.

445.   The Individual Defendants' numerous accesses of Toni Foudy and Shaun Foudy's private information are not unique but one example of how frequently such law enforcement agencies customarily violate the DPPA by accessing private driver's license information of persons without having any legitimate or permissible reason for doing so.

446.   Several articles have been published in regards to police officers unlawfully using law enforcement databases as a form of social media, using it to look up friends or acquaintances, and in some other less benign cases, using it to plan or commit crimes.

447.   Furthermore, individuals familiar with police departments' procedures state that it is accepted and common practice for law enforcement personnel, including officers and their supervisors, to unlawfully and impermissibly access an individual's information on law enforcement databases, and these individual law enforcement personnel are rarely if ever held accountable.

A147

448.    The foregoing information, other information to be presented at trial, and evidence reasonably likely to be determined after full discovery demonstrate that the improper access' of citizens drivers' license information by Defendant Law Enforcement Personnel for their own personal and private uses, obtained by accessing that information through the computerized information storage system kept by the state and federal government for official purposes only is an official custom or practice well known to Defendant Supervisors.

449.    These customs and practices by Defendant Law Enforcement Personnel are a deviation from the written rules set down by Entity Defendants, but these formal rules are widely and intentionally disregarded.

450.    Given the political subdivisions, municipalities, and law enforcement agencies failure to monitor and enforce the rules for D.A.V.I.D., the aforementioned customs and practices are attributable to the political subdivision, municipalities, and law enforcement agencies themselves, including the Entity Defendants herein.

451.    The Defendant Entities and the Defendant Supervisors of the law enforcement personnel accessing this information knew or should have known of this and other unlawful, improper, unjustified, and impermissible access to private information by law enforcement personnel.

452.    The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant Supervisors and mind of the officials of the municipalities, including other political subdivisions, of the Entity Defendants. These

A148

customs and practices further demonstrate Defendants' deliberate indifference to the federal statutory and constitutional rights of the citizens and persons, including the Plaintiffs, whose information has been wrongfully and unlawfully accessed.

453.   The Defendant Entities, in their official capacity, are directly liable for the custom and practice for the widespread illegal access of citizen's driver's licenses information. The Supervisor Defendants up to and including the Chief of Police, Sheriff, and Mayor, employed by each Entity Defendant, are liable in their individual capacity. Defendants' liability is due to their actual and constructive knowledge of this practice, their failure to institute any process for monitoring and preventing it and their deliberate indifference to the federal rights of those persons, including the Plaintiffs, whose information has been and continues to be wrongfully accessed.

454.   In addition, the Defendant Supervisors of law enforcement personnel, up to and including the Chief of Police, Sheriff, and Mayor, in each of the Defendant Entities, are liable in their individual capacities for their failure to train, monitor, supervise, and properly discipline the officers who are improperly and unlawfully accessing the private driver's license information of citizens, including the Plaintiffs, without a proper, lawful, permissible, justifiable purpose for doing so. This pattern of failure to train, monitor, supervise, and discipline demonstrates the state of mind of these Defendant Supervisors and a deliberate indifference to the rights of the citizens and others whose information has been so widely accessed, including the Plaintiffs.

455.   The federal rights of the citizens, including each Plaintiff, whose information is improperly accessed, are held in light regard by many if not most of the

A149

Defendant Supervisors and by the Defendant Entities themselves.

456.   Defendants' lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including the Plaintiffs, who would often be unaware of the access.

457.   Defendant's lack of concern is evidenced by the failure of most Defendant Entities to take any sort of corrective action upon learning that multiple, improper, unlawful, unjustified accesses of Plaintiffs' information had taken place. Defendants have also consistently refused to thoroughly disclose to the Plaintiffs, keep them fully informed of the progress of the investigation into the persons accessing their information, or to advise her of their identities, their reasons for accessing the Plaintiffs' information, their knowledge of Plaintiffs, and any discipline imposed on them for the improper and illegal conduct, in clear violation of Florida Statute Section 817.5681.

458.   The manner in which the investigations are handled by the Entity Defendants and Supervisor Defendants provides little expectation that these and other law enforcement personnel will cease accessing Plaintiffs' private information and the private information of other persons similarly situated to the Plaintiffs, without a justifiable, permissible basis.

459.   To the best of Plaintiffs' knowledge, no system has been established by the Entity Defendants and Supervisor Defendants to monitor the regular access of the D.A.V.I.D. system by law enforcement personnel.

460.   To the best of Plaintiffs' knowledge, no reviews have taken place of other accesses of the D.A.V.I.D system by the same law enforcement personnel, or other

A150

officers and employees in the Defendant Entities.

461.   To the best of Plaintiffs' knowledge, no attempt has been made by the

Entity Defendants and Supervisor Defendants to protect and safeguard the rights of other

persons' private and highly restricted personal information that is in the possession of

DHSMV.

462.   To the best of Plaintiffs' knowledge, no attempt has been made by the

Entity Defendants and Supervisor Defendants to provide redress and assurances to the

persons, including Plaintiff, whose driver's license private and highly restricted personal

information has been wrongfully accessed via D.A.V.I.D. or any other law enforcement

database that falls under the DPPA by the Defendant Law Enforcement Personnel named

in this Complaint, or by other officers in the municipalities and other political

subdivisions named in this Complaint.

463.   Defendants' accesses have been widely discussed among the Defendant

Law Enforcement Personnel committing the accesses as well as among other personnel in

the Defendant Entities – all of which have damaged the Plaintiffs and their reputation,

and their ability to perform any job effectively.

464.   The reputational damage alone to Plaintiff, as well as the knowledge that

this activity is not merely unlawful but a federal crime, should have been enough to

ensure that Plaintiffs' concerns listed in the preceding paragraphs were addressed by the

Defendants in a substantive fashion.  Holding accountable the law enforcement personnel

engaged in an unlawful activity would have been an important in eliminating this custom

and practice of permitting the widespread illegal accessing of Plaintiffs' information yet

nothing meaningful in this regard has been accomplished, and no prosecutions have been

initiated to the best of Plaintiffs' knowledge.

465.    As a direct and proximate result of the acts and omissions of the above-

named Defendants Entities and Defendant Supervisors, Toni Foudy and Shaun Foudy's

has endured and continues to endure physical and mental suffering, and has been

damaged in an amount yet to be determined and of a continuing nature, but believed to be

well in excess of One Million ($1,000,000) Dollars for each Plaintiff.

466.    Punitive damages are available against Defendants Entities and Defendant

Supervisors for their reckless and callous disregard for Plaintiffs' rights and their

intentional violations of federal law, and are hereby claimed as a matter of common law,

Smith v. Wade, 461 U.S. 30 (1983), and, as such, are not subject to the pleading

requirement for punitive damages set forth in Fla. Sta. § 768.72.

467.    Plaintiffs are entitled to recovery of their costs, including reasonable

attorney fees, under 42 U.S.C. § 1988.

### COUNT IV: 42 U.S.C. § 1983
Violation of Civil Rights Under the DPPA
*Against Defendants Jones and Bailey*

468.    Plaintiffs hereby allege and incorporate paragraphs 1 through 473 of this

Complaint, as if fully set forth in this paragraph.

469.    Defendant Jones became the Executive Director of the Department of

Highway Safety and Motor Vehicles on September 29, 2009 and presently serves in that

role.

470.    Defendant Bailey became the Commissioner of the Florida Department of

A152

Law Enforcement on December 5, 2006 and presently serves in that role.

471.    Defendant Jones as the Executive Director of DHSMV and Defendant Bailey as Commissioner of the FDLE were and are responsible for creating, maintaining, and providing access to the database that included Plaintiff s driver's license information.

472.    Defendants Jones and Bailey also had the ability to determine if unauthorized access was being made and to prevent such unauthorized access to the database, including, of Plaintiffs' driver's license information, and have an ongoing duty to prevent such unauthorized accesses.

473.    Defendants Jones and Bailey failed to prevent unauthorized access to the database, including Plaintiffs' driver's license information.

474.    The actions of Defendants Jones and Bailey, as alleged, violate the rights of the Plaintiff under the Fourth and Fourteenth Amendment of the United States Constitution.

475.    On information and belief, Defendants Jones and Bailey, created or oversaw the creation and maintenance of a database and system that was supposed to prevent unauthorized access to driver's license information.

476.    From October 2005, Defendants Jones and Bailey allowed unauthorized access of Toni Foudy and Shaun Foudy's driver's license information such that approximately more than 100 law enforcement personnel from at least two different law enforcement departments accessed Toni Foudy and Shaun Foudy information more than 500 times over a five-year period.

477.    On information and belief, Defendants Jones and Bailey's efforts have been

insufficient to prevent future unauthorized access of Plaintiffs' and other individuals' private, personal information.

478.    Defendants Jones and Bailey have sanctioned the constitutional violations by the Defendant Law Enforcement Personnel through their failure to remedy the policy, custom, and practice of officers' and employees' unfettered and unauthorized access to the database.

479.    Defendants Jones and Bailey have been grossly negligent in supervising subordinates responsible for implementing a law enforcement database that prevents unauthorized access to private, personal information.

480.    On information and belief, Defendants Jones and Bailey failed to monitor and prevent unauthorized access to private, personal information even though or should have known such unconstitutional acts were occurring.

481.    Defendants Jones and Bailey, acting under the color of state law, were deliberately indifferent to Plaintiffs' constitutionally-recognized and federal statutory rights to be free from illegal searches, invasions of privacy and the unauthorized accessing of her private driver's license information.

482.    As a direct and proximate result of the acts and omissions of Defendants Jones and Bailey, Toni Foudy and Shaun Foudy, individually, were forced to endure physical and mental suffering, and were thereby damaged in an amount yet to be determined, but believed to be well in excess of One Million ($1,000,000) Dollars each.

483.    Punitive damages are available against Defendants Jones and Bailey for their reckless and callous disregard for Plaintiffs' rights and their intentional violations of

A154

federal law, and are hereby claimed as a matter of common law, Smith v. Wade, 461 U.S. 30 (1983), and, as such, are not subject to the pleading requirement for punitive damages set forth in Fla. Sta. § 768.72.

484.    Plaintiff is entitled to recovery of her costs, including reasonable attorney fees, under 42 U.S.C. § 1988.

**COUNT V: State Law Claim**
Tort of Invasion of Privacy
*Against All Defendants, including Jane, John and Entity Does*

485.    Plaintiffs hereby allege and incorporate paragraphs 1 through 490 of this Complaint, as if fully set forth in this paragraph.

486.    By improperly obtaining Plaintiffs' private personal information for impermissible reasons, Defendants intentionally intruded upon the solitude or seclusion Plaintiffs' private affairs and concerns.

487.    The Defendants' intrusion would be highly offensive to a reasonable person.

488.    The Defendants' intrusion caused Toni Foudy and Shaun Foudy's to suffer severe emotional distress and physical harm.

489.    The Defendants' intrusion was intended to cause Toni Foudy and Shaun Foudy's to suffer severe emotional distress and physical harm, and was made with either actual or legal malice, or with reckless disregard of Plaintiffs' rights and their privacy.

490.    Each Plaintiff is entitled to tort damages for Defendants' invasion of privacy.

**JURY DEMAND**

92 of 94

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

WHEREFORE, Plaintiff Toni Foudy and Plaintiff Shaun Foudy, each individually, prays for judgment against the Defendants as follows:

A.   A money judgment against all the Defendants for liquidated, actual and compensatory damages in an amount in excess of One Million ($1,000,000) Dollars and punitive damages in an amount to be determined by the jury, together with their costs, including reasonable attorney fees, under 42 U.S.C. §1988, the DPPA, and other applicable laws, and prejudgment interest;

B.   Actual damages, punitive damages, attorney's fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C.   Liquidated damages of at least $2,500 for each violation of the DPPA under l8 U.S.C. §2721(b)(1);

D.   An injunction, permanently enjoining all Defendants from viewing either Plaintiffs private information in violation of the DPPA, unless necessary for law enforcement purposes;

E.   A permanent injunction denying Individual Defendants access to D.A.V.I.D. & FCIC databases for two years.

F.   A permanent injunction, barring Defendant Individuals from trespassing or instructing proxies to trespass on either Plaintiffs property or otherwise

A156

harass Toni Foudy and Shaun Foudy or infringe in any way on their privacy

and their right against the invasion of their respective privacy;

G.      A permanent injunction, allowing both Plaintiffs to use a post-office box in

place of an address on their Florida Driver's License; and,

H.      For such other and further relief as this Court deems just and equitable.

Dated: 7th March 2014

Respectfully submitted,

/s/Mirta Desir_____
Mirta Desir (NY 4805057 / FL 90103 )
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 800.982.5280 ext. 2
E: mdesir@desirlaw.com
Attorney for Plaintiffs

A157

TREPPEDA



Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range: 7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A158

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schoner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A161

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 | DLSummary |

A162

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A163

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

A164

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A165

Toni Foudy

**A SAFER**
**FLORIDA**
HIGHWAY SAFETY AND MOTOR VEHICLES

**Intranet Records Information System (IRIS)**

**Search Type/Value: DL/F300808796100**
**Date Range:  7/1/2005 to 2/14/2013**

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A166

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A167

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A170

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A172

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A173

Case: 15-14646     Date Filed: 02/12/2016     Page: 222 of 765

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A174



### Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

# TAB F

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:  12-14462-CIV-MARTINEZ-LYNCH**

TONI and SHAUN FOUDY,

      Plaintiffs,

vs.

SAINT LUCIE COUNTY SHERIFFS OFFICE,
*et al.*,

      Defendants.

_____/

## ORDER SEVERING PLAINTIFFS' ACTION

    This CAUSE came before the Court upon a *sua sponte* review of the record. *See* Fed. R.

Civ. P. 21. The Court notes that several Defendants to this action have raised the issue of

improper joinder in their motions to dismiss.[1] As such, the Court will address the merits of the

---

[1] Defendants Julie L. Jones, Gerald M. Bailey, David Bailey, Andrew Bartucelli, Terri Birtel, Paul Button, Eric Carlson, John Carter, John Cronenberg, John Finnegan, Ismael Hau, Heath Higman, Rebecca Hurley, Shaveldra Jenkins, Greg Long, Ciro Perrone, Michael Pierce, Scott Prouty, Brian Reimsynder, Chris Rodriguez, Roderick Smith, LaSolomon Archie, Dennis Bernas, Andrew Bolonka, Vincent Bonagura, Marie Brazas, Deron Brown, Jason Cannon, Supreet Cheema, Jeffrey Cogswell, Mark Colangelo, James DeFonzo, Sean Freeman, Robert Funk, James Gettings, Christopher Gordineer, Shelia Grandison, Richard Green, Frantz Guerrier, Joseph Guertin, Byron Harbin, Charla Harper, Michelle Hernandez, Paul Hutchinson, Thomas Johnson, Grant King, Matthew Kirchner, Adriano Krecic, Tad LeRoy, David Leigh, Claylan Mangrum, Todd Meslin, William Miller, William Mittwede, Michael Muller, Troy Norman, Craig Ortman, Edward Oxley, John Parow, Paul Pearson, Frank Pellegrini, William Radke, Mark Sarvis, Jeff Schoner, Brian Scribner, Ronald Seraphin, Michael Sheelar, David Snow, Cory Speicker, Leland Squires, Karen Stephens, Paul Taylor, Joseph Trevisol, Randy Tucker, Carl Ward, Scott Wells, Ronald Wentz, Michael White, Brett Wilkes, John Wise, Suzanne Woodard, Matthew Woods, Steve Camara, City of Port St. Lucie, Michael Ryan Connor, Meyer Ghbrial, Richard S. Giaccone, William van der Slike, City of West Palm Beach, St. Lucie County, City of Vero Beach, City of Indian River Shores, City of Fort Pierce, and City of Fellsmere R. (D.E. No.

improper joinder argument as it applies to this action in its entirety.  For the reasons set forth herein, this Court finds joinder improper and hereby severs this action.

## I.    Background

As discussed *infra*, the Driver's Privacy Protection Act, 18 U.S.C. §§ 2721-2725 (the "DPPA"), limits the disclosure of information that a State's Department of Motor Vehicles ("DMV") collects and stores.  18 U.S.C. § 2721(a) (2012).  A DMV may disclose certain information to a law enforcement agency for the purpose of carrying out the agency's functions. 18 U.S.C. § 2721(b)(1).  Florida's Department of Highway Safety and Motor Vehicles (the "DHSMV") created a database known as the "Driver and Vehicle Information Database" ("DAVID") to effectuate this permissible purpose.  Plaintiffs Toni and Shaun Foudy ("Plaintiffs") allege that a Memorandum of Understanding between the DHSMV, the Florida Department of Law Enforcement ("FDLE"), and particular law enforcement agencies seeking access to the database must be signed before granting access to the DAVID database.  (D.E. No. 142 at 47-48).  Pursuant to this agreement, law enforcement agencies utilizing DAVID are required to conduct quarterly quality control checks, monitor access of information, and conduct annual audit reports to ensure proper use of the database.  *Id.*  In accordance with the protective theme of the DPPA, and the Memoradum of Understanding, DAVID contains the following statement on its log-in page:

> All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by

---

149 at 18; D.E. No. 150 at 14; D.E. No. 194 at 12; D.E. No. 203 at 13; D.E. No. 204 at 10; D.E. No. 206 at 5; D.E. No. 207 at 6; D.E. No. 209 at 15).

A179

authorized personnel in accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of the DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in the DAVID access termination.

(D.E. No. 142 at 46-47).

Plaintiff Toni Foudy ("Toni") graduated from Indian River Police Academy on August 24, 2005. (D.E. No. 142 at 36). While there, she was hired by Saint Lucie County Sheriff's Office ("SLCSO"). *Id.* Toni and Plaintiff Shaun Foudy were married in May of 2006. *Id.* On August 30, 2006, Toni resigned from the SLCSO and, a few years later, began working at Walt Disney World as a "Snow White" character. *Id.* at 36, 38. Three years later, Toni also applied for a deputy position with the Indian River County Sheriff's Office ("IRCSO"). *Id.* IRSCO hired Toni, and Toni was required to disclose her position with Walt Disney World. *Id.* Pursuant to a confidentiality agreement with Walt Disney World, Toni informed IRCSO that her position was to remain confidential. *Id.* at 39. However, Toni alleges that IRCSO officers verbally harassed her regarding her position with Walt Disney World. *Id.* Ultimately, due to a separate incident which resulted in an internal affairs investigation, Toni was terminated from IRCSO on January 26, 2011. *Id.* at 40-41. As a result of her termination, Toni requested an audit of her DAVID information, and received the audit in July, 2011. *Id.* at 53. The audit revealed that Toni's DAVID information was accessed between 2005 and 2011 nearly 600 times. *Id.* at 54. Toni

-3-

A180

alleges that all of these accesses were impermissible under the DPPA. *Id.* at 41- 45.

As a result, Plaintiffs initiated the instant action against 162 named defendants, twenty Doe defendants, and 150 unnamed entity defendants for violations of the DPPA, violations of 42 U.S.C. § 1983, and violations of privacy under Florida state law.  (D.E. No. 142 at 71-92).[2]

## II.    Analysis

Among other things, Defendants argue that Plaintiffs' Complaint should be dismissed for improper joinder pursuant to Fed. R. Civ. P. 20.  Citing to *Bubble Gum Productions, LLC v. Does 1-80*, Defendants assert that each alleged access of Toni's DAVID information does not constitute the same transaction nor the same series of transactions. *See Bubble Gum Productions, LLC v. Does 1-80*, No. 12-20367-CIV, 2012 WL 2953309, at *1 (S.D. Fla. July 19, 2012) (Seitz J.).  However, Plaintiffs argue that *Bubble Gum* is factually distinguishable because the issue in *Bubble Gum* involved downloading and sharing information between computer devices, whereas the current action involves individual officers purposely accessing and viewing Toni's DAVID information.  (D.E. No. 162 at 26).  Although this Court does not find Defendants' reliance on *Bubble Gum* persuasive in this context, the Court nonetheless holds that Plaintiffs have improperly joined Defendants in this action.

Pursuant to Fed. R. Civ. P. 20(a)(2)

> Persons . . . may be joined in one action as defendants if:
> (A) any right to relief is asserted against them jointly, severally, or
> in the alternative with respect to or arising out of the same
> transaction, occurrence, or series of transaction or occurrences; and
>
> (B) any question of law or fact common to all defendants will arise

---

[2]  153 named defendants remain in this action, along with the twenty Doe defendants, and the 150 unnamed entity defendants.

A181

in the action.

*Id.*; *see also Alexander v. Fulton Cnty.*, 207 F.3d 1303, 1323 (11th Cir. 2000), *overruled on other grounds by Manders v. Lee*, 338 F.3d 1304, 1328 n. 52 (11th Cir. 2003).

"The purpose of the rule is to promote trial convenience and expedite the final determination of disputes . . . ." *Mosley v. Gen. Motors Corp.*, 497 F.2d 1330, 1332 (8th Cir. 1974). Indeed, "under the Rules, the impulse is towards entertaining the broadest possible scope of action consistent with fairness to the parties; joinder of claims, parties and remedies is strongly encouraged." *United Mine Workers v. Gibbs*, 383 U.S. 715, 724 (1966). However, the Federal Rules of Civil Procedure also recognize instances where a consolidated trial may impede judicial economy and create potential prejudice against litigants, such that separate trials may be ordered to preserve fairness and promote convenience. *See* Fed. R. Civ. P. 42(b).

"No hard and fast rules" have been established for determining whether multiple factual situations create the same transaction or arise out of a series of transactions, and a "case by case" inquiry is generally used. *Mosley*, 497 F.2d at 1333. However, courts have looked to the definition of "transaction" as used in Fed. R. Civ. P. 13(a) for compulsory counterclaims, as instructive. *Id.*; *see also Alexander*, 207 F.3d at 1323. Further, the United States Supreme Court has indicated that "transaction" connotes a series of incidents bearing a "logical relationship." *Moore v. N.Y. Cotton Exch.*, 270 U.S. 593, 610 (1926). Also, in the context of claim preclusion the Restatement Second of Judgments Section 24 holds that a "transaction" should be defined pragmatically, and consideration should be given to "time, space, origin, or motivation, or whether [the transactions] form a convenient trial unit, and whether their treatment as a unit conforms to the parties expectations." Restatement (Second) of Judgments § 24(a) (1982).

A182

Here, each Defendant's alleged unauthorized access of Toni's DAVID information cannot be construed as logically related to warrant joinder.  Plaintiffs allege that several law enforcement officers from various agencies individually accessed Toni's DPPA protected information at different times.  Although Plaintiffs allege the same violation of law as to each Defendant, a common violation of law only satisfies the second prong of the requirements set forth in Fed. R. Civ. P. 20.

As to the first prong, Plaintiffs fail to demonstrate that Defendants' alleged conduct arose out of the *same* transaction or series of transactions.  Merely *similar* transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20.  *See Bass v. Anoka Cnty*, Civil No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014) ("A plaintiff may not join defendants on the mere basis of *similar* transactions – the rule permitting joinder requires that [a right to relief] arise from the *same* transactions.") (citation omitted) (emphasis and alterations in original).  Further, Plaintiffs' attempt to distinguish *Bubble Gum* on the facts is not persuasive.  In *Bubble Gum*, the plaintiff alleged that eighty "Doe" defendants were sharing data with other users.  *See Bubble Gum*, 2012 WL 2953309, at *11.  The Honorable Judge Patricia A. Seitz held that the defendants were improperly joined because the transfer of files from one defendant to another defendant occurred passively and without control or knowledge by a particular defendant.  *Id.* ("[T]he users themselves are not choosing to engage in file sharing with other particular users . . . .").

Notably, the argument for joinder and a "logical relationship" – which failed – was stronger in *Bubble Gum* because the defendants engaged in conduct that consisted of transferring one file to another defendant's computer, albeit unknowingly, which is more of a "transaction"

-6-

A183

than the conduct by the officers in the present action.  Here, Plaintiffs' allegations are against numerous separate law enforcement officers for individual accesses to Toni's DAVID information over the course of six years.  Upon reviewing the dates and frequency of access by each Defendant, no "logical relationship" can be gleaned to allow a finding that the alleged accesses by Defendants constitute the same, or a series of the same, transaction.  Specifically, the alleged accesses first occurred in 2005 by Defendants from one law enforcement agency. Plaintiffs then claim that law enforcement officers from different agencies continued to sporadically access Toni's DAVID through and until they filed the instant action.

Plaintiffs' reliance on *United States v. Mississippi* is also not persuasive.  (D.E. No. 162 at 26); *see also U.S. v. Miss.*, 380 U.S. 128, 142 (1965).  There, the United States Supreme Court found that joinder was appropriate for six county registrars where each registrar prevented African Americans from registering to vote.  *Id.* at 142.  Specifically, the Court found that "the registrars had acted and were continuing to act as part of a state-wide system designed to enforce the registration laws in a way that would inevitably deprive colored people of the right to vote . . . ."  *Id.*  Here, the allegations are insufficient to suggest that each individual access of Toni's DAVID by any officer was part of a larger scheme to violate the DPPA.

In addition, Fed. R. Civ. P. 20 was created to promote judicial economy.  *See Mosley*, 497 F.2d at 1332.  However, Congress recognized that judicial economy may also be served by separating a single action into multiple.  *See* Fed. R. Civ. P. 21.  Thus, this Court finds that dismissal of parties to this action for improper joinder will not adversely affect Plaintiffs; rather it will be more convenient, efficient, economical, and result in less undue prejudice to Defendants.  Although Defendants' raise some similar arguments in their motions to dismiss, it is

A184

likely that each Defendant will also have factually distinct defenses.

Further, the numerosity of Defendants will make for an overly burdensome discovery process. For example, despite Defendants being largely represented by only a few attorneys, each Defendant has the right to be present at each Defendant's deposition. *See* Fed. R. Civ. P. 30. Also, Defendants will each be unduly prejudiced at trial. With over 160 Defendants and the numerous individual defenses to be raised, the jury will likely have a difficult time remembering which Defendant raised what defense and when. Additionally, Defendants will have to sift through Plaintiffs' Complaint and the allegations contained therein to decipher which allegation applies to which Defendant and in what capacity that Defendant is being sued.

Also, and most importantly, this Court does not recognize any substantial prejudice to Plaintiffs. Plaintiffs' claims against Defendants only differ depending on the capacity in which a Defendant is sued, either individually, as a supervisor, or as an entity. Plaintiffs either allege that Toni's DAVID information was accessed for an improper reason, or that the law enforcement agency condoned such actions through its lack of monitoring or failure to take protective measures. Although Plaintiffs may find it more convenient to join numerous Defendants from different transactions, the Court and Defendants are highly inconvenienced. Plaintiffs are not required to serve any other Defendants; Plaintiffs are only required to separate the allegations and align those allegations with the particular Defendant or group of Defendants that may constitute the same transaction. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to fair trial and judicial economy are impeded. *See Gibbs*, 383 U.S. at 724 ("the impulse is toward entertaining the broadest scope of action *consistent with fairness to the parties . . . .*") (emphasis added).

-8-

Further, severance of Plaintiffs' action will alleviate the concerns of "shotgun pleading" raised by Defendants Julie L. Jones, Gerald M. Bailey, City of West Palm Beach, City of Indian River Shores, City of Fort Pierce, and City of Fellsmere.  (D.E. No. 143 at 31; D.E. No. 196 at 8; D.E. No. 203 at 14; D.E. No. 206 at 3; D.E. No. 207 at 3; D.E. No. 209 at 6).  The Eleventh Circuit has defined the typical shotgun pleading as occurring when a "complaint contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts . . . contain irrelevant factual allegations and legal conclusions." *Strategic Income Fund, LLC, v. Spear, Leeds, & Kellogg Corp.*, 305 F.3d 1293, 1295 (11th Cir. 2002).

Severance will ensure Plaintiffs address specific factual allegations as to each Defendant or group of Defendants such that those Defendants receive fair notice of the claim as it pertains to him or her.  In its current form, Plaintiffs incorporate all of their allegations into each Count. For example, Count III alleges violation of Plaintiffs' Civil Rights pursuant to a Section 1983 against entity and supervisor defendants; yet Plaintiffs incorporate all previous allegations, including those against individual officers from every law enforcement agency.  (D.E. No. 142 at 84).  The only factual allegations relevant to Count III are those that pertain to Individual Defendants associated with a specific entity.  Instead, Plaintiffs' Complaint reads more like "all the supervisors are liable for all the allegedly improper accesses of Toni's DAVID information by each Individual Defendant, regardless of what department that Defendant works for."  It may be intuitive that this Count is read as making the supervisors liable for the conduct of only their inferiors, but it is not the task of this Court to "sift out the irrelevancies" of Plaintiffs' 490 paragraph Complaint.  *See Strategic Income Fund, LLC*, 305 F.3d at 1295.  If Plaintiffs choose to

-9-

A186

file new actions after severance, Plaintiffs may find that the alleged conduct of individual officers, their supervisors, and the corresponding entity arise out of the same transaction and can or should be pleaded together.


**III.    Conclusion**

The foregoing reasons lead this Court to find joinder improper in this matter, and all Defendants except for the first remaining Defendant on the docket will be dismissed without prejudice. *See Acevedo v. Allsup's Convenience Stores, Inc.*, 600 F.3d 516, 522 (5th Cir. 2010) ("'[M]isjoinder of parties is not a ground for dismissing an action,' the district court erred when it dismissed this entire action, rather than simply dismissing the claims of any misjoined plaintiffs.") (quoting Fed. R. Civ. P. 21).

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiffs' Second Amended Complaint (D.E. No. 142) is **DISMISSED WITHOUT PREJUDICE** as set forth herein;

1.     This action is **DISMISSED WITHOUT PREJUDICE** against all Defendants, except for **Defendant Saint Lucie County Sheriff's Office**. On or before **August 15, 2014**, Plaintiffs shall file an amended complaint stating their claim(s) against Saint Lucie County Sheriff's Office in compliance with the discussion set forth herein. This Order does not preclude Plaintiffs from filing a motion to join other parties from this action, not previously terminated, to the action against Saint Lucie County Sheriff's Office, if and only if the conduct of those parties constitutes the same "transaction" as that of Defendant Saint Lucie County Sheriff's Office.

2.     This Court makes no determination regarding the merits of any other argument raised in any of Defendants' motions to dismiss.

A187

3.      On or before **August 15, 2014**, Plaintiffs may file separate actions against any

Defendant or group of Defendants dismissed without prejudice pursuant to this Order, and such

action will be considered a continuation of this original action for statute of limitations purposes.

4.      All pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3⎯ day of July, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-11-

A188

# TAB

# 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

Toni Foudy,
Shaun Foudy,
　　　　　Plaintiffs,

v.

City of Port St. Lucie,　　　　　　　　　　**JURY TRIAL DEMANDED**
Richard Giaccone, Individually,
Steve Camara, Individually,　　　　　　　　**UNDER FRCP 38(b)**
Meyer Ghobrial, Individually,
Michael Ryan Connor, Individually,
William van der Slike, Individually,
and
JANE and JOHN DOES (1-10),

　　　　　Defendants.
_____/

## <u>PLAINTIFFS' COMPLAINT</u>

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned

counsel, file their Complaint and hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

1.　　　This is an action for injunctive relief and money damages under  the

Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), to recover

damages resulting from Defendants' disregard and invasion of Plaintiffs' right to privacy

in their personal information protected by the DPPA.

2.　　　In 1994, the United States Congress, recognizing that law enforcement

personnel, amongst others, have the ability to access any person's private information,

A189

especially the information retained by States in connection with a driver's license, passed

the Driver's Privacy Protection Act of 1994 to safeguard that information.

3.      In addition, the state of Florida is one of the few states in this country that

has an express right of privacy in its constitution to protect against governmental

intrusion. Fla. Const. Art. I. § 23.

4.      This case involves the invasion of privacy of Plaintiffs' Toni Foudy and

Shaun Foudy and their family members, by all known law enforcement and other

government employees, totaling more than eight-hundred (800) queries by Florida law

enforcement officers between July 1, 2005 and June 28, 2011, and probably more times

prior to and after that time period, whereby they obtained their personal and private

information without any legitimate purpose.  Of these, illegal accesses of Plaintiffs'

information by the officers of the City of Port Saint Lucie occurred nine times. As a

result, those law enforcement officers not only violated the DPPA, but have also

damaged each of the Foudys' lives as a result of the violations and continue to damage

their lives and interfere with their relationships and happiness and freedom by continued

harassment purposefully directed against them. Plaintiffs' are entitled to a determination

that their rights have been violated, an order enjoining further violations, and monetary

damages for the invasions of their privacy and violations of their rights under federal law.

5.      Specifically, law enforcement personnel in the state of Florida illegally

viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's

license information more than five-hundred-and-fifty (550) times without a legitimate

law enforcement purpose. In addition, law enforcement personnel in the state of Florida

A190

illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's license information nearly one-hundred (100) times without a legitimate purpose.  Their purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement, a male-dominated profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

6.      This obtainment and use of Plaintiffs' personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation- related function. Plaintiffs were not personally present in many of their jurisdictions during the relevant time periods, has never been charged with or suspected of committing a crime in their or any other jurisdictions, other than minor traffic offenses, has never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims against one of the law enforcement entities she has sued, and there was no legitimate reason for Plaintiff to have been the subject of any investigation by anyone from Defendant City of Port Saint Lucie or elsewhere. Rather, the obtainment and use of Plaintiffs' personal information was for purposes that were purely personal to various personnel of Defendant and others.

7.      In total, law enforcement personnel viewed and obtained Plaintiffs' private information nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011; presumably more have viewed it during and after this time, however, due to the state of Florida's procedures for investigating such matters Plaintiffs do not know the full

A191

extent of the violations to date. In addition, these law enforcement personnel also further decided to view the immediate members of Toni Foudy's family, based on information and belief, solely due to the fact that these family members were related to her, more than two-hundred (200) times. Each time Defendant personnel from the City of Port Saint Lucie, as well as other law enforcement personnel, obtained Plaintiffs' personal private information without any law enforcement purpose and without Plaintiff's knowledge and consent, while acting under the color of state law, they violated Plaintiffs Toni and Shaun Foudy's federal civil rights, and their conduct constituted behavior prohibited by federal statutes, Florida statutes, common law, and agency and departmental regulations prohibiting some or all of the conduct engaged in by Defendants in this case.

## JURISDICTION AND VENUE

8.     This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1343(a)(3). These statutory provisions confer original jurisdiction of this Court over this matter.

9.     The amount in controversy exceeds $75,000.00, excluding interests and costs.

10.     All conditions precedent to the maintenance of this action have been performed or have occurred prior to its institution.

## THE PARTIES

11.     Plaintiff Toni Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

A192

12.     Plaintiff Shaun Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

13.     Defendant Richard Giaccone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

14.     Defendant Steve Camara, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

15.     Defendant Meyer Ghobrial, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

16.     Defendant Michael Ryan Connor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

17.     Defendant William van der Slike, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

18.     Defendant Port Saint Lucie, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

19.     Defendant Jane and John Does (1-10), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates,

A193

duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant City of Port Saint Lucie or another municipal entity in Florida.

20.    Plaintiffs will refer to the individuals named as Defendants as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

21.    Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

## FACTUAL ALLEGATIONS

### I.    Toni Foudy Was Initially Proud to Be Called a Deputy Until It Turned Into a Nightmare.

22.    In 2005, Toni Foudy attended the Indian River Police Academy. She graduated from that Academy on August 24, 2005, with a 99.3% GPA.

23.    She was proud to have achieved her dream of becoming a deputy.

24.    While at the academy she was hired by St. Lucie County Sheriff's Office ("SLCSO"), where she was employed for approximately thirteen months.

25.    During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

26.    On May 14, 2006, Toni and Shaun Foudy were married.

27.    During her employment, Toni Foudy was accused of being untruthful regarding the timeframe in which she reported a scratch on her patrol car and on a separate occasion, getting her patrol car stuck in a civilian's driveway.

A194

28.     During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni Foudy that she was being targeted and that she better resign or that she would never work in law enforcement again.

29.     On or about August 30, 2006, Toni Foudy, terrified that her dream of being a deputy was in jeopardy, resigned.

30.     Soon after her resignation, Plaintiff Toni Foudy applied to other law enforcement positions, and was denied employment as a result of what SLCSO put in her file following her resignation.

31.     Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had reported that she had "Resigned amid Investigation of Moral Character Violations."

32.     Toni Foudy was devastated since the "moral character" violation at issue involved a scratch on a patrol car and a driveway incident that was reported soon thereafter.

33.     Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of her attempts to re-enter the law enforcement field and helping the community and decided to start a family with her husband.

34.     On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

35.     On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department ("IRCSO").

36.     Understanding that the information contained in her FDLE would be an issue, Toni Foudy wrote a letter to Sheriff Deryl Loar, requesting an opportunity to

A195

explain the circumstances that had materialized at SLCSO.

37.     Sheriff Loar agreed to a meeting, where he, Undersheriff Tim Elder and Toni Foudy were present.

38.     Toni Foudy was informed after the meeting that she would be hired as a Reserve Deputy, and she was excited at the offer and promptly accepted.

39.     Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full- time Deputy Sheriff.

40.     As a law enforcement officer, Toni Foudy was obligated to inform Sheriff Loar of any off-duty employment –that she was a Walt Disney character entertainer on a part-time basis.

41.     Sheriff Loar stated that he needed to know the nature of the entertainment job.

42.     Toni Foudy informed the Sheriff that she was "Snow White" and that the position needed to remain confidential due to her contract with Walt Disney World and a Confidentiality Agreement.

43.     Sheriff Loar told her that he understood and that the information would remain confidential.

44.     However, almost immediately, IRCSO Lieutenant Derrill Mullinax and other deputies began exclaiming, "Hey, it's Snow White!" and "Where are your 7 dwarfs?," whenever he was in Toni Foudy's presence.

45.     Toni Foudy was concerned that the Sheriff revealed her confidential

A196

position because she was told by one of her Field Training Officers, Corporal Dave

Bailey, that the Sheriff revealed her position as "Snow White" when he asked the Chief,

"Did we hire Snow White yet?" during a meeting amongst several Field Training Offices.

46.     In addition, Toni Foudy almost immediately began having issues with a

select group of male deputies that told her that they did not agree with women working in

law enforcement, specifically Deputy Jeffrey Ledlow.

47.     In an attempt to console Toni Foudy, her IRCSO male zone partner stated

that she needed to accept that, in the eyes of the agency, she "was never going to be as

good as the worst male cop," just like he would not "be as good as the worst white cop,"

as she was being targeted for being female and no matter how well she worked it would

not matter.

48.     In October of 2010, Toni Foudy was subsequently informed by a deputy

that the IRCSO males were at a hostage negotiation seminar with SLCSO male law

enforcement personnel and were discussing Toni Foudy.

49.     The males were allegedly discussing her work at IRCSO, SLCSO, and their

personal opinions of her. The men appeared to be spreading egregious rumors while

consuming alcoholic beverages in the process.

50.     Toni Foudy, immediately thereafter, was prescribed anti-anxiety

medication by her physician as a result of her co-workers hostile and demeaning

behavior.

51.     A short time later, Toni Foudy was informed that the IRCSO was

investigating her after a police service call, in which Toni Foudy was accused of kicking

and hitting a male suspect.

52.     The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

53.     Toni Foudy was later informed by another IRCSO Corporal that Sergeant Patrick White "had found an opportunity to screw you and ran with it."

54.     Based on information and belief, Sergeant Patrick White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the exaggerated incident.

55.     Toni was later called into the IRCSO and interviewed for the Internal Affairs ("IA") investigation.

56.     During the IA interview, Toni Foudy informed the investigator that she was in a high- risk situation with the suspect, and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for officer safety purposes. She was told that the IRCSO would inform her of the IA outcome.

57.     When she was called into the IRCSO to be informed of the outcome, on January 26, 2011, K9 Sergeant Patrick White was seated outside of the IA office. IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office.

58.     Upon arriving, Toni Foudy was told by IRCSO that she was being terminated, and in violation of her Police Officer Bill of Rights, pursuant to FSS 112.532,

A198

Toni Foudy was denied the opportunity to address the investigative findings made against her despite specific request. Sometime after that, In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she had been targeted and "that she should move far away from Indian River and St. Lucie Counties."

## II. Florida Law Enforcement Officers Have Obtained Toni and Shaun Foudy's Private, Legally Protected Information Without Any Legally Permissible Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times

59.     The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

60.     According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

61.     Beginning at the start of Toni Foudy's employment with SLSO in 2005, Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately five times by Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

62.     Both Toni and Shaun Foudy began receiving harassing e-mails in February,

A199

2007 from an unknown source.

63. For two and a half years, the Foudys continued to receive harassing emails from an unknown sender.

64. In April, 2011 Shaun Foudy, seriously disturbed by these e-mails researched the Internet Protocol (IP) address of the sender, and it was traced back to an SLCSO Jail booking terminal.

65. Shaun Foudy, whose only connection with the SLCSO was that his wife, Toni Foudy, was employed there at one time, was stunned to find that a law enforcement agent was likely harassing him as well as his family.

66. On or about November 2, 2006, the Foudys learned that they were expecting their first child.

67. About this same time, Shaun Foudy began receiving harassing text messages in addition to the foregoing e-mails and the constant patrol cars driving by his home and activating the sirens directly in front of his residence.

68. As a result of the constant harassment by law enforcement agents, Toni Foudy suffered pregnancy complications and was hospitalized twice for premature labor.

69. The Foudys' son was born on June 30th 2007.

70. On the same day that Toni Foudy was giving birth at the hospital, law enforcement personnel at the SLCSO accessed and obtained her private personal information; based on information and belief, this was done for a non-law enforcement purpose.

71. Even after their son was born, the harassment continued and the Foudys

A200

were forced to start the process of relocating in the hopes of stopping the harassment.

72.     During the Christmas holiday season of 2007, Shaun Foudy, while shopping with his newborn son, was approached by SLCSO Deputy K. Breech and his significant other (Defendant William van der Slik's brother) at a Border's Bookstore at Jensen Beach Mall. He asked Shaun Foudy if he was certain that his baby was his.

73.     After the receipt of the initial harassing e-mails in 2006 and until 2009, patrol cars would drive by the Foudys' home and sound their sirens approximately five days a week, for no apparent reason, but to harass Plaintiffs.

74.     Ongoing harassment by law enforcement also resulted in the Foudys' decision to move and sell their home and they completed a short-sale in February 2009.

75.     The Foudys had to provide all liquid assets for the short sale in order to relocate promptly. This caused Shaun Foudy to become further depressed.

76.     In March 2010, the Foudys moved again— twice within a thirteen-month period due to harassment.

77.     The second move was that in addition to the preceding acts of harassment, e-mails, texts, constant sirens, and harassment by deputies, a black SUV was continuously and consistently slowly driving by the Foudys' new residence, which was on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the process.

78.     At one time, in approximately December 2009, Plaintiff Toni Foudy was able to follow the black SUV upon it passing by her home.

79.     Toni Foudy saw the black SUV just as it pulled into a garage approximately

A201

four blocks away from her home. Although Toni Foudy was unable to see the tag number, she did take note of the address, it was a residence located on the 300 block of S.W. Daggett Ave.

80.     On or about April 7, 2010, the Foudys' dog and a neighbor's dog killed three goats. The Saint Lucie Animal Control was contacted.

81.     SLCSO agriculture Deputy Rick Stuhr and animal control responded. The Foudys were informed that they had to receive a citation since the neighbor also received a citation.

82.     Shaun Foudy paid the fine. He later learned that the neighbor did not have to pay a fine although she was issued a citation, since she was informed by Animal Control Officer, to simply contact "this number" the following day and that they would "take care of it."

83.     The Foudys' personal private  information was obtained through Florida's D.A.V.I.D system approximately nine times by the Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

84.     In mid-2012, Shaun Foudy was contacted by his bank and informed that there was a security breach to his account and that there were unauthorized charges on his debit card. The perpetrator was never identified.

A202

85.     As a result of this ongoing harassment and intimidation, the Foudys have

been forced to re-locate again in 2013 to remove themselves from the State of Florida.

**III.    Defendant Port Saint Lucie Has Disclosed and Failed to Protect
Plaintiff's Personal Private Drivers' License Information.**

86.     The login page to D.A.V.I.D system includes the following monition:

> All data contained within the DAVID system is sensitive and
> privileged information and shall be handled accordingly. To maintain
> the integrity of this information, the records will be accorded proper
> management and security, and will only be accessed and used by
> authorized personnel in accordance with state and federal law.
>
> Activity associated with any aspect of the DAVID system is subject
> to detailed monitoring and audits to protect against improper or
> unauthorized use. Unauthorized use includes, but is not limited to,
> queries not related to a legitimate business purpose, personal use,
> dissemination, sharing, copying, or passing of DAVID information to
> unauthorized users and could result in civil proceedings against the
> offending agency and or criminal proceedings against any user or
> other person involved. Violations or misuse may also subject the user
> and the user's agency to administrative sanctions and possible
> disciplinary action by their agency, and could result in DAVID access
> termination.
>
> Accessing the DAVID system by any individual or agency constitutes
> their consent to the monitoring of all activities, as well as consent to
> the suspension or termination of their access privileges during or
> following any audit that determines misuse of the system.

87.     According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the

express consent of the person to whom such emergency contact information applies, the

emergency contact information contained in a motor vehicle record may be released only

to law enforcement agencies for purposes of contacting those listed in the event of an

emergency."

A203

88.     Furthermore, the Florida Unlawful Use of Personal Identification Information Act (HB 481),Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

89.     The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID misuse not occurring again?

90.     The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual audit to ensure proper use and dissemination

91.     As reflected in Exhibits 1, 2, and 3, Individual Defendants and Defendant Port Saint Lucie have viewed and obtained the Foudys' private and highly-restricted personal information via the D.A.V.I.D system, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, driving record, insurance carrier, emergency contacts and those contacts private and

A204

highly- restricted personal information on hundreds of occasions since July 1, 2005.

92.     The D.A.V.I.D system, to which access is limited and approved by the

DHSMV, permits law enforcement personnel to search Florida driver licenses,

identification cards, and license plates (tags) amongst other private and highly-restricted

personal information.

93.     Defendant Port Saint Lucie and Defendant Supervisors also had the ability

to develop, implement and enforce policies relating to their law enforcement officers' use

of the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent

unauthorized accesses of private data of Plaintiffs (and other Florida citizens), to prevent

violations of the DPPA, and to discipline employees and law enforcement officers who

violated their policies and the law.

94.     On information and belief, Individual Defendants' training by Defendant

Port Saint Lucie and Defendant Supervisors included monitions against viewing private

driver's license information for unofficial purposes, unless it was their own private

driver's license information.

95.     Whatever training, monitoring, or inquiry into law enforcement officers'

usage of the information systems has been adopted, implemented, and ratified by

Defendant Port Saint Lucie and Defendant Supervisors is woefully inadequate to ensure

that access is used properly and lawfully.

96.     On information and belief, despite this training, Defendant Port Saint Lucie

and Defendant Supervisors, allowed employees and law enforcement officers, including

but not limited to Individual Defendants, to view Plaintiffs' private driver's license

A205

information for unlawful purposes.

97.     On information and belief, Defendant Port Saint Lucie and Defendant

Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private

information, and knew or should have known that it was occurring.

98.     On information and belief, this illegal access occurs with regularity not

only of Plaintiffs' private information but of other Florida driver's private information.

99.     Defendant Port Saint Lucie and Defendant Supervisors have lax policies

and/or lax enforcement of these policies that allow for these privacy intrusions.

100.    Defendant Port Saint Lucie and Defendant Supervisors either have no

viable method or have an inadequate method of ascertaining and controlling the illegal

access to individuals' private information by their officers.

101.    Defendant Port Saint Lucie and Defendant Supervisors also failed to

prevent unauthorized access to the database, including access to Plaintiffs' driver's

license information.

102.    The policy of the State of Florida is to uphold the provisions of the law,

both state and federal, and to protect and safeguard the privacy rights of Florida's citizens

and inhabitants, including its drivers' privacy rights, and including those rights as are

required to be protected by federal law, and in particular, it is the policy of the State of

Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721,

et. seq.

**IV.    Neither Defendants Nor Other Authorities Have Been Willing to Hold
Any of the Individual Defendants Accountable for Their Wrongdoing
and Harm Caused to Plaintiffs.**

A206

103.    In April 2011, while researching agency records and preparing for her ongoing review of the situation with IRCSO, Toni Foudy requested her IRCSO & SLCSO D.A.V.I.D records from the DHSMV. Toni Foudy received her results in July 2011.  She received her statewide results in March 2013.

104.    On information and belief, Defendant Port Saint Lucie and Individual Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number—to look up their private and highly restricted personal information.

105.    In or about August 2011, Toni Foudy, contacted the FDLE in regards to the nearly six- hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

106.    In or about August 2011, Toni Foudy, contacted Governor Rick Scott in regards to the nearly six-hundred (600) unlawful accesses of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

107.    The Governor's office and FDLE informed her to report her concerns to the agencies whose personnel had accessed her information.

108.    In August 2011, Toni Foudy contacted the United States Department of Justice (DOJ) informing them of the situation and asked them for help

109.    On or about September 6, 2011, after contacting Florida Attorney General Pam Bondi's office and their Victims Advocate for help, Toni Foudy, received an e-mail from General Counsel Pam Bondi that suggested she report the allegations to the FDLE,

A207

DHSMV, and the Department of Justice, which she had already done without results.

110.    On November 2, 2011, Toni Foudy contacted FDLE Chief Cindy Sanz expressing fear for her safety. She (Toni Foudy) requested FDLE conduct a criminal investigation against SLSO & IRCSO.

111.    Toni Foudy also contacted FDLE general counsel Michael Ramage (after reading his September 2010 article titled "Principles to Promote Effective Agency Practices in Database and Information Management") in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

112.    Toni Foudy also contacted the Federal Bureau of Investigations (FBI) for assistance, who advised Toni Foudy that it could not assist her.

113.    Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

114.    Although Shaun Foudy was not under any criminal investigation between July 1, 2005 and the present time, or any other time in his life, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

115.    Although Toni Foudy's other family members were not under any criminal investigation, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained their personal and private information through the D.A.V.I.D. system.

A208

116.    Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

117.    Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law- enforcement investigation.

118.    Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

119.    Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

120.    Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

121.    Toni Foudy's family members never waived their protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

122.    Employees and supervisors at Defendant Port Saint Lucie who have also impermissibly accessed the Foudys' private information through the D.A.V.I.D. system, Jane and John Does, are not presently known, because Defendant Port Saint Lucie has

A209

either not provided Plaintiffs with their identities or not provided sufficient information to determine if their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through discovery.

**V.  Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion into Their Private Life**

123.  Plaintiffs were shocked, horrified, and frightened to learn that employees and law enforcement officers of Brevard County, Martin County, City of Fort Pierce, City of Sewall, City of West Palm Beach, City of Indian River Shores, City of Fellsmere, County of Miami-Dade, City of Vero Beach, and City of West Palm Beach, had also engaged in improperly and wrongfully obtained their personal private information for no legitimate law enforcement purpose, but rather for personal reasons.

124.  The sheer quantity of these intrusions into Toni Foudy's private life, Shaun Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that law-enforcement personnel are unfairly hostile toward the Foudy' privacy and safety.

125.  Defendant Port Saint Lucie and Individual Defendants have continued to use the private information they impermissibly obtained to regularly harass, taunt, and terrorize Plaintiffs by continually and daily following and/or surrounding and watching Plaintiffs and their children at their residence, until they successfully forced the Foudys to leave the state out of fear for their safety.

126.  As a result of this invasion of privacy, the Foudys do not feel comfortable and have been afraid to go to public places where law enforcement personnel were likely

A210

to be around; they lost their sense of freedom, including their sense of freedom to travel and attend local events.

127.    As a result of this invasion of privacy, the Foudys do not feel comfortable in their own home as law enforcement personnel vehicles slowly drive by their home on a continuous basis, for no apparent purpose.

128.    As a result of this invasion of privacy, the Foudys were forced to alter their social activities and have in effect, become hermits.

129.    As a result of this invasion of privacy, Toni Foudy has significantly had to change her physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or recognized, harassed, or having her personal private information further accessed and obtained by Defendant Port Saint Lucie, Individual Defendants, and Defendant Jane and Joe Does.

130.    As a result of this invasion of privacy, the Foudys have felt forced to purchase different vehicles to avoid being recognized.

131.    As a result of the invasion of privacy, the Foudys have felt that they have lost any control over the privacy in their life.

132.    As a result of the invasion of privacy, Toni Foudy has been severely restricted her interactions on any social media sites.

133.    As a result of the invasion of privacy, Shaun Foudy has significantly limited his interaction on any social media sites.

134.    As a result of the invasion of privacy, the Foudys were compelled to relocate three times and to incur expenses related thereto.

A211

135.    As a result of the invasion of privacy, Toni Foudy was unable to return to work due to its mental and physical impact.

136.    As a result of the invasion of privacy, Toni Foudy's physical health has deteriorated, included exacerbation of certain pre-existing conditions such as migraines and narcolepsy.

137.    As a result of the invasion of privacy, Shaun Foudy did not let his son participate in the St. Patrick's Day parade with his karate class since it was a public event that included local law enforcement.

138.    As a result of the invasion of privacy, the Foudys fear contacting law enforcement agents in an emergency situation. For example, on September 25, 2013, Plaintiffs had an intruder on their property, were concerned for their safety, but did not feel safe calling law enforcement officers to help and protect them given Defendant Port Saint Lucie and Individual Defendants' conduct described in this Complaint.

139.    As a result of the invasion of privacy, the Foudys have suffered significant marital stress and relationship issues.

140.    As a result of the invasion of privacy, the Foudys have experienced a loss of consortium due to physical and emotional inability to be intimate.

141.    As a result of the invasion of privacy, the Foudys are unable to provide their son the quality time and attention he deserves.

142.    As a result of the invasion of privacy, had to hire two private investigators.

143.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the minimum one hundred fifty (150) hours needed during the fiscal-year period October

2011 to October 2012 for Walt Disney.

144.    As a result of the invasion of privacy, Toni Foudy lost her part-time

employment with Walt Disney in October 2012, as a result of her inability to physically

and mentally work the required hours needed to maintain her position as Snow White.

145.    As recent as 5/11/2014, Toni Foudy received a threatening YouTube video

about "hiring a hit-man" which showed how people can be killed when least expected.

146.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have

lost friends due to the fact that some long-time family friends are employed by other law

enforcement agencies and fear conflict.

147.    As a result of the invasion of privacy, Toni and Shaun Foudy have suffered

damaging conflict with their immediate family members whose private information was

viewed and obtained more than 800 times by Florida law enforcement officers. Toni

Foudy has suffered great loss having her immediate family members distance themselves

from the Foudys in fear of continued law enforcement harassment with further

compromised safety and privacy.

148.    Toni and Shaun Foudy's young children's lives have suffered disruption

and confusion having to uproot out of Florida. Their 7 year old son had to say goodbye to

friends and a wonderful teacher at his private Christian school in St. Lucie County.  The

Foudys' growing son is frightened by law enforcement.  The Foudys fear their son will

hesitate calling for help in an emergency situation after witnessing the terror experienced

by his parents whenever law enforcement is present.

149.    Toni Foudy in addition to being fearful and anxious about her safety, is also

concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

150.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed stress, depression, panic disorder, and PTSD.

151.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

### COUNT I: 18 U.S.C. § 2721, et seq.
Violation of the Driver's Privacy Protection Act
*(Against All Defendants, including Jane, John and Entity Does)*

152.    Plaintiffs hereby allege and incorporate paragraphs 1 through 151 of this Complaint, as if fully set forth in this paragraph.

153.    Toni Foudy and Shaun Foudy provided information to the DHSMV, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and those contacts private and highly- restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

154.    The DHSMV also maintains Plaintiffs driving record and that information is made available on the D.A.V.I.D system.

A214

155.    At no time did Toni Foudy and Shaun Foudy provide their consent for any of the Defendant Individuals to obtain, disclose or use, or for any of the Defendant Port Saint Lucie or Defendant Supervisors to disclose or to allow Defendant Individuals to obtain, disclose or use her private information for anything but official law enforcement business.

156.    Intentionally obtaining, disclosing or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

157.    The DPPA provides relief for violations of a person's protected interest in the privacy of their motor vehicle records and the identifying information therein.

158.    The Defendants, each of them, have invaded Toni Foudy and Shaun Foudy's legally protected interest under the DPPA.

159.    Port Saint Lucie Police Department illegally obtained Toni Foudy's personal and private information at least four times as reflected in the D.A.V.I.D system. Specifically Richard Giaccone obtained Toni Foudy's information twice, and Steve Camara obtained Toni Foudy's information twice.

160.    Port Saint Lucie Police Department illegally obtained Shaun Foudy's personal and private information at least five times.  Specifically Meyer Ghobrial obtained Shaun Foudy's information once, and Michael Ryan Connor and William van der Slike obtained Shaun Foudy's information twice each.

161.    None of the Individual Defendants' activities fell within the DPPA's permitted exceptions for procurement of Plaintiffs' private information.

A215

162.    By the actions described above, each Individual Defendant law enforcement personnel was acting within the scope of his or her employment when he or she obtained, disclosed or used Plaintiffs' personal information from the Driver and Vehicle Information Database for an impressible purpose.

163.    Individual Defendants knew or should have known that their actions related to Plaintiffs' personal information were in violation of the DPPA.

164.    Defendant Port Saint Lucie and Defendant Supervisors knowingly authorized, directed, ratified, approved, acquiesced in, committed or participated in obtaining, disclosing or using of Plaintiffs' private personal information by the Individual Defendants.

165.    The volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private highly-restricted personal information, especially given Toni Foudy and Shaun Foudy's lack of a criminal record, makes apparent that Defendants' actions were not permissible.

166.    Toni Foudy and Shaun Foudy have suffered harm because their private information has been obtained unlawfully.

167.    Toni Foudy and Shaun Foudy suffered and continue to suffer harm by virtue of the increased risk that their protected information is in the possession of law enforcement personnel who obtained it without a legitimate purpose.

168.    Toni Foudy and Shaun Foudy suffered and continue to suffer harm given Defendant Port Saint Lucie and Individual Defendants' actual use of their private information after obtaining it improperly.

A216

169.     This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

170.     The Individual Defendants, Supervisor Defendants and Defendant Port Saint Lucie each willfully and recklessly disregarded the law, entitling Toni Foudy and Shaun Foudy's to punitive damages under the DPPA, see 18 U.S.C. § 2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Sta. § 768.72.

171.     Plaintiffs are entitled to actual, punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

172.     In addition, under the DPPA, Plaintiffs are entitled to a baseline liquidated damages award for at least $2,500 for each violation of the DPPA. 18 U.S.C. § 2721(b)(1). Toni Foudy and Shaun Foudy need not prove actual damages to receive liquidated damages.

## **JURY DEMAND**

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

WHEREFORE, Plaintiff Toni Foudy and Plaintiff Shaun Foudy, each individually, prays for judgment against the Defendants as follows:

A.     A money judgment against all the Defendants for liquidated, actual and compensatory damages in an amount in excess of Seventy-Five Thousand ($75,000) Dollars and punitive damages in an amount to be determined by

the jury, together with their costs, including reasonable attorney fees, under

the DPPA, and other applicable laws, and prejudgment interest;

B.     Actual damages, punitive damages, attorney's fees and other litigation costs

and such other preliminary and equitable relief as the court determines to be

appropriate under 18 § U.S.C. 2724(b);

C.     Liquidated damages of at least $2,500 for each violation of the DPPA under

l8 U.S.C. §2721(b)(1);

D.     An injunction, permanently enjoining all Defendants from viewing either

Plaintiffs private information in violation of the DPPA, unless necessary for

law enforcement purposes;

E.     A permanent injunction denying Individual Defendants access to

D.A.V.I.D. & FCIC databases for two years.

F.     A permanent injunction, barring Defendant Individuals from trespassing or

instructing proxies to trespass on either Plaintiffs property or otherwise

harass Toni Foudy and Shaun Foudy or infringe in any way on their privacy

and their right against the invasion of their respective privacy;

G.     A permanent injunction, allowing both Plaintiffs to use a post-office box in

place of an address on their Florida Driver's License; and,

H.     For such other and further relief as this Court deems just and equitable.


Dated: August 15, 2014

Respectfully submitted,

/s/Mirta Desir

Mirta Desir (NY 4805057 / FL 90103 )

Desir & Associates

P.O. Box 1052

West Palm Beach, Florida 33402

T.: 305-982-7598

E: mdesir@desirlaw.com

A219

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Toni Foudy, and
Shaun Foudy,

        Plaintiffs,

v.

City of Port St. Lucie, et al.

        Defendants.

_____/

## NOTICE OF EXHIBITS

Plaintiffs, Toni Foudy and Shaun Foudy, hereby give notice of the entry of exhibits fo
Plaintiffs Complaint. At the time of filing Plaintiffs inadvertently did not attach the
exhibits referenced in the Complaint.

Respectfully submitted,

/s/Mirta Desir
Mirta Desir (NY 4805057 / FL 90103)
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 305.982.7598
E: mdesir@desirlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day Decemeber 2014, I electronically filed the
foregoing document with the Clerk of the Court using CM/ECF. I also certify that the
foregoing document is being served this day on all counsel of record or pro se parties
identified on the attached Service List in the manner specified, either via transmission of
Notices of Electronic Filing generated by CM/ECF or in some other authorized manner
for those counsel or parties who are not authorized to receive electronically Notices of
Electronic Filing.

By: /s/ Mirta Desir

A220

TREPPEDA



## Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range:  7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A221

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A222

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schoner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A223

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A224

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 | DLSummary |

A225

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A226

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

A227

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A228

Toni Foudy



### Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A229

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A230

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A232

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A233

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A234

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A235

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Kevin Carter | 1/19/2011 23:14 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | James Gettings | 1/20/2011 2:39 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | John x Wise | 1/20/2011 7:57 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul McNesky | 1/20/2011 11:08 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul McNesky | 1/20/2011 11:11 DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Cory Speicker | 1/21/2011 16:55 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Vincent Bonagura | 1/21/2011 18:10 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Heather Wonderly | 1/23/2011 7:29 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland x Squires | 4/15/2011 11:33 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland x Squires | 4/15/2011 11:33 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Mark Sarvis | 4/25/2011 9:30 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Carl Ward | 6/23/2011 12:19 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Carl Ward | 6/28/2011 7:56 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Mark Sarvis | 7/3/2008 0:40 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Matthew Woods | 12/10/2008 3:01 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 3/23/2009 9:49 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 3/23/2009 9:49 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 3/23/2009 9:49 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Sheelar | 4/4/2009 21:58 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Brian Scribner | 4/4/2009 21:59 DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Ronald Seraphin | 6/24/2009 4:55 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Brett Wilkes | 10/28/2009 22:28 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Joseph Guertin | 12/27/2009 12:04 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Joseph Guertin | 12/27/2009 12:08 DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | William Mittwede | 2/10/2010 15:38 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Jeffrey Serafini | 2/18/2010 20:59 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Blatchford | 3/15/2010 7:01 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Blatchford | 3/15/2010 7:01 DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland Squires | 3/15/2010 12:12 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 3/15/2010 12:41 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Brian Scribner | 3/16/2010 21:18 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | James DeFonzo | 3/16/2010 21:21 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Supreet Cheema | 4/6/2010 17:12 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul Pearson | 5/6/2010 20:39 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 5/7/2010 22:46 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 5/8/2010 17:13 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Matthew Kirchner | 5/17/2010 14:32 InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Matthew Kirchner | 5/17/2010 14:34 DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael x Muller | 8/12/2010 10:49 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David x Smith | 10/10/2010 15:01 DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Supreet Cheema | 1/19/2011 18:59 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Jeffrey Serafini | 1/19/2011 21:43 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Jeffrey Serafini | 1/19/2011 21:44 DLTranscripts |

A236

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A237



**Intranet Records Information System (IRIS)**

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

A238

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

A240

# TAB

# 20

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 1/16/2015 at 5:04 PM EST and filed on 1/16/2015
**Case Name:**        Foudy et al v. Port St. Lucie et al
**Case Number:**    2:14-cv-14318-RLR
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This cause comes before the Court upon a sua sponte review of the record. The Court is aware of the history of this case. More specifically, the Court is aware that this case originated before Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D. Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be severed. The Court has reviewed Judge Martinez's order severing Plaintiffs' action at docket entry 211 in that case and finds his decision to be well reasoned and correct. Accordingly, the Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not clearly demonstrate that Defendants' conduct arose out of the same transaction or series of transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the Defendants in this case will have factually distinct defenses. The numerosity of Defendants in this case may also make for a burdensome discovery process. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to a fair trial and judicial economy are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against multiple defendants, how the conduct of the Defendants constituted the same transaction for the purposes of joinder. The Court shall apply the same reasoning here. Accordingly, Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how the alleged conduct of each Defendant arises out of the same transaction or is otherwise permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the aforementioned deadline, the Court may close this case. All pending motions are DENIED AS MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd)

**2:14-cv-14318-RLR Notice has been electronically mailed to:**

Allen Coleman Sang &nbsp &nbsp acs@carmanbeauchamp.com

# TAB

# 21

From: <cmecfautosender@flsd.uscourts.gov>
Date: Mon, Feb 2, 2015 at 9:20 AM
Subject: Activity in Case 2:14-cv-14318-RLR Foudy et al v. Port St. Lucie et al Order Dismissing Case
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2015 at 9:20 AM EST and filed on 2/2/2015
**Case Name:**          Foudy et al v. Port St. Lucie et al
**Case Number:**        2:14-cv-14318-RLR
**Filer:**
**WARNING: CASE CLOSED on 02/02/2015**
**Document Number:** 21(No document attached)

**Docket Text:**
PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior Order [20]. All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion should include an explanation for Plaintiff's failure to comply with the orders of this Court and must also include, as an attachment, an amended complaint that complies with the Court's January 16, 2015 Order [20]. Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd)

NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.

**2:14-cv-14318-RLR Notice has been electronically mailed to:**

Allen Coleman Sang &nbsp &nbsp acs@carmanbeauchamp.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

**2:14-cv-14318-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

A242

# TAB

# 23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**TONI FOUDY and**                                     **CASE NO.: 2:14-cv-14318-RLR**
**SHAUN FOUDY,**

      **Plaintiffs,**

**v.**

**CITY OF PORT ST. LUCIE, MEYER**
**GHOBRIAL, MICHAEL RYAN**
**CONNOR, RICHARD GIACCONE,**
**STEVE CAMARA, WILLIAM**
**VAN DER SLIKE, and JANE and**
**JOHN DOES (1-10),**

      **Defendants.**
_____/

**PLAINTIFFS' MOTION TO REOPEN CASE**

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel,

pursuant to this Court's order dated February 2, 2015, file this motion to reopen Case and hereby

state as follows:

1. On January 16, 2015, this Court entered an order dismissing Plaintiffs' Complaint Without

   Prejudice. Pursuant to the January 16, 2015 Order, Plaintiffs were given fifteen (15) days to

   file an amended complaint.

2. Pursuant to Federal Rule of Civil Procedure 6, the fifteenth day was February 2, 2015.

3. Federal Rule of Civil Procedure 6 states:

    (1)    Period Stated in Days or a Longer Unit. When the period is stated in days
    or a longer unit of time:
        (A)    exclude the day of the event that triggers the period;
        (B)    …
        (C)    if the period would end on a Saturday, Sunday, or legal holiday,
        the period continues to run until he same time on the next day that is not a

Saturday, Sunday, or legal holiday.

…

(4)     "Last Day" defined. Unless a different time is set by a statute, local rule, or court order, the last day ends:

(A) for electronic filing, at midnight in the court's time zone . . .

4.  In this case, the fifteenth day was Saturday, January 31, 2015. Pursuant to Rule 6, the period

to file an Amended Complaint continued to run until Monday, February 2, 2015.

Additionally, Rule 6 allowed Plaintiffs to file an Amended Complaint until midnight on the

"last day". Thus, Plaintiffs have complied with this Court's January 16, 2015 Order, and

respectfully request that this Court reopen the case.

WHEREFORE, Plaintiffs respectfully request that this Court reopen the case and allow Plaintiffs to prosecute this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/S/ Sherri K. DeWitt_____
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A244

**SERVICE LIST**
**SHERRI K. DEWITT, ESQ.**
**CASE NO. 2:14-cv-14318-RLR**
**United State District Court, Southern District of Florida**

Mirta Desir
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
Telephone: (305) 982-7598
Facsimile: (305) 397-1413
Email: mdesir@desirlaw.com


Allen Coleman Sang
1850 Lee Road
Winter Park, FL 32789
Telephone: (407) 622-7888
Facsimile: (407) 622-7890
Email: acs@carmanbeauchamp.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Toni Foudy and Shaun Foudy,
         Plaintiffs,

v.

City of Port St. Lucie,
Richard Giaccone, Individually,
Steve Camara, Individually,
Meyer Ghobrial, Individually,
Michael Ryan Connor, Individually,
William van der Slike, Individually,
and
JANE and JOHN DOES (1-10),

         Defendants.

_____/

**CASE NO.: 2:14-cv-14318-RLR**

**JURY TRIAL DEMANDED**

**UNDER FRCP 38(b)**

## PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel, file their Amended Complaint and hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

1. This is an action for injunctive relief and money damages under the Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), to recover damages resulting from Defendants' disregard and invasion of Plaintiffs' right to privacy in her personal information protected by the DPPA.

2. In 1994, the United States Congress, recognizing that law enforcement personnel, amongst others, have the ability to access any person's private information, especially the information retained by States in connection with a driver's license, passed the Driver's Privacy Protection Act of 1994 to safeguard that information.

A246

3.      In addition, the state of Florida is one of the few states in this country that has an express right of privacy in its constitution to protect against governmental intrusion. Fla. Const. Art. I. § 23.

4.      This case involves the invasion of privacy of Plaintiffs' Toni Foudy and Shaun Foudy and her family members, by all known law enforcement and other government employees, totaling more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose.

5.

6.      As a result, those law enforcement officers not only violated the DPPA, but have also damaged each of the Foudys' lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy and violations of their rights under federal law.

7.      Specifically, law enforcement personnel in the state of Florida illegally viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than seven hundred (700) times without a legitimate law enforcement purpose. In addition, law enforcement personnel in the state of Florida illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's license information overninety times without a legitimate purpose.  Their purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement, a male-dominated

A247

profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

8.      This obtainment and use of Plaintiffs' personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation- related function. Plaintiffs were not personally present in many of their jurisdictions during the relevant time periods, has never been charged with or suspected of committing a crime in their or any other jurisdictions, other than minor traffic offenses, has never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims against one of the law enforcement entities she has sued, and there was no legitimate reason for Plaintiff to have been the subject of any investigation by anyone from Defendant City of Port Saint Lucie or elsewhere. Rather, the obtainment and use of Plaintiffs' personal information was for purposes that were purely personal to various personnel of Defendant and others.

9.      The totality of these obtainments of the personal information of this husband and wife—over seven hundred accesses of Toni Foudy's information and over ninety accesses of Shaun Foudy's information—is one factor showing the lack of a permissible purpose to these accesses, including other facts relating the various entities together, such as the fact that Plaintiff was formerly a law enforcement officer; that she was physically attractive; that she was a successful female in a traditionally male-dominated profession; that she objected to certain treatment she believed unfair and gender-influenced while a police officer; and in the case of the accesses of her husband's information, that she was married at the time of the majority of the accesses.   Also, the common knowledge about officers, especially female officers, shared by the

various law enforcement entities, especially those entities in close geographical proximity, including but not limited to Port St. Lucie, St. Lucie County, and Indian River County, all contributed to the abnormal and personal interest in both Toni Foudy and Shaun Foudy, and further demonstrates an absence of any law enforcement function to these obtainments.

10.     In addition, these law enforcement personnel also further decided to view the immediate members of Toni Foudy's family, based on information and belief, solely due to the fact that these family members were related to her, more than two-hundred (200) times. Each time Defendant personnel from the City of Port Saint Lucie, as well as other law enforcement personnel, obtained Plaintiffs' personal private information without any law enforcement purpose and without Plaintiff's knowledge and consent, while acting under the color of state law, they violated Plaintiffs Toni and Shaun Foudy's federal civil rights, and their conduct constituted behavior prohibited by federal statutes, Florida statutes, common law, and agency and departmental regulations prohibiting some or all of the conduct engaged in by Defendants in this case.

11.     Of these over 800 illegal accesses of Plaintiffs' information by the various officers statewide, especially in the vicinity of Port St. Lucie and Indian River Counties, those accesses by officers of the City of Port Saint Lucie occurred nine times:  five times by officers of the City of Port St. Lucie accessing Shaun Foudy's information, and four times accessing Toni Foudy's (formerly known as Tony Treppeda) information, by the specific persons and on the specific dates hereafter listed.   The allegations of this Complaint will focus on the accesses by Port St. Lucie and its officers, employees, and agents.

.

A249

## JURISDICTION AND VENUE

12.     This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1343(a)(3). These statutory provisions confer original jurisdiction of this Court over this matter.

13.     The amount in controversy exceeds $75,000.00, excluding interests and costs.

14.     All conditions precedent to the maintenance of this action have been performed or have occurred prior to its institution.

## THE PARTIES

15.     Plaintiff Toni Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

16.     Plaintiff Shaun Foudy, at all relevant times, is a resident of the State of Florida and citizen of the United States of America.

17.     Defendant Richard Giaccone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

18.     Defendant Steven Camara, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

19.     Defendant Meyer Ghobrial, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

20.     Defendant Michael Ryan Connor, upon information and belief, was, at all times

A250

relevant herein, a resident of the State of Florida and a citizen of the United States, duly

appointed and acting as an Officer of the Port St. Lucie Police Department.

21.     Defendant William van der Slike, upon information and belief, was, at all times

relevant herein, a resident of the State of Florida and a citizen of the United States, duly

appointed and acting as an Officer of the Port St. Lucie Police Department.

22.     Defendant Port Saint Lucie, a public entity, is a City and political subdivision of

the State of Florida duly organized and existing under the laws of the State of Florida, which can

be sued under Fla. Stat. § 768.28.

23.     Defendant Jane and John Does (1-10), upon information and belief, were, at all

times material hereto, residents of the state of Florida and citizens of the United Sates, duly

appointed and acting as deputies, law enforcement officers, supervisors, or employees of

Defendant City of Port Saint Lucie or another municipal entity in Florida.

24.     Plaintiffs will refer to the individuals named as Defendants as the "Defendant

Law Enforcement Personnel" or "Individual Defendants."

25.     Plaintiffs will refer to Defendants with supervisory authority over Individual

Defendants, including any Jane and John Does with such supervisory authority, collectively as

the "Supervisor Defendants."

## FACTUAL ALLEGATIONS

### I.     Toni Foudy Was Initially Proud to Be Called a Deputy Until It Turned Into a Nightmare.

26.     In 2005, Toni Foudy attended the Indian River Police Academy. She graduated

from that Academy on August 24, 2005, with a 99.3% GPA.

27.     She was proud to have achieved her dream of becoming a deputy.

28.     While at the academy she was hired by St. Lucie County Sheriff's Office

A251

("SLCSO"), where she was employed for approximately thirteen months.  The City of Port St. Lucie is located in St. Lucie County, and many if not most of the law enforcement officers in one entity know the law enforcement officers of the other entity.  Gossip and information about any officer of particular interest, including attractive female officers and including officers who experience employment problems, are often quickly related through both law enforcement entities.

29.     During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

30.     On May 14, 2006, Toni and Shaun Foudy were married.

31.     During her employment, Toni Foudy was accused of being untruthful regarding the timeframe in which she reported a scratch on her patrol car and on a separate occasion, getting her patrol car stuck in a civilian's driveway.

32.     During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni Foudy that she was being targeted and that she better resign or that she would never work in law enforcement again.

33.     On or about August 30, 2006, Toni Foudy, terrified that her dream of being a deputy was in jeopardy, resigned.

34.     Soon after her resignation, Plaintiff Toni Foudy applied to other law enforcement positions, and was denied employment as a result of what SLCSO put in her file following her resignation.

35.     Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had reported that she had "Resigned amid Investigation of Moral Character Violations."

A252

36.     Toni Foudy was devastated since the "moral character" violation at issue involved a scratch on a patrol car and a driveway incident that was reported soon thereafter.

37.     Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of her attempts to re-enter the law enforcement field and helping the community and decided to start a family with her husband.

38.     On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

39.     On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department ("IRCSO").  Indian River County is adjacent to St. Lucie County, and as with the knowledge and information related between the law enforcement officers of St. Lucie County and City of St. Lucie, information about officers of particular or unusual interest, including attractive female officers and officers experiencing employment problems, are often quickly related between the entities and among the officers of those entities in close geographical locations to each other.

40.     Considerable employment issues arose with IRCSO, including her off-duty employment as a Walt Disney character and entertainer as Snow White, the particulars of which are unnecessary to mention here, other than insofar as they created more interest in Plaintiffs as well as likely derision among many officers.

41.     One example of the gender-related interest and concomitant problems Toni Foudy experienced was that  her IRCSO male zone partner stated that she needed to accept that, in the eyes of the agency, she "was never going to be as good as the worst male cop," just like he would not "be as good as the worst white cop," as she was being targeted for being female and no matter how well she worked it would not matter.  While that matter is primarily relevant to

A253

IRCSO, it also indicates the climate of feeling existing in the departments on a widespread basis, and contributed to the interest in her and the accessing of her and Shaun Foudy's information for personal reasons unrelated to any law enforcement function.

42.     As an example of the manner in which information about her was transmitted between different entities, in October of 2010, Toni Foudy was subsequently informed by a deputy that the IRCSO males were at a hostage negotiation seminar with SLCSO male law enforcement personnel and were discussing Toni Foudy.

43.     The males were allegedly discussing her work at IRCSO, SLCSO, and their personal opinions of her. The men appeared to be spreading egregious rumors in the process.

44.     Toni Foudy, immediately thereafter, was issued anti-anxiety medication by her physician as a result of her co-workers insulting and demeaning behavior.

**II.     Overall accesses of Plaintiffs**

45.     The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

46.     According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

47.     Beginning at the start of Toni Foudy's employment with SLSO in 2005, Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately five times by Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these

A254

Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

48.     Both Toni and Shaun Foudy began receiving harassing e-mails in February, 2007 from an unknown source.

49.     For two and a half years, the Foudys continued to receive harassing emails from an unknown sender.

50.     On or about November 2, 2006, the Foudys learned that they were expecting their first child.

51.     About this same time, Shaun Foudy began receiving harassing text messages in addition to the foregoing e-mails and the constant patrol cars driving by his home and activating the sirens directly in front of his residence.

52.     As a result of the constant harassment by law enforcement agents, Toni Foudy suffered pregnancy related complications and was hospitalized twice for premature labor.

53.     The Foudys' son was born on June 30th 2007.

54.     Even after their son was born, the harassment continued and the Foudys were forced to start the process of relocating in the hopes of stopping the harassment.

55.     After the receipt of the initial harassing e-mails in 2006 and until 2009, patrol cars would drive by the Foudys' home and sound their sirens approximately five days a week, for no apparent reason, but to harass Plaintiffs.

56.     Ongoing harassment by law enforcement also resulted in the Foudys' decision to move and sell their home and they completed a short-sale in February 2009.

57.     The Foudys had to provide all liquid assets for the short sale in order to relocate

A255

promptly. This caused Shaun Foudy to become further depressed.

58.     In March 2010, the Foudys moved again— twice within a thirteen-month period due to harassment.

59.     The second move was that in addition to the preceding acts of harassment, e-mails, texts, constant sirens, and harassment by deputies, a black SUV was continuously and consistently slowly driving by the Foudys' new residence, which was on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the process.

60.     At one time, in approximately December 2009, Plaintiff Toni Foudy was able to follow the black SUV upon it passing by her home.

61.     Toni Foudy saw the black SUV just as it pulled into a garage approximately four blocks away from her home. Although Toni Foudy was unable to see the tag number, she did take note of the address, it was a residence located on the 300 block of S.W. Daggett Ave.

62.     The Foudys' personal private  information was obtained through Florida's D.A.V.I.D system approximately nine times by the Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

63.     In mid-2012, Shaun Foudy was contacted by his bank and informed that there was a security breach to his account and that there were unauthorized charges on his debit card. The perpetrator was never identified.

64.     As a result of this ongoing harassment and intimidation, the Foudys have been forced to re-locate again in 2013 to remove themselves from the State of Florida.

A256

III.     **Defendant Port Saint Lucie Has Disclosed and Failed to Protect Plaintiff's Personal Private Drivers' License Information.**

65.     The login page to D.A.V.I.D system includes the following monition:

All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by authorized personnel in accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

66.     According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

67.     Furthermore, the Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

A257

68.     The law enforcement agencies need to submit to the DHSMV the following
information to stay in compliance: a) Brief summary of incident on agency letterhead; b)
Outcome of review; c) Number of records compromised; d) Were the owners of the
compromised information notified?; e) If not, when will notification occur? f) What disciplinary
action (if any) took place due to this misuse? and g) how does your agency plan on DAVID
misuse not occurring again?

69.     The compliance requirements of Memorandum of Understanding also require that
the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality
controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual
audit to ensure proper use and dissemination

70.     As reflected in Exhibits 1, 2, and 3, Individual Defendants and Defendant Port
Saint Lucie have viewed and obtained the Foudys' private and highly-restricted personal
information via the D.A.V.I.D system, including their home address, color photograph or image,
social security number, date of birth, state of birth, detailed vehicle registration information and
description, prior and current home and mailing addresses, driving record, insurance carrier,
emergency contacts and those contacts private and highly- restricted personal information on
hundreds of occasions since July 1, 2005.

71.     The D.A.V.I.D system, to which access is limited and approved by the DHSMV,
permits law enforcement personnel to search Florida driver licenses, identification cards, and
license plates (tags) amongst other private and highly-restricted personal information.

72.     Defendant Port Saint Lucie and Defendant Supervisors also had the ability to
develop, implement and enforce policies relating to their law enforcement officers' use of the
D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent unauthorized

A258

accesses of private data of Plaintiffs (and other Florida citizens), to prevent violations of the DPPA, and to discipline employees and law enforcement officers who violated their policies and the law.

73.     On information and belief, Individual Defendants' training by Defendant Port Saint Lucie and Defendant Supervisors included monitions against viewing private driver's license information for unofficial purposes, unless it was their own private driver's license information.

74.     Whatever training, monitoring, or inquiry into law enforcement officers' usage of the information systems has been adopted, implemented, and ratified by Defendant Port Saint Lucie and Defendant Supervisors is woefully inadequate to ensure that access is used properly and lawfully.

75.     On information and belief, despite this training, Defendant Port Saint Lucie and Defendant Supervisors, allowed employees and law enforcement officers, including but not limited to Individual Defendants, to view Plaintiffs' private driver's license information for unlawful purposes.

76.     On information and belief, Defendant Port Saint Lucie and Defendant Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and knew or should have known that it was occurring.

77.     On information and belief, this illegal access occurs with regularity not only of Plaintiffs' private information but of other Florida driver's private information.

78.     Defendant Port Saint Lucie and Defendant Supervisors have lax policies and/or lax enforcement of these policies that allow for these privacy intrusions.

79.     Defendant Port Saint Lucie and Defendant Supervisors either have no viable

A259

method or have an inadequate method of ascertaining and controlling the illegal access to
individuals' private information by their officers.

80.     Defendant Port Saint Lucie and Defendant Supervisors also failed to prevent
unauthorized access to the database, including access to Plaintiffs' driver's license information.

81.     The policy of the State of Florida is to uphold the provisions of the law, both state
and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants,
including its drivers' privacy rights, and including those rights as are required to be protected by
federal law, and in particular, it is the policy of the State of Florida to comply with the provisions
and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

**IV.     Neither Defendants Nor Other Authorities Have Been Willing to Hold Any of
the Individual Defendants Accountable for Their Wrongdoing and Harm
Caused to Plaintiffs.**

82.     In April 2011, while researching agency records and preparing for her ongoing
review of the situation with IRCSO, Toni Foudy requested her IRCSO & SLCSO D.A.V.I.D
records from the DHSMV. Toni Foudy received her results in July 2011.  She received her
statewide results in March 2013.  Thereafter, despite making requests to numerous law
enforcement entites, no individual has ever been held accountable for the illegal accessing of her
information, neither Port St. Lucie and its officers, nor the other entities and officers involved
across the state.

83.     Although Toni Foudy was not under any criminal investigation herself between
July 1, 2005 and the present time, or any other time in her life, Individual Defendants and
Defendant Port Saint Lucie repeatedly accessed and obtained her personal and private
information through the D.A.V.I.D. system.

84.     Although Shaun Foudy was not under any criminal investigation between July 1,

A260

2005 and the present time, or any other time in his life, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

85.     Although Toni Foudy's other family members were not under any criminal investigation, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained their personal and private information through the D.A.V.I.D. system

86.     Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

87.     Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law- enforcement investigation.

88.     Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

89.     Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

90.     Toni Foudy's family members never waived their protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

91.     Employees and supervisors at Defendant Port Saint Lucie who have also impermissibly accessed the Foudys' private information through the D.A.V.I.D. system, Jane

A261

and John Does, are not presently known, because Defendant Port Saint Lucie has either not

provided Plaintiffs with their identities or not provided sufficient information to determine if

their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs'

requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through

discovery.

**V.   Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion
      into Their Private Life**

92.    Plaintiffs were shocked, horrified, and frightened to learn that employees and law

enforcement officers not only of Ciy of Port St. Lucie, but of other cities and counties of Florida,

had engaged in improperly and wrongfully obtained their personal private information for no

legitimate law enforcement purpose, but rather for personal reasons.

93.    The sheer quantity of these intrusions into Toni Foudy's private life, Shaun

Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that

law-enforcement personnel of those many entities, and of Port St. Lucie in particular, are

unfairly hostile toward the Foudy' privacy and safety.

94.    Defendant Port Saint Lucie and Individual Defendants have continued to use the

private information they impermissibly obtained to regularly harass, taunt, and terrorize

Plaintiffs by continually and daily following and/or surrounding and watching Plaintiffs and their

children at their residence, until they successfully forced the Foudys to leave the state out of fear

for their safety.

95.    As a result of this invasion of privacy, the Foudys did not feel comfortable and

have been afraid to go to public places where law enforcement personnel were likely to be

around; they lost their sense of freedom, including their sense of freedom to travel and attend

local events.

A262

96.     As a result of this invasion of privacy, the Foudys did not feel comfortable in their

own home as law enforcement personnel vehicles slowly drive by their home on a continuous

basis, for no apparent purpose.

97.     As a result of this invasion of privacy, the Foudys were forced to alter their social

activities and have in effect, become hermits.

98.     As a result of this invasion of privacy, Toni Foudy has significantly changed her

physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or

recognized, harassed, or having her personal private information further accessed and obtained

by Defendant Port Saint Lucie, Individual Defendants, and Defendant Jane and Joe Does.

99.     As a result of this invasion of privacy, the Foudys have felt forced to purchase

different vehicles to avoid being recognized.

100.     As a result of the invasion of privacy, the Foudys have felt that they have lost any

control over the privacy in their life.

101.     As a result of the invasion of privacy, Toni Foudy has been severely restricted her

interactions on any social media sites.

102.     As a result of the invasion of privacy, Shaun Foudy has significantly limited his

interaction on any social media sites.

103.     As a result of the invasion of privacy, the Foudys were compelled to relocate

three times and to incur expenses related thereto.

104.     As a result of the invasion of privacy, Toni Foudy was unable to return to work

due to its mental and physical impact.

105.     As a result of the invasion of privacy, Toni Foudy's physical health has

deteriorated, included exacerbation of certain pre-existing conditions such as migraines and

narcolepsy.

106.    As a result of the invasion of privacy, Shaun Foudy did not let his son participate

in the St. Patrick's Day parade with his karate class since it was a public event that included local

law enforcement.

107.    As a result of the invasion of privacy, the Foudys fear contacting law enforcement

agents in an emergency situation. For example, on September 25, 2013, Plaintiffs had an intruder

on their property, were concerned for their safety, but did not feel safe calling law enforcement

officers to help and protect them given Defendant Port Saint Lucie and Individual Defendants'

conduct described in this Complaint.

108.    As a result of the invasion of privacy, the Foudys have suffered significant marital

stress and relationship issues.

109.    As a result of the invasion of privacy, the Foudys have experienced a loss of

consortium due to physical and emotional inability to be intimate.

110.    As a result of the invasion of privacy, the Foudys are unable to provide their son

the quality time and attention he deserves.

111.    As a result of the invasion of privacy, had to hire two private investigators.

112.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the

minimum one hundred fifty (150) hours needed during the fiscal-year period October 2011 to

October 2012 for Walt Disney.

113.    As a result of the invasion of privacy, Toni Foudy lost her part-time employment

with Walt Disney in October 2012, as a result of her inability to physically and mentally work

the required hours needed to maintain her position as Snow White.

114.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost

A264

friends due to the fact that some long-time family friends are employed by other law enforcement agencies and fear conflict.

115.    As a result of the invasion of privacy, Toni and Shaun Foudy have suffered damaging conflict with their immediate family members whose private information was viewed and obtained more than 800 times by Florida law enforcement officers. Toni Foudy has suffered great loss having her immediate family members distance themselves from the Foudys in fear of continued law enforcement harassment with further compromised safety and privacy.

116.    Toni and Shaun Foudy's young children's lives have suffered disruption and confusion having to uproot out of Florida. Their 7 year old son had to say goodbye to friends and a wonderful teacher at his private Christian school in St. Lucie County.  The Foudys' growing son is frightened by law enforcement.  The Foudys fear their son will hesitate calling for help in an emergency situation after witnessing the terror experienced by his parents whenever law enforcement is present.

117.    Toni Foudy in addition to being fearful and anxious about her safety, is also concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

118.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed stress, depression, panic disorder, and PTSD.

119.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

A265

**COUNT I: 18 U.S.C. §2721, et seq.**
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against Defendants, Richard Giaccone and Steve Camara, Individually, and against Supervisor*
*Defendants, and Defendant City of St. Lucie)*

120.    Plaintiff, Toni Foudy, hereby realleges and incorporates paragraphs 1 through 119 of this Complaint, as if fully set forth in this paragraph.

121.    Plaintiff, Toni Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

122.    The DHSMV also maintains Toni Foudy's driving record and that information is made available on the D.A.V.I.D. system.

123.    At no time did Plaintiff, Toni Foudy provide her consent for the Individual Defendant to obtain, disclose, or use her personal information.

124.    Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

125.    The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

126.    Defendants while acting as officers of the Port St. Lucie Police Department in the course and scope of their employment with the City of Port St. Lucie, knowingly accessed and obtained Toni Foudy's private information for purposes not permitted under the DPPA.

A266

127.   None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Toni Foudy's private information.

128.   The City of Port St. Lucie has both vicarious liability for the acts of its officers as well as direct liability to the Plaintiffs under the DPPA, which defines "person" as used in the civil liability section of the DPPA, as "an individual, organization or entity…"  18 U.S.C. § 2725(2).   Moreover, the only exception permitting obtainment by law enforcement only speaks to the ability fo the entity to access this information and by implication imposes duties directly on the entity to ascertain the permissible purpose of its officers, employees and agents so accessing it before disclosing it:  "Personal information..may be disclosed as follows:  For use by any government **agency**, including any court or law enforcement **agency**, in carrying out **its** functions…." 18 U.S.C. §2721(b)(1) (emphasis added).

129.   Defendant Port St. Lucie and the Supervisor Defendants knew or should have known that its employees were wantonly violating the DPPA.

130.   Defendant City of Port St. Lucie and the Supervisor Defendants could have taken measures to prevent the disclosure of Plaintiff's private information to Individual Defendants, but failed to do so.

131.   The failure of the City of Port St. Lucie and the Supervisor Defendants to prevent the unauthorized obtainment of Plaintiff's private information to the Individual Defendants constitutes the disclosure of private driver's license information for a purpose not permitted under the DPPA.

132.   This illegal disclosure renderst the City of Fellsmere and the Supervisor Defendants directly liable to the Plaintiff under the DPPA.

A267

133.    Defendant knew or should have known that his/her actions related accessing and obtaining Toni Foudy's private information were in violation of the DPPA.

134.    Plaintiff, Toni Foudy, suffered harm because her private information has been accessed and obtained unlawfully. Toni Foudy suffered and continues to suffer harm by virtue of the increased risk that her protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of her private information.

135.    This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

136.    Defendant willfully and recklessly disregarded the law, entitling Plaintiff, Toni Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiff is entitled to actual and punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

137.    In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy, need not prove actual damages to receive liquidated damages.

138.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Defendants, Richard Giaccone and Steve Camara, each, individually, and against the City of Port St. Lucie and the Supervisor Defendants directly, as follows:

A268

A. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

B. Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

D. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

E. A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

F. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and protecting her rights against the invasion of her privacy;

G. A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

H. For such other and further relief as this Court deems just and equitable.

## COUNT II: 18 U.S.C. §2721, et seq.

Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against City of Port St. Lucie: Vicarious Liability for Defendants, Richard Giaccone and Steve Camara, Individually)*

139.    Plaintiff hereby realleges and incorporates paragraphs 1 through 138 of this Complaint, as if fully set forth in this paragraph.

A269

140.     That City of Port St. Lucie, at all times relevant to this action, employed the individual Defendants, Richard Giaccone and Steve Camara, as officers of Port St. Lucie Police Department.

141.     At all times material hereto, Defendant, City of Port St. Lucie, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

142.     At all times relevant to this action Individual Defendants Giaccone and Camara were employees of City of Port St. Lucie and acting within the course and scope of their employment therewith. Therefore, Defendant, City of Port St. Lucie, is, as a matter of law, vicariously liable for the acts and omissions committed by Defendants Giaccone and Camara while acting within the course and scope of their employment therewith.

143.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Giaccone and Camara, violated Toni Foudy's federal statutory rights when Defendants, Giaconne and Camara, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained her personal driver's license information through the database with no proper purpose for doing so.

144.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Giaccone and Camara, willfully and recklessly disregarded the law when Defendants, Giaccone and Camara, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained Toni Foudy's personal driver's license information through the database with no proper purpose for doing so, thereby entitling Toni Foudy to actual damages, reasonable attorneys' fees

A270

and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

145.    In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Toni Foudy need not prove actual damages to receive liquidated damages.

146.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against CITY OF PORT ST. LUCIE as follows:

I.    A monetary judgment against Defendant City of Port St. Lucie for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

J.    Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

K.    Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

L.    An injunction, permanently enjoining City of Port St. Lucie from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

M.    A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

N.    For such other and further relief as this Court deems just and equitable.

**COUNT III: 18 U.S.C. §2721, et seq.**

A271

Violation of the Driver's Privacy Protection Act as to Plaintiff Shaun Foudy
*(Against Defendants, Meyer Ghobrial, Michael Ryan Conner and William van der Slike,*
*Individually and against Supervisor Defendants, and Defendant City of St. Lucie directly)*

147.    Plaintiff, Shaun Foudy, hereby realleges and incorporates paragraphs 1 through 146 of this Complaint, as if fully set forth in this paragraph.

148.    Plaintiff, Shaun Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including his home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

149.    The DHSMV also maintains Shaun Foudy's driving record and that information is made available on the D.A.V.I.D. system.

150.    At no time did Plaintiff, Shaun Foudy, provide his consent for the Individual Defendant to obtain, disclose, or use his personal information.

151.    Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

152.    The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

153.    Defendants, while acting as officers of the Port St. Lucie Police Department in the course and scope of their employment with the City of Port St. Lucie, knowingly accessed and obtained Shaun Foudy's private information for purposes not permitted under the DPPA.

A272

154.    None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Shaun Foudy's private information.

155.    The City of Port St. Lucie has both vicarious liability for the acts of its officers as well as direct liability to the Plaintiffs under the DPPA, which defines "person" as used in the civil liability section of the DPPA, as "an individual, organization or entity…"  18 U.S.C. § 2725(2).  Moreover, the only exception permitting obtainment by law enforcement only speaks to the ability fo the entity to access this information and by implication imposes duties directly on the entity to ascertain the permissible purpose of its officers, employees and agents so accessing it before disclosing it:  "Personal information...may be disclosed as follows:  For use by any government **agency**, including any court or law enforcement **agency**, in carrying out **its** functions…."  18 U.S.C. §2721(b)(1) (emphasis added).

156.    Defendant Port St. Lucie and the Supervisor Defendants knew or should have known that its employees were wantonly violating the DPPA.

157.    Defendant City of Port St. Lucie and the Supervisor Defendants could have taken measures to prevent the disclosure of Plaintiff's private information to Individual Defendants, but failed to do so.

158.    The failure of the City of Port St. Lucie and the Supervisor Defendants to prevent the unauthorized obtainment of Plaintiff's private information to the Individual Defendants constitutes the disclosure of private driver's license information for a purpose not permitted under the DPPA.

159.    This illegal disclosure renderst the City of Fellsmere and the Supervisor Defendants directly liable to the Plaintiff under the DPPA.

A273

160.    Defendant knew or should have known that his/her actions related accessing and obtaining Shaun Foudy's private information were in violation of the DPPA.

161.    Plaintiff, Shaun Foudy, suffered harm because his private information has been accessed and obtained unlawfully. Shaun Foudy suffered and continues to suffer harm by virtue of the increased risk that his protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of his private information.

162.    This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

163.    Defendant willfully and recklessly disregarded the law, entitling Plaintiff, Shaun Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiff is entitled to actual and punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

164.    In addition, under the DPPA, the Plaintiff, Shaun Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Shaun Foudy, need not prove actual damages to receive liquidated damages.

165.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Shaun Foudy, prays for judgment against Defendants, MEYER GHOBRIAL, MICHAEL RYAN CONNOR and WILLIAM VAN DER SLIKE, each, individually, and against Supervisor Defendants and City of Port St. Lucie, as follows:

A274

O.  A monetary judgment against Defendants for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with his costs, including his reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

P.  Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Q.  Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

R.  An injunction, permanently enjoining Defendants from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

S.  A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

T.  A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass him or infringe in any way on his privacy and protecting his rights against the invasion of his privacy;

U.  A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on his Florida Driver's License; and

V.  For such other and further relief as this Court deems just and equitable.

**COUNT IV: 18 U.S.C. §2721, et seq.**

Violation of the Driver's Privacy Protection Act as to Plaintiff Shaun Foudy

*(Against City of Port St. Lucie: Vicarious Liability for Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike, Individually)*

166.  Plaintiff hereby realleges and incorporates paragraphs 1 through 165 of this Complaint, as if fully set forth in this paragraph.

A275

167.   That City of Port St. Lucie, at all times relevant to this action, employed the individual Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike, as officers of Port St. Lucie Police Department.

168.   At all times material hereto, Defendant, City of Port St. Lucie, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

169.   At all times relevant to this action Defendants, Ghobrial, Connor and Slike were employees of City of Port St. Lucie and acting within the course and scope of their employment therewith. Therefore, Defendant, City of Port St. Lucie, is, as a matter of law, vicariously liable for the acts and omissions committed by Defendants, Ghobrial, Connor and Slike, while acting within the course and scope of their employment therewith.

170.   Defendant City of Port St. Lucie, by and through the actions of Defendants, Ghobrial, Connor and Slike, violated Plaintiffs' federal statutory rights when Defendants, Ghobrial, Connor and Slike, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained their personal driver's license information through the database with no proper purpose for doing so.

171.   Defendant City of Port St. Lucie, by and through the actions of Defendants, Ghobrial, Connor and Slike, willfully and recklessly disregarded the law when Defendants, Ghobrial, Connor and Slike, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained Plaintiffs' personal driver's license information through the database with no proper purpose for doing so, thereby entitling Plaintiff to actual damages,

A276

reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

172.     In addition, under the DPPA, the Plaintiff, Shaun Foudy, is entitled to baseline liquidated damages awards of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff need not prove actual damages to receive liquidated damages.

173.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff prays for judgment against City of Port St. Lucie as follows:

W. A monetary judgment against Defendant City of Port St. Lucie for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with his costs, including his reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

X. Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Y. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

Z. An injunction, permanently enjoining City of Port St. Lucie from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

AA.     A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on his Florida Driver's License; and

BB.     For such other and further relief as this Court deems just and equitable.

**COUNT V: 42 U.S.C. § 1983**
Violation of Plaintiff Toni Foudy's Civil Rights
(*Against Defendants, Richard Giaccone and Steve Camara, Individually*)

A277

174.    Plaintiff hereby realleges and incorporates paragraphs 1 through 119 of this Complaint, as if fully set forth in this paragraph.

175.    At no time did Toni Foudy behave in a manner that would provide any legal justification for Defendant to invade her privacy.

176.    The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

177.    Defendant's accessing and viewing of Toni Foudy's personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

178.    The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Toni Foudy's clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

179.    The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Toni Foudy's information.

180.    Defendant, acting under the color of state law, knew or should have known that his/her actions violated and deprived Toni Foudy of her clearly established statutory rights under DPPA.

181.    As a direct and proximate result of the acts and omissions of Defendant, Toni Foudy, endured physical and mental suffering, and was damaged in an amount yet to be determined.

182.    Punitive damages are available against Defendant for his/her reckless and callous disregard for Toni Foudy's rights and his/her intentional violations of the federal law, and are

A278

hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

183.    Plaintiff is entitled to recovery of her costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

184.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Richard Giaccone and Steve Camara, each, individually, as follows:

CC.    A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

DD.    Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

EE. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

FF. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

GG.    A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and her right against the invasion of her privacy;

A279

HH.      A permanent injunction, allowing Plaintiff to use a post-office box in place of an

address on her Florida Driver's License; and

II.   For such other and further relief as this Court deems just and equitable.

**COUNT VI: 42 U.S.C. § 1983**
Violation of Plaintiff Shaun Foudy's Civil Rights
(*Against Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike,
Individually*)

185.    Plaintiff hereby realleges and incorporates paragraphs 1 through 119 of this
Complaint, as if fully set forth in this paragraph.

186.    At no time did Plaintiffs behave in a manner that would provide any legal
justification for Defendant to invade his privacy.

187.    The DPPA establishes that obtaining an individual's driver's license information
without a legitimate purpose constitutes a violation of the laws of the United States.

188.    Defendant's accessing and viewing of Plaintiff's personal information was
intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the
United States.

189.    The acts of Defendant, acting under color of state law, constituted an invasion or
repeated invasions of Plaintiff's clearly established privacy rights, guaranteed by the laws of the
United States, specifically the DPPA.

190.    The DPPA creates a federal statutory right in a person's driver's license
information, thereby prohibiting unauthorized accessing of all person's information, including
Plaintiffs' information.

191.    Defendant, acting under the color of state law, knew or should have known that
his/her actions violated and deprived Plaintiff of his clearly established statutory rights under
DPPA.

A280

192.    As a direct and proximate result of the acts and omissions of Defendant, Plaintiff endured physical and mental suffering, and was damaged in an amount yet to be determined.

193.    Punitive damages are available against Defendant for his/her reckless and callous disregard for Plaintiffs' rights and his/her intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

194.    Plaintiff is entitled to recovery of his costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

195.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Shaun Foudy, prays for judgment against MEYER GHOBRIAL, MICHAEL RYAN CONNOR and WILLIAM VAN DER SLIKE, each, individually, as follows:

JJ. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with his costs, including his reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

KK.     Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

LL. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

MM.     An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

NN.     A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass him or infringe in any way on his privacy and his right against the invasion of his privacy;

OO.     A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on his Florida Driver's License; and

PP. For such other and further relief as this Court deems just and equitable.

### COUNT VII: 42 U.S.C. § 1983
Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
*(Against City of Port St. Lucie: Custom and Procedure)*

196.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 150 and 195 through 216 of this Complaint, as if fully set forth in this paragraph.

197.    That City of Port St. Lucie, at all times relevant to this action hired, trained, supervised and retained all named individual Defendants as officers of Port St. Lucie Police Department.

198.    Individual Defendants, under the training and supervision of City of Port St. Lucie, committed actions that resulted in the violation of Plaintiffs' federal statutory rights under the DPPA and, thus, a deprivation of Plaintiffs' civil rights.

199.    The Defendant City of Port St. Lucie's excessive and numerous accesses of Plaintiffs' private information, by and through its employees, the individual Defendants named herein, are not unique, but simply an example of how frequently such law enforcement agencies customarily violate the DPPA by accessing private driver's license information of persons without having any legitimate permissible reason for doing so.

A282

200.    Several articles have been published regarding police officers unlawfully using law enforcement databases as a form of social media, using such databases to look up friends or acquaintances, and in some other less benign cases, using them to plan or commit crimes.

201.    Furthermore, upon information and belief, it is accepted and common practice for law enforcement personnel, including officers and their supervisors, to unlawfully and impermissibly access an individual's information on law enforcement databases, and these individual law enforcement personnel are rarely if ever held accountable.

202.    The policies, regulation, customs and practices, more fully stated herein above, demonstrate a deliberate indifference on the part of Defendant City of Port St. Lucie.

203.    The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant City of Port St. Lucie. These customs and practices further demonstrate Defendant, City of Port St. Lucie's, deliberate indifference to the federal statutory and civil rights of the citizens and persons, including Plaintiffs, whose information has been wrongfully and unlawfully accessed.

204.    The Defendant City of Port St. Lucie's lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including Plaintiffs, who would often be unaware of the access.

205.    Defendant City of Port St. Lucie has shown a deliberate disregard for the DPPA rights of Plaintiffs, adopting policies, customs and practices of accessing and obtaining Plaintiffs' DPPA-protected records without a law-enforcement purpose, as required by the DPPA.

A283

206.    Defendant, City of Port St. Lucie's policies, regulations, customs and practice, as more fully stated herein above, directly caused the individual Defendants to access and obtain Plaintiffs protected information, in violation of their federal statutory rights, established and protected by the DPPA.

207.    As a direct and proximate result of the deprivation of Plaintiffs' rights, they endured physical and mental suffering, and were damaged in an amount yet to be determined.

208.    Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, under 42 U.S.C. § 1988.

209.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against CITY OF PORT ST. LUCIE as follows:

QQ.     A monetary judgment against City of Port St. Lucie for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

RR.     Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

SS.     Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

TT.     An injunction, permanently enjoining Defendant City of Port St. Lucie from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

A284

UU.        A permanent injunction, barring Defendant City of Port St. Lucie from

trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass

them or infringe in any way on their privacy and their right against the invasion of their

privacy;

VV.        A permanent injunction, allowing Plaintiffs to use a post-office box in place of an

address on their Florida Driver's Licenses; and

WW.        For such other and further relief as this Court deems just and equitable.

### JURY DEMAND

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under

any statute or under common law.

Dated: February 2, 2015

Respectfully submitted,

/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A285

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY, that on this 2nd day of February, 2015, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A286

**<u>SERVICE LIST</u>**
**SHERRI K. DEWITT, ESQ.**
**CASE NO. 2:14-cv-14318-RLR**
**United State District Court, Southern District of Florida**

Mirta Desir
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
Telephone: (305) 982-7598
Facsimile: (305) 397-1413
Email: mdesir@desirlaw.com


Allen Coleman Sang
1850 Lee Road
Winter Park, FL 32789
Telephone: (407) 622-7888
Facsimile: (407) 622-7890
Email: acs@carmanbeauchamp.com

A287

TREPPEDA



Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range:  7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A288

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A289

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schöner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A290

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A291

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 | DLSummary |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 | DLSummary |

A292

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A293

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

A294

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A295



Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

A298

Toni Foudy



## Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A299

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A300

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

A301

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A302

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A303

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A304

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 DLPhotoLineup |
|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 DLPhotoLineup |

A305

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A306

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A307

# TAB

# 24

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 2/3/2015 at 5:16 PM EST and filed on 2/3/2015

**Case Name:**     Foudy et al v. Port St. Lucie et al

**Case Number:**   2:14-cv-14318-RLR

**Filer:**

**WARNING: CASE CLOSED on 02/02/2015**

**Document Number:** 24(No document attached)

Docket Text:
**PAPERLESS ORDER denying Motion to Reopen [23] without prejudice. The Court's January 16th Order required Plaintiff to clearly show "how the conduct of the Defendants constituted the same transaction for the purposes of joinder." The Order also discussed Judge Martinez's prior order in this case, adopted Judge Martinez's reasoning, and discussed how "merely similar" transactions are insufficient to satisfy the permissive joinder requirements of Rule 20 under such cases as Bass v. Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from Plaintiff's Motion and amended complaint is a responsive section that addresses the specifics of the Court's Order. Plaintiff may refile an amended complaint in a new motion to reopen that responds to the concerns noted in the Court's January 16th Order or, alternatively, Plaintiff may file a new motion to reopen that directs the Court's attention to specific paragraphs in Plaintiff's fifty-page complaint address the Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015. (bkd)**

**2:14-cv-14318-RLR Notice has been electronically mailed to:**

Allen Coleman Sang     acs@carmanbeauchamp.com

Mirta Desir     mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt     skd@dewittlaw.com

**2:14-cv-14318-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

A308

# TAB

# 28

**From:** cmecfautosender@flsd.uscourts.gov
**Date:** June 11, 2015 at 11:58:24 AM EDT
**To:** flsd_cmecf_notice@flsd.uscourts.gov
Case: 15-14646    Date Filed: 02/12/2016    Page: 364 of 765
**Subject: Activity in Case 2:14-cv-14318-RLR Foudy et al v. Port St. Lucie et al Order on Motion to Reopen Case**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 6/11/2015 at 11:58 AM EDT and filed on 6/11/2015

| | |
|---|---|
| **Case Name:** | Foudy et al v. Port St. Lucie et al |
| **Case Number:** | 2:14-cv-14318-RLR |
| **Filer:** | |
| **Document Number:** | 28(No document attached) |

**Docket Text:**
**PAPERLESS ORDER granting [25] Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case no later than Monday, June 15, 2015. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/11/2015. (nkl)**

**2:14-cv-14318-RLR Notice has been electronically mailed to:**

Allen Coleman Sang    acs@carmanbeauchamp.com

Mirta Desir    mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt    skd@dewittlaw.com

**2:14-cv-14318-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

**TAB**

**29**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Toni Foudy and Shaun Foudy,
        Plaintiffs,

v.

                                    **CASE NO.: 2:14-cv-14318-RLR**

City of Port St. Lucie,
Richard Giaccone, Individually,
Steve Camara, Individually,
Meyer Ghobrial, Individually,
Michael Ryan Connor, Individually,
William van der Slike, Individually,

        Defendants.                           **JURY TRIAL DEMANDED**
_____/

                                     **UNDER FRCP 38(b)**

## PLAINTIFFS' AMENDED COMPLAINT

      Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel,

file their Amended Complaint and hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

      1.      This is an action for injunctive relief and money damages under the Driver's

Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), to recover damages

resulting from Defendants' disregard and invasion of Plaintiffs' right to privacy in her personal

information protected by the DPPA.

      2.      In 1994, the United States Congress, recognizing that law enforcement personnel,

amongst others, have the ability to access any person's private information, especially the

information retained by States in connection with a driver's license, passed the Driver's Privacy

Protection Act of 1994 to safeguard that information.

3.      In addition, the state of Florida is one of the few states in this country that has an express right of privacy in its constitution to protect against governmental intrusion. Fla. Const. Art. I. § 23.

4.      This case involves the invasion of privacy of Plaintiffs' Toni Foudy and Shaun Foudy and her family members, by all known law enforcement and other government employees, totaling more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose.  Of these, illegal accesses of Plaintiffs'  information by the officers of the City of Port Saint Lucie occurred nine times. As a result, those law enforcement officers not only violated the DPPA, but have also damaged each of the Foudys' lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy and violations of their rights under federal law.

5.      Specifically, law enforcement personnel in the state of Florida illegally viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than five-hundred-and-fifty (550) times without a legitimate law enforcement purpose. In addition, law enforcement personnel in the state of Florida illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's license information nearly one-hundred (100) times without a legitimate purpose.  Their purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement,

A311

a male-dominated profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

6.      This obtainment and use of Plaintiffs' personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation- related function. Plaintiffs were not personally present in many of their jurisdictions during the relevant time periods, has never been charged with or suspected of committing a crime in their or any other jurisdictions, other than minor traffic offenses, has never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims against one of the law enforcement entities she has sued, and there was no legitimate reason for Plaintiff to have been the subject of any investigation by anyone from Defendant City of Port Saint Lucie or elsewhere. Rather, the obtainment and use of Plaintiffs' personal information was for purposes that were purely personal to various personnel of Defendant and others.

7.      In total, law enforcement personnel viewed and obtained Plaintiffs' private information nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011; presumably more have viewed it during and after this time, however, due to the state of Florida's procedures for investigating such matters Plaintiffs do not know the full extent of the violations to date. In addition, these law enforcement personnel also further decided to view the immediate members of Toni Foudy's family, based on information and belief, solely due to the fact that these family members were related to her, more than two-hundred (200) times. Each time Defendant personnel from the City of Port Saint Lucie, as well as other law enforcement personnel, obtained Plaintiffs' personal private information without any law enforcement

A312

purpose and without Plaintiff's knowledge and consent, while acting under the color of state law,

they violated Plaintiffs Toni and Shaun Foudy's federal civil rights, and their conduct constituted

behavior prohibited by federal statutes, Florida statutes, common law, and agency and

departmental regulations prohibiting some or all of the conduct engaged in by Defendants in this

case.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's Privacy

Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction)

and 1343(a)(3). These statutory provisions confer original jurisdiction of this Court over this

matter.

9.      The amount in controversy exceeds $75,000.00, excluding interests and costs.

10.     All conditions precedent to the maintenance of this action have been performed or

have occurred prior to its institution.

## THE PARTIES

11.     Plaintiff Toni Foudy, at all relevant times, is a resident of the State of Florida and

citizen of the United States of America.

12.     Plaintiff Shaun Foudy, at all relevant times, is a resident of the State of Florida

and citizen of the United States of America.

13.     Defendant Richard Giaccone, upon information and belief, was, at all times

relevant herein, a resident of the State of Florida and a citizen of the United States, duly

appointed and acting as an Officer of the Port St. Lucie Police Department.

14.     Defendant Steve Camara, upon information and belief, was, at all times relevant

herein, a resident of the State of Florida and a citizen of the United States, duly appointed and

A313

acting as an Officer of the Port St. Lucie Police Department.

     15.    Defendant Meyer Ghobrial, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

     16.    Defendant Michael Ryan Connor, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

     17.    Defendant William van der Slike, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Port St. Lucie Police Department.

     18.    Defendant Port Saint Lucie, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

     19.    Defendant Jane and John Does (1-10), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant City of Port Saint Lucie or another municipal entity in Florida.

     20.    Plaintiffs will refer to the individuals named as Defendants as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

     21.    Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

## FACTUAL ALLEGATIONS

A314

22.     The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

23.     According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

24.     Beginning at the start of Toni Foudy's employment with SLSO in 2005, Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately five times by Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

25.     The Foudys' personal private  information was obtained through Florida's D.A.V.I.D system approximately nine times by the Defendant Port Saint Lucie and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

26.     The login page to D.A.V.I.D system includes the following monition:

> All data contained within the DAVID system is sensitive and privileged
> information and shall be handled accordingly. To maintain the integrity of
> this information, the records will be accorded proper management and
> security, and will only be accessed and used by authorized personnel in

A315

accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

27.    According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

28.    Furthermore, the Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

29.    The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID

A316

misuse not occurring again?

30.    The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual audit to ensure proper use and dissemination

31.    As reflected in Exhibits 1, 2, and 3, Individual Defendants and Defendant Port Saint Lucie have viewed and obtained the Foudys' private and highly-restricted personal information via the D.A.V.I.D system, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, driving record, insurance carrier, emergency contacts and those contacts private and highly- restricted personal information on hundreds of occasions since July 1, 2005.

32.    The D.A.V.I.D system, to which access is limited and approved by the DHSMV, permits law enforcement personnel to search Florida driver licenses, identification cards, and license plates (tags) amongst other private and highly-restricted personal information.

33.    Defendant Port Saint Lucie and Defendant Supervisors also had the ability to develop, implement and enforce policies relating to their law enforcement officers' use of the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent unauthorized accesses of private data of Plaintiffs (and other Florida citizens), to prevent violations of the DPPA, and to discipline employees and law enforcement officers who violated their policies and the law.

34.    On information and belief, Individual Defendants' training by Defendant Port Saint Lucie and Defendant Supervisors included monitions against viewing private driver's

A317

license information for unofficial purposes, unless it was their own private driver's license information.

35.     Whatever training, monitoring, or inquiry into law enforcement officers' usage of the information systems has been adopted, implemented, and ratified by Defendant Port Saint Lucie and Defendant Supervisors is woefully inadequate to ensure that access is used properly and lawfully.

36.     On information and belief, despite this training, Defendant Port Saint Lucie and Defendant Supervisors, allowed employees and law enforcement officers, including but not limited to Individual Defendants, to view Plaintiffs' private driver's license information for unlawful purposes.

37.     On information and belief, Defendant Port Saint Lucie and Defendant Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and knew or should have known that it was occurring.

38.     On information and belief, this illegal access occurs with regularity not only of Plaintiffs' private information but of other Florida driver's private information.

39.     Defendant Port Saint Lucie and Defendant Supervisors have lax policies and/or lax enforcement of these policies that allow for these privacy intrusions.

40.     Defendant Port Saint Lucie and Defendant Supervisors either have no viable method or have an inadequate method of ascertaining and controlling the illegal access to individuals' private information by their officers.

41.     Defendant Port Saint Lucie and Defendant Supervisors also failed to prevent unauthorized access to the database, including access to Plaintiffs' driver's license information.

42.     The policy of the State of Florida is to uphold the provisions of the law, both state

A318

and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants, including its drivers' privacy rights, and including those rights as are required to be protected by federal law, and in particular, it is the policy of the State of Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

43.     On information and belief, Defendant Port Saint Lucie and Individual Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number(as stated by several Defendants under oath)— to look up their private and highly restricted personal information.

44.     Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

45.     Although Shaun Foudy was not under any criminal investigation between July 1, 2005 and the present time, or any other time in his life, Individual Defendants and Defendant Port Saint Lucie repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

46.     Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

47.     Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Port Saint Lucie obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

48.     Employees and supervisors at Defendant Port Saint Lucie who have also impermissibly accessed the Foudys' private information through the D.A.V.I.D. system, Jane

A319

and John Does, are not presently known, because Defendant Port Saint Lucie has either not

provided Plaintiffs with their identities or not provided sufficient information to determine if

their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs'

requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through

discovery.

49.     Plaintiffs were shocked, horrified, and frightened to learn that employees and law

enforcement officers of the City of Port St. Lucie had engaged in improperly and wrongfully

obtained their personal private information for no legitimate law enforcement purpose, but rather

for personal reasons.

50.     The sheer quantity of these intrusions into Toni Foudy's private life, Shaun

Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that

law-enforcement personnel are unfairly hostile toward the Foudy' privacy and safety.

51.     Defendant Port Saint Lucie and Individual Defendants have continued to use the

private information they impermissibly obtained to regularly harass, taunt, and terrorize

Plaintiffs by continually and daily following and/or surrounding and watching Plaintiffs and their

children at their residence, until they successfully forced the Foudys to leave the state out of fear

for their safety.

52.     As a result of this invasion of privacy, the Foudys did not feel comfortable and

have been afraid to go to public places where law enforcement personnel were likely to be

around; they lost their sense of freedom, including their sense of freedom to travel and attend

local events.

A320

**COUNT I: 18 U.S.C. §2721, et seq.**
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against Defendants, Richard Giaccone and Steve Camara, Individually)*

53.     Plaintiff, Toni Foudy, hereby realleges and incorporates paragraphs 1 through 52 of this Complaint, as if fully set forth in this paragraph.

54.     Plaintiff, Toni Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

55.     The DHSMV also maintains Toni Foudy's driving record and that information is made available on the D.A.V.I.D. system.

56.     At no time did Plaintiff, Toni Foudy provide her consent for the Defendant to obtain, disclose, or use her personal information.

57.     Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

58.     The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

59.     Defendant while acting as an officer of the Port St. Lucie Police Department in the course and scope of his/her employment with the City of Port St. Lucie, knowingly accessed and obtained Toni Foudy's private information for purposes not permitted under the DPPA.

A321

60.     None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Toni Foudy's private information.

61.     Defendant knew or should have known that his/her actions related accessing and obtaining Toni Foudy's private information were in violation of the DPPA.

62.     Plaintiff, Toni Foudy, suffered harm because her private information has been accessed and obtained unlawfully. Toni Foudy suffered and continues to suffer harm by virtue of the increased risk that her protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of her private information.

63.     This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

64.     Defendant willfully and recklessly disregarded the law, entitling Plaintiff, Toni Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiff is entitled to actual and punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

65.     In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy, need not prove actual damages to receive liquidated damages.

66.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

A322

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Defendants, Richard Giaccone and Steve Camara, each, individually as follows:

A. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

B. Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

D. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

E. A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

F. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and protecting her rights against the invasion of her privacy;

G. A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

H. For such other and further relief as this Court deems just and equitable.

**COUNT II: 18 U.S.C. §2721, et seq.**
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against City of Port St. Lucie: Vicarious Liability for Defendants, Richard Giaccone and Steve Camara, Individually)*

A323

67.     Plaintiff hereby realleges and incorporates paragraphs 1 through 66 of this Complaint, as if fully set forth in this paragraph.

68.     That City of Port St. Lucie, at all times relevant to this action, employed the individual Defendants, Richard Giaccone and Steve Camara, as officers of Port St. Lucie Police Department.

69.     At all times material hereto, Defendant, City of Port St. Lucie, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

70.     At all times relevant to this action Individual Defendants Giaccone and Camara were employees of City of Port St. Lucie and acting within the course and scope of their employment therewith. Therefore, Defendant, City of Port St. Lucie, is, as a matter of law, vicariously liable for the acts and omissions committed by Defendants Giaccone and Camara while acting within the course and scope of their employment therewith.

71.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Giaccone and Camara, violated Toni Foudy's federal statutory rights when Defendants, Giaconne and Camara, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained her personal driver's license information through the database with no proper purpose for doing so.

72.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Giaccone and Camara, willfully and recklessly disregarded the law when Defendants, Giaccone and Camara, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained Toni Foudy's personal driver's license information through the database with no proper

A324

purpose for doing so, thereby entitling Toni Foudy to actual damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

73.    In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Toni Foudy need not prove actual damages to receive liquidated damages.

74.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against CITY OF PORT ST. LUCIE as follows:

I.   A monetary judgment against Defendant City of Port St. Lucie for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

J.   Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

K.   Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

L.   An injunction, permanently enjoining City of Port St. Lucie from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

M.   A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

N.   For such other and further relief as this Court deems just and equitable.

A325

**COUNT III: 18 U.S.C. §2721, et seq.**

Violation of the Driver's Privacy Protection Act as to Plaintiffs Toni and Shaun Foudy
*(Against Defendants, Meyer Ghobrial, Michael Ryan Conner and William van der Slike,*
*Individually)*

75.     Plaintiffs, Toni Foudy and Shaun Foudy, hereby reallege and incorporate

paragraphs 1 through 52 of this Complaint, as if fully set forth in this paragraph.

76.     Plaintiffs, Toni Foudy and Shaun Foudy, provided information to Department of

Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home

address, color photograph or image, social security number, date of birth, state of birth, detailed

vehicle registration information and description, prior and current home and mailing addresses,

emergency contacts and private and highly-restricted personal information, in part, for the

purpose of acquiring and using a Florida driver's license.

77.     The DHSMV also maintains Plaintiffs' driving record and that information is

made available on the D.A.V.I.D. system.

78.     At no time did Plaintiffs provide their consent for the Defendant to obtain,

disclose, or use their personal information.

79.     Intentionally obtaining, disclosing, or using a driver's license information without

an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil

penalties. 18 U.S.C. §§ 2723, 2724.

80.     The DPPA provides relief for violations of a person's protected interest in the

privacy of her motor vehicle records and the identifying information therein.

81.     Defendant while acting as an officer of the Port St. Lucie Police Department in

the course and scope of his/her employment with the City of Port St. Lucie, knowingly accessed

and obtained Plaintiffs' private information for purposes not permitted under the DPPA.

A326

82.     None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Plaintiffs' private information.

83.     Defendant knew or should have known that his/her actions related accessing and obtaining Plaintiffs' private information were in violation of the DPPA.

84.     Plaintiffs suffered harm because their private information has been accessed and obtained unlawfully. Plaintiffs suffered and continue to suffer harm by virtue of the increased risk that their protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of their private information.

85.     This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

86.     Defendant willfully and recklessly disregarded the law, entitling Plaintiffs, Toni Foudy and Shaun Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiffs are entitled to actual and punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

87.     In addition, under the DPPA, the Plaintiffs, Toni Foudy and Shaun, are entitled to baseline liquidated damages awards of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy and Shaun Foudy, need not prove actual damages to receive liquidated damages.

88.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

A327

WHEREFORE, Plaintiff, Toni Foudy and Shaun Foudy, pray for judgment against Defendants, MEYER GHOBRIAL, MICHAEL RYAN CONNOR and WILLIAM VAN DER SLIKE, each, individually as follows:

O. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

P. Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Q. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

R. An injunction, permanently enjoining Defendant from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

S. A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

T. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on their privacy and protecting their rights against the invasion of their privacy;

U. A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

V. For such other and further relief as this Court deems just and equitable.

### COUNT IV: 18 U.S.C. §2721, et seq.

Violation of the Driver's Privacy Protection Act as to Plaintiffs Toni and Shaun Foudy

*(Against City of Port St. Lucie: Vicarious Liability for Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike, Individually)*

89.     Plaintiffs hereby reallege and incorporates paragraphs 1 through 52 and 76 through 88 of this Complaint, as if fully set forth in this paragraph.

90.     That City of Port St. Lucie, at all times relevant to this action, employed the individual Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike, as officers of Port St. Lucie Police Department.

91.     At all times material hereto, Defendant, City of Port St. Lucie, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

92.     At all times relevant to this action Defendants, Ghobrial, Connor and Slike were employees of City of Port St. Lucie and acting within the course and scope of their employment therewith. Therefore, Defendant, City of Port St. Lucie, is, as a matter of law, vicariously liable for the acts and omissions committed by Defendants, Ghobrial, Connor and Slike, while acting within the course and scope of their employment therewith.

93.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Ghobrial, Connor and Slike, violated Plaintiffs' federal statutory rights when Defendants, Ghobrial, Connor and Slike, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained their personal driver's license information through the database with no proper purpose for doing so.

94.     Defendant City of Port St. Lucie, by and through the actions of Defendants, Ghobrial, Connor and Slike, willfully and recklessly disregarded the law when Defendants, Ghobrial, Connor and Slike, while acting as officers of Port St. Lucie Police Department, within the course and scope of their employment with City of Port St. Lucie, knowingly and intentionally accessed and obtained Plaintiffs' personal driver's license information through the

A329

database with no proper purpose for doing so, thereby entitling Plaintiffs to actual damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

95.    In addition, under the DPPA, the Plaintiffs, Toni and Shaun Foudy, are entitled to baseline liquidated damages awards of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiffs need not prove actual damages to receive liquidated damages.

96.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, pray for judgment against City of Port St. Lucie as follows:

W. A monetary judgment against Defendant City of Port St. Lucie for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

X. Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Y. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

Z. An injunction, permanently enjoining City of Port St. Lucie from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

AA.    A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

BB.    For such other and further relief as this Court deems just and equitable.

A330

**COUNT V: 42 U.S.C. § 1983**
Violation of Plaintiff Toni Foudy's Civil Rights
*(Against Defendants, Richard Giaccone and Steve Camara, Individually)*

97.     Plaintiff hereby realleges and incorporates paragraphs 1 through 52 of this Complaint, as if fully set forth in this paragraph.

98.     At no time did Toni Foudy behave in a manner that would provide any legal justification for Defendant to invade her privacy.

99.     The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

100.     Defendant's accessing and viewing of Toni Foudy's personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

101.     The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Toni Foudy's clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

102.     The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Toni Foudy's information.

103.     Defendant, acting under the color of state law, knew or should have known that his/her actions violated and deprived Toni Foudy of her clearly established statutory rights under DPPA.

104.     As a direct and proximate result of the acts and omissions of Defendant, Toni Foudy, endured physical and mental suffering, and was damaged in an amount yet to be determined.

A331

105.    Punitive damages are available against Defendant for his/her reckless and callous disregard for Toni Foudy's rights and his/her intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

106.    Plaintiff is entitled to recovery of her costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

107.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Richard Giaccone and Steve Camara, each, individually, as follows:

CC.    A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

DD.    Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

EE. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

FF. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

A332

GG.     A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and her right against the invasion of her privacy;

HH.     A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

II.   For such other and further relief as this Court deems just and equitable.

### COUNT VI: 42 U.S.C. § 1983
#### Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
*(Against Defendants, Meyer Ghobrial, Michael Ryan Connor and William van der Slike, Individually)*

108.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 52 of this Complaint, as if fully set forth in this paragraph.

109.    At no time did Plaintiffs behave in a manner that would provide any legal justification for Defendant to invade their privacy.

110.    The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

111.    Defendant's accessing and viewing of Plaintiffs' personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

112.    The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Plaintiffs' clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

113.    The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Plaintiffs' information.

A333

114.     Defendant, acting under the color of state law, knew or should have known that his/her actions violated and deprived Plaintiffs of their clearly established statutory rights under DPPA.

115.     As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs endured physical and mental suffering, and were damaged in an amount yet to be determined.

116.     Punitive damages are available against Defendant for his/her reckless and callous disregard for Plaintiffs' rights and his/her intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

117.     Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

118.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against MEYER GHOBRIAL, MICHAEL RYAN CONNOR and WILLIAM VAN DER SLIKE, each, individually, as follows:

JJ. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

KK.     Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

A334

LL. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

MM. An injunction, permanently enjoining Defendant from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

NN. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on their privacy and their right against the invasion of their privacy;

OO. A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

PP. For such other and further relief as this Court deems just and equitable.

**COUNT VII: 42 U.S.C. § 1983**
Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
*(Against City of Port St. Lucie: Custom and Procedure)*

119. Plaintiffs hereby reallege and incorporate paragraphs 1 through 52 and 98 through 118 of this Complaint, as if fully set forth in this paragraph.

120. That City of Port St. Lucie, at all times relevant to this action hired, trained, supervised and retained all named individual Defendants as officers of Port St. Lucie Police Department.

121. Individual Defendants, under the training and supervision of City of Port St. Lucie, committed actions that resulted in the violation of Plaintiffs' federal statutory rights under the DPPA and, thus, a deprivation of Plaintiffs' civil rights.

122. The Defendant City of Port St. Lucie's excessive and numerous accesses of Plaintiffs' private information, by and through its employees, the individual Defendants named herein, are not unique, but simply an example of how frequently such law enforcement agencies

A335

customarily violate the DPPA by accessing private driver's license information of persons without having any legitimate permissible reason for doing so.

123.    Several articles have been published regarding police officers unlawfully using law enforcement databases as a form of social media, using such databases to look up friends or acquaintances, and in some other less benign cases, using them to plan or commit crimes.

124.    Furthermore, upon information and belief, it is accepted and common practice for law enforcement personnel, including officers and their supervisors, to unlawfully and impermissibly access an individual's information on law enforcement databases, and these individual law enforcement personnel are rarely if ever held accountable.

125.    The policies, regulation, customs and practices, more fully stated herein above, demonstrate a deliberate indifference on the part of Defendant City of Port St. Lucie.

126.    The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant City of Port St. Lucie. These customs and practices further demonstrate Defendant, City of Port St. Lucie's, deliberate indifference to the federal statutory and civil rights of the citizens and persons, including Plaintiffs, whose information has been wrongfully and unlawfully accessed.

127.    The Defendant City of Port St. Lucie's lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including Plaintiffs, who would often be unaware of the access.

128.    Defendant City of Port St. Lucie has shown a deliberate disregard for the DPPA rights of Plaintiffs, adopting policies, customs and practices of accessing and obtaining

A336

Plaintiffs' DPPA-protected records without a law-enforcement purpose, as required by the DPPA.

129.    Defendant, City of Port St. Lucie's policies, regulations, customs and practice, as more fully stated herein above, directly caused the individual Defendants to access and obtain Plaintiffs protected information, in violation of their federal statutory rights, established and protected by the DPPA.

130.    As a direct and proximate result of the deprivation of Plaintiffs' rights, they endured physical and mental suffering, and were damaged in an amount yet to be determined.

131.    Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, under 42 U.S.C. § 1988.

132.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against CITY OF PORT ST. LUCIE as follows:

QQ.     A monetary judgment against City of Port St. Lucie for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

RR.     Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

SS.     Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

A337

TT.       An injunction, permanently enjoining Defendant City of Port St. Lucie from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

UU.      A permanent injunction, barring Defendant City of Port St. Lucie from trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on their privacy and their right against the invasion of their privacy;

VV.      A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

WW.     For such other and further relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

Dated: June 15, 2015

Respectfully submitted,

/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A338

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 15th day of June, 2015, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.


Respectfully submitted,

/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A339

**SERVICE LIST**
**SHERRI K. DEWITT, ESQ.**
**CASE NO. 2:14-cv-14318-RLR**
**United State District Court, Southern District of Florida**

Mirta Desir
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
Telephone: (305) 982-7598
Facsimile: (305) 397-1413
Email: mdesir@desirlaw.com


Allen Coleman Sang
1850 Lee Road
Winter Park, FL 32789
Telephone: (407) 622-7888
Facsimile: (407) 622-7890
Email: acs@carmanbeauchamp.com

A340



## Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range:  7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A341

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A342

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schöner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A343

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A344

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 | DLSummary |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 | DLSummary |

A345

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A346

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | | Michelle Hernandez | 6/16/2008 22:22 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | | William Cooke | 1/20/2011 7:19 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | | Adriano Krecic | 1/20/2011 7:26 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | | David Snow | 4/20/2011 13:40 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland K. Squires | 7/22/2005 15:20 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul McNesky | 8/9/2006 5:47 DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Brett Wilkes | 10/28/2009 22:25 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul McNesky | 8/9/2006 5:46 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Alexander Feoloa | 12/5/2006 14:24 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Frantz Guerrier | 12/19/2006 15:45 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Randy Tucker | 6/30/2007 14:30 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Randy Tucker | 7/1/2007 9:11 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 1/6/2008 22:12 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Sean Freeman | 1/25/2008 3:44 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher Gordineer | 3/11/2008 16:24 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Edward Oxley | 5/28/2008 11:39 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | charla harper | 8/22/2008 4:02 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Todd Meslin | 8/26/2008 3:23 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Sean Freeman | 8/27/2008 10:34 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland Squires | 9/3/2008 12:37 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Ronald Seraphin | 9/8/2008 2:05 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Ronald Seraphin | 9/8/2008 2:06 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Snow | 9/18/2008 14:50 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Snow | 9/18/2008 14:51 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Snow | 11/4/2008 19:35 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | James DeFonzo | 12/10/2008 3:00 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Robert Funk | 2/4/2009 14:12 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland Squires | 2/5/2009 16:32 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Thomas Johnson | 3/6/2009 14:09 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland Squires | 3/23/2009 9:23 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Brian Scribner | 4/4/2009 21:57 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland Squires | 5/27/2009 16:40 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Ronald Seraphin | 6/24/2009 4:54 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | John Wise | 10/28/2009 10:52 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Sean Freeman | 10/28/2009 22:23 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Paul Hutchinson | 12/27/2009 12:03 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Michael Muller | 3/15/2010 6:57 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher Gordineer | 3/15/2010 17:36 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher Gordineer | 3/22/2010 13:03 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher Gordineer | 3/22/2010 13:03 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher Gordineer | 3/22/2010 13:04 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David Snow | 4/3/2010 21:40 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Craig Ortman | 4/3/2010 21:41 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Sean Freeman | 5/8/2010 9:06 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Matthew Kirchner | 5/17/2010 14:32 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David x Smith | 10/10/2010 14:59 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | David x Smith | 10/10/2010 15:00 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Mark Sarvis | 10/14/2010 13:13 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Joseph x Trevisol | 1/1/2011 4:25 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Christopher x Gordineer | 2/10/2011 11:09 DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Leland x Squires | 4/15/2011 11:33 DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | | Mark Sarvis | 4/25/2011 9:30 DLSummary |

A347

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A348

Toni Foudy



### Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A349

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A350

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A352

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A353

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A354

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A355

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A356

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A357



### Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

# TAB

# 47

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14318-ROSENBERG/LYNCH**

TONI FOUDY and SHAUN FOUDY,

      Plaintiffs,

v.

CITY OF PORT ST. LUCIE *et al.*,

      Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE is before the Court upon Defendants, City of Port St. Lucie, Meyer Ghobrial, Michael Ryan Connor, Richard Giaccone, Steve Camara, and William van der Slike's Motion to Dismiss Plaintiffs' Amended Complaint and Incorporated Memorandum of Law [DE 31]. The Court has carefully considered Defendants' Motion, Plaintiffs' Response thereto [DE 38], and Defendants' Reply [DE 42], and is otherwise fully advised in the premises. For the reasons set forth below, Defendants' Motion is **GRANTED IN PART and DENIED IN PART**.[1] Counts I, II, III, and IV of Plaintiffs' Amended Complaint [DE 29] are **DISMISSED WITH PREJUDICE**.

## I.     INTRODUCTION

This action is brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related violations of Plaintiffs' civil rights. At issue is whether certain claims asserted in Plaintiffs'

---

[1] The Court defers ruling on all issues presented in Defendants' Motion except those related to the statute of limitations.

Amended Complaint filed June 15, 2015 are barred by the statute of limitations. The Court concludes that a four-year statute of limitations period applies both to Plaintiffs' DPPA claims and to Plaintiffs' § 1983 claims. With respect to Plaintiffs' DPPA claims, the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. With respect to Plaintiffs' § 1983 claims, the four-year period began to run when Plaintiffs discovered Defendants' alleged DPPA violations. Plaintiffs' DPPA claims are barred by the statute of limitations. Dismissal of Plaintiffs' Amended Complaint on statute of limitations grounds is otherwise inappropriate at this stage.

## II.      BACKGROUND

*Foudy I*

This case originated before Judge Jose E. Martinez in the Southern District of Florida as *Foudy* et al. *v. Saint Lucie County Sheriff's Office* et al., Case No. 2:12-CV-14462 ("*Foudy I*"). On July 31, 2014, Judge Martinez entered an Order Severing Plaintiffs' Action [DE 211], dismissing without prejudice all of the defendants named in *Foudy I* except the Saint Lucie County Sheriff's Office. That Order also granted Plaintiffs leave to file separate actions against any dismissed defendant or group of defendants on or before August 15, 2014, and provided that any such action would be considered a continuation of *Foudy I* for statute of limitations purposes.

The Instant Case

On August 15, 2014, Toni and Shaun Foudy filed their Complaint [DE 1] in the instant case against the City of Port St. Lucie, Richard Giaccone, Steve Camara, Meyer Ghobrial, Michael Ryan Connor, William van der Slike, and Jane and John Does (1–10). As provided in the Order Severing Plaintiffs' Action entered in *Foudy I*, the initial Complaint filed in the instant

2

A362

case is deemed to be a continuation of *Foudy I* for statute of limitations purposes as to each defendant or group of defendants dismissed without prejudice in that order.

On January 16, 2015, the Court *sua sponte* entered a Paperless Order Dismissing Plaintiffs' Complaint Without Prejudice [DE 20]. In that Order, the Court adopted the reasoning applied in the Order Severing Plaintiffs' Action entered in *Foudy I. See* DE 20. The Court dismissed Plaintiffs' Complaint as to all Defendants and ordered Plaintiffs to file an amended complaint within fifteen (15) days. *See id.* If Plaintiffs filed an amended complaint directed to more than one Defendant, Plaintiffs were required to clearly specify how the alleged conduct of each Defendant arose out of the same transaction or series of transactions, or otherwise establish that joinder was permissible. *See id.* The Court did not state that it would consider any amended complaint filed to be a continuation of *Foudy I* for statute of limitations purposes. *See id.* Finally, the Court warned that it may close this case if Plaintiffs did not file an amended complaint within the time permitted. *See id.*

Plaintiffs did not file an amended complaint within the time permitted. Accordingly, on February 2, 2015, the Court entered a Paperless Order Closing Case [DE 21] for Plaintiffs' failure to comply with the Court's prior Order entered January 16, 2015. In the event Plaintiffs wished to proceed, the Court instructed Plaintiffs to file a motion to reopen the case. *See* DE 21. The Court added that Plaintiffs must include an explanation for their failure to comply with the Court's orders and attach a copy of their proposed amended complaint to the motion. *See id.*

On February 2, 2015, Plaintiffs filed a Motion to Reopen Case [DE 23] in which they argued that the deadline to file an amended complaint had not yet expired. Plaintiffs attached a copy of their proposed amended complaint to that Motion. *See* DE 23. On February 3, 2015, the Court entered a Paperless Order [DE 24] denying without prejudice Plaintiffs' Motion to Reopen

A363

Case, explaining that Plaintiffs had failed to show how the alleged conduct of each Defendant named in their proposed amended complaint arose out of the same transaction or series of transactions, or otherwise establish that joinder was permissible, as required by the Court's prior Order entered January 16, 2015.

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 25] in which they argued that the named Defendants were properly joined in their proposed amended complaint. On February 23, 2015, Defendants filed their Response to Plaintiffs' Motion to Reopen Case. *See* DE 27. Plaintiffs did not file a reply. On June 11, 2015, the Court granted Plaintiffs' Motion to Reopen Case and ordered Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry no later than June 15, 2015. *See* DE 28. On June 15, 2015, Plaintiffs filed their Amended Complaint [DE 29] against the City of Port St. Lucie, Richard Giaccone, Steve Camara, Meyer Ghobrial, Michael Ryan Connor, and William van der Slike.

On June 16, 2015, Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint and Incorporated Memorandum of Law [DE 31]. On July 6, 2015, Plaintiffs filed their Response [DE 38], and on July 9, 2015, Defendants filed their Reply [DE 42]. The statute of limitations issues raised in Defendants' Motion are now fully briefed and ripe for review.

## III.    LEGAL STANDARD

 "A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). However, "a motion to dismiss on statute of limitations grounds should not be granted where resolution depends either on facts not yet in evidence or on

A364

construing factual ambiguities in the complaint in defendants' favor." *Lesti v. Wells Fargo Bank, N.A.*, 960 F. Supp. 2d 1311, 1317 (M.D. Fla. 2013) (citing *Omar ex rel. Cannon v. Lindsey,* 334 F.3d 1246, 1252 (11th Cir. 2003)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

## IV.    LEGAL ANALYSIS

Plaintiffs' Amended Complaint contains seven counts. Count I[2] asserts DPPA violations as to Plaintiff Toni Foudy. Count III[3] asserts DPPA violations as to Plaintiffs Toni Foudy and Shaun Foudy. Counts II and IV assert vicarious liability for the DPPA violations alleged in Counts I and III, respectively. Count V[4] is brought pursuant to § 1983 and asserts civil rights violations as to Plaintiff Toni Foudy. Counts VI[5] and VII[6] are also brought pursuant to § 1983 and assert civil rights violations as to Plaintiffs Toni Foudy and Shaun Foudy.

### A.  DPPA Claims

<u>Statute of Limitations</u>

The DPPA permits an individual to bring a civil action for violation of the DPPA, *see* 18 U.S.C. § 2724, but does not specify the statute of limitations period applicable to such actions. The applicable statute of limitations period is therefore determined by reference to 28 U.S.C. § 1658, which provides as follows:

> (a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.

---

[2] Count I is against Defendants Richard Giaccone and Steve Camara.
[3] Count III is against Defendants Meyer Ghobrial, Michael Ryan Connor, and William van der Slike. Defendants Meyer Ghobrial and William van der Slike have not yet been served. *See* DE 43. Plaintiffs have until July 31, 2015 to effect service on these Defendants. *See* DE 46.
[4] Count V is against Defendants Richard Giaccone and Steve Camara.
[5] Count VI is against Defendants Meyer Ghobrial, Michael Ryan Connor, and William van der Slike.
[6] Count VII is against Defendant City of Port St. Lucie.

A365

(b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—

(1) 2 years after the discovery of the facts constituting the violation; or

(2) 5 years after such violation.

Thus, pursuant to 28 U.S.C. § 1658(a), the statute of limitations period applicable to DPPA claims is four years. On this much the parties agree.

The parties disagree with respect to when this four-year period begins to run. Defendants argue that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, at the time the alleged DPPA violation occurs. Plaintiff, on the other hand, maintains that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, when the alleged DPPA violation is discovered.

The Court concludes that an action for violation of the DPPA accrues, and the four-year statute of limitations period begins to run, at the time the alleged DPPA violation occurs—that is, at the time a person knowingly obtains, discloses, or uses personal information from a motor vehicle record for an impermissible purpose. *See* 18 U.S.C. § 2724. In reaching this conclusion, the Court is persuaded by and adopts the reasoning expressed in several similar cases decided in the Southern District of Florida. *See Heard v. Martin County Sheriff's Office* et al., Case No. 2:13-cv-14364-JEM at DE 218 (S.D. Fla. Aug. 8, 2014); *Foudy* et al. *v. Jarrett* et al., Case No. 2:14-cv-14322-JEM at DE 22 (S.D. Fla. June 9, 2015); *Foudy* et al. *v. City of West Palm Beach* et al., Case No. 9:14-cv-81070-KLR at DE 25 (S.D. Fla. Mar. 30, 2015).

As noted in those cases, neither the Eleventh Circuit Court of Appeals nor the U.S. Supreme Court has decided when a civil action for violation of the DPPA accrues for statute of

A366

limitations purposes. However, courts in the District of Minnesota have consistently held that such actions accrue at the time the alleged violation occurs. *See Karasov v. Caplan Law Firm, P.A.*, No. 14-CV-1503 SRN/BRT, 2015 WL 439509, at *5 (D. Minn. Feb. 3, 2015) (citing cases). In support of their argument that a DPPA action does not accrue until the violation is discovered, Plaintiffs point to a single case from the Middle District of Florida in which the court declined to grant summary judgment on statute of limitations grounds in part because it could not determine when the plaintiff was or should have become aware that his records were being accessed. *See English v. Parker*, No. 6:09-CV-1914-ORL-31, 2011 WL 1842890, at *5 (M.D. Fla. May 16, 2011). As multiple courts have concluded, however, the *English* court did not decide when a DPPA action accrues for statute of limitations purposes. *See, e.g.*, *Karasov*, 2015 WL 439509, at *5 n.6; *Rasmusson v. Chisago Cnty.*, 991 F. Supp. 2d 1065, 1079 n.9 (D. Minn. 2014).

The Court's conclusion is also consistent with Supreme Court precedent and with the text and structure of the applicable statute of limitations. In *TRW Inc. v. Andrews*, 534 U.S. 19 (2001), the Court recognized the tendency of lower federal courts to conclude that a cause of action accrues upon discovery when the applicable statute of limitations is silent on the issue. However, the Court went on to explain that "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute." *TRW Inc.*, 534 U.S. at 27–28. 28 U.S.C. § 1658(a) is silent as to when a cause of action accrues for statute of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to

be implied, in the absence of evidence of a contrary legislative intent." *TRW Inc.*, 534 U.S. at 28. Accordingly, the Court concludes that Congress did not intend to apply the discovery rule to actions—such as those for violations of the DPPA—that are governed by 28 U.S.C. § 1658(a).

<u>Date of Amended Complaint</u>

"Where an action is dismissed without prejudice, the plaintiff may refile *before* the expiration of the applicable statute of limitations." *Alexander v. Bradshaw*, 599 F. App'x 945, 946 (11th Cir. 2015) (emphasis added). "Dismissal of a complaint, without prejudice, does not allow a later complaint to be filed outside the statute of limitations." *Bost v. Fed. Express Corp.*, 372 F.3d 1233, 1242 (11th Cir. 2004) (citing *Stein v. Reynolds Sec., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982)). "[T]he filing of a lawsuit which later is dismissed without prejudice does not automatically toll the statute of limitations." *Justice v. United States*, 6 F.3d 1474, 1478–79 (11th Cir. 1993). "Although a court may equitably toll a limitations period, the plaintiffs must establish that tolling is warranted. Equitable tolling is inappropriate when a plaintiff did not file an action promptly or failed to act with due diligence." *Bost*, 372 F.3d at 1242. Furthermore, "due diligence on the part of the plaintiff, though necessary, is not sufficient to prevail on the issue of equitable tolling. The Supreme Court has made clear that tolling is an extraordinary remedy which should be extended only sparingly." *Justice*, 6 F.3d at 1479 (11th Cir. 1993) (citing *Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 96 (1990)).

In the instant case, Plaintiffs' initial Complaint filed August 15, 2014 was considered to be a continuation of *Foudy I* for statute of limitations purposes. In other words, the statute of limitations period was equitably tolled pursuant to the Order Severing Plaintiffs' Action entered in *Foudy I*. In that Order, Plaintiffs were cautioned about improper joinder of defendants. Nevertheless, on January 16, 2015, the Court dismissed Plaintiffs' Complaint without prejudice

A368

for failure to proceed within the bounds of permissive joinder. In dismissing Plaintiffs'
Complaint without prejudice, the Court again cautioned Plaintiffs about improper joinder and
provided clear instructions to be followed in the event Plaintiffs filed an amended complaint
directed toward more than one defendant. While Plaintiffs were given fifteen days to file an
amended complaint, the Court did not indicate that Plaintiffs would once again receive the
benefit of equitable tolling. *See* DE 20. Having ignored the warnings provided in *Foudy I*,
Plaintiffs squandered their opportunity to proceed as if time had stopped.

Plaintiffs' lack of diligence caught up with them again on February 2, 2015. On that date,
this case was closed for Plaintiffs' failure to comply with the Court's prior Order. *See* DE 21.
Specifically, Plaintiffs failed to file an amended complaint within the time permitted. Plaintiffs
had been given fifteen days—until Saturday, January 31, 2015—to file an amended complaint.
*See* DE 20. Plaintiffs argued in their Motion to Reopen Case [DE 23] that, pursuant to Federal
Rule of Civil Procedure 6, the time to file an amended complaint should have extended through
Monday, February 2, 2015. However, Plaintiffs failed to address the Court's concerns regarding
joinder of defendants either in their Motion or the proposed amended complaint attached thereto.
For that reason, the Court denied Plaintiffs' Motion to Reopen on February 3, 2015. *See* DE 24.

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 25]. On
February 20, 2015, the Court ordered Defendants to respond to Plaintiffs' Motion within ten
days, and indicated that it would determine whether to sever this action and whether to reopen
the case after Plaintiffs' Motion had been fully briefed. *See* DE 26. On February 23, 2015,
Defendants filed their Response to Plaintiffs' Motion to Reopen Case. *See* DE 27. Pursuant to
Local Rule 7.1(c), Plaintiffs had until March 5, 2015 to file a reply, but failed to do so.
Nevertheless, on June 11, 2015, the Court granted Plaintiffs' Motion to Reopen Case and ordered

A369

Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry no later than June 15, 2015. *See* DE 28. On June 15, 2015, Plaintiffs filed their Amended Complaint. *See* DE 29.

Under these circumstances, the extraordinary remedy of equitable tolling is inappropriate with respect to the period of time between rendition of the Order Severing Plaintiffs' Action in *Foudy I* and the date on which Plaintiffs' reply in support of their Motion to Reopen Case was due in the instant action. During this time, Plaintiffs repeatedly failed to comply with the Court's instructions and did not demonstrate the due diligence necessary to prevail on the issue of equitable tolling. *See Bost*, 372 F.3d at 1242; *Justice*, 6 F.3d at 1478–79. Despite having been cautioned about improper joinder of defendants in *Foudy I*, Plaintiffs failed to establish in their initial Complaint filed in this action that joinder of the defendants named therein was permissible. Following this Court's dismissal of Plaintiffs' Complaint, Plaintiffs failed to comply with the clear instructions provided by this Court regarding the filing of an amended complaint. As a result, this case was closed and could not be reopened until Plaintiffs' second Motion to Reopen Case had been fully briefed. Accordingly, the Court does not consider Plaintiffs' Amended Complaint to be a continuation of *Foudy I* for statute of limitations purposes. Rather, all claims asserted in Plaintiffs' Amended Complaint are deemed filed as of March 5, 2015, the earliest date on which this case could have been reopened.[7]

---

[7] The Court finds that the period of time between the deadline to file a reply in support of Plaintiffs' Motion to Reopen Case and the date on which Plaintiffs filed their Amended Complaint, a copy of which was attached to the Motion to Reopen Case, should not count against Plaintiffs for statute of limitations purposes. The Court also notes, however, that the result reached in this Order would be the same whether it deemed Plaintiffs' Amended Complaint to have been filed on February 18, 2015 (the date Plaintiffs filed their second Motion to Reopen Case), March 5, 2015 (the date Plaintiffs' reply in support of their Motion to Reopen Case was due), or June 15, 2015 (the date on which Plaintiffs' Amended Complaint was actually filed).

A370

<u>Defendants' Alleged Violations of the DPPA</u>

In light of the foregoing, Plaintiffs may seek relief only for DPPA violations alleged to have occurred on or after March 5, 2011—four years prior to the date on which Plaintiffs' Amended Complaint is deemed to have been filed. However, it is apparent from the exhibits attached to Plaintiffs' Amended Complaint that none of the alleged DPPA violations occurred within that period of time. The dates of Defendants' alleged DPPA violations are as follows:

1.  Richard Giaccone: December 11, 2005. *See* DE 29-1 at 1.

2.  Steve Camara: April 5, 2010. *See* DE 29-1 at 1; DE 29-2 at 5.

3.  Meyer Ghobrial: April 24, 2006. *See* DE 29-3 at 2.

4.  Michael Ryan Connor: December 3, 2006. *See* DE 29-3 at 2.

5.  William van der Slike: April 25, 2006. *See* DE 29-3 at 2.

Accordingly, all of Plaintiffs' DPPA claims against the Defendants named in Counts I and III are time-barred. Likewise, Counts II and IV—which assert vicarious liability for the DPPA violations allegedly committed by the individuals named in Counts I and III—are time-barred. Counts I, II, III, and IV are therefore DISMISSED WITH PREJUDICE.

**B.  § 1983 Claims**

<u>Statute of Limitations</u>

Florida's four-year statute of limitations applies to claims of deprivation of rights under 42 U.S.C. § 1983. *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003) (citing *City of Hialeah v. Rojas,* 311 F.3d 1096, 1102 n. 2 (11th Cir. 2002)). Accordingly, a plaintiff must commence a § 1983 claim arising in Florida within four years of the allegedly unconstitutional or otherwise illegal act. *Burton v. City of Belle Glade*, 178 F.3d 1175, 1188 (11th Cir. 1999) (citing *Baker v. Gulf & Western Indus., Inc.*, 850 F.2d 1480, 1483 (11th Cir. 1988)).

A371

This limitations period begins to run when the facts that "would support a cause of action are apparent or should be apparent to a person with a reasonably prudent regard for his rights." *Id.* at 561–62 (quoting *Mullinax v. McElhenney*, 817 F.2d 711, 716 (11th Cir. 1987)). Thus, a cause of action does not accrue until the plaintiff knows or has reason to know that he has been injured and is aware or should have been aware of who has inflicted the injury. *Mullinax*, 817 F.2d at 716. "This rule requires a court first to identify the alleged injuries, and then to determine when plaintiffs could have sued for them." *Rozar*, 85 F.3d at 562 (citing *Kelly v. City of Chicago*, 4 F.3d 509, 511 (7th Cir. 1993)).

With respect to Plaintiffs' § 1983 claims, asserting civil rights violations in connection with Defendants' alleged DPPA violations, the four-year statute of limitations period began to run, at the latest, when Plaintiffs received their D.A.V.I.D. records. *See* DE 29 ¶ 22. Prior to obtaining these records, listing each date on which Plaintiffs' personal information from a motor vehicle record may have been accessed for an impermissible purpose and by whom, Plaintiffs likely did not know or have reason to know that they had been injured and who had inflicted the injury. Accordingly, Counts V, VI, and VII of Plaintiffs' Amended Complaint are not barred by the statute of limitations provided that Plaintiffs received their D.A.V.I.D. records on or after March 5, 2011.

Plaintiffs' Amended Complaint does not allege the date or dates on which they received their D.A.V.I.D. records, and it is not otherwise apparent from the face of the Amended Complaint or the attached exhibits that Plaintiffs' § 1983 claims are time-barred. Rather, whether these claims are time-barred depends on facts not yet in evidence. Dismissal of Counts V, VI, and VII on statute of limitations grounds is therefore inappropriate at this stage. *See Gonsalvez*, 750 F.3d at 1197; *Lesti*, 960 F. Supp. 2d at 1317.

A372

## V.      CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that Defendants, City of

Port St. Lucie, Meyer Ghobrial, Michael Ryan Connor, Richard Giaccone, Steve Camara, and

William van der Slike's Motion to Dismiss Plaintiffs' Amended Complaint [DE 31] is

**GRANTED IN PART and DENIED IN PART** as follows:

1. Counts I, II, III, and IV of Plaintiffs' Amended Complaint [DE 29] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds. Dismissal of Plaintiffs' Amended Complaint on statute of limitations grounds is otherwise inappropriate at this stage.

2. Pursuant to the Court's Paperless Order [DE 41] following the Status Conference held July 8, 2015, the parties shall attend mediation no later than 30 days after the date of this Order.

3. The Court defers ruling on all issues presented in Defendants' Motion except those related to the statute of limitations.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 28th day of July, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

13

A373

# TAB

# 50

**From:** cmecfautosender@flsd.uscourts.gov
**Subject:** Activity in Case 2:14-cv-14318-RLR Foudy et al v. Port St. Lucie et al Order
**Date:** August 10, 2015 at 9:31:50 AM EDT
**To:** flsd_cmecf_notice@flsd.uscourts.gov

Case 1:15-1464b- Date Filed: 02/12/2016   Page: 432 of 765

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### Notice of Electronic Filing

The following transaction was entered on 8/10/2015 at 9:31 AM EDT and filed on 8/10/2015
**Case Name:** Foudy et al v. Port St. Lucie et al
**Case Number:** 2:14-cv-14318-RLR
**Filer:**
**Document Number:** 50(No document attached)

**Docket Text:**
PAPERLESS ORDER OF DISMISSAL. On July 10, 2015, Plaintiffs filed a [43] Notice informing the Court as to which of the Defendants named in this action had not yet been served. Of those Defendants who had not yet been served, Plaintiffs stated that they intended to proceed against both Defendants William van der Slike and Meyer Ghobrial. See DE 43. The Court ordered Plaintiffs to serve these Defendants with a copy of [29] Plaintiffs' Amended Complaint no later than July 31, 2015. See DE 46. On August 5, 2015, the Court ordered Plaintiffs either to provide the Court with proof of service on these Defendants or show cause, in writing, why this action should not be dismissed without prejudice against these Defendants. See DE 48. The Court further warned that failure to comply with that Order could result in dismissal of this action without prejudice as to all Defendants who have not yet been served, without further notice. See id. Plaintiffs have neither provided proof of service nor shown cause why the Court should not dismiss this action as to all Defendants who have not yet been served. Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to Defendants William van der Slike and Meyer Ghobrial. Signed by Judge Robin L. Rosenberg on 8/10/2015. (nkl)

**2:14-cv-14318-RLR Notice has been electronically mailed to:**

Allen Coleman Sang    acs@carmanbeauchamp.com

David Anthony Malatesta    david@dewittlaw.com

Mirta Desir    mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt    skd@dewittlaw.com

**2:14-cv-14318-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 63

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14318-ROSENBERG/LYNCH**

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

CITY OF PORT ST. LUCIE *et al.*,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court *sua sponte*. On July 28, 2015, the Court entered an Order Granting in Part and Denying in Part Defendants, City of Port St. Lucie, Meyer Ghobrial, Michael Ryan Connor, Richard Giaccone, Steve Camara, and William van der Slike's Motion to Dismiss Plaintiffs' Amended Complaint [DE 31]. *See* DE 47. Pursuant to that Order, Counts I, II, III, and IV of Plaintiffs' Amended Complaint [DE 29] were dismissed with prejudice on statute of limitations grounds.[1] *See id.* at 13. The Court concluded, however, that dismissal of Plaintiffs' Amended Complaint on statute of limitations grounds was otherwise inappropriate. *See id.* The Court has reconsidered its prior Order and now revises that Order as follows:[2] Defendants' Motion [DE 31] is **GRANTED**. In addition to Counts I, II, III, and IV, Counts V, VI, and VII are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

---

[1] The Court deferred ruling on all issues presented in Defendants' Motion except those related to the statute of limitations. *See* DE 47 at 1 n.1.

[2] The Court may reconsider, revise, alter, or amend its prior Order on Defendants' Motion at any time prior to entering final judgment. *See Fortran Grp. Int'l, Inc. v. Tenet Hospitals Ltd.*, 543 F. App'x 934, 936 (11th Cir. 2013) (citing *Harper v. Lawrence Cnty., Ala.*, 592 F.3d 1227, 1232 (11th Cir. 2010); *Hardin v. Hayes*, 52 F.3d 934, 938 (11th Cir. 1995)).

# I.    **INTRODUCTION**

This action was brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related violations of Plaintiffs' civil rights. The Court set out the relevant procedural history in detail in its prior Order on Defendants' Motion to Dismiss, *see* DE 47 at 2–4, and will not repeat itself here.

In its prior Order, the Court concluded that a four-year statute of limitations period applies both to Plaintiffs' DPPA claims and to Plaintiffs' § 1983 claims. *See id.* at 6, 11. With respect to Plaintiffs' DPPA claims, the Court further concluded that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. *See id.* at 6–8. As a result, the Court determined that Plaintiffs' DPPA claims are barred by the statute of limitations. *See id.* at 8–11. On these points, the Court's prior Order stands.

However, with respect to Plaintiffs' § 1983 claims, the Court has reconsidered the reasoning behind its conclusion that a four-year statute of limitations period applies. The Court has also reconsidered its conclusion that the four-year period began to run when Plaintiffs discovered Defendants' alleged DPPA violations. *See id.* at 12. For the reasons set forth below, the Court now concludes that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. Accordingly, Plaintiffs' DPPA claims *and* Plaintiffs' § 1983 claims are barred by the statute of limitations.

# II.    **LEGAL STANDARD**

"A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*,

A376

358 F.3d 840, 845 (11th Cir. 2004)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

## III.   LEGAL ANALYSIS

### A.  Statute of Limitations for § 1983 Claims

Plaintiffs' § 1983 claims are predicated exclusively on Defendants' alleged violations of the DPPA. Plaintiffs do not allege "the deprivation of any rights, privileges, or immunities secured by the Constitution and laws"[3] other than the statutory rights to which Plaintiffs claim they are entitled under the DPPA. *See* DE 29, Am. Compl. ¶¶ 97–132. In other words, Plaintiffs' § 1983 claims are made possible by the DPPA, a federal statute enacted in 1994. *See* Pub. L. No. 103-322, §§ 300001–03, 108 Stat. 2099 (1994).

The statute of limitations period applicable to Plaintiffs' § 1983 claims is therefore determined not by reference to Florida's personal injury statute of limitations, but by reference to 28 U.S.C. § 1658(a).[4] Section 1658 provides a uniform federal statute of limitations for all civil actions arising under federal statutes enacted after December 1, 1990. *See* 28 U.S.C. § 1658(a); *Jones v. R.R. Donnelley & Sons Co.*, 541 U.S. 369, 380 (2004). A cause of action need not be "based solely upon" a post-1990 enactment for § 1658 to apply. *Jones*, 541 U.S. at 383. Rather, "a cause of action 'aris[es] under an Act of Congress enacted' after December 1, 1990—and therefore is governed by § 1658's 4-year statute of limitations—if the plaintiff's claim was made possible by a post-1990 enactment." *Id.* at 382.

---

[3] 42 U.S.C § 1983.
[4] "Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues."

A377

The Supreme Court has suggested that a § 1983 claim predicated on the violation of a federal statute enacted after December 1, 1990 is "made possible by" a post-1990 enactment and is therefore governed by § 1658's 4-year statute of limitations.

> The statute of limitations for a § 1983 claim is generally the applicable state-law period for personal-injury torts. . . . It may be, however, that this limitations period does not apply to respondent's § 1983 claim. In 1990, Congress enacted 28 U.S.C. § 1658(a), which provides a 4-year, catchall limitations period applicable to "civil action[s] arising under an Act of Congress enacted after" December 1, 1990. In [*Jones*], we held that this 4-year limitations period applies to all claims "made possible by a post–1990 [congressional] enactment." *Since the claim here rests upon violation of the post–1990 [Telecommunications Act of 1996], § 1658 would seem to apply.*

*City of Rancho Palos Verdes, Cal. v. Abrams*, 544 U.S. 113, 123 n.5 (2005). Relying in part on this language, the Eleventh Circuit Court of Appeals has concluded that § 1658's 4-year statute of limitations governs a § 1983 claim for violations of § 1981, as amended in 1991. *See Baker v. Birmingham Bd. of Educ.*, 531 F.3d 1336, 1338 (11th Cir. 2008) (quoting *Jones*, 541 U.S. at 382) (*citing* Abrams, 544 U.S. at 123 n.5) ("In this case, [plaintiff's] claims arise under a post-1990 Act of Congress. Were it not for the 1991 Act, [plaintiff's] complaint would fail to state a claim under § 1983. . . . [Plaintiff's] claims against [defendant] were 'made possible by a post-1990 enactment' and 'therefore [are] governed by § 1658's 4-year statute of limitations.'").

In the instant case, Plaintiffs' § 1983 claims are predicated on Defendants' alleged violations of the post-1990 DPPA. Thus, Plaintiffs' claims are "made possible by a post-1990 enactment" and "therefore [are] governed by § 1658's 4-year statute of limitations." *See Jones*, 541 U.S. at 382; *Abrams*, 544 U.S. at 123 n.5; *Baker*, 531 F.3d at 1338.

### B.  Accrual of § 1983 Claims

Plaintiffs' § 1983 claims accrued for statute of limitations purposes at the time the alleged violations of Plaintiffs' statutory rights under the DPPA occurred, not at the time Plaintiffs

A378

discovered the facts constituting the alleged violations. This conclusion is consistent with Supreme Court precedent and with the text and structure of 28 U.S.C. § 1658:

> (a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.

> (b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—

>> (1) 2 years after the discovery of the facts constituting the violation; or

>> (2) 5 years after such violation.

Plaintiffs' § 1983 claims do not involve "fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws." Section 1658(b) and the discovery rule embedded in that subsection are therefore inapplicable to these claims. Rather, Plaintiffs' § 1983 claims—like Plaintiffs' DPPA claims—are governed by § 1658(a).

As the Court noted in its prior Order, § 1658(a) is silent as to when a cause of action accrues for statute of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute. . . . Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary legislative intent." *TRW Inc. v. Andrews*, 534 U.S. 19, 27–28 (2001). The Court therefore concludes that Congress did not intend to apply the discovery rule to actions governed by § 1658(a).

A379

### C. Defendants' Alleged Violations of the DPPA

For the reasons set forth in the Court's prior Order, Plaintiffs may seek relief under § 1983 only for DPPA violations alleged to have occurred on or after March 5, 2011—four years prior to the date on which Plaintiffs' Amended Complaint was filed. *See* DE 47 at 8–10. However, it is apparent from the exhibits attached to Plaintiffs' Amended Complaint that none of the alleged DPPA violations occurred within that period of time.[5] Accordingly, all of Plaintiffs' § 1983 claims against the individual Defendants named in Counts V and VI are time-barred. Likewise, Count VII against Defendant City of Port St. Lucie—which is predicated on the individual violations alleged in Counts V and VI—is also barred.[6] Counts V, VI, and VII are therefore DISMISSED WITH PREJUDICE.

## IV.   CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that Defendants, City of Port St. Lucie, Meyer Ghobrial, Michael Ryan Connor, Richard Giaccone, Steve Camara, and William van der Slike's Motion to Dismiss Plaintiffs' Amended Complaint [DE 31] is **GRANTED** as follows:

1. In addition to Counts I, II, III, and IV, Counts V, VI, and VII of Plaintiffs' Amended Complaint [DE 29] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

2. The Court will enter Final Judgment in favor of Defendants separately.

3. All pending motions are **DENIED AS MOOT**, all scheduled hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

---

[5] The dates of Defendants' alleged DPPA violations are set forth in the Court's prior Order. *See* DE 47 at 11.

[6] To the extent that Plaintiffs' § 1983 claim against Defendant City of Port St. Lucie might be predicated on individual DPPA violations that occurred within the statute of limitations period, the Court notes that Plaintiffs have not alleged any such violations. If any DPPA violations occurred within the statute of limitations period, the Court cannot fathom why Plaintiffs would not have alleged the same in their Amended Complaint. The Court therefore concludes that no individual DPPA violations occurred within the statute of limitations period.

A380

4.  The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>8th</u> day of September, 2015.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

7

A381

# TAB

# 64

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 2:14-CV-14318-ROSENBERG/LYNCH

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

CITY OF PORT ST. LUCIE *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT IN FAVOR OF DEFENDANTS

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss [DE 63], it is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants. Plaintiffs shall recover nothing, and Defendants shall go hence without day. The Court reserves jurisdiction to consider claims for attorneys' fees and/or costs.

      **DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 17th day of September, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

A382

# TAB

# 68

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

Toni Foudy,                                          Civil Action No. 14-14318
Shaun Foudy,                                            ROSENBERG/LYNCH

                    Plaintiffs,

v.

                                                    **NOTICE OF APPEAL**

City of Port St. Lucie, et al.

                    Defendants.

---

    Pursuant to Fed. R. App. P. 3(c)(1) and (4)(a), notice is hereby given that Plaintiffs Toni Foudy and Shaun Foudy, in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit.

    Plaintiffs appeal from the (i) Order (Docket No. 47) of the United States District Court for the Southern District of Florida that was entered on July 28, 2015, (ii) Order (Docket 63) of the United States District Court for the Southern District of Florida that was entered on September 9, 2015, and (iii) Final Judgment (Docket 64) of the United States District Court for the Southern District of Florida that was entered on September 17, 2015.  Plaintiffs appeal the Court's Order dismissing their Complaint and all Orders inhering therein.

Dated:  October 16, 2015                    s/ Sherri K. DeWitt
                                            Sherri K. DeWitt, Esq.
                                            FBN: 357413
                                            DEWITT LAW FIRM, P.A.
                                            37 N. Orange Avenue, Suite 840
                                            Orlando, Florida 32801
                                            Phone: (407) 245-7723
                                            Facsimile: (407) 650-1928
                                            E-Mail: service@dewittlaw.com

E-Mail:dewitt@dewittlaw.com

-   And –

Sonia Miller-Van Oort (admitted *pro hac)*
Sapientia Law Group, PLLC
120 South 6th Street, Suite 100
Minneapolis, MN  55402
Phone:  (612) 756-7110
Facsimile:  (612) 756-7101
soniamv@sapientialaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

# TAB

# 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Toni Foudy,
Shaun Foudy,
   Plaintiffs,

v.

Indian River County Sheriff's Office,     **JURY TRIAL DEMANDED**
Sheriff Deryl Loar, in his official capacity as the
Sheriff of the Indian River County Sheriff's    **UNDER FRCP 38(b)**
Office, and in his individual capacity,
David Bailey, Individually,
Eric Carlson, Individually,
Greg Long, Individually,
John Finnegan, Individually,
 Michael Pierce, Individually,
Rebecca Hurley, Individually,
Terri Birtel, Individually,
Shaveldra Monique Smith, Individually,
Paul Button, Individually,
Andrew Bartucelli, Individually,
Ismael Hau, Individually,
Brian Reimsnyder, Individually,
Roderick Smith, Individually,
Heath Higman, Individually,
Ciro Perrone, Individually,
Randal Fornes, Individually,
Chris Rodriguez, Individually,
John Cronenberg, Individually,
John Carter, Individually,
David Wright, Individually,
Scott Prouty, Individually,
Jeff Ledlow, Individually,
Jane Marie Saubert, Individually,
Karl Joe Moody, Individually,
Dane Morris, Individually,
Steven Guy Thomas, Individually,
Fabian John Pierce, and

A385

JANE and JOHN DOES (1-150),

        Defendants.

_____/

## PLAINTIFFS' COMPLAINT

     Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned

counsel, file their Complaint and hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

     1.    This is an action for injunctive relief and money damages under the

Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA") to recover

damages resulting from Defendants' disregard and invasion of Plaintiffs' statutorily

protected right to privacy.

     2.    In 1994, the United States Congress, recognizing that law enforcement

personnel, amongst others, have the ability to access any person's private information,

especially the information retained by States in connection with a driver's license, passed

the Driver's Privacy Protection Act of 1994 to safeguard that information.

     3.    This case involves the invasion of privacy and illegal searches of Plaintiffs'

Toni Foudy and Shaun Foudy and their family members by more than eight-hundred

(800) queries by Florida law enforcement officers between July 1, 2005 and June 28,

2011, and probably more times prior to and after that time period, whereby they obtained

their personal and private information without any legitimate purpose. As a result, those

law enforcement officers violated the DPPA, and have also damaged each of the Foudys

lives as a result of the violations and continue to damage their lives and interfere with

A386

their relationships and happiness and freedom by continued harassment purposefully

directed against them. Plaintiffs' are entitled to a determination that their rights have been

violated, an order enjoining further violations, and monetary damages for the invasions of

their privacy and violations of their rights under federal and state law.

4.     Specifically, law enforcement personnel in the state of Florida illegally

viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's

license information more than five-hundred-and-fifty (550) times without a legitimate

law enforcement purpose. In addition, law enforcement personnel in the state of Florida

illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's

license information nearly one-hundred (100) times without a legitimate purpose.  The

Indian River County Sheriff's Office illegally obtained Shaun Foudy's information at

least 27 times, and obtained Toni Foudy's information at least 127 times.  Their purposes

in obtaining her information were personal and often malicious in nature; many resented

her as a woman in law enforcement, a male-dominated profession; some were interested

in her as a woman given her physical attractiveness; others were interested in obtaining

her information due to gossip and rumor; others were based on general personal curiosity;

none had a legitimate law enforcement function.

5.     Defendants' obtainment and use of Plaintiffs' personal information was not

for any use in carrying out any law enforcement, governmental, judicial or litigation-

related function. Plaintiffs were not personally present in many of their jurisdictions

during the relevant time periods, has never been charged with or suspected of committing

a crime in their or any other jurisdictions, other than minor traffic offenses, has never

A387

been involved in any civil, criminal, administrative or arbitral proceeding in or involving

Plaintiffs other than Plaintiff Toni Foudy's employment related claims, and there was no

legitimate reason for Plaintiff to have been the subject of any investigation by

Defendants. Rather, Defendants' obtainment and use of Plaintiffs' personal information

was for purposes that were purely personal to various personnel of Defendants.

6.      Law enforcement viewed and obtained Plaintiffs' private information

nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011, and

IRCSO viewed an obtained the Foudys' information 154 times, but presumably more

have viewed it during and after this time, however, due to the state of Florida's

procedures for investigating such matters Plaintiffs do not know the full extent of the

violations to date. In addition, law enforcement personnel also further decided to view the

immediate (female) members of Toni Foudy's family, based on information and belief,

solely due to the fact that they were related to her, more than two-hundred (200) times.

Each time Defendants obtained Plaintiffs' personal private information without any law

enforcement purpose and without Plaintiff's knowledge and consent, while acting under

the color of state law, they violated Plaintiffs Toni and Shaun Foudy's federal statutory

rights.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's

Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question

jurisdiction) and 1343(a)(3). These statutory and constitutional provisions confer original

jurisdiction of this Court over this matter.

A388

8.      This Court also has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

9.      The amount in controversy exceeds $75,000, excluding interests and costs.

10.     All conditions precedent to the maintenance of this action have been performed or have occurred prior to its institution including those set forth in Florida Statute § 768.

## THE PARTIES

11.     Plaintiff Toni Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

12.     Plaintiff Shaun Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

13.     Defendant Indian River County ("IRCSO"), a public entity, is a County and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

14.     Defendant Dave Bailey, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

15.     Defendant Eric Carlson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

16.     Defendant Greg Long, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A389

appointed and acting as a Deputy of the Indian River County Sheriff's Department.

17.    Defendant John Finnegan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Detective of the Indian River County Sheriff 's Department .

18.    Defendant Michael Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

19.    Defendant Rebecca Hurley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

20.    Defendant Terri Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

21.    Defendant Shaveldra Monique Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Records Specialist of the Indian River County Sheriff 's Department.

22.    Defendant Paul Button, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a PSD (Public Safety Dispatch) of the Indian River County Sheriff's Department.

23.    Defendant Andrew Bartucelli, upon information and belief, was, at all

A390

times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

24.     Defendant Ismael Hau, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

25.     Defendant Brian Reimsnyder, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

26.     Defendant Roderick Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

27.     Defendant Heath Higman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

28.     Defendant Ciro Perrone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

29.     Defendant Randal Fornes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

30.     Defendant John Cronenberg, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A391

appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

31.     Defendant Chris Rodriguez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

32.     Defendant John Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

33.     Defendant David Wright, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

34.     Defendant Scott Prouty, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

35.     Defendant Jeff Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

36.     Defendant Jane Marie Saubert, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River County Sheriff's Department.

37.     Defendant Karl Joe Moody, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A392

appointed and acting as a Deputy of the Indian River County Sheriff's Department.

38.    Defendant Stephen Guy Thomas, Jr., upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

39.    Defendant Andrew Bartuccelli, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

40.    Defendant Carol M. Green Lee, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

41.    Defendant Debra A. Worley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River County Sheriff's Department.

42.    Defendant Mark D. Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

43.    Defendant Fabian John Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

44.    Defendant Sue Ann Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A393

appointed and acting as an employee of the Indian River County Sheriff's Department.

45.     Defendant Dane Morris, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

46.     Defendant Jane and John Does (1-150), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant IRCSO or other federal, state, county or municipal entities in Florida.

47.     Plaintiffs will refer to the individuals named as Defendants (with the exception of "Supervisor Defendants"), including Jane and John Does collectively as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

48.     Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

49.     Defendant Deryl Loar ("Defendant Sheriff Loar"), upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as the Sheriff of Indian River County. Defendant Sheriff Loar is sued in his individual capacity

## FACTUAL ALLEGATIONS

**I.      Toni Foudy Was Initially Proud to Be Called a Deputy Until Realizing Fellow Deputies Were More of a Threat than the Worst Criminal she ever Encountered.**

A394

50.     In 2005, Toni Foudy attended the Indian River Police Academy. She graduated from that Academy on August 24, 2005, with a 99.3% GPA.

51.     She was proud to have achieved her dream of becoming a deputy.

52.     While at the academy she was hired by St. Lucie County Sheriff's Office ("SLCSO"), where she was employed for approximately thirteen months.

53.     During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

54.     On May 14, 2006, Toni and Shaun Foudy were married.

55.     During her employment, Toni Foudy was accused of being untruthful regarding the timeframe in which she reported a scratch on her patrol car and on a separate occasion, getting her patrol car stuck in a civilian's driveway.

56.     During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni Foudy that she was being targeted and that she better resign or that she would never work in law enforcement again.

57.     On or about August 30, 2006, Toni Foudy, terrified that her dream of being a deputy was in jeopardy, resigned.

58.     Soon after her resignation, Plaintiff Toni Foudy applied to other law enforcement positions, and was denied employment as a result of what SLCSO put in her file following her resignation.

59.     Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had

A395

reported that she had "Resigned amid Investigation of Moral Character Violations."

60.     Toni Foudy was devastated since the "moral character" violation at issue involved a scratch on a patrol car and a driveway incident that was reported soon thereafter.

61.     Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of her attempts to re-enter the law enforcement field and helping the community and decided to start a family with her husband.

62.     On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

63.     On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department.

64.     Understanding that the information contained in her FDLE would be an issue, Toni Foudy wrote a letter to Sheriff Deryl Loar, requesting an opportunity to explain the circumstances that had materialized at SLCSO.

65.     Sheriff Loar agreed to a meeting, where he, Undersheriff Tim Elder and Toni Foudy were present.

66.     Toni Foudy was informed after the meeting that she would be hired as a Reserve Deputy, and she was excited at the offer and promptly accepted.

67.     Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full- time Deputy Sheriff.

68.     As a law enforcement officer, Toni Foudy was obligated to inform Sheriff

A396

Loar of any off-duty employment –that she was a Walt Disney character entertainer on a part-time basis.

69.     Sheriff Loar stated that he needed to know the nature of the entertainment job.

70.     Toni Foudy informed the Sheriff that she was "Snow White" and that the position needed to remain confidential due to her contract with Walt Disney World and a Confidentiality Agreement.

71.     Sheriff Loar told her that he understood and that the information would remain confidential.

72.     However, almost immediately, IRCSO Lieutenant Derrill Mullinax and other deputies began exclaiming, "Hey it's Snow White" and "where are your 7 dwarfs?," whenever he was in Toni Foudy's presence.

73.     Toni Foudy was concerned that the Sheriff revealed her confidential position because she was told by one of her Field Training Officers, Corporal Dave Bailey, that the Sheriff revealed her position as "Snow White" when he asked the Chief, "Did we hire Snow White yet?" during a meeting amongst several Field Training Offices.

74.     In addition, Toni Foudy almost immediately began having issues with a select group of male deputies that told her that they did not agree with women working in law enforcement, specifically Deputy Jeffrey Ledlow.

75.     In an attempt to console Tony Foudy, her IRCSO male zone partner stated that she needed to accept that, in the eyes of the agency, she "was never going to be as good as the worst male cop," just like he would not "be as good as the worst white cop,"

A397

as she was being targeted for being female and no matter how well she worked it would not matter.

76.     In June of 2010, Toni Foudy was subsequently informed by a deputy that the IRCSO males were at a hostage negotiation seminar with SLCSO male law enforcement personnel and were discussing Toni Foudy.

77.     The males were allegedly discussing her work at IRCSO, SLCSO, and their personal opinions of her. The men appeared to be spreading egregious rumors while consuming alcoholic beverages in the process.

78.     Toni Foudy, immediately thereafter, was prescribed anti-anxiety medication by her physician as a result of her co-workers hostile and demeaning behavior.

79.     A short time later, Toni Foudy was informed that the IRCSO was investigating her after a police service call, in which Toni Foudy was accused of kicking and hitting a male suspect.

80.     The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

81.     Toni Foudy was later informed by another IRCSO Corporal that Sergeant Patrick White "had found an opportunity to screw you and ran with it."

82.     Based on information and belief, Sergeant Patrick White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the

A398

exaggerated incident.

83.     Toni was later called into the IRCSO and interviewed for the Internal Affairs ("IA") investigation.

84.     During the IA interview, Toni Foudy informed the investigator that she was in a high- risk situation with the suspect, and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for officer safety purposes.  She was told that the IRCSO would inform her of the IA outcome.

85.     When she was called into the IRCSO to be informed of the outcome, on January 26, 2011, K9 Sergeant Patrick White was seated outside of the IA office. IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office.

86.     Upon arriving, Toni Foudy was told by IRCSO that she was being terminated, and in violation of her Police Officer Bill of Rights, pursuant to FSS 112.532, Toni Foudy was denied the opportunity to address the investigative findings made against her despite specific request. Sometime after that, In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she had been targeted and "that she should move far away from Indian River and St. Lucie Counties."

**II.     Florida Law Enforcement Officers Have Obtained Toni and Shaun Foudy's Private, Legally Protected Information Without Any Legally Permissible Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times**

87.     The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV

A399

to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

88.     According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni Foudy and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

89.     Beginning at the start of Toni Foudy's employment with SLCSO in 2005, Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately 28 times by Defendant IRCSO and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

90.     Both Toni and Shaun Foudy began receiving harassing e-mails in February, 2007 from an unknown source.

91.     For two and a half years, the Foudys continued to receive harassing emails from an unknown sender.

92.     In April, 2011 Shaun Foudy, seriously disturbed by these e-mails researched the Internet Protocol (IP) address of the sender, and it was traced back to an SLCSO Jail booking terminal.

93.     Shaun Foudy, whose only connection with the SLCSO was that his wife, Toni Foudy, was employed there at one time, was stunned to find that a law enforcement agent was likely harassing him as well as his family.

A400

94.     On or about November 2, 2006, the Foudys' learned that they were expecting their first child.

95.     About this same time, Shaun Foudy began receiving harassing text messages in addition to the foregoing e-mails and the constant patrol cars driving by his home and activating the sirens directly in front of his residence.

96.     As a result of the constant harassment by law enforcement agents, Toni Foudy suffered pregnancy complications and was hospitalized twice for premature labor.

97.     The Foudys' son was born on June 30th 2007.

98.     Even after their son was born, the harassment continued and the Foudys were forced to start the process of relocating in the hopes of stopping the harassment.

99.     During the Christmas holiday season of 2007, Shaun Foudy, while shopping with his newborn son, was approached by SLCSO Deputy K. Breech and his significant other at a Border's Bookstore at Jensen Beach Mall. He asked Shaun Foudy if he was certain that his baby was his.

100.    After the receipt of the initial harassing e-mails in 2006 and until 2009, patrol cars would drive by the Foudys' home and sound their sirens approximately five days a week, for no apparent reason, but to harass Plaintiffs.

101.    Between September 1, 2006 (after Toni Foudy was terminated by SLCSO) and July 27, 2009 (when Toni Foudy applied for work with IRCSO), the Foudys' personal private information was obtained through Florida's D.A.V.I.D system approximately 23 times by the Defendant IRCSO and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D.

system by these Defendants who had no law enforcement purpose for obtaining or using

Toni Foudy's private information. Upon information and belief, these accesses were

made purely for personal reasons and out of morbid curiosity.

102.    IRCSO officers obtained Toni Foudy's information 127 times, and obtained

Shaun Foudy's information 27 times.  This was a breach of and an impermissible use of

the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for

obtaining or using Toni Foudy's private information. Upon information and belief, these

accesses were made purely for personal reasons and out of morbid curiosity.

103.    Ongoing harassment by law enforcement also resulted in the Foudys'

decision to move and sell their home and they completed a short-sale in February 2009.

104.    The Foudys' had to provide all liquid assets for the short sale in order to

relocate promptly. This caused Shaun Foudy to become further depressed.

105.    In March 2010, the Foudys' moved again— twice within a thirteen-month

period due to harassment.

106.    The second move was that in addition to the preceding acts of harassment,

e-mails, texts, constant sirens, and harassment by deputies, a black SUV was

continuously and consistently slowly driving by the Foudys' new residence, which was

on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the

process.

107.    At one time, in approximately December 2009, Plaintiff Toni Foudy was

able to follow the black SUV upon it passing by her home.

108.    Toni Foudy saw the black SUV just as it pulled into a garage approximately

four blocks away from her home. Although Toni Foudy was unable to see the tag

number, she did take note of the address, it was a residence located on the 300 block of

S.W. Daggett Ave.

109.   On or about April 7, 2010, the Foudys' dog and a neighbor's dog killed

three goats. The Saint Lucie Animal Control was contacted.

110.   SLCSO agriculture Deputy Rick Stuhr and animal control responded. The

Foudys' were informed that they had to receive a citation since the neighbor also received

a citation.

111.   Shaun Foudy paid the fine. He later learned that the neighbor did not have

to pay a fine although she was issued a citation, since she was informed by Animal

Control Officer, to simply contact "this number" the following day and that they would

"take care of it."

112.   Between August 2009 and August 2011, the Foudys' personal private

information was obtained through Florida's D.A.V.I.D system approximately 127 times

by the Defendant IRCSO and Individual Defendants identified in Exhibits 1, 2, and 3.

This was a breach of and an impermissible use of the D.A.V.I.D. system by these

Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's

private information. Upon information and belief, these accesses were made purely for

personal reasons and out of morbid curiosity.

113.   In mid-2012, Shaun Foudy was contacted by his bank and informed that

there was a security breach to his account and that there were unauthorized charges on his

debit card. The perpetrator was never identified.

A403

114.    The Foudys have been forced to re-locate again in 2013 to remove

themselves from the State of Florida.

**III.    Defendant IRCSO and Supervisor Defendants Have Disclosed and**
**Failed to Protect Plaintiff's Personal Private Drivers' License**
**Information.**

115.    The login page to D.A.V.I.D system includes the following monition:

All data contained within the DAVID system is sensitive and
privileged information and shall be handled accordingly. To maintain
the integrity of this information, the records will be accorded proper
management and security, and will only be accessed and used by
authorized personnel in accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject
to detailed monitoring and audits to protect against improper or
unauthorized use. Unauthorized use includes, but is not limited to,
queries not related to a legitimate business purpose, personal use,
dissemination, sharing, copying, or passing of DAVID information to
unauthorized users and could result in civil proceedings against the
offending agency and or criminal proceedings against any user or
other person involved. Violations or misuse may also subject the user
and the user's agency to administrative sanctions and possible
disciplinary action by their agency, and could result in DAVID access
termination.

Accessing the DAVID system by any individual or agency constitutes
their consent to the monitoring of all activities, as well as consent to
the suspension or termination of their access privileges during or
following any audit that determines misuse of the system.

116.    According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the

express consent of the person to whom such emergency contact information applies, the

emergency contact information contained in a motor vehicle record may be released only

to law enforcement agencies for purposes of contacting those listed in the event of an

A404

emergency."

117.   Furthermore, the Florida Unlawful Use of Personal Identification Information Act (HB 481), the Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

118.   The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID misuse not occurring again?

119.   The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual audit to ensure proper use and dissemination

120.   As reflected in Exhibits 1, 2, and 3, Individual Defendants and Defendant IRCSO have viewed and obtained the Foudys' private and highly-restricted personal information via the D.A.V.I.D system, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, driving

A405

record, insurance carrier, emergency contacts and those contacts private and highly-restricted personal information on hundreds of occasions since July 1, 2005.

121.   The D.A.V.I.D system, to which access is limited and approved by the DHSMV and the FDLE, permits law enforcement personnel to search Florida driver licenses, identification cards, and license plates (tags) amongst other private and highly-restricted personal information.

122.   Defendant IRCSO and Defendant Supervisors also had the ability to develop, implement and enforce policies relating to their law enforcement officers' use of the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent unauthorized accesses of private data of Plaintiffs (and other Florida citizens), to prevent violations of the DPPA, and to discipline employees and law enforcement officers who violated their policies and the law.

123.   On information and belief, Individual Defendants' training by Defendant IRCSO, and Defendant Supervisors included monitions against viewing private driver's license information for unofficial purposes, unless it was their own private driver's license information.

124.   Whatever training, monitoring, or inquiry into law enforcement officers' usage of the information systems has been adopted, implemented, and ratified by Defendant IRCSO and Defendant Supervisors is woefully inadequate to ensure that access is used properly and lawfully.

125.   On information and belief, despite this training, Defendant IRCSO and Defendant Supervisors allowed employees and law enforcement officers, including but

A406

not limited to Individual Defendants, to view Plaintiffs' private driver's license information for unlawful purposes.

126.   On information and belief, Defendant IRCSO and Defendant Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and knew or should have known that it was occurring.

127.   On information and belief, this illegal access occurs with regularity not only of Plaintiffs' private information but of other Florida driver's private information.

128.   Defendant IRCSO and Defendant Supervisors have lax policies and/or lax enforcement of these policies that allow for these privacy intrusions.

129.   Defendant IRCSO, and Defendant Supervisors, either have no viable method or have an inadequate method of ascertaining and controlling the illegal access to individuals' private information by their officers.

130.   Defendant IRCSO and Defendant Supervisors also failed to prevent unauthorized access to the database, including access to Plaintiffs' driver's license information.

131.   The policy of the State of Florida is to uphold the provisions of the law, both state and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants, including its drivers' privacy rights, and including those rights as are required to be protected by federal law, and in particular, it is the policy of the State of Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

**IV.   Neither Defendants Nor Other Authorities Have Been Willing to Hold**

A407

**Any of the Individual Defendants Accountable for Their Wrongdoing
and Harm Caused to Plaintiffs.**

132.    In April 2011, while researching agency records and preparing for her

ongoing review of the Wrongful Termination with IRCSO, Toni Foudy requested her

D.A.V.I.D records from the DHSMV. Toni Foudy received her results in July 2011.

133.    On information and belief, most of the Defendant IRCSO and Individual

Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number

— to look up their private and highly restricted personal information.

134.    In or about August 2011, Toni Foudy, contacted the FDLE in regards to the

nearly six-hundred (600) unlawful access of her information by law enforcement

personnel and the fact that her and her family feared for their privacy and safety.

135.    In or about August 2011, Toni Foudy, contacted Governor Rick Scott in

regards to the nearly six-hundred (600) unlawful accesses of her information by law

enforcement personnel and the fact that her and her family feared for their privacy and

safety.

136.    The Governor's office and FDLE informed her to report her concerns to the

agencies whose personnel had accessed her information.

137.    In August 2011, Toni Foudy contacted the United States Department of

Justice (DOJ) informing them of the situation and asked them for help

138.    On or about September 6, 2011, after contacting Florida Attorney General

Pam Bondi's office as well as their Victims Advocate for help, Toni Foudy, received an

e-mail from General Counsel Pam Bondi that suggested she report the allegations to the

A408

FDLE, DHSMV, and the Department of Justice, which she had already done without results.

139.    On November 2, 2011, Toni Foudy contacted FDLE Chief Cindy Sanz expressing fear for her safety. She (Toni Foudy) requested FDLE conduct a criminal investigation against SLCSO & IRCSO.

140.    Toni Foudy also contacted FDLE general counsel Michael Ramage (after reading his September 2010 article titled "Principles to Promote Effective Agency Practices in Database and Information Management") in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

141.    The Foudys also visited the Federal Bureau of Investigations (FBI) Fort Pierce, FL office for assistance, who advised they could not assist.

142.    In February 2012, Toni Foudy contacted FDLE Chief Cindy Sanz again providing additional evidence to support the need for a criminal investigation against SLCSO & IRCSO, including identification of at least 13 criminal violations committed by SLCSO & IRCSO. Toni Foudy made another desperate plea for help in fear for her safety.

143.    On February 25, 2012, Toni & Shaun Foudy received a response from FDLE Chief Cindy Sanz advising them that appropriate action had already been taken by SLCSO and IRCSO and that, "a criminal investigation regarding your complaint will not be initiated by the FDLE. While you may disagree with this determination, you should accept this decision as final."

A409

144.    Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Individual Defendants and Defendant IRCSO repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

145.    Although Shaun Foudy was not under any criminal investigation between July 1, 2005 and the present time, or any other time in his life, Individual Defendants and Defendant IRCSO repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

146.    Although Toni Foudy's other family members were not under any criminal investigation, Individual Defendants and Defendant IRCSO repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system

147.    Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

148.    Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law- enforcement investigation.

149.    Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

150.    Toni Foudy never waived the protections of the DPPA, nor consented to

Individual Defendants and Defendant IRCSO obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

151.    Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant IRCSO obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

152.    Toni Foudy's family members never waived their protections of the DPPA, nor consented to Individual Defendants and Defendant IRCSO obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

153.    Defendant IRCSO, claim to have conducted internal investigations.

154.    In February 2012, Shaun Foudy contacted IRCSO requesting reason for his private information being obtained by so many law enforcement personnel in such high volume given the absence of investigative purpose. Shaun Foudy requested IRCSO provide him detailed copies of the agencies' completed I.A. Investigations pertaining to his complaint.

   **B.    IRCSO's Investigation and Response to Its Officers' Breach of the D.A.V.I.D. System Was Inadequate, Incomplete, and in Violation of State Law.**

155.    IRCSO's internal investigation of its law enforcement personnel did not reflect the one-hundred-and-twenty (120) queries that DHSMV reflected on its audit.

156.    IRCSO did conduct an investigation regarding some of, but not all the accesses identified on Exhibits 1, 2, and 3 by its Internal Affairs Unit.

157.    IRCSO concluded that Defendants Rebecca Hurley, Andrew Bartucelli, Ismael Hau, Eric Carlson, Greg Long, and Heath Higman violated regulations by

A411

accessing Toni Foudy's private personal driver's license information.

158.   Defendants Rebecca Hurley, Andrew Bartucelli, and Ismael Hau informed internal affairs investigators that they accessed Toni Foudy's personal private information because they had "heard rumors" about her from SLCSO.

159.   IRCSO concluded that Defendants Detective John Finnegan, Deputy Brian Reimsnyder, Deputy Roderick Smith, and Deputy Ciro Perrone did not violate any regulations by accessing Toni Foudy's private personal driver's license information since the Defendants could "not recall" why they had ran her information.

160.   IRCSO concluded that Defendants Michael Pierce, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty and Jeff Ledlow did not violate any regulations by accessing Toni Foudy's private personal driver's license information on multiple dates and times since the Defendants may have ran her since her vehicle was in the IRCSO parking lot.

161.   Defendant David Wright resigned on or about December 9, 2011. Based on information and belief, Defendant Wright was under investigation for asking another agency to make a welfare check on a woman he met on an online internet dating site. Based on information and belief, Defendant Wright lied to the other agency in order to have the officers contact the young lady.

162.   Based on information and belief, David Wright improperly accessed the young lady's information via the same highly restricted law enforcement database he also used to look up Toni Foudy's confidential information.

163.   IRCSO concluded that Defendant David Bailey did not violate any

regulations by accessing Toni Foudy's private personal driver's license information six

(6) separate times since the Defendant may have ran her since she was a new hire, to

verify her driver's license, and to view her driver's license information.

164. Based on information and belief, the internal affairs investigator(s) for

IRCSO did not attempt to verify or corroborate the statements made by the law

enforcement personnel during the course of the internal affairs investigation regarding its

law enforcement personnel.

165. Upon information and belief, the following Individual Defendants

employed by Defendant Indian River County lied under oath regarding their reasons for

obtaining Plaintiffs' personal and private information through the D.A.V.I.D. system:

Mark Birtel, John Carter, David Wright, Scott Prouty, and Jeff Ledlow.

166. Upon information and belief, Defendant Indian River County and

Defendant Sheriff Loar knew, or reasonably should have known, that the individuals

identified in the above paragraph were untruthful about their reasons for obtaining

Plaintiffs'; personal and private information through the D.A.V.I.D. system. Yet,

Defendants Indian River County and Sheriff Loar, like Defendant St. Lucie County and

Defendant Sheriff Mascara failed to discharge or remove such law enforcement officers

from payroll as required by Florida Statute §876.06.

167. Based on information and belief, IRCSO did not provide a complete list of

the individual law enforcement personnel that accessed Toni Foudy's information and all

documents and things related to the internal affairs investigation.

168. IRCSO did not provide the number of times that all law enforcement

personnel viewed the private and highly restricted personal information of Toni Foudy.

169.    IRCSO failed to provide the Foudys with a written Notice of Security

Breach, even though IRCSO had notified more than 100 other victims who were

improperly accessed by LT. Fabien Pierce of those security breaches in accordance with

the Florida Unlawful Use of Personal Identification Information Act (HB 481).

170.    Pursuant to Florida Statute § 817.5681, Toni Foudy and Shaun Foudy are

entitled to be informed of a breach to their private personal information without any

unreasonable delay.

171.    On or about April 30, 2012, the IRCSO informed Shaun Foudy via written

correspondence that there was not sufficient evidence to conclude that Defendants

Sergeant David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric

Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records

Specialist Shaveldra Monique Smith violated departmental rules, regulations, policies or

procedures.

172.    The letter dated April 30, 2012, did not state that Defendants Sergeant

David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric Carlson,

Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist

Shaveldra Monique Smith had any of the narrow legitimate law enforcement purposes

outlined under the DPPA, 18 U.S.C. §§ 2721-2725, for accessing Shaun Foudy's private

personal driver's license information.

173.    In the prior internal affairs interview on August 4, 2011 regarding Toni

Foudy, IRCSO provided Deputy Rebecca Hurley a letter of counseling for improperly

accessing Toni Foudy's private personal records.

174.    Based on information and belief, the above IRCSO deputies and Deputy Rebecca Hurley are the same law enforcement personnel referenced in the April 30, 2012 letter by IRCSO to Shaun Foudy, stating that there was "not sufficient" information to conclude there was a violation of Shaun Foudy's Civil rights.

175.    Based on information and belief, IRCSO has failed to provide a complete list of the law enforcement personnel that accessed Shaun Foudy's private restricted driver's license information without a legitimate purpose since 2005.

176.    In addition, based on information and belief, IRCSO did not provide the number of times that particular law enforcement personnel viewed and obtained the private and highly restricted personal information of Shaun Foudy.

177.    Based on information and belief, the internal affairs investigator(s) for IRCSO did not attempt to verify or corroborate the statements made by the law enforcement personnel during the course of the investigation of its law enforcement personnel.

178.    Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be informed of a breach to his private personal information without any unreasonable delay.

179.    Based on information and belief, Toni Foudy's immediate family members did not continuously reside in the State of Florida at the time their information was accessed.

180.    Based on information and belief, the private and highly restricted information of Toni Foudy's family was accessed due to their relationship with Toni

Foudy.

181.    Pursuant to Florida Statute § 817.5681, Toni Foudy's family members have

never been informed to date that there was a breach or possible breach to their private

personal driver's license information.

182.    IRCSO has impermissibly accessed Toni Foudy's family members'

information since 2006.

183.    Additional employees and supervisors at Defendant IRCSO who have also

impermissibly accessed the Foudys' private information through the D.A.V.I.D. system,

Jane and John Does, are not presently known, because Defendant IRCSO have either not

provided Plaintiffs with their identities or not provided sufficient information to

determine if their law enforcement personnel's access to the database was unauthorized,

despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will

become known through discovery.

**V.    Toni and Shaun Foudy Have Been Significantly Harmed By This
        Intrusion into Their Private Life**

184.    Shaun Foudy was visibly shaken and traumatized to discover that his

records were accessed nearly 100 times by IRCSO between July 1, 2005 and August 1,

2011.

185.    Plaintiffs were further shocked, horrified, and frightened to learn that

employees and law enforcement officers of Brevard County, Martin County, City of Fort

Pierce, City of Port St. Lucie, City of Sewall, City of West Palm Beach, City of Indian

River Shores, City of Fellsmere, County of Miami-Dade, City of Vero Beach, and City of

West Palm Beach, had also engaged in improperly and wrongfully obtained their personal private information for no legitimate law enforcement purpose, but rather for personal reasons.

186.    The sheer quantity of these intrusions into Toni Foudy's private life, Shaun Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates that law-enforcement personnel are unjustly hostile toward the Foudys' privacy, safety and emotional well-being.

187.    As a result of this invasion of privacy, the Foudys' do not feel comfortable and are afraid to go to public places where law enforcement personnel were likely to be around; they lost their sense of freedom, including their sense of freedom to travel and attend their church and local events.

188.    As a result of this invasion of privacy, the Foudys' were forced to alter their social activities and have in effect, become hermits.

189.    As a result of this invasion of privacy, Toni Foudy has significantly had to change her physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or recognized, harassed, or having her personal private information further accessed and obtained by Defendant IRCSO, Individual Defendants, and Defendant Jane and Joe Does.

190.    As a result of this invasion of privacy, the Foudys' have felt forced to purchase different vehicles to avoid being recognized.

191.    As a result of the invasion of privacy, the Foudys' have felt that they have lost any control over the privacy in their life.

A417

192.    As a result of the invasion of privacy, Toni Foudy has been severely restricted her interactions on any social media sites.

193.    As a result of the invasion of privacy, Shaun Foudy has significantly limited his interaction on any social media sites.

194.    As a result of the invasion of privacy, the Foudys' were compelled to relocate three times and to incur expenses related thereto.

195.    As a result of the invasion of privacy, Toni Foudy was unable to return to work due to its mental and physical impact.

196.    As a result of the invasion of privacy, Toni Foudy's physical health has deteriorated, included exacerbation of certain pre-existing conditions such as migraines and narcolepsy.

197.    As a result of the invasion of privacy, Shaun Foudy did not let his son participate in the St. Patrick's Day parade with his karate class since it was a public event that included local law enforcement.

198.    As a result of the invasion of privacy, the Foudys fear contacting law enforcement agents in an emergency situation. For example, on September 25, 2013, Plaintiffs had an intruder on their property, were concerned for their safety, but did not feel safe calling law enforcement officers to help and protect them given Defendant IRCSO' and Individual Defendants' conduct described in this Complaint.

199.    As a result of the invasion of privacy, the Foudys have suffered significant marital stress and relationship issues.

200.    As a result of the invasion of privacy, the Foudys have experienced a loss

A418

of consortium due to physical and emotional inability to be intimate.

201.    As a result of the invasion of privacy, the Foudys are unable to provide their son the quality time and attention he deserves.

202.    As a result of the invasion of privacy, had to hire two private investigators.

203.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the minimum one hundred fifty (150) hours needed during the fiscal-year period October 2011 to October 2012 for Walt Disney World.

204.    As a result of the invasion of privacy, Toni Foudy lost her part-time employment with Walt Disney in October 2012, as a result of her inability to physically and mentally work the required hours needed to maintain her position as Snow White.

205.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost friends due to the fact that some long-time family friends are employed by various law enforcement agencies and fear conflict.

206.    As a result of the invasion of privacy, Toni and Shaun Foudy have suffered damaging conflict with their immediate family members whose private information was viewed and obtained more than 800 times by Florida law enforcement officers. Toni Foudy has suffered great loss having her immediate family members distance themselves from the Foudys in fear of continued law enforcement harassment with further compromised safety and privacy.

207.    Toni and Shaun Foudy's young children's lives have suffered disruption and confusion having to uproot out of Florida. Their 7 year old son had to say goodbye to friends and a wonderful teacher at his private Christian school in St. Lucie County.  The

Foudys' growing son is frightened by law enforcement.  The Foudys fear their son will hesitate calling for help in an emergency situation after witnessing the terror experienced by his parents whenever law enforcement is present.

208.    Toni Foudy in addition to being fearful and anxious about her safety, is also concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

209.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed stress, depression, panic disorder, and PTSD.

210.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

## COUNT I: 18 U.S.C. § 2721, et seq.
### Violation of the Driver's Privacy Protection Act
*(Against All Defendants, including Jane and John Does)*

211.    Plaintiffs hereby allege and incorporate paragraphs 1 through 211 of this Complaint, as if fully set forth in this paragraph.

212.    Toni Foudy and Shaun Foudy provided information to the DHSMV, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and those contacts private and

A420

highly- restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

213.    The DHSMV also maintains Plaintiffs driving record and that information is made available on the D.A.V.I.D system.

214.    At no time did Toni Foudy and Shaun Foudy provide their consent for any of the Defendant Individuals to obtain, disclose or use, or for any of the Defendant IRCSO or Defendant Supervisors to disclose or to allow Defendant Individuals to obtain, disclose or use her private information for anything but official law enforcement business.

215.    Intentionally obtaining, disclosing or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

216.    The DPPA provides relief for violations of a person's protected interest in the privacy of their motor vehicle records and the identifying information therein.

217.    The Defendants, each of them, have invaded Toni Foudy and Shaun Foudy's legally protected interest under the DPPA.

218.    Indian River County Sheriff Department illegally obtained Shaun Foudy's personal and private information at least twenty-seven times as reflected in the D.A.V.I.D system. Specifically David S. Bailey committed this offense one time. Eric G. Carlson committed this offense one time. Gregory Scott Long committed this offense four times. Jane Marie Saubert committed this offense three times. Jeffrey Aaron Ledlow committed this offense six times. John Eric Finnegan committed this offense one time. Michael

Lynn Pierce committed this offense three times. Paul L. Button committed this offense one time. Rebecca Nicole Hurley committed this offense one time. Shaveldra Monique Smith committed this offense two times. Terri J. Birtel committed this offense one time. Each offense is in violation of the DPPA.

219.    Indian River County Sheriff's Office illegally obtained Toni Foudy's personal and private information at least one hundred and twenty-seven times as reflected in the D.A.V.I.D. system. Specifically, Ciro Perrone committed this offense one time. Karl Joe Moody committed this offense seven times. Stephen Guy Thomas Jr. committed this offense six times. Andrew Bartuccelli committed this offense one time. Brian Charles Reimsnyder committed this offense two times. Carol M. Greenlee committed this offense four times. Christopher L. Rodriguez committed this offense two times. David S. Bailey committed this offense six times. Debra A. Worley committed this offense two times. David Wade Wright committed this offense two times. Eric G. Carlson committed this offense one time. Fabian John Pierce committed this offense two times. Gregory Scott Long committed this offense six times. Heath Patrick Higman committed this offense four times. Ismael O Hau committed this offense five times.  John Charles Carter III committed this offense two times. John David Cronenberg committed this offense two times. John Eric Finnegan committed this offense eight times. Jeffrey Aaron Ledlow committed this offense seven times. Jane Marie Saubert committed this offense five times. Mark D. Birtel committed this offense three times. Michael Lynn Pierce committed this offense five times. Paul L. Button committed this offense four times. Randal Fornes committed this offense two times. Rebecca Nicole Hurley committed this

offense three times. Roderick Jamil Smith committed this offense two times. Samantha Haynes committed this offense one time. Scott M. Prouty committed this offense one time. Sue Ann Smith committed this offense two times. Shaveldra Monique Smith committed this offense two times. Stephen Guy Thomas Jr. committed this offense three times. Terri J. Birtel committed this offense two times. Each offense is in violation of the DPPA.

220.   None of the Individual Defendants' activities fell within the DPPA's permitted exceptions for procurement of Plaintiffs' private information.

221.   By the actions described above, each Individual Defendant law enforcement personnel was acting within the scope of his or her employment when he or she obtained, disclosed or used Plaintiffs' personal information from the Driver and Vehicle Information Database for an impressible purpose.

222.   Individual Defendants knew or should have known that their actions related to Plaintiffs' personal information were in violation of the DPPA.

223.   Defendant IRCSO and Defendant Supervisors knowingly authorized, directed, ratified, approved, acquiesced in, committed or participated in obtaining, disclosing or using of Plaintiffs' private personal information by the Individual Defendants.

224.   The outrageous volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private highly-restricted personal information, especially given Toni Foudy and Shaun Foudy's lack of a criminal record, makes apparent that Defendants' actions were not permissible.

A423

225.   The repeated, continuous, and ongoing acts of harassment by Defendant IRSCO and Individual Defendants further indicate improper purposes for their conduct and invasion of Plaintiffs' privacy.

226.   Toni Foudy and Shaun Foudy have suffered harm because their private information has been obtained unlawfully.

227.   Toni Foudy and Shaun Foudy suffered and continue to suffer harm by virtue of the increased risk that their protected information is in the possession of law enforcement personnel who obtained it without a legitimate purpose.

228.   Toni Foudy and Shaun Foudy suffered and continue to suffer harm given Defendant IRCSO and Individual Defendants' actual use of their private information after obtaining it improperly.

229.   As recent as 5/11/2014, Toni Foudy received a threatening YouTube video about "hiring a hit-man" which showed how people can be killed when least expected.

230.   This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

231.   The Individual Defendants, Supervisor Defendants and Defendant IRCSO each willfully and recklessly disregarded the law, entitling Toni Foudy and Shaun Foudy to punitive damages under the DPPA, see 18 U.S.C. § 2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Sta. § 768.72.

232.   Plaintiffs are entitled to actual, punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

233.    In addition, under the DPPA, Plaintiffs are entitled to a baseline liquidated damages award for at least $2,500 for each violation of the DPPA. 18 U.S.C. § 2721(b)(1). Toni Foudy and Shaun Foudy need not prove actual damages to receive liquidated damages.

## <u>JURY DEMAND</u>

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

WHEREFORE, Plaintiff Toni Foudy and Plaintiff Shaun Foudy, each individually, prays for judgment against the Defendants as follows:

A.    A money judgment against all the Defendants for liquidated, actual and compensatory damages in an amount in excess of One Million ($1,000,000) Dollars and punitive damages in an amount to be determined by the jury, together with their costs, including reasonable attorney fees, under 42 U.S.C. §1988, the DPPA, and other applicable laws, and prejudgment interest;

B.    Actual damages, punitive damages, attorney's fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C.    Liquidated damages of at least $2,500 for each violation of the DPPA under l8 U.S.C. §2721(b)(1);

D.    An injunction, permanently enjoining all Defendants from viewing either Plaintiffs private information in violation of the DPPA, unless necessary for

A425

law enforcement purposes;

E.     A permanent injunction denying Individual Defendants access to

D.A.V.I.D. & FCIC databases for two years.

F.     A permanent injunction, barring Defendant Individuals from trespassing or

instructing proxies to trespass on either Plaintiffs property or otherwise

harass Toni Foudy and Shaun Foudy or infringe in any way on their privacy

and their right against the invasion of their respective privacy;

G.     A permanent injunction, allowing both Plaintiffs to use a post-office box in

place of an address on their Florida Driver's License; and,

H.     For such other and further relief as this Court deems just and equitable.


Dated: August 15, 2014

Respectfully submitted,

/s/Mirta Desir              
Mirta Desir (NY 4805057 / FL 90103 )
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 347-680-5247
E: mdesir@desirlaw.com
Attorney for Plaintiffs

A426

Case 9:14-cv-14620-KMR Document 121 Entered on FLSD Docket 08/16/2014 Page 1 of 8

TREPPEDA



Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range: 7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14: 47 | DL.PhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14: 45 | DL.Summary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14: 46 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19: 01 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19: 50 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21: 49 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19: 39 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19: 47 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | Tijuana L. Comer | 1/31/2007 16: 21 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Michelle D Wentz | 11/30/2006 10: 49 | DL.Summary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Jason Braun | 5/21/2006 9: 50 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14: 56 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9: 49 | DL.Summary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9: 49 | DL.Summary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9: 49 | DL.Summary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14: 54 | DL.Transcripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17: 52 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6: 00 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5: 54 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10: 48 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2: 25 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2: 12 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19: 00 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3: 19 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5: 54 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16: 26 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5: 51 | DL.Summary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4: 53 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16: 26 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3: 33 | DL.Summary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0: 39 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4: 23 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0: 39 | DL.Summary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4: 22 | DL.Summary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8: 30 | DL.Summary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8: 30 | DL.Transcripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6: 29 | DL.Summary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11: 54 | DL.PhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11: 53 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13: 18 | DL.Summary |

Page 1 of 8

| | | | |
|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 DL PhotoLineup |
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L. Whitaker | 9/20/2006 14:43 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L. Whitaker | 9/20/2006 14:42 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 DL Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 DL Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 DL Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 DL SignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 DL SignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 DL PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 DL PhotoLineup |

| Email | Agency | Name | Date/Time | Type |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:31 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Clayan Mangrum | 7/25/2006 18:03 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DL.PhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DL.Summary |

Case 9:12-cv-14620-KMR    Document 421    Entered on FLSD Docket 03/5/2014    Page 4 of 8

| Website | Organization | Name | Date/Time | Type |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 10/3/2006 14:52 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DL.PhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DL.Transcripts |

Case 9:12-cv-14620-KLR   Document 421   Entered on FLSD Docket 08/16/2014   Page 5 of 8

| Website | Office | Name | Date/Time | Type |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0: 10 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 1/30/2006 20: 50 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21: 47 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 2/7/2006 16: 10 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 2/14/2006 21: 03 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | John Brady | 2/15/2006 18: 34 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18: 19 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 3/14/2006 15: 46 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 3/15/2006 20: 09 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 3/15/2006 20: 10 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5: 48 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18: 29 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | John Parow | 3/24/2006 13: 18 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13: 45 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13: 46 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12: 14 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3: 03 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | William Radke | 4/1/2006 19: 40 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22: 52 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17: 57 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18: 01 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15: 15 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16: 03 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8: 53 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9: 03 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9: 11 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18: 34 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14: 26 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 4/30/2006 14: 13 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14: 46 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 6/15/2006 21: 30 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 6/15/2006 21: 34 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 6/15/2006 21: 35 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Brian Scribner | 6/15/2006 21: 37 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8: 42 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8: 43 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10: 26 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15: 11 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15: 14 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18: 02 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael White | 7/25/2006 19: 46 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael White | 7/25/2006 20: 40 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21: 21 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 7/25/2006 21: 39 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21: 47 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22: 11 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 7/29/2006 13: 41 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12: 10 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12: 15 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 8/3/2006 6: 07 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2: 20 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/5/2006 22: 20 | DL.Summary |

| Website | Organization | Name | Date/Time | Type |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DL.Transcripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office. Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DL.Summary |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DL.PhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DL.Summary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 9:35 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 6:40 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 7:36 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DL.Summary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DL.Summary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DL.Summary |

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DL Summary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DL PhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DL Summary |

Page 8 of 8

A434

Toni Foudy



# Intranet Records Information System (IRIS)

**Search Type/Value: DL/F300808796100**

**Date Range: 7/1/2005 to 2/14/2013**

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLPhotoLineup |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | DLSummary | 3/9/2011 2:16 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | DLPhotoLineup | 7/19/2011 10:56 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | DLSummary | 7/19/2011 10:57 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | DLSummary | 7/19/2011 10:55 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | InsList | 7/19/2011 10:57 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | DLPhotoLineup | 2/24/2010 0:28 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | DLSummary | 2/24/2010 0:28 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLPhotoLineup | 2/22/2010 22:08 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLPhotoLineup | 3/8/2010 16:25 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLPhotoLineup | 3/14/2010 18:09 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLSummary | 2/22/2010 22:08 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLSummary | 3/8/2010 16:25 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | DLPhotoLineup | 3/14/2010 18:09 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | DLPhotoLineup | 8/3/2011 15:47 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | DLSummary | 8/3/2011 15:46 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | DLPhotoLineup | 5/29/2010 2:24 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | DLSummary | 5/29/2010 2:24 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | DLSummary | 3/17/2010 19:00 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | DLSummary | 2/22/2010 10:55 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | DLSummary | 3/15/2010 8:50 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLPhotoLineup | 3/15/2010 8:31 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLPhotoLineup | 5/10/2010 15:05 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLPhotoLineup | 10/31/2010 4:49 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLSummary | 3/15/2010 8:30 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLSummary | 5/10/2010 15:05 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | DLSummary | 10/31/2010 4:49 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | DLPhotoLineup | 7/31/2010 6:18 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | DLPhotoLineup | 12/8/2010 19:07 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | DLSummary | 7/31/2010 6:17 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | DLSummary | 12/8/2010 19:06 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | DLPhotoLineup | 3/14/2010 18:07 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | DLPhotoLineup | 3/16/2010 19:19 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | DLSummary | 3/14/2010 18:07 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | DLSummary | 3/16/2010 19:19 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | DLTranscript | 3/16/2010 19:19 |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | DLSummary | 3/11/2010 15:43 |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | DLPhotoLineup | 2/22/2010 9:11 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | DLSummary | 2/22/2010 9:10 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | DLPhotoLineup | 3/16/2010 21:55 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | DLPhotoLineup | 4/2/2010 6:30 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | DLPhotoLineup | 7/10/2010 9:02 |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | DLPhotoLineup | 11/12/2010 21:38 |

| Source | Agency | Name | Date/Time | Type |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

| Source | Agency | Name | Date/Time | Type |
|---|---|---|---|---|
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flgin.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flgin.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

| Source | Organization | Name | Date | Type |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | David Snow | 9/18/2008 14:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 8/12/2010 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 10/10/2010 15:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

| Email | Agency | Name | Date | Type |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Stuart Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |



Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range: 7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| URL | Organization | Name | Date/Time | Type |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

Case 9:14-cv-14012-KLR   Document 14-3   Entered on FLSD Docket 03/5/2014   Page 3 of 3

| Email | Department | Name | Date | Type |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

A446

# TAB

# 23

Date: Jan 16, 2015 4:14 PM
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order on Motion to Dismiss
To: <flsd_cmecf_notice@flsd.uscourts.gov>
Cc:

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 1/16/2015 at 5:13 PM EST and filed on 1/16/2015

**Case Name:**      Foudy et al v. Indian River County Sheriff Office et al
**Case Number:**   2:14-cv-14316-RLR
**Filer:**
**Document Number:** 23(No document attached)

**Docket Text:**
PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This cause comes before the Court upon a sua sponte review of the record. The Court is aware of the history of this case. More specifically, the Court is aware that this case originated before Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D. Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be severed. The Court has reviewed Judge Martinez's action at docket entry 211 in that case and finds his decision to be well reasoned and correct. Accordingly, the Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not clearly demonstrate that Defendants' conduct arose out of the same transaction or series of transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at *8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the Defendants in this case will have factually distinct defenses. The numerosity of Defendants in this case may also make for a burdensome discovery process. Plaintiffs' permissive right to joinder must find its yielding point when Defendants' right to a fair trial and judicial economy are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against multiple defendants, how the conduct of the Defendants constituted the same transaction for the purposes of joinder. The Court shall apply the same reasoning here. Accordingly, Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how the alleged conduct of each Defendant arises out of the same transaction or is otherwise permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the aforementioned deadline, the Court may close this case. All pending motions are DENIED AS MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd)
2:14-cv-14316-RLR Notice has been electronically mailed to:

Bruce Robert Bogan &nbsp &nbsp bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com, lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly &nbsp &nbsp bruce@purdylaw.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 26

From: <cmecfautosender@flsd.uscourts.gov>
Date: Mon, Feb 2, 2015 at 9:05 AM
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order on Motion for Extension of Time
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2015 at 9:05 AM EST and filed on 2/2/2015
**Case Name:**          Foudy et al v. Indian River County Sheriff Office et al
**Case Number:**       2:14-cv-14316-RLR
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**PAPERLESS ORDER denying without prejudice [25] Motion for Extension of Time for Plaintiff's failure to comply with the meet and confer requirement of Local Rule 7.1(a)(3). Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd)**

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan &nbsp &nbsp bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com, lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly &nbsp &nbsp bruce@purdylaw.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt &nbsp &nbsp skd@dewittlaw.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

## 27

From: <cmecfautosender@flsd.uscourts.gov>
Date: Mon, Feb 2, 2015 at 9:14 AM
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order
Dismissing Case
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of
all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not
apply.

## U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2015 at 9:14 AM EST and filed on 2/2/2015
**Case Name:**          Foudy et al v. Indian River County Sheriff Office et al
**Case Number:**        2:14-cv-14316-RLR
**Filer:**
**WARNING: CASE CLOSED on 02/02/2015**
**Document Number:** 27(No document attached)

**Docket Text:**
**PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior
Order [23]. All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed
with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion
should include an explanation for Plaintiff's failure to comply with the orders of this Court and
must also include, as an attachment, an amended complaint that complies with the Court's
January 16, 2015 Order [23]. Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd)**

**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as
directed by Court Order, unless they have been designated to be permanently sealed. See
Local Rule 5.4 and Administrative Order 2014-69.**

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan &nbsp &nbsp bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com,
lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly &nbsp &nbsp bruce@purdylaw.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt &nbsp &nbsp skd@dewittlaw.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided
by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**          A449

# TAB

# 30

From: cmecfautosender@flsd.uscourts.gov
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order on Motion to Reopen Case
Date: February 3, 2015 at 5:13 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one
free electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later charges,
download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 2/3/2015 at 5:12 PM EST and filed on 2/3/2015

**Case Name:**     Foudy et al v. Indian River County Sheriff Office et al

**Case Number:**   2:14-cv-14316-RLR

**Filer:**

**WARNING: CASE CLOSED on 02/02/2015**

**Document Number:** 30(No document attached)

Docket Text:
**PAPERLESS ORDER denying Motion to Reopen [29] without prejudice.
The Court's January 16th Order required Plaintiff to clearly show "how
the conduct of the Defendants constituted the same transaction for the
purposes of joinder." The Order also discussed Judge Martinez's prior
order in this case, adopted Judge Martinez's reasoning, and discussed
how "merely similar" transactions are insufficient to satisfy the
permissive joinder requirements of Rule 20 under such cases as Bass v.
Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from
Plaintiff's Motion and amended complaint is a responsive section that
addresses the specifics of the Court's Order. Plaintiff may refile an
amended complaint in a new motion to reopen that responds to the
concerns noted in the Court's January 16th Order or, alternatively,
Plaintiff may file a new motion to reopen that directs the Court's attention
to specific paragraphs in Plaintiff's fifty-page complaint address the
Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015.
(bkd)**

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan      bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com,
lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly      bruce@purdylaw.com

Mirta Desir      mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt      skd@dewittlaw.com

# TAB

# 37

From: cmecfautosender@flsd.uscourts.gov
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order on Motion to Reopen Case
Date: June 3, 2015 at 2:28 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

# Notice of Electronic Filing

The following transaction was entered on 6/3/2015 at 2:27 PM EDT and filed on 6/3/2015

**Case Name:** Foudy et al v. Indian River County Sheriff Office et al

**Case Number:** 2:14-cv-14316-RLR

**Filer:**

**Document Number:** 37(No document attached)

**Docket Text:**
PAPERLESS ORDER granting [31] Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case within two (2) days of the date of rendition of this Order. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days of the date of rendition of this Order. Signed by Judge Robin L. Rosenberg on 6/3/2015. (nkl)

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan    bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com, lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly    bruce@purdylaw.com

Mirta Desir    mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt    skd@dewittlaw.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 38

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14316-ROSENBERG/LYNCH**

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

INDIAN RIVER COUNTY SHERIFF'S
OFFICE *et al.*,

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

      **THIS CAUSE** is before the Court upon its Paperless Order Granting Plaintiffs' Motion

to Reopen Case [DE 37] entered June 3, 2015, in which the Court ordered Plaintiffs to file their

Amended Complaint as a separate docket entry no later than June 5, 2015. To date, Plaintiffs

have failed to file their Amended Complaint. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. This case is **ADMINISTRATIVELY CLOSED** for Plaintiffs' failure to comply with
   the Court's Paperless Order Granting Plaintiffs' Motion to Reopen Case.

2. In the event Plaintiffs wish to proceed with the prosecution of this case, Plaintiffs
   must file a motion to reopen the case. The motion must include an explanation for
   Plaintiffs' failure to comply with the Court's Paperless Order Granting Plaintiffs'
   Motion to Reopen Case.

3. All pending motions are **DENIED AS MOOT,** all scheduled hearings are
   **CANCELLED**, and all deadlines are **TERMINATED**.

4. The Clerk is instructed to **CLOSE THIS CASE**.

      **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 9th day of June, 2015.

                        _____
                        ROBIN L. ROSENBERG
Copies furnished to:                 UNITED STATES DISTRICT JUDGE
Counsel of record

A452

# TAB

# 40

From: cmecfautosender@flsd.uscourts.gov
Subject: Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al Order on Motion to Reopen Case
Date: June 23, 2015 at 3:56 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

Case: 15-14646    Date Filed: 02/12/2016    Page: 522 of 765

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/23/2015 at 3:54 PM EDT and filed on 6/23/2015

**Case Name:** Foudy et al v. Indian River County Sheriff Office et al
**Case Number:** 2:14-cv-14316-RLR
**Filer:**
**Document Number:** 40(No document attached)

Docket Text:
**PAPERLESS ORDER granting [39] Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their [31] Motion to Reopen Case as a separate docket entry in this case no later than Thursday, June 25, 2015. Defendants shall file a responsive pleading or motion directed to Plaintiffs' Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/23/2015. (nkl)**

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan    bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com, lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly    bruce@purdylaw.com

Mirta Desir    mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt    skd@dewittlaw.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Toni Foudy and Shaun Foudy,

          Plaintiffs,

v.

Indian River County,
Sheriff Deryl Loar, in his official capacity as the
Sheriff of the Indian River County Sheriff's Office,
David Bailey, Individually,
Eric Carlson, Individually,
Greg Long, Individually,
John Finnegan, Individually,
Michael Pierce, Individually,
Rebecca Hurley, Individually,
Terri Birtel, Individually,
Shaveldra Monique Smith, Individually,
Paul Button, Individually,
Andrew Bartucelli, Individually,
Ismael Hau, Individually,
Brian Reimsnyder, Individually,
Roderick Smith, Individually,
Heath Higman, Individually,
Ciro Perrone, Individually,
Randal Fornes, Individually,
Chris Rodriguez, Individually,
John Cronenberg, Individually,
John Carter, Individually,
David Wright, Individually,
Scott Prouty, Individually,
Jeff Ledlow, Individually,
Jane Marie Saubert, Individually,
Karl Joe Moody, Individually,
Dane Morris, Individually,
Steven Guy Thomas, Individually,
Fabian John Pierce, and
JANE and JOHN DOES (1-150),

          Defendants.

_____/

**CASE NO.: 2:14-cv-14316-RLR**

**JURY TRIAL DEMANDED**

**UNDER FRCP 38(b)**

<u>**PLAINTIFFS' AMENDED COMPLAINT**</u>

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel, file their Amended Complaint and hereby state and allege as follows:

**NATURE OF PLAINTIFFS' CLAIMS**

1.     This is an action for injunctive relief and money damages under the Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA") to recover damages resulting from Defendants' disregard and invasion of Plaintiffs' statutorily protected right to privacy.

2.     In 1994, the United States Congress, recognizing that law enforcement personnel, amongst others, have the ability to access any person's private information, especially the information retained by States in connection with a driver's license, passed the Driver's Privacy Protection Act of 1994 to safeguard that information.

3.     This case involves the invasion of privacy and illegal searches of Plaintiffs' Toni Foudy and Shaun Foudy and their family members by more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose. As a result, those law enforcement officers violated the DPPA, and have also damaged each of the Foudys lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy and violations of their rights under federal and state law.

4.     Specifically, law enforcement personnel in Indian River County illegally viewed

and obtained Plaintiffs Toni and Shaun Foudy's private, personal, and confidential driver's license information more than one-hundred-fifty (150) times without a legitimate law enforcement purpose. The Indian River County Sheriff's Office illegally obtained Shaun Foudy's information at least 27 times, and obtained Toni Foudy's information at least 127 times. Their purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement, a male-dominated profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

5.      Defendants' obtainment and use of Plaintiffs' personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation- related function. Plaintiffs have never been charged with or suspected of committing a crime in Indian River County or any other jurisdiction, other than minor traffic offenses; have never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims; and there was no legitimate reason for Plaintiffs to have been the subject of any investigation by Defendants. Rather, Defendants' obtainment and use of Plaintiffs' personal information was for purposes that were purely personal to the various Defendants.

6.      Law enforcement viewed and obtained Plaintiffs' private information nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011, and IRCSO viewed an obtained the Foudys' information 154 times, but presumably more have viewed it during and after this time, however, due to the state of Florida's procedures for investigating such matters Plaintiffs do not know the full extent of the violations to date. Each time Defendants obtained

Plaintiffs' personal private information without any law enforcement purpose and without

Plaintiff's knowledge and consent, while acting under the color of state law, they violated

Plaintiffs Toni and Shaun Foudy's federal statutory rights.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's Privacy

Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction)

and 1343(a)(3). These statutory and constitutional provisions confer original jurisdiction of this

Court over this matter.

8.      This Court also has supplemental jurisdiction over Plaintiffs' state law claims

pursuant to 28 U.S.C. § 1367.

9.      The amount in controversy exceeds $75,000, excluding interests and costs.

10.     All conditions precedent to the maintenance of this action have been performed or

have occurred prior to its institution including those set forth in Florida Statute § 768.

## THE PARTIES

11.     Plaintiff Toni Foudy, at all relevant times, was a resident of the State of Florida

and citizen of the United States of America.

12.     Plaintiff Shaun Foudy, at all relevant times, was a resident of the State of Florida

and citizen of the United States of America.

13.     Defendant Indian River County ("IRCSO"), a public entity, is a County and

political subdivision of the State of Florida duly organized and existing under the laws of the

State of Florida, which can be sued under Fla. Stat. § 768.28.

14.     Defendant Dave Bailey, upon information and belief, was, at all times relevant

herein, a resident of the State of Florida and a citizen of the United States, duly appointed and

acting as a Sergeant of the Indian River County Sheriff's Department.

15.    Defendant Eric Carlson, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

16.    Defendant Greg Long, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

17.    Defendant John Finnegan, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Detective of the Indian River County Sheriff 's Department .

18.    Defendant Michael Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

19.    Defendant Rebecca Hurley, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

20.    Defendant Terri Birtel, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

21.    Defendant Shaveldra Monique Smith, upon information and belief, was, at  all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Records Specialist of the Indian River County Sheriff 's Department.

22.    Defendant Paul Button, upon information and belief, was, at all times relevant

A458

herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a PSD (Public Safety Dispatch) of the Indian River County Sheriff's Department.

23.     Defendant Andrew Bartucelli, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

24.     Defendant Ismael Hau, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

25.     Defendant Brian Reimsnyder, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

26.     Defendant Roderick Smith, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

27.     Defendant Heath Higman, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff 's Department.

28.     Defendant Ciro Perrone, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

29.     Defendant Randal Fornes, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

A459

30.     Defendant John Cronenberg, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Sergeant of the Indian River County Sheriff's Department.

31.     Defendant Chris Rodriguez, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

32.     Defendant John Carter, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

33.     Defendant David Wright, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

34.     Defendant Scott Prouty, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

35.     Defendant Jeff Ledlow, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

36.     Defendant Jane Marie Saubert, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an employee of the Indian River County Sheriff's Department.

37.     Defendant Karl Joe Moody, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly

A460

appointed and acting as a Deputy of the Indian River County Sheriff's Department.

38.     Defendant Stephen Guy Thomas, Jr., upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

39.     Defendant Fabian John Pierce, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

40.     Defendant Dane Morris, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as a Deputy of the Indian River County Sheriff's Department.

41.     Defendant Jane and John Does (1-150), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant IRCSO or other federal, state, county or municipal entities in Florida.

42.     Plaintiffs will refer to the individuals named as Defendants (with the exception of "Supervisor Defendants"), including Jane and John Does collectively as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

43.     Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

44.     Defendant Deryl Loar ("Defendant Sheriff Loar"), upon information and belief, was, at all times material herein, a citizen of the United States and a resident of the State of Florida, duly appointed and acting in his individual capacity as the Sheriff of Indian River

A461

County. Defendant Sheriff Loar is sued in his individual capacity

## FACTUAL ALLEGATIONS

**I.      Toni Foudy Was Initially Proud to Be Called a Deputy Until Realizing Fellow Deputies Were More of a Threat than the Worst Criminal she ever Encountered.**

45.      In 2005, Toni Foudy attended the Indian River Police Academy. She graduated from that Academy on August 24, 2005, with a 99.3% GPA.

46.      She was proud to have achieved her dream of becoming a deputy.

47.      On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

48.      On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department.

49.      Toni Foudy was informed, after a meeting with Sheriff Loar and Undersheriff Tim Elder, that she would be hired as a Reserve Deputy.  She was excited at the offer and promptly accepted.

50.      Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full-time Deputy Sheriff.

51.      As a law enforcement officer, Toni Foudy was obligated to inform Sheriff Loar of any off-duty employment –that she was a Walt Disney character entertainer on a part-time basis.

52.      Sheriff Loar stated that he needed to know the nature of the entertainment job.

53.      Toni Foudy informed the Sheriff that she was "Snow White" and that the position needed to remain confidential due to her contract with Walt Disney World and a Confidentiality Agreement.

54.     Sheriff Loar told her that he understood and that the information would remain confidential.

55.     However, almost immediately, IRCSO Lieutenant Derrill Mullinax and other deputies began exclaiming, "Hey it's Snow White" and "where are your 7 dwarfs?," whenever he was in Toni Foudy's presence.

56.     Toni Foudy was concerned that the Sheriff revealed her confidential position because she was told by one of her Field Training Officers, Corporal Dave Bailey, that the Sheriff revealed her position as "Snow White" when he asked the Chief, "Did we hire Snow White yet?" during a meeting amongst several Field Training Offices.

57.     In addition, Toni Foudy almost immediately began having issues with a select group of male deputies that told her that they did not agree with women working in law enforcement, specifically Deputy Jeffrey Ledlow.

58.     In June of 2010, Toni Foudy was subsequently informed by a deputy that the IRCSO males were at a hostage negotiation seminar with SLCSO male law enforcement personnel and were discussing Toni Foudy and her work, and apparently spreading egregious rumors in the process.

59.     Toni Foudy, immediately thereafter, was prescribed anti-anxiety medication by her physician as a result of her co-workers hostile and demeaning behavior.

60.     A short time later, Toni Foudy was informed that the IRCSO was investigating her after a police service call, in which Toni Foudy was accused of kicking and hitting a male suspect.

61.     The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

A463

62.     Toni Foudy was later informed by another IRCSO Corporal that Sergeant Patrick White "had found an opportunity to screw you and ran with it."

63.     Based on information and belief, Sergeant Patrick White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the exaggerated incident.

64.     Toni was later called into the IRCSO and interviewed for the Internal Affairs ("IA") investigation.

65.     During the IA interview, Toni Foudy informed the investigator that she was in a high- risk situation with the suspect, and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for officer safety purposes. She was told that the IRCSO would inform her of the IA outcome.

66.     When she was called into the IRCSO to be informed of the outcome, on January 26, 2011, K9 Sergeant Patrick White was seated outside of the IA office. IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office.

67.     Upon arriving, Toni Foudy was told by IRCSO that she was being terminated, and in violation of her Police Officer Bill of Rights, pursuant to FSS 112.532, Toni Foudy was denied the opportunity to address the investigative findings made against her despite specific request. Sometime after that, In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she had been targeted and "that she should move far away from Indian River and St. Lucie Counties."

**II.     Florida Law Enforcement Officers Have Obtained Toni and Shaun Foudy's Private, Legally Protected Information Without Any Legally Permissible Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times**

A464

68.    The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by each Individual Defendant named herein.

69.    According to the D.A.V.I.D. Reports, Indian River County employees began looking up Toni Foudy and Shaun Foudy's private information on the D.A.V.I.D system at least as early as October 24, 2006.

70.    Shaun Foudy's private information was obtained through Florida's D.A.V.I.D system approximately 28 times by Defendant IRCSO and Individual Defendants identified in Exhibits 3 on pages 1 and 2. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

71.    Between September 1, 2006 (after Toni Foudy was terminated by SLCSO) and July 27, 2009 (when Toni Foudy applied for work with IRCSO), the Foudys' personal private information was obtained through Florida's D.A.V.I.D system approximately 23 times by the Defendant IRCSO and Individual Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons.

72.    Between August 2009 and August 2011, IRCSO officers obtained Toni Foudy's information approximately 127 times, and obtained Shaun Foudy's information approximately 27 times, as represented in Exhibit 1 on page 1, Exhibit 2 on pages 1-4 and Exhibit 3 on pages 1-

A465

2.  This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants

who had no law enforcement purpose for obtaining or using Toni Foudy's private information.

Upon information and belief, these accesses were made purely for personal reasons.

### III.   Defendant IRCSO and Supervisor Defendants Have Disclosed and Failed to Protect Plaintiff's Personal Private Drivers' License Information.

73.     The login page to D.A.V.I.D system includes the following monition:

> All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by authorized personnel in accordance with state and federal law.

> Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

> Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

74.     According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express

consent of the person to whom such emergency contact information applies, the emergency

contact information contained in a motor vehicle record may be released only to law enforcement

agencies for purposes of contacting those listed in the event of an emergency."

75.     Furthermore, the Florida Unlawful Use of Personal Identification Information Act

(HB 481), the Memorandum Of Understanding between DHSMV, FDLE and the law

A466

enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

76.    The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID misuse not occurring again?

77.    The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual audit to ensure proper use and dissemination

78.    As reflected in Exhibits 1 at page 1, Exhibit 2 at pages 1-4, and Exhibit 3 at pages 1-2, Individual Defendants and Defendant IRCSO have viewed and obtained the Foudys' private and highly-restricted personal information via the D.A.V.I.D system, including their home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, driving record, insurance carrier, emergency contacts and those contacts private and highly-restricted personal information on hundreds of occasions since July 1, 2005.

79.    The D.A.V.I.D system, to which access is limited and approved by the DHSMV and the FDLE, permits law enforcement personnel to search Florida driver licenses, identification cards, and license plates (tags) amongst other private and highly-restricted personal

A467

information.

80.     Defendant IRCSO and Defendant Supervisors also had the ability to develop,
implement and enforce policies relating to their law enforcement officers' use of the D.A.V.I.D.
system to ensure that it was not being misused and abused, to prevent unauthorized accesses of
private data of Plaintiffs (and other Florida citizens), to prevent violations of the DPPA, and to
discipline employees and law enforcement officers who violated their policies and the law.

81.     On information and belief, Individual Defendants' training by Defendant IRCSO,
and Defendant Supervisors included monitions against viewing private driver's license
information for unoffical purposes, unless it was their own private driver's license information.

82.     Whatever training, monitoring, or inquiry into law enforcement officers' usage of
the information systems has been adopted, implemented, and ratified by Defendant IRCSO and
Defendant Supervisors is woefully inadequate to ensure that access is used properly and
lawfully.

83.     On information and belief, despite this training, Defendant IRCSO and Defendant
Supervisors allowed employees and law enforcement officers, including but not limited to
Individual Defendants, to view Plaintiffs' private driver's license information for unlawful
purposes.

84.     On information and belief, Defendant IRCSO and Defendant Supervisors,
permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private information, and
knew or should have known that it was occurring.

85.     On information and belief, this illegal access occurs with regularity not only of
Plaintiffs' private information but of other Florida driver's private information.

86.     Defendant IRCSO and Defendant Supervisors have lax policies and/or lax

A468

enforcement of these policies that allow for these privacy intrusions.

87.     Defendant IRCSO, and Defendant Supervisors, either have no viable method or have an inadequate method of ascertaining and controlling the illegal access to individuals' private information by their officers.

88.     Defendant IRCSO and Defendant Supervisors also failed to prevent unauthorized access to the database, including access to Plaintiffs' driver's license information.

89.     The policy of the State of Florida is to uphold the provisions of the law, both state and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants, including its drivers' privacy rights, and including those rights as are required to be protected by federal law, and in particular, it is the policy of the State of Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

## IV.     Neither Defendants Nor Other Authorities Have Been Willing to Hold Any of the Individual Defendants Accountable for Their Wrongdoing and Harm Caused to Plaintiffs.

90.     In April 2011, while researching agency records and preparing for her ongoing review of the Wrongful Termination with IRCSO, Toni Foudy requested her D.A.V.I.D records from the DHSMV. Toni Foudy received her results in July 2011.

91.     On information and belief, most of the Defendant IRCSO and Individual Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number — to look up their private and highly restricted personal information.

92.     In or about August 2011, Toni Foudy, contacted the FDLE in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

93.     In or about August 2011, Toni Foudy, contacted Governor Rick Scott in regards

A469

to the nearly six-hundred (600) unlawful accesses of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

94.     The Governor's office and FDLE informed her to report her concerns to the agencies whose personnel had accessed her information.

95.     In August 2011, Toni Foudy contacted the United States Department of Justice (DOJ) informing them of the situation and asked them for help

96.     On or about September 6, 2011, after contacting Florida Attorney General Pam Bondi's office as well as their Victims Advocate for help, Toni Foudy, received an e-mail from General Counsel Pam Bondi that suggested she report the allegations to the FDLE, DHSMV, and the Department of Justice, which she had already done without results.

97.     On November 2, 2011, Toni Foudy contacted FDLE Chief Cindy Sanz expressing fear for her safety. She (Toni Foudy) requested FDLE conduct a criminal investigation against SLCSO & IRCSO.

98.     Toni Foudy also contacted FDLE general counsel Michael Ramage (after reading his September 2010 article titled "Principles to Promote Effective Agency Practices in Database and Information Management") in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

99.     The Foudys also visited the Federal Bureau of Investigations (FBI) Fort Pierce, FL office for assistance, who advised they could not assist.

100.     In February 2012, Toni Foudy contacted FDLE Chief Cindy Sanz again providing additional evidence to support the need for a criminal investigation against SLCSO & IRCSO, including identification of at least 13 criminal violations committed by SLCSO & IRCSO. Toni

A470

Foudy made another desperate plea for help in fear for her safety.

101.    On February 25, 2012, Toni & Shaun Foudy received a response from FDLE Chief Cindy Sanz advising them that appropriate action had already been taken by SLCSO and IRCSO and that, "a criminal investigation regarding your complaint will not be initiated by the FDLE. While you may disagree with this determination, you should accept this decision as final."

102.    Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Individual Defendants and Defendant IRCSO repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

103.    Although Shaun Foudy was not under any criminal investigation between July 1, 2005 and the present time, or any other time in his life, Individual Defendants and Defendant IRCSO repeatedly accessed and obtained his personal and private information through the D.A.V.I.D. system.

104.    Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

105.    Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant IRCSO obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

106.    Shaun Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant IRCSO obtaining her personal private information from

A471

the State of Florida's D.A.V.I.D. database.

107.     Defendant IRCSO, claim to have conducted internal investigations.

108.     In February 2012, Shaun Foudy contacted IRCSO requesting reason for his

private information being obtained by so many law enforcement personnel in such high volume

given the absence of investigative purpose. Shaun Foudy requested IRCSO provide him detailed

copies of the agencies' completed I.A. Investigations pertaining to his complaint.

> **B.     IRCSO's Investigation and Response to Its Officers' Breach of the D.A.V.I.D. System Was Inadequate, Incomplete, and in Violation of State Law.**

109.     IRCSO's internal investigation of its law enforcement personnel did not reflect

the one-hundred-and-twenty (120) queries that DHSMV reflected on its audit.

110.     IRCSO did conduct an investigation regarding some of, but not all the accesses

identified on Exhibits 1, 2, and 3 by its Internal Affairs Unit.

111.     IRCSO concluded that Defendants Rebecca Hurley, Andrew Bartucelli, Ismael

Hau, Eric Carlson, Greg Long, and Heath Higman violated regulations by accessing Toni

Foudy's private personal driver's license information.

112.     Defendants Rebecca Hurley, Andrew Bartucelli, and Ismael Hau informed

internal affairs investigators that they accessed Toni Foudy's personal private information

because they had "heard rumors" about her from SLCSO.

113.     IRCSO concluded that Defendants Detective John Finnegan, Deputy Brian

Reimsnyder, Deputy Roderick Smith, and Deputy Ciro Perrone did not violate any regulations

by accessing Toni Foudy's private personal driver's license information since the Defendants

could "not recall" why they had ran her information.

114.     IRCSO concluded that Defendants Michael Pierce, Randal Fornes, Chris

Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty and Jeff Ledlow did not violate any regulations by accessing Toni Foudy's private personal driver's license information on multiple dates and times since the Defendants may have ran her since her vehicle was in the IRCSO parking lot.

115.    Defendant David Wright resigned on or about December 9, 2011. Based on information and belief, Defendant Wright was under investigation for asking another agency to make a welfare check on a woman he met on an online internet dating site. Based on information and belief, Defendant Wright lied to the other agency in order to have the officers contact the young lady.

116.    Based on information and belief, David Wright improperly accessed the young lady's information via the same highly restricted law enforcement database he also used to look up Toni Foudy's confidential information.

117.    IRCSO concluded that Defendant David Bailey did not violate any regulations by accessing Toni Foudy's private personal driver's license information six (6) separate times since the Defendant may have ran her since she was a new hire, to verify her driver's license, and to view her driver's license information.

118.    Based on information and belief, the internal affairs investigator(s) for IRCSO did not attempt to verify or corroborate the statements made by the law enforcement personnel during the course of the internal affairs investigation regarding its law enforcement personnel.

119.    Upon information and belief, the following Individual Defendants employed by Defendant Indian River County lied under oath regarding their reasons for obtaining Plaintiffs' personal and private information through the D.A.V.I.D. system: Mark Birtel, John Carter, David Wright, Scott Prouty, and Jeff Ledlow.

A473

120.    Upon information and belief, Defendant Indian River County and Defendant Sheriff Loar knew, or reasonably should have known, that the individuals identified in the above paragraph were untruthful about their reasons for obtaining Plaintiffs'; personal and private information through the D.A.V.I.D. system. Yet, Defendants Indian River County and Sheriff Loar, like Defendant St. Lucie County and Defendant Sheriff Mascara failed to discharge or remove such law enforcement officers from payroll as required by Florida Statute §876.06.

121.    Based on information and belief, IRCSO did not provide a complete list of the individual law enforcement personnel that accessed Toni Foudy's information and all documents and things related to the internal affairs investigation.

122.    IRCSO did not provide the number of times that all law enforcement personnel viewed the private and highly restricted personal information of Toni Foudy.

123.    IRCSO failed to provide the Foudys with a written Notice of Security Breach, even though IRCSO had notified more than 100 other victims who were improperly accessed by LT. Fabien Pierce of those security breaches in accordance with the Florida Unlawful Use of Personal Identification Information Act (HB 481).

124.    Pursuant to Florida Statute § 817.5681, Toni Foudy and Shaun Foudy are entitled to be informed of a breach to their private personal information without any unreasonable delay.

125.    On or about April 30, 2012, the IRCSO informed Shaun Foudy via written correspondence that there was not sufficient evidence to conclude that Defendants Sergeant David Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist Shaveldra Monique Smith violated departmental rules, regulations, policies or procedures.

126.    The letter dated April 30, 2012, did not state that Defendants Sergeant David

A474

Bailey, Sergeant Michael Pierce, Detective John Finnegan, Deputy Eric Carlson, Deputy Greg Long, Deputy Rebecca Hurley, Deputy Terri Birtel, and Records Specialist Shaveldra Monique Smith had any of the narrow legitimate law enforcement purposes outlined under the DPPA, 18 U.S.C. §§ 2721-2725, for accessing Shaun Foudy's private personal driver's license information.

127.    In the prior internal affairs interview on August 4, 2011 regarding Toni Foudy, IRCSO provided Deputy Rebecca Hurley a letter of counseling for improperly accessing Toni Foudy's private personal records.

128.    Based on information and belief, the above IRCSO deputies and Deputy Rebecca Hurley are the same law enforcement personnel referenced in the April 30, 2012 letter by IRCSO to Shaun Foudy, stating that there was "not sufficient" information to conclude there was a violation of Shaun Foudy's Civil rights.

129.    Based on information and belief, IRCSO has failed to provide a complete list of the law enforcement personnel that accessed Shaun Foudy's private restricted driver's license information without a legitimate purpose since 2005.

130.    In addition, based on information and belief, IRCSO did not provide the number of times that particular law enforcement personnel viewed and obtained the private and highly restricted personal information of Shaun Foudy.

131.    Based on information and belief, the internal affairs investigator(s) for IRCSO did not attempt to verify or corroborate the statements made by the law enforcement personnel during the course of the investigation of its law enforcement personnel.

132.    Pursuant to Florida Statute § 817.5681, Shaun Foudy is entitled to be informed of a breach to his private personal information without any unreasonable delay.

133.    Additional employees and supervisors at Defendant IRCSO who have also

A475

impermissibly accessed the Foudys' private information through the D.A.V.I.D. system, Jane and John Does, are not presently known, because Defendant IRCSO have either not provided Plaintiffs with their identities or not provided sufficient information to determine if their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through discovery.

### V. Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion into Their Private Life

134.    Shaun Foudy was visibly shaken and traumatized to discover that his records were accessed nearly 100 times by IRCSO between July 1, 2005 and August 1, 2011.

135.    As a result of this invasion of privacy, the Foudys' do not feel comfortable and are afraid to go to public places where law enforcement personnel were likely to be around; they lost their sense of freedom, including their sense of freedom to travel and attend their church and local events.

136.    As a result of this invasion of privacy, the Foudys' were forced to alter their social activities and have in effect, become hermits.

137.    As a result of this invasion of privacy, Toni Foudy has significantly had to change her physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or recognized, harassed, or having her personal private information further accessed and obtained by Defendant IRCSO, Individual Defendants, and Defendant Jane and Joe Does.

138.    As a result of this invasion of privacy, the Foudys' have felt forced to purchase different vehicles to avoid being recognized.

139.    As a result of the invasion of privacy, the Foudys' have felt that they have lost any control over the privacy in their life.

140.    As a result of the invasion of privacy, Toni Foudy has been severely restricted her

A476

interactions on any social media sites.

141.  As a result of the invasion of privacy, Shaun Foudy has significantly limited his interaction on any social media sites.

142.  As a result of the invasion of privacy, the Foudys' were compelled to relocate three times and to incur expenses related thereto.

143.  As a result of the invasion of privacy, Toni Foudy was unable to return to work due to its mental and physical impact.

144.  As a result of the invasion of privacy, Toni Foudy's physical health has deteriorated, included exacerbation of certain pre-existing conditions such as migraines and narcolepsy.

145.  As a result of the invasion of privacy, Shaun Foudy did not let his son participate in the St. Patrick's Day parade with his karate class since it was a public event that included local law enforcement.

146.  As a result of the invasion of privacy, the Foudys fear contacting law enforcement agents in an emergency situation. For example, on September 25, 2013, Plaintiffs had an intruder on their property, were concerned for their safety, but did not feel safe calling law enforcement officers to help and protect them given Defendant IRCSO' and Individual Defendants' conduct described in this Complaint.

147.  As a result of the invasion of privacy, the Foudys have suffered significant marital stress and relationship issues.

148.  As a result of the invasion of privacy, the Foudys have experienced a loss of consortium due to physical and emotional inability to be intimate.

149.  As a result of the invasion of privacy, the Foudys are unable to provide their son

the quality time and attention he deserves.

150.    As a result of the invasion of privacy, had to hire two private investigators.

151.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the minimum one hundred fifty (150) hours needed during the fiscal-year period October 2011 to October 2012 for Walt Disney World.

152.    As a result of the invasion of privacy, Toni Foudy lost her part-time employment with Walt Disney in October 2012, as a result of her inability to physically and mentally work the required hours needed to maintain her position as Snow White.

153.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost friends due to the fact that some long-time family friends are employed by various law enforcement agencies and fear conflict.

154.    As a result of the invasion of privacy, Toni and Shaun Foudy have suffered damaging conflict with their immediate family members whose private information was viewed and obtained more than 800 times by Florida law enforcement officers. Toni Foudy has suffered great loss having her immediate family members distance themselves from the Foudys in fear of continued law enforcement harassment with further compromised safety and privacy.

155.    Toni and Shaun Foudy's young children's lives have suffered disruption and confusion having to uproot out of Florida. Their 7 year old son had to say goodbye to friends and a wonderful teacher at his private Christian school in St. Lucie County.  The Foudys' growing son is frightened by law enforcement.  The Foudys fear their son will hesitate calling for help in an emergency situation after witnessing the terror experienced by his parents whenever law enforcement is present.

156.    Toni Foudy in addition to being fearful and anxious about her safety, is also

concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

157.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed stress, depression, panic disorder, and PTSD.

158.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

### COUNT I: 18 U.S.C. §2721, et seq.
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against Defendants, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, Fabian Johnson, and Supervisor Defendants, Individually, and Defendant Indian River County)*

159.    Plaintiff, Toni Foudy, hereby realleges and incorporates paragraphs 1 through 158 of this Complaint, as if fully set forth in this paragraph.

160.    Plaintiff, Toni Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

161.    The DHSMV also maintains Toni Foudy's driving record and that information is made available on the D.A.V.I.D. system.

A479

162.   At no time did Plaintiff, Toni Foudy provide her consent for the Defendant to obtain, disclose, or use her personal information.

163.   Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

164.   The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

165.   Defendant while acting in the course and scope of his/her employment as an employee of the Indian River County Sheriff's Office, knowingly accessed and obtained Toni Foudy's private information for purposes not permitted under the DPPA.

166.   None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Toni Foudy's private information.

167.   Indian River County has both vicarious liability for the acts of its officers and direct liability under the DPPA, which defines "person" as used in the civil liability section of the DPPA, 18 U.S.C. § 2724, as "an individual, , organization or entity…". 18 U.S.C. § 2725(2). Moreover, the only exception permitting obtainment by law enforcement, imposes upon the entity the ability to use the information and a duty to ascertain that its officers and agents have a permissible purpose: "Personal information… may be disclosed as follows: For use by any government agency, including any court or law enforcement agency, in carrying out its function…" 18 U.S.C. § 2721(b)(1).

168.   Individual Defendants knew or should have known that his/her actions related accessing and obtaining Toni Foudy's private information were in violation of the DPPA.

A480

169.    Defendant Indian River County and Supervisor Defendants knew or should have known that its employees were wantonly violating the DPPA.

170.    Defendant Indian River County and the Supervisor Defendants could have taken measures to prevent the disclosure of Plaintiff's private information to Individual Defendant, but failed to do so.

171.    The failure of Defendant Indian River County and the Supervisor Defendants to prevent the unauthorized obtainment of Plaintiff's private information to the Individual Defendant constitutes the disclosure of private driver's license information for a purpose not permitted under the DPPA.

172.    This illegal disclosure make Defendant Indian River County and Supervisor Defendants directly liable to Plaintiff under the DPPA.

173.    Plaintiff, Toni Foudy, suffered harm because her private information has been accessed, obtained and disclosed unlawfully. Toni Foudy suffered and continues to suffer harm by virtue of the increased risk that her protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of her private information.

174.    This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

175.    Individual and Supervisor Defendants willfully and recklessly disregarded the law, entitling Plaintiff, Toni Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiff is entitled to actual damages and punitive damages (against Individual and Supervisor Defendants), reasonable attorneys' fees and other litigation costs

reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

176.    In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy, need not prove actual damages to receive liquidated damages.

177.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Defendants, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, Fabian Johnson and SUPERVISOR DEFENDANTS, each, individually, and INDIAN RIVER COUNTY, as follows:

A.   A monetary judgment against the Individual and Supervisor Defendants for liquidated, actual, and compensatory damages and punitive damages, and a monetary judgment against Indian River County for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

B.   Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C.   Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

A482

D. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

E. A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

F. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and protecting her rights against the invasion of her privacy;

G. A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

H. For such other and further relief as this Court deems just and equitable.

**COUNT II: 18 U.S.C. §2721, et seq.**
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against Indian River County: Vicarious Liability for Defendants, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, and Fabian Johnson, Individually)*

178. Plaintiff hereby realleges and incorporates paragraphs 1 through 177 of this Complaint, as if fully set forth in this paragraph.

179. That Indian River County, at all times relevant to this action, employed the individual Defendants, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, and Fabian Johnson (hereinafter "Individual Defendants A"), as employees of Indian River County Sheriff's Office.

A483

180.    At all times material hereto, Defendant, Indian River County, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

181.    At all times relevant to this action Individual Defendants A were employees of Indian River County and acting within the course and scope of their employment therewith. Therefore, Defendant, Indian River County, is, as a matter of law, vicariously liable for the acts and omissions committed by Individual Defendants A while acting within the course and scope of their employment therewith.

182.    Defendant Indian River County, by and through the actions of Individual Defendants A, violated Toni Foudy's federal statutory rights when Individual Defendants A, while acting as employees of Indian River County Sheriff's Office, within the course and scope of their employment with Indian River County, knowingly and intentionally accessed and obtained her personal driver's license information through the database with no proper purpose for doing so.

183.    Defendant Indian River County, by and through the actions of Individual Defendants A, willfully and recklessly disregarded the law when Individual Defendants A, while acting as employees of Indian River County Sheriff's Office, within the course and scope of their employment with Indian River County, knowingly and intentionally accessed and obtained Toni Foudy's personal driver's license information through the database with no proper purpose for doing so, thereby entitling Toni Foudy to actual damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

A484

184.    In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Toni Foudy need not prove actual damages to receive liquidated damages.

185.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Indian River County as follows:

I.   A monetary judgment against Defendant Indian River County for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

J.   Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

K.   Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

L.   An injunction, permanently enjoining Indian River County from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

M.   A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

N.   For such other and further relief as this Court deems just and equitable.

### COUNT III: 18 U.S.C. §2721, et seq.
Violation of the Driver's Privacy Protection Act as to Plaintiffs Toni and Shaun Foudy
*(Against Defendants, David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Paul Button, Jeff Ludlow, Jane Marie Saubert and Supervisor Defendants, Individually, and Defendant Indian River County)*

A485

186.   Plaintiffs, Toni Foudy and Shaun Foudy, hereby reallege and incorporate paragraphs 1 through 158 of this Complaint, as if fully set forth in this paragraph.

187.   Plaintiffs, Toni Foudy and Shaun Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

188.   The DHSMV also maintains Plaintiffs' driving record and that information is made available on the D.A.V.I.D. system.

189.   At no time did Plaintiffs provide their consent for the Defendant to obtain, disclose, or use their personal information.

190.   Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

191.   The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

192.   Defendant while acting in the course and scope of his/her employment as an employee of the Indian River County Sheriff's Office, knowingly accessed and obtained Plaintiffs' private information for purposes not permitted under the DPPA.

193.   None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Plaintiffs' private information.

A486

194.    Defendant Indian River County has both vicarious liability for the acts of its officers and direct liability under the DPPA, which defines "person" as used in the civil liability section of the DPPA, 18 U.S.C. § 2724, as "an individual, , organization or entity…". 18 U.S.C. § 2725(2). Moreover, the only exception permitting obtainment by law enforcement, imposes upon the entity the ability to use the information and a duty to ascertain that its officers and agents have a permissible purpose: "Personal information… may be disclosed as follows: For use by any government agency, including any court or law enforcement agency, in carrying out its function…" 18 U.S.C. § 2721(b)(1).

195.    Individual Defendants knew or should have known that his/her actions related accessing and obtaining Plaintiffs' private information were in violation of the DPPA.

196.    Defendant Indian River County and Supervisor Defendants knew or should have known that its employees were wantonly violating the DPPA.

197.    Defendant Indian River County and the Supervisor Defendants could have taken measures to prevent the disclosure of Plaintiff's private information to Individual Defendant, but failed to do so.

198.    The failure of Defendant Indian River County and the Supervisor Defendants to prevent the unauthorized obtainment of Plaintiff's private information to the Individual Defendant constitutes the disclosure of private driver's license information for a purpose not permitted under the DPPA.

199.    This illegal disclosure make Defendant Indian River County and Supervisor Defendants directly liable to Plaintiff under the DPPA.

200.    Plaintiffs suffered harm because their private information has been accessed, obtained and disclosed unlawfully. Plaintiffs suffered and continue to suffer harm by virtue of

the increased risk that their protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of their private information.

201.   This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

202.   Individual and Supervisor Defendants willfully and recklessly disregarded the law, entitling Plaintiffs, Toni Foudy and Shaun Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiffs are entitled to actual damages and punitive damages (against Individual and Supervisor Defendants), reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

203.   In addition, under the DPPA, the Plaintiffs, Toni and Shaun Foudy, are entitled to baseline liquidated damages awards of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy and Shaun Foudy, need not prove actual damages to receive liquidated damages.

204.   Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni Foudy and Shaun Foudy, pray for judgment against Defendants, David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Paul Button, Jeff Ludlow, Jane Marie Saubert and SUPERVISOR DEFENDANTS, each, individually, and Defendant INDIAN RIVER COUNTY, as follows:

O.  A monetary judgment against the Individual and Supervisor Defendants for liquidated, actual, and compensatory damages and punitive damages, and a monetary judgment

against Defendant Indian River County for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

P.   Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Q.   Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

R.   An injunction, permanently enjoining Defendant from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

S.   A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

T.   A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on their privacy and protecting their rights against the invasion of their privacy;

U.   A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

V.   For such other and further relief as this Court deems just and equitable.

### COUNT IV: 18 U.S.C. §2721, et seq.

Violation of the Driver's Privacy Protection Act as to Plaintiffs Toni and Shaun Foudy
*(Against Indian River County: Vicarious Liability for Defendants, David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Paul Button Jeff Ludlow and Jane Marie Saubert, Individually)*

205.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 158 and 186 through 204 of this Complaint, as if fully set forth in this paragraph.

206.    That Indian River County, at all times relevant to this action, employed the individual Defendants, David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Paul Button, Jeff Ludlow and Jane Marie Saubert (hereinafter "Individual Defendants B"), as employees of Indian River County Sheriff's Office.

207.    At all times material hereto, Defendant, Indian River County, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

208.    At all times relevant to this action Individual Defendants B were employees of Indian River County and acting within the course and scope of their employment therewith. Therefore, Defendant, Indian River County, is, as a matter of law, vicariously liable for the acts and omissions committed by Individual Defendants B while acting within the course and scope of their employment therewith.

209.    Defendant Indian River County, by and through the actions of Individual Defendants B, violated Plaintiffs' federal statutory rights when Individual Defendants B, while acting as employees of Indian River County Sheriff's Office, within the course and scope of their employment with Indian River County, knowingly and intentionally accessed and obtained their personal driver's license information through the database with no proper purpose for doing so.

210.    Defendant Indian River County, by and through the actions of Individual Defendants B, willfully and recklessly disregarded the law when Individual Defendants B, while acting as employees of Indian River County Sheriff's Office, within the course and scope of their employment with Indian River County, knowingly and intentionally accessed and obtained

A490

Plaintiffs' personal driver's license information through the database with no proper purpose for doing so, thereby entitling Plaintiffs to actual damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

211.    In addition, under the DPPA, the Plaintiffs, Toni and Shaun Foudy, are entitled to baseline liquidated damages awards of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiffs need not prove actual damages to receive liquidated damages.

212.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against Indian River County as follows:

W. A monetary judgment against Defendant Indian River County for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

X. Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Y. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

Z. An injunction, permanently enjoining Indian River County from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

AA.      A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's License; and

A491

BB.        For such other and further relief as this Court deems just and equitable.

### COUNT V: 42 U.S.C. § 1983
Violation of Plaintiff Toni Foudy's Civil Rights
*(Against Defendants, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, and Fabian Johnson, Individually)*

213.    Plaintiff hereby realleges and incorporates paragraphs 1 through 158 of this Complaint, as if fully set forth in this paragraph.

214.    At no time did Toni Foudy behave in a manner that would provide any legal justification for Defendant to invade her privacy.

215.    The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

216.    Defendant's accessing and viewing of Toni Foudy's personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

217.    The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Toni Foudy's clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

218.    The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Toni Foudy's information.

219.    Defendant, acting under the color of state law, knew or should have known that his/her actions violated and deprived Toni Foudy of her clearly established statutory rights under DPPA.

A492

220.    As a direct and proximate result of the acts and omissions of Defendant, Toni Foudy, endured physical and mental suffering, and was damaged in an amount yet to be determined.

221.    Punitive damages are available against Defendant for his/her reckless and callous disregard for Toni Foudy's rights and his/her intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

222.    Plaintiff is entitled to recovery of her costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

223.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, David Wright, Scott Prouty, Karl Joe Moody, Dane Morris, Steven Guy Thomas, and Fabian Johnson, each, individually, as follows:

CC.    A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

DD.    Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

EE. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

FF. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

GG.     A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and her right against the invasion of her privacy;

HH.     A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

II. For such other and further relief as this Court deems just and equitable.

### COUNT VI: 42 U.S.C. § 1983
Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
(*Against Defendants, David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Paul Button, Jeff Ludlow and Jane Marie Saubert, Individually*)

224.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 158 of this Complaint, as if fully set forth in this paragraph.

225.    At no time did Plaintiffs behave in a manner that would provide any legal justification for Defendant to invade their privacy.

226.    The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

227.    Defendant's accessing and viewing of Plaintiffs' personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

228.    The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Plaintiffs' clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

A494

229.   The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Plaintiffs' information.

230.   Defendant, acting under the color of state law, knew or should have known that his/her actions violated and deprived Plaintiffs of their clearly established statutory rights under DPPA.

231.   As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs endured physical and mental suffering, and were damaged in an amount yet to be determined.

232.   Punitive damages are available against Defendant for his/her reckless and callous disregard for Plaintiffs' rights and his/her intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

233.   Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

234.   Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Shaveldra Monique Smith, Jeff Ludlow and Jane Marie Saubert, each, individually, as follows:

JJ. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

A495

KK.     Actual damages, punitive damages, attorneys' fees and other litigation costs and

such other preliminary and equitable relief as the court determines to be appropriate

under 18 § U.S.C. 2724(b);

LL. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C.

§ 2721(b)(1);

MM.     An injunction, permanently enjoining Defendant from viewing Plaintiffs' private

information in violation of the DPPA, unless necessary for law enforcement purposes;

NN.     A permanent injunction, barring Defendant from trespassing or instructing proxies

to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on

their privacy and their right against the invasion of their privacy;

OO.     A permanent injunction, allowing Plaintiffs to use a post-office box in place of an

address on their Florida Driver's Licenses; and

PP. For such other and further relief as this Court deems just and equitable.

**COUNT VII: 42 U.S.C. § 1983**
Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
*(Against Indian River County: Custom and Procedure)*

235.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 158 and 213

through 235 of this Complaint, as if fully set forth in this paragraph.

236.    That Indian River County, at all times relevant to this action hired, trained,

supervised and retained all named individual Defendants as employees of Indian River County

Sheriff's Office.

237.    Individual Defendants, under the training and supervision of Indian River County,

committed actions that resulted in the violation of Plaintiffs' federal statutory rights under the

DPPA and, thus, a deprivation of Plaintiffs' civil rights.

A496

238.    The Defendant Indian River County's excessive and numerous accesses of Plaintiffs' private information, by and through its employees, the individual Defendants named herein, are not unique, but simply an example of how frequently such law enforcement agencies customarily violate the DPPA by accessing private driver's license information of persons without having any legitimate permissible reason for doing so.

239.    The outrageous volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private, highly-restricted personal information, especially given Plaintiffs' lack of a criminal record, makes apparent that the individual Defendants' actions were a direct result of customs and procedures utilized by Indian River County that authorized, directed, ratified, approved, acquiesced in, committed or participated in obtaining, disclosing or using individuals' private personal information for improper purposes.

240.    Several articles have been published regarding police officers unlawfully using law enforcement databases as a form of social media, using such databases to look up friends or acquaintances, and in some other less benign cases, using them to plan or commit crimes.

241.    Furthermore, upon information and belief, it is accepted and common practice for law enforcement personnel, including deputies and their supervisors, to unlawfully and impermissibly access an individual's information on law enforcement databases, and these individual law enforcement personnel are rarely if ever held accountable.

242.    The policies, regulation, customs and practices, more fully stated herein above, demonstrate a deliberate indifference on the part of Defendant Indian River County.

243.    The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant Indian River County. These customs and practices further demonstrate

A497

Defendant, Indian River County's, deliberate indifference to the federal statutory and civil rights of the citizens and persons, including Plaintiffs, whose information has been wrongfully and unlawfully accessed.

244.    The Defendant Indian River County's lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including Plaintiffs, who would often be unaware of the access.

245.    Defendant Indian River County has shown a deliberate disregard for the DPPA rights of Plaintiffs, adopting policies, customs and practices of accessing and obtaining Plaintiffs' DPPA-protected records without a law-enforcement purpose, as required by the DPPA.

246.    Defendant Indian River County's policies, regulations, customs and practice, as more fully stated herein above, directly caused the individual Defendants to access and obtain Plaintiffs protected information, in violation of their federal statutory rights, established and protected by the DPPA.

247.    As a direct and proximate result of the deprivation of Plaintiffs' rights, they endured physical and mental suffering, and were damaged in an amount yet to be determined.

248.    Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, under 42 U.S.C. § 1988.

249.    Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against INDIAN RIVER COUNTY as follows:

QQ.    A monetary judgment against Indian River County for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their

A498

costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

RR.   Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

SS. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

TT. An injunction, permanently enjoining Defendant Indian River County from viewing Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

UU.   A permanent injunction, barring Defendant Indian River County from trespassing or instructing proxies to trespass on Plaintiffs' property or otherwise harass them or infringe in any way on their privacy and their right against the invasion of their privacy;

VV.   A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

WW.   For such other and further relief as this Court deems just and equitable.

## COUNT VIII: 42 U.S.C. § 1983
### Violation of Plaintiffs' Civil Rights
*(Against Defendant Sheriff Deryl Loar, in his official capacity as Sheriff of Indian River County)*

292.   Plaintiffs hereby reallege and incorporate paragraphs 1 through 158 and 213 through 235 of this Complaint, as if fully set forth in this paragraph.

293.   At no time did Plaintiffs' behave in a manner that would provide any legal justification for Defendant Loar to invade their privacy.

A499

294.    The DPPA establishes that intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA.

295.    The accessing, viewing and disclosing of Plaintiffs' personal information by the individual named defendants was intentional, unauthorized, unjustified, excessive, and in violation of the laws of the United States and was a direct result of policies, regulations, customs and practices enacted by Defendant Loar, while acting under the color of state law and within his official capacity as Sheriff of Indian River County, as more fully plead herein above.

296.    Defendant Loar's failure to train the individual named defendants on the proper use of the database, as more fully plead herein above, while acting under color of state law and within his official capacity as Sheriff of Indian River County, resulted an invasion or repeated invasions of Plaintiffs' clearly established federal statutory rights, guaranteed by the laws of the United States, specifically the DPPA.

297.    The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Plaintiff's information.

298.    Defendant Loar, while acting within his official capacity as Indian River County Sheriff and under the color of state law, knew or should have known that there was a need to properly train and supervise individuals on the proper access of the information in the database to prevent a violation and/or deprivation of Plaintiffs' clearly established statutory rights under DPPA.

299.    Defendant Loar knew or should have known that there was a need to properly train and supervise individuals on the proper use of the information once accessed.

A500

300.     As a direct and proximate result of policies, regulations, customs and practices implemented and maintained by Defendant Loar, his failure to train his employees regarding the appropriate use of the D.A.V.I.D. system and the overall environment he created, encouraging employees to violate the DPPA, while acting in his official capacity as Sheriff of Indian River County, as more fully stated herein above, the individual named Defendants, while acting under the color of state law, deprived Plaintiffs of their federal statutory rights in their personal driver's license information as established and protected by the DPPA.

301.     As a direct and proximate result of the deprivation of Plaintiffs' rights, they endured physical and mental suffering, and were damaged in an amount yet to be determined.

302.     Plaintiffs are entitled to recovery of their costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

303.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiffs, Toni and Shaun Foudy, pray for judgment against Deryl Loar, in his official capacity as Indian River County Sheriff, as follows:

XX.     A monetary judgment against Defendant Loar, in his official capacity as Indian River County Sheriff, for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with their costs, including their reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

YY.     Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

A501

ZZ. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

AAA.    An injunction, permanently enjoining Defendant Loar, in his official capacity as Indian River County Sheriff, from allowing or providing for the viewing of Plaintiffs' private information in violation of the DPPA, unless necessary for law enforcement purposes;

BBB.    A permanent injunction, allowing Plaintiffs to use a post-office box in place of an address on their Florida Driver's Licenses; and

CCC.    For such other and further relief as this Court deems just and equitable.

## **JURY DEMAND**

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

Respectfully submitted,


/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 23rd day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 23, 2015

Respectfully submitted,


/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A503

<u>**SERVICE LIST**</u>
**SHERRI K. DEWITT, ESQ.**
**CASE NO. 2:14-cv-14316-RLR**
**United State District Court, Southern District of Florida**

Mirta Desir
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
Telephone: (305) 982-7598
Facsimile: (305) 397-1413
Email: mdesir@desirlaw.com


Bruce Wallace Jolly
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard
Suite 1216
Fort Lauderdale, FL 33304
Telephone: (954) 462-3200
Facsimile: (954) 462-3861
Email: bruce@purdylaw.com


Bruce Robert Bogan
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street
Suite 201
Orlando, FL 32801
Telephone: (407) 425-4251
Facsimile: (407) 841-8431
Email: bbogan@hilyardlawfirm.com

A504

TREPPEDA



Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range:  7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A505

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A506

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schöner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A507

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A508

| | | | |
|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 DLSummary |

A509

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A510

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

A511

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A512

Toni Foudy



A SAFER
FLORIDA
HIGHWAY SAFETY AND MOTOR VEHICLES

## Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A513

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A514

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

A515

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A516

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A518

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A519

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A520

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A521



Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range: 7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

# TAB

# 59

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14316-ROSENBERG/LYNCH**

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

INDIAN RIVER COUNTY
SHERIFF'S OFFICE *et al.*,

      Defendants.

_____/

**ORDER GRANTING IN PART AND DENIYING IN PART**
**DEFENDANTS' MOTION TO DISMISS**

      THIS CAUSE is before the Court upon the Motion to Dismiss Plaintiffs' Amended
Complaint on Behalf of Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce,
Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder,
Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty,
and Dane Morris or Alternatively to Strike Portions of the Plaintiffs' Amended Complaint with
Memorandum of Law [DE 45]. The Court has carefully considered Defendants' Motion,
Plaintiffs' Response to the Portion of Defendants' Motion to Dismiss Related to the Issue of
Statute of Limitations [DE 51], and Defendant's Reply [DE 56], and is otherwise fully advised in
the premises. For the reasons set forth below, Defendants' Motion is **GRANTED IN PART and**
**DENIED IN PART**.[1] Counts I, II, III, and IV of Plaintiffs' Amended Complaint [DE 41] are
**DISMISSED WITH PREJUDICE**.

---

[1] The Court defers ruling on all issues presented in Defendants' Motion except those related to the statute of
limitations.

## I.     <u>INTRODUCTION</u>

This action is brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related violations of Plaintiffs' civil rights. At issue is whether certain claims asserted in Plaintiffs' Amended Complaint filed June 23, 2015 are barred by the statute of limitations. The Court concludes that a four-year statute of limitations period applies both to Plaintiffs' DPPA claims and to Plaintiffs' § 1983 claims. With respect to Plaintiffs' DPPA claims, the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. With respect to Plaintiffs' § 1983 claims, the four-year period began to run when Plaintiffs discovered Defendants' alleged DPPA violations. Plaintiffs' DPPA claims are barred by the statute of limitations. Plaintiffs' § 1983 claims are not.

## II.     <u>BACKGROUND</u>

*Foudy I*

This case originated before Judge Jose E. Martinez in the Southern District of Florida as *Foudy* et al. *v. Saint Lucie County Sheriff's Office* et al., Case No. 2:12-CV-14462 ("*Foudy I*"). On July 31, 2014, Judge Martinez entered an Order Severing Plaintiffs' Action [DE 211], dismissing without prejudice all of the defendants named in *Foudy I* except the Saint Lucie County Sheriff's Office. That Order also granted Plaintiffs leave to file separate actions against any dismissed defendant or group of defendants on or before August 15, 2014, and provided that any such action would be considered a continuation of *Foudy I* for statute of limitations purposes.

A526

<u>The Instant Case</u>

On August 15, 2014, Toni and Shaun Foudy filed their Complaint [DE 1] in the instant case against the Indian River County Sheriff's Office, Sheriff Deryl Loar, individually and in his official capacity, 27 named individuals, and Jane and John Does (1–150). As provided in the Order Severing Plaintiffs' Action entered in *Foudy I*, the initial Complaint filed in the instant case is deemed to be a continuation of *Foudy I* for statute of limitations purposes as to each defendant or group of defendants dismissed without prejudice in that Order.

On January 16, 2015, the Court *sua sponte* entered a Paperless Order Dismissing Plaintiffs' Complaint Without Prejudice [DE 23]. In that Order, the Court adopted the reasoning applied in the Order Severing Plaintiffs' Action entered in *Foudy I. See* DE 23. The Court dismissed Plaintiffs' Complaint as to all Defendants and ordered Plaintiffs to file an amended complaint within fifteen (15) days. *See id.* If Plaintiffs filed an amended complaint directed to more than one Defendant, Plaintiffs were required to clearly specify how the alleged conduct of each Defendant arose out of the same transaction or series of transactions, or otherwise establish that joinder was permissible. *See id.* The Court did not state that it would consider any amended complaint filed to be a continuation of *Foudy I* for statute of limitations purposes. *See id.* Finally, the Court warned that it may close this case if Plaintiffs did not file an amended complaint within the time permitted. *See id.*

On January 31, 2015, Plaintiffs filed a Motion for Extension of Time to File Amended Complaint [DE 25], which the Court denied without prejudice for failure to comply with Local Rule 7.1(a)(3).[2] *See* DE 26. Plaintiffs did not file an amended complaint within the time

---

[2] Local Rule 7.1(a)(3) requires counsel for the movant to "confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the dispute" prior to filing most motions in a civil case, including motions for extension

A527

permitted. Accordingly, on February 2, 2015, the Court entered a Paperless Order Closing Case [DE 27] for Plaintiffs' failure to comply with the Court's prior Order entered January 16, 2015. In the event Plaintiffs wished to proceed, the Court instructed Plaintiffs to file a motion to reopen the case. *See* DE 27. The Court added that Plaintiffs must include an explanation for their failure to comply with the Court's orders and attach a copy of their proposed amended complaint to the motion. *See id.*

On February 2, 2015, Plaintiffs filed a Motion to Reopen Case [DE 29] in which they argued that the deadline to file an amended complaint had not yet expired. Plaintiffs attached a copy of their proposed amended complaint to that Motion. *See* DE 29. On February 3, 2015, the Court entered a Paperless Order [DE 30] denying without prejudice Plaintiffs' Motion to Reopen Case, explaining that Plaintiffs had failed to show how the alleged conduct of each Defendant named in their proposed amended complaint arose out of the same transaction or series of transactions, or otherwise establish that joinder was permissible, as required by the Court's prior Order entered January 16, 2015.

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 31] in which they argued that the named Defendants were properly joined in their proposed amended complaint. On March 2, 2015, Defendants filed their Responses to Plaintiffs' Motion to Reopen Case, and on March 12, 2015, Plaintiffs filed their Replies. On June 3, 2015, the Court granted Plaintiffs' Motion to Reopen Case and ordered Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry within two days. *See* DE 37. On June 9, 2015, the Court administratively closed this case for Plaintiffs' failure to file their Amended Complaint within the time permitted. *See* DE 38.

---

of time. Counsel for the movant must certify his or her compliance with Local Rule 7.1(a)(3) at the end of the motion, above the signature block. Failure to comply with Local Rule 7.1(a)(3) may be cause to deny a motion.

A528

On June 23, 2015, Plaintiffs filed a third Motion to Reopen Case [DE 39] in which they asserted that Plaintiffs' failure to file their Amended Complaint within the time permitted was the result of excusable neglect. The same day, the Court granted Plaintiffs' Motion to Reopen Case, *see* DE 40, and Plaintiffs filed their Amended Complaint [DE 41] against Indian River County, Sheriff Deryl Loar, in his official capacity only, 27 named individuals, and Jane and John Does (1–150).

On July 2, 2015, Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Rymsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty, and Dane Morris (17 of the 27 named individual Defendants) filed their Motion to Dismiss Plaintiffs' Amended Complaint or Alternatively to Strike Portions of the Plaintiffs' Amended Complaint [DE 45].[3] On July 8, 2015, the Court held a Status Conference in this case, during which it ordered Plaintiffs to file a response to the statute of limitations arguments raised in Defendants' Motion by July 10, 2015. The Court further ordered Defendants to file a reply in support of the statute of limitations arguments raised in their Motion by July 17, 2015. With respect to all other issues raised in Defendants' Motion, the Court directed Plaintiffs and Defendants to file their respective response and reply memoranda within the time permitted by Local Rule 7.1. These rulings were memorialized in a Paperless Order [DE 50] entered the same day.

On July 10, 2015, Plaintiffs filed their Response to the Portion of Defendants' Motion to Dismiss Related to the Issue of Statute of Limitations [DE 51]. On July 17, 2015, Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Burtel, Paul

---

[3] On July 6, 2015, Defendant Sheriff Deryl Loar, in his official capacity as Sheriff of Indian River County, filed a separate Motion to Dismiss Plaintiffs' Amended Complaint. *See* DE 46. That Motion is not presently before the Court.

A529

Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty, and Dane Morris filed their Reply to Plaintiffs' Response to the Portion of Defendants' Motion to Dismiss Related to the Issue of Statute of Limitations [DE 56]. The statute of limitations issues raised in Defendants' Motion is now fully briefed and ripe for review.

### III.   LEGAL STANDARD

"A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

### IV.   LEGAL ANALYSIS

At this point, seven of the eight original counts asserted in Plaintiffs' Amended Complaint remain pending. Count I[4] asserts DPPA violations as to Plaintiff Toni Foudy. Count III[5] asserts DPPA violations as to Plaintiffs Toni Foudy and Shaun Foudy. Counts II and IV assert vicarious liability for the DPPA violations alleged in Counts I and III, respectively. Count

---

[4] Count I is against Defendants Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, Scott Prouty, Karl Joe Moody, Dane Morris, Fabian John Pierce, and Supervisor Defendants. Plaintiffs define "Supervisor Defendants" as Defendants with supervisory authority over the individuals named as Defendants, including any Jane and John Does with such supervisory authority. *See* DE 41 ¶¶ 42–43. Defendants Roderick Smith, Randal Fornes, John Carter, Karl Joe Moody, and Fabian John Pierce have not yet been served. *See* DE 52. Plaintiffs have until July 31, 2015 to effect service on these Defendants. *See* DE 55. Plaintiffs have dropped Defendants David Wright and Steven Guy Thomas, originally named in Counts I and V, from this case. *See* DE 52. All references to Defendant Indian River County, originally named in Counts I, II, III, IV, and VII, have been stricken from the Amended Complaint. *See* DE 50.

[5] Count III is against Defendants David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Jeff Ledlow, Jane Marie Saubert, and Supervisor Defendants. Defendants Greg Long, Jeff Ledlow, and Jane Marie Saubert have not yet been served. *See* DE 52. Plaintiffs have until July 31, 2015 to effect service on these Defendants. *See* DE 55. Plaintiffs have dropped Defendant Shaveldra Monique Smith, originally named in Counts III and VI, from this case. *See* DE 52.

A530

V[6] is brought pursuant to § 1983 and asserts civil rights violations as to Plaintiff Toni Foudy.

Counts VI[7] and VIII[8] are also brought pursuant to § 1983 and assert civil rights violations as to

Plaintiffs Toni Foudy and Shaun Foudy. Count VII was stricken in its entirety following the

Status Conference on July 8, 2015. *See* DE 50.

### A.  DPPA Claims

<u>Statute of Limitations</u>

The DPPA permits an individual to bring a civil action for violation of the DPPA, *see* 18

U.S.C. § 2724, but does not specify the statute of limitations period applicable to such actions.

The applicable statute of limitations period is therefore determined by reference to 28 U.S.C.

§ 1658, which provides as follows:

> (a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.

> (b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—

> > (1) 2 years after the discovery of the facts constituting the violation; or

> > (2) 5 years after such violation.

Thus, pursuant to 28 U.S.C. § 1658(a), the statute of limitations period applicable to DPPA

claims is four years. On this much the parties agree.

---

[6] Count V is against Defendants Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Randal Fornes, Chris Rodriguez, John Cronenberg, John Carter, Scott Prouty, Karl Joe Moody, Dane Morris, and Fabian John Pierce.
[7] Count VI is against Defendants David Bailey, Eric Carlson, Greg Long, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Jeff Ledlow, and Jane Marie Saubert.
[8] Count VIII is against Defendant Sheriff Deryl Loar, in his official capacity as Sheriff of Indian River County.

A531

The parties disagree with respect to when this four-year period begins to run. Defendants argue that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, at the time the alleged DPPA violation occurs. Plaintiffs, on the other hand, maintain that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, when the alleged DPPA violation is discovered.

The Court concludes that an action for violation of the DPPA accrues, and the four-year statute of limitations period begins to run, at the time the alleged DPPA violation occurs—that is, at the time a person knowingly obtains, discloses, or uses personal information from a motor vehicle record for an impermissible purpose. *See* 18 U.S.C. § 2724. In reaching this conclusion, the Court is persuaded by and adopts the reasoning expressed in several similar cases decided in the Southern District of Florida. *See Heard v. Martin County Sheriff's Office* et al., Case No. 2:13-cv-14364-JEM at DE 218 (S.D. Fla. Aug. 8, 2014); *Foudy* et al. *v. Jarrett* et al., Case No. 2:14-cv-14322-JEM at DE 22 (S.D. Fla. June 9, 2015); *Foudy* et al. *v. City of West Palm Beach* et al., Case No. 9:14-cv-81070-KLR at DE 25 (S.D. Fla. Mar. 30, 2015).

As noted in those cases, neither the Eleventh Circuit Court of Appeals nor the U.S. Supreme Court has decided when a civil action for violation of the DPPA accrues for statute of limitations purposes. However, courts in the District of Minnesota have consistently held that such actions accrue at the time the alleged violation occurs. *See Karasov v. Caplan Law Firm, P.A.*, No. 14-CV-1503 SRN/BRT, 2015 WL 439509, at *5 (D. Minn. Feb. 3, 2015) (citing cases). In support of their argument that a DPPA action does not accrue until the violation is discovered, Plaintiffs point to a single case from the Middle District of Florida in which the court declined to grant summary judgment on statute of limitations grounds in part because it could not determine when the plaintiff was or should have become aware that his records were being

8

accessed. *See English v. Parker*, No. 6:09-CV-1914-ORL-31, 2011 WL 1842890, at \*5 (M.D. Fla. May 16, 2011). As multiple courts have concluded, however, the *English* court did not decide when a DPPA action accrues for statute of limitations purposes. *See, e.g.*, *Karasov*, 2015 WL 439509, at \*5 n.6; *Rasmusson v. Chisago Cnty.*, 991 F. Supp. 2d 1065, 1079 n.9 (D. Minn. 2014).

The Court's conclusion is also consistent with Supreme Court precedent and with the text and structure of the applicable statute of limitations. In *TRW Inc. v. Andrews*, 534 U.S. 19, 27 (2001), the Court recognized the tendency of lower federal courts to conclude that a cause of action accrues upon discovery when the applicable statute of limitations is silent on the issue. However, the Court went on to explain that "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute." *TRW Inc.*, 534 U.S. at 27–28. 28 U.S.C. § 1658(a) is silent as to when a cause of action accrues for statute of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary legislative intent." *TRW Inc.*, 534 U.S. at 28. Accordingly, the Court concludes that Congress did not intend to apply the discovery rule to actions—such as those for violations of the DPPA—that are governed by 28 U.S.C. § 1658(a).

Date of Amended Complaint

"Where an action is dismissed without prejudice, the plaintiff may refile *before* the expiration of the applicable statute of limitations." *Alexander v. Bradshaw*, 599 F. App'x 945, 946 (11th Cir. 2015) (emphasis added). "Dismissal of a complaint, without prejudice, does not

A533

allow a later complaint to be filed outside the statute of limitations." *Bost v. Fed. Express Corp.*, 372 F.3d 1233, 1242 (11th Cir. 2004) (citing *Stein v. Reynolds Sec., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982)). "[T]he filing of a lawsuit which later is dismissed without prejudice does not automatically toll the statute of limitations." *Justice v. United States*, 6 F.3d 1474, 1478–79 (11th Cir. 1993). "Although a court may equitably toll a limitations period, the plaintiffs must establish that tolling is warranted. Equitable tolling is inappropriate when a plaintiff did not file an action promptly or failed to act with due diligence." *Bost*, 372 F.3d at 1242. Furthermore, "due diligence on the part of the plaintiff, though necessary, is not sufficient to prevail on the issue of equitable tolling. The Supreme Court has made clear that tolling is an extraordinary remedy which should be extended only sparingly." *Justice*, 6 F.3d at 1479 (11th Cir. 1993) (citing *Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 96 (1990)).

In the instant case, Plaintiffs' initial Complaint filed August 15, 2014 was considered to be a continuation of *Foudy I* for statute of limitations purposes. In other words, the statute of limitations period was equitably tolled pursuant to the Order Severing Plaintiffs' Action entered in *Foudy I*. In that Order, Plaintiffs were cautioned about improper joinder of defendants. Nevertheless, on January 16, 2015, the Court dismissed Plaintiffs' Complaint without prejudice for failure to proceed within the bounds of permissive joinder. In dismissing Plaintiffs' Complaint without prejudice, the Court again cautioned Plaintiffs about improper joinder and provided clear instructions to be followed in the event Plaintiffs filed an amended complaint directed toward more than one defendant. While Plaintiffs were given fifteen days to file an amended complaint, the Court did not indicate that Plaintiffs would once again receive the benefit of equitable tolling. *See* DE 23. Having ignored the warnings provided in *Foudy I*, Plaintiffs squandered their opportunity to proceed as if time had stopped.

A534

Plaintiffs' lack of diligence caught up with them again on February 2, 2015. On that date, this case was closed for Plaintiffs' failure to comply with the Court's prior Order. *See* DE 27. Specifically, Plaintiffs failed to file an amended complaint within the time permitted. Plaintiffs had been given fifteen days—until Saturday, January 31, 2015—to file an amended complaint. *See* DE 23. Plaintiffs argued in their Motion to Reopen Case [DE 29] that, pursuant to Federal Rule of Civil Procedure 6, the time to file an amended complaint should have extended through Monday, February 2, 2015. However, Plaintiffs failed to address the Court's concerns regarding joinder of defendants either in their Motion or the proposed amended complaint attached thereto. For that reason, the Court denied Plaintiffs' Motion to Reopen on February 3, 2015. *See* DE 30.

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 31]. On June 3, 2015, the Court granted that Motion and ordered Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry within two days. *See* DE 37. Plaintiffs failed to do so, and the Court closed this case for the second time on June 9, 2015. *See* 38.

On June 23, 2015, Plaintiffs filed a third Motion to Reopen Case [DE 39] in which they stated that, due to excusable neglect, they had "failed to notice the portion of the Court's Order requiring that they file the Amended Complaint attached to their Motion to Reopen." *See* DE 39 at 4. The same day, the Court granted Plaintiffs' Motion, *see* DE 40, and Plaintiffs filed their Amended Complaint. *See* DE 41.

Under these circumstances, the extraordinary remedy of equitable tolling is inappropriate. Plaintiffs repeatedly failed to comply with the clear instructions provided by the Court and did not demonstrate the due diligence necessary to prevail on the issue of equitable tolling. *See Bost*, 372 F.3d at 1242; *Justice*, 6 F.3d at 1478–79. Accordingly, the Court does not consider Plaintiffs' Amended Complaint to be a continuation of *Foudy I* for statute of limitations

A535

purposes. All claims asserted in Plaintiffs' Amended Complaint are deemed filed as of June 23, 2015.

<u>Defendants' Alleged Violations of the DPPA</u>

In light of the foregoing, Plaintiffs may seek relief only for DPPA violations alleged to have occurred on or after June 23, 2011—four years prior to the date on which Plaintiffs' Amended Complaint was filed. However, it is apparent from the exhibits attached to Plaintiffs' Amended Complaint that none of the alleged DPPA violations occurred within that period of time.[9] The dates of Defendants' alleged DPPA violations are as follows:

1. Ciro Perrone: October 25, 2006. *See* DE 41-1 at 1.

2. Karl Joe Moody: October 24, 2006; November 15, 2006; November 21, 2006; February 12, 2007; July 11, 2007. *See* DE 41-1 at 1.

3. Andrew Bartucelli: September 19, 2010. *See* DE 41-2 at 1.

4. Brian Reimsnyder:  March 9, 2011. *See* DE 41-2 at 1–2.

5. Chris Rodriguez: February 24, 2010. *See* DE 41-2 at 2.

6. David Bailey: February 22, 2010; March 8, 2010; March 14, 2010. *See* DE 41-2 at 2; DE 41-3 at 1.

7. Eric Carlson: March 17, 2010. *See* DE 41-2 at 2; DE 41-3 at 1.

8. Fabian John Pierce: February 22, 2010; March 15, 2010. *See* DE 41-2 at 2.

9. Greg Long: March 15, 2010; May 10, 2010; October 31, 2010. *See* DE 41-2 at 2; DE 41-3 at 1.

10. Heath Higman: July 31, 2010; December 8, 2010. *See* DE 41-2 at 2.

11. Ismael Hau: March 14, 2010; March 16, 2010. *See* DE 41-2 at 2.

---

[9] The date or dates of Defendant Dane Morris's alleged violation of the DPPA do not appear anywhere in Plaintiff's Amended Complaint or the exhibits attached thereto.

A536

12. John Carter: March 11, 2010. *See* DE 41-2 at 2.

13. John Cronenberg: February 22, 2010. *See* DE 41-2 at 2.

14. John Finnegan: March 8, 2010; March 16, 2010; April 2, 2010; June 3, 2010; July 10, 2010; November 12, 2010. *See* DE 41-2 at 2–3; DE 41-3 at 1.

15. Jeff Ledlow: April 17, 2010; June 11, 2010; October 29, 2010. *See* DE 41-2 at 3; DE 41-3 at 1.

16. Jane Marie Saubert: September 25, 2010; October 14, 2010. *See* DE 41-2 at 3; DE 41-3 at 1.

17. Michael Pierce: March 10, 2010; March 15, 2010. *See* DE 41-2 at 3–4; DE 41-3 at 1.

18. Paul Button: February 22, 2010; April 5, 2010. *See* DE 41-2 at 4; DE 41-3 at 1.

19. Randal Fornes: January 30, 2011. *See* DE 41-2 at 4.

20. Rebecca Hurley: March 20, 2010. *See* DE 41-2 at 4; DE 41-3 at 1.

21. Roderick Smith: March 12, 2010. *See* DE 41-2 at 4.

22. Scott Prouty: March 22, 2010. *See* DE 41-2 at 4.

23. Terri Birtel: February 25, 2010. *See* DE 41-2 at 4; DE 41-3 at 2.

Accordingly, all of Plaintiffs' DPPA claims against the individual Defendants named in Counts I and III are time-barred. Likewise, Counts II and IV—which assert vicarious liability for the DPPA violations allegedly committed by the individuals named in Counts I and III—are time-barred. Finally, any future attempt to name any of the Doe Defendants, including the Supervisor Defendants, would be futile in light of the fact that Plaintiffs have failed to allege any DPPA violations that accrued within the four years prior to June 23, 2015. Counts I, II, III, and IV are therefore DISMISSED WITH PREJUDICE.

13

A537

**B.  § 1983 Claims**

Statute of Limitations for § 1983 Claims

Florida's four-year statute of limitations applies to claims of deprivation of rights under 42 U.S.C. § 1983. *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003) (citing *City of Hialeah v. Rojas,* 311 F.3d 1096, 1102 n. 2 (11th Cir. 2002)). Accordingly, a plaintiff must commence a § 1983 claim arising in Florida within four years of the allegedly unconstitutional or otherwise illegal act. *Burton v. City of Belle Glade*, 178 F.3d 1175, 1188 (11th Cir. 1999) (citing *Baker v. Gulf & Western Indus., Inc.*, 850 F.2d 1480, 1483 (11th Cir. 1988)).

This limitations period begins to run when the facts that "would support a cause of action are apparent or should be apparent to a person with a reasonably prudent regard for his rights." *Id.* at 561–62 (quoting *Mullinax v. McElhenney*, 817 F.2d 711, 716 (11th Cir. 1987)). Thus, a cause of action does not accrue until the plaintiff knows or has reason to know that he has been injured and is aware or should have been aware of who has inflicted the injury. *Mullinax*, 817 F.2d at 716. "This rule requires a court first to identify the alleged injuries, and then to determine when plaintiffs could have sued for them." *Rozar*, 85 F.3d at 562 (citing *Kelly v. City of Chicago*, 4 F.3d 509, 511 (7th Cir. 1993)).

With respect to Plaintiffs' § 1983 claims, asserting civil rights violations in connection with Defendants' alleged DPPA violations, the four-year statute of limitations period began to run, at the latest, when Toni Foudy received her D.A.V.I.D. records in July of 2011. *See* DE 41 ¶ 90. Prior to obtaining these records, listing each date on which Plaintiffs' personal information from a motor vehicle record may have been accessed for an impermissible purpose and by whom, Plaintiffs likely did not know or have reason to know that they had been injured and who

had inflicted the injury. The § 1983 claims alleged in Counts V, VI, and VIII therefore accrued within the four years prior to June 23, 2015, and are not barred by the statute of limitations.

### IV.    CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that the Motion to Dismiss Plaintiffs' Amended Complaint on Behalf of Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty, and Dane Morris or Alternatively to Strike Portions of the Plaintiffs' Amended Complaint with Memorandum of Law [DE 45] is **GRANTED IN PART and DENIED IN PART** as follows:

1. Counts I, II, III, and IV of Plaintiffs' Amended Complaint [DE 41] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

2. Counts V, VI, and VIII of Plaintiffs' Amended Complaint [DE 41] are not barred by the statute of limitations.

3. Pursuant to the Court's Paperless Order [DE 50] following the Status Conference held July 8, 2015, the parties shall attend mediation no later than 30 days after the date of this Order.

4. The Court defers ruling on all issues presented in Defendants' Motion except those related to the statute of limitations.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 24th day of July, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

15

A539

# TAB

# 66

**From:** cmecfautosender@flsd.uscourts.gov
**Subject:** Activity in Case 2:14-cv-14316-RLR Foudy et al v. Indian River County Sheriff Office et al
Order
**Date:** August 10, 2015 at 9:29:19 AM EDT
**To:** flsd_cmecf_notice@flsd.uscourts.gov

Case: 15-14646    Date Filed: 02/12/2016    Page: 612 of 765

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2015 at 9:29 AM EDT and filed on 8/10/2015
**Case Name:**        Foudy et al v. Indian River County Sheriff Office et al
**Case Number:**    2:14-cv-14316-RLR
**Filer:**
**Document Number:** 66(No document attached)

**Docket Text:**
PAPERLESS ORDER OF DISMISSAL. On July 10, 2015, Plaintiffs filed a [52] Notice informing the Court as to which of the Defendants named in this action had not yet been served. Of those Defendants who had not yet been served, Plaintiffs stated that they did not intend to proceed against Shaveldra Monique Smith, David Wright, or Steven Guy. See DE 52. Plaintiffs stated that they did intend to proceed against Defendants Roderick Smith, Greg Long, Randal Fornes, John Carter, Jeff Ludlow, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce. See id. The Court ordered Plaintiffs to serve these Defendants with a copy of [41] Plaintiffs' Amended Complaint no later than July 31, 2015. See DE 55. On August 5, 2015, the Court ordered Plaintiffs either to provide the Court with proof of service on these Defendants or show cause, in writing, why this action should not be dismissed without prejudice against these Defendants. See DE 61. The Court further warned that failure to comply with that Order could result in dismissal of this action without prejudice as to all Defendants who have not yet been served, without further notice. See id. On August 5, 2015, Plaintiffs filed proof of service on Defendant Jeff Ludlow. See DE 62. Otherwise, Plaintiffs have neither provided proof of service nor shown cause why the Court should not dismiss this action as to all remaining Defendants who have not yet been served. Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to the following Defendants: Shaveldra Monique Smith, David Wright, Steven Guy, Roderick Smith, Greg Long, Randal Fornes, John Carter, Jane Marie Saubert, Karl Joe Moody, and Fabian John Pierce. Signed by Judge Robin L. Rosenberg on 8/10/2015. (nkl)

**2:14-cv-14316-RLR Notice has been electronically mailed to:**

Bruce Robert Bogan    bbogan@hilyardlawfirm.com, khoagland@hilyardlawfirm.com, lduclos@hilyardlawfirm.com, msydow@hilyardlawfirm.com, tsmith@hilyardlawfirm.com

Bruce Wallace Jolly    bruce@purdylaw.com, susie@purdylaw.com

David Anthony Malatesta    david@dewittlaw.com

Mirta Desir    mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt    skd@dewittlaw.com

**2:14-cv-14316-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 86

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14316-ROSENBERG/LYNCH**

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

INDIAN RIVER COUNTY
SHERIFF'S OFFICE *et al.*,

      Defendants.

_____/

**<u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u>**

THIS CAUSE is before the Court *sua sponte*. On July 24, 2015, the Court entered an

Order Granting in Part and Denying in Part the Motion to Dismiss Plaintiffs' Amended

Complaint on Behalf of Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce,

Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder,

Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty,

and Dane Morris or Alternatively to Strike Portions of the Plaintiffs' Amended Complaint with

Memorandum of Law [DE 45]. *See* DE 59. Pursuant to that Order, Counts I, II, III, and IV of

Plaintiffs' Amended Complaint [DE 41] were dismissed with prejudice on statute of limitations

grounds.[1] *See id.* at 15. The Court concluded, however, that Counts V, VI, and VIII of Plaintiffs'

Amended Complaint were not barred by the applicable statute of limitations. *See id.* The Court

has reconsidered its prior Order and now revises that Order as follows:[2] Defendants' Motion [DE

---

[1] The Court deferred ruling on all issues presented in Defendants' Motion except those related to the statute of limitations. *See* DE 59 at 1 n.1.

[2] The Court may reconsider, revise, alter, or amend its prior Order on Defendants' Motion at any time prior to entering final judgment. *See Fortran Grp. Int'l, Inc. v. Tenet Hospitals Ltd.*, 543 F. App'x 934, 936 (11th Cir. 2013)

A541

45] is **GRANTED**. In addition to Counts I, II, III, and IV, Counts V, VI, and VIII are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.[3]

## I.     INTRODUCTION

This action was brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related violations of Plaintiffs' civil rights. The Court set out the relevant procedural history in detail in its prior Order on Defendants' Motion to Dismiss, *see* DE 59 at 2–6, and will not repeat itself here.

In its prior Order, the Court concluded that a four-year statute of limitations period applies both to Plaintiffs' DPPA claims and to Plaintiffs' § 1983 claims. *See id.* at 7, 14. With respect to Plaintiffs' DPPA claims, the Court further concluded that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. *See id.* at 8–9. As a result, the Court determined that Plaintiffs' DPPA claims are barred by the statute of limitations. *See id.* at 9–13. On these points, the Court's prior Order stands.

However, with respect to Plaintiffs' § 1983 claims, the Court has reconsidered the reasoning behind its conclusion that a four-year statute of limitations period applies. The Court has also reconsidered its conclusion that the four-year period began to run when Plaintiffs discovered Defendants' alleged DPPA violations. *See id.* at 14. For the reasons set forth below, the Court now concludes that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. Accordingly, Plaintiffs' DPPA claims *and* Plaintiffs' § 1983 claims are barred by the statute of limitations.

---

(citing *Harper v. Lawrence Cnty., Ala.*, 592 F.3d 1227, 1232 (11th Cir. 2010); *Hardin v. Hayes*, 52 F.3d 934, 938 (11th Cir. 1995)).

[3] As the Court noted in its prior Order, Count VII of Plaintiffs' Amended Complaint was stricken in its entirety following the Status Conference on July 8, 2015. *See* DE 59 at 7; DE 50.

A542

## II.     LEGAL STANDARD

"A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

## III.     LEGAL ANALYSIS

### A.  Statute of Limitations for § 1983 Claims

Plaintiffs' § 1983 claims are predicated exclusively on Defendants' alleged violations of the DPPA. Plaintiffs do not allege "the deprivation of any rights, privileges, or immunities secured by the Constitution and laws"[4] other than the statutory rights to which Plaintiffs claim they are entitled under the DPPA. *See* DE 41, Am. Compl. ¶¶ 213–234, 292–303. In other words, Plaintiffs' § 1983 claims are made possible by the DPPA, a federal statute enacted in 1994. *See* Pub. L. No. 103-322, §§ 300001–03, 108 Stat. 2099 (1994).

The statute of limitations period applicable to Plaintiffs' § 1983 claims is therefore determined not by reference to Florida's personal injury statute of limitations, but by reference to 28 U.S.C. § 1658(a).[5] Section 1658 provides a uniform federal statute of limitations for all civil actions arising under federal statutes enacted after December 1, 1990. *See* 28 U.S.C. § 1658(a); *Jones v. R.R. Donnelley & Sons Co.*, 541 U.S. 369, 380 (2004). A cause of action need not be "based solely upon" a post-1990 enactment for § 1658 to apply. *Jones*, 541 U.S. at 383. Rather, "a cause of action 'aris[es] under an Act of Congress enacted' after December 1, 1990—and

---

[4] 42 U.S.C § 1983.
[5] "Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues."

A543

therefore is governed by § 1658's 4-year statute of limitations—if the plaintiff's claim was made possible by a post-1990 enactment." *Id.* at 382.

The Supreme Court has suggested that a § 1983 claim predicated on the violation of a federal statute enacted after December 1, 1990 is "made possible by" a post-1990 enactment and is therefore governed by § 1658's 4-year statute of limitations.

> The statute of limitations for a § 1983 claim is generally the applicable state-law period for personal-injury torts. . . . It may be, however, that this limitations period does not apply to respondent's § 1983 claim. In 1990, Congress enacted 28 U.S.C. § 1658(a), which provides a 4-year, catchall limitations period applicable to "civil action[s] arising under an Act of Congress enacted after" December 1, 1990. In [*Jones*], we held that this 4-year limitations period applies to all claims "made possible by a post–1990 [congressional] enactment." *Since the claim here rests upon violation of the post–1990 [Telecommunications Act of 1996], § 1658 would seem to apply.*

*City of Rancho Palos Verdes, Cal. v. Abrams*, 544 U.S. 113, 123 n.5 (2005). Relying in part on this language, the Eleventh Circuit Court of Appeals has concluded that § 1658's 4-year statute of limitations governs a § 1983 claim for violations of § 1981, as amended in 1991. *See Baker v. Birmingham Bd. of Educ.*, 531 F.3d 1336, 1338 (11th Cir. 2008) (quoting *Jones*, 541 U.S. at 382) (*citing* Abrams, 544 U.S. at 123 n.5) ("In this case, [plaintiff's] claims arise under a post-1990 Act of Congress. Were it not for the 1991 Act, [plaintiff's] complaint would fail to state a claim under § 1983. . . . [Plaintiff's] claims against [defendant] were 'made possible by a post-1990 enactment' and 'therefore [are] governed by § 1658's 4-year statute of limitations.").

In the instant case, Plaintiffs' § 1983 claims are predicated on Defendants' alleged violations of the post-1990 DPPA. Thus, Plaintiffs' claims are "made possible by a post-1990 enactment" and "therefore [are] governed by § 1658's 4-year statute of limitations." *See Jones*, 541 U.S. at 382; *Abrams*, 544 U.S. at 123 n.5; *Baker*, 531 F.3d at 1338.

A544

### B.  Accrual of § 1983 Claims

Plaintiffs' § 1983 claims accrued for statute of limitations purposes at the time the alleged violations of Plaintiffs' statutory rights under the DPPA occurred, not at the time Plaintiffs discovered the facts constituting the alleged violations. This conclusion is consistent with Supreme Court precedent and with the text and structure of 28 U.S.C. § 1658:

> (a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.

> (b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—

>> (1) 2 years after the discovery of the facts constituting the violation; or

>> (2) 5 years after such violation.

Plaintiffs' § 1983 claims do not involve "fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws." Section 1658(b) and the discovery rule embedded in that subsection are therefore inapplicable to these claims. Rather, Plaintiffs' § 1983 claims—like Plaintiffs' DPPA claims—are governed by § 1658(a).

As the Court noted in its prior Order, § 1658(a) is silent as to when a cause of action accrues for statute of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute. . . . Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary

A545

legislative intent." *TRW Inc. v. Andrews*, 534 U.S. 19, 27–28 (2001). The Court therefore concludes that Congress did not intend to apply the discovery rule to actions governed by § 1658(a).

### C. Defendants' Alleged Violations of the DPPA

For the reasons set forth in the Court's prior Order, Plaintiffs may seek relief under § 1983 only for DPPA violations alleged to have occurred on or after June 23, 2011—four years prior to the date on which Plaintiffs' Amended Complaint was filed. *See* DE 59 at 9–12. However, it is apparent from the exhibits attached to Plaintiffs' Amended Complaint that none of the alleged DPPA violations occurred within that period of time.[6] Accordingly, all of Plaintiffs' § 1983 claims against the individual Defendants named in Counts V and VI are time-barred. Likewise, Count VIII against Defendant Sheriff Deryl Loar—which is predicated on the individual violations alleged in Counts V and VI—is also barred.[7] Counts V, VI, and VIII are therefore DISMISSED WITH PREJUDICE.

## IV.    CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that the Motion to Dismiss Plaintiffs' Amended Complaint on Behalf of Defendants David Bailey, Eric Carlson, John Finnegan, Michael Pierce, Rebecca Hurley, Terri Birtel, Paul Button, Andrew Bartucelli, Ismael Hau, Brian Reimsnyder, Roderick Smith, Heath Higman, Ciro Perrone, Chris Rodriguez, John Cronenberg, Scott Prouty, and Dane Morris or Alternatively to Strike Portions of the Plaintiffs' Amended Complaint with Memorandum of Law [DE 45] is **GRANTED** as follows:

---

[6] The dates of Defendants' alleged DPPA violations are set forth in the Court's prior Order. *See* DE 59 at 12.

[7] To the extent that Plaintiffs' § 1983 claim against Defendant Sheriff Deryl Loar might be predicated on individual DPPA violations that occurred *within* the statute of limitations period, the Court notes that Plaintiffs have not alleged any such violations. If any DPPA violations occurred within the statute of limitations period, the Court cannot fathom why Plaintiffs would not have alleged the same in their Amended Complaint. The Court therefore concludes that no individual DPPA violations occurred within the statute of limitations period.

A546

1. In addition to Counts I, II, III, and IV, Counts V, VI, and VIII of Plaintiffs' Amended Complaint [DE 41] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

2. The Court will enter Final Judgment in favor of Defendants separately.

3. All pending motions, including Defendant Sheriff Deryl Loar's Motion to Dismiss [DE 46] and Defendant Jeff Ledlow's Motion to Dismiss [DE 79] are **DENIED AS MOOT**. All scheduled hearings are **CANCELLED**. All deadlines are **TERMINATED**.

4. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 8th day of September, 2015.

Copies furnished to:                    ROBIN L. ROSENBERG
Counsel of record                       UNITED STATES DISTRICT JUDGE

A547

# TAB

# 87

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14316-ROSENBERG/LYNCH**

TONI FOUDY and
SHAUN FOUDY,

      Plaintiffs,

v.

INDIAN RIVER COUNTY
SHERIFF'S OFFICE *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT IN FAVOR OF DEFENDANTS

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss [DE 86], it is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants. Plaintiffs shall recover nothing, and Defendants shall go hence without day. The Court reserves jurisdiction to consider claims for attorneys' fees and/or costs.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this <u>17th</u> day of September, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

A548

# TAB

# 88

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

---

Toni Foudy,                                          Civil Action No. 14-14316
Shaun Foudy,                                         ROSENBERG/LYNCH

           Plaintiffs,

v.

                                       **NOTICE OF APPEAL**

Indian River County Sheriff's Office, et al.

           Defendants.

---

Pursuant to Fed. R. App. P. 3(c)(1) and (4)(a), notice is hereby given that Plaintiffs Toni Foudy and Shaun Foudy, in the above-named case, appeal to the United States Court of Appeals for the Eleventh Circuit.

Plaintiffs appeal from the (i) the Order (Docket No. 59) of the United States District Court for the Southern District of Florida that was entered on July 27, 2015, (ii) Order (Docket No. 86) of the United States District Court for the Southern District of Florida that was entered on September 9, 2015, and (iii) Final Judgment (Docket No. 87) of the United States District Court for the Southern District of Florida that was entered on September 17, 2015.  Plaintiffs appeal the Court's Order dismissing their Complaint and all Orders inhering therein.


Dated:  October 16, 2015                 s/ Sherri K. DeWitt
                                     Sherri K. DeWitt, Esq.
                                     FBN: 357413
                                     DEWITT LAW FIRM, P.A.
                                     37 N. Orange Avenue, Suite 840
                                     Orlando, Florida 32801
                                     Phone: (407) 245-7723

Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com


-        And –

Sonia Miller-Van Oort (admitted *pro hac*)
Lorenz F. Fett(admitted *pro hac*)
Sapientia Law Group, PLLC
120 South 6th Street, Suite 100
Minneapolis, MN  55402
Phone:  (612) 756-7110
Facsimile:  (612) 756-7101
soniamv@sapientialaw.com
larryf@sapientialaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

# TAB

# 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION


Toni Foudy,

Shaun Foudy,

         Plaintiffs,


v.


City of Fort Pierce,                      **JURY TRIAL DEMANDED**

Jason Braun, Individually,

and                                  **UNDER FRCP 38(b)**

JANE and JOHN DOES (1-10),


         Defendants.

_____/


## PLAINTIFFS' COMPLAINT

Plaintiffs, TONI FOUDY and SHAUN FOUDY, by and through undersigned counsel, file their Complaint and hereby state and allege as follows:

### NATURE OF PLAINTIFFS' CLAIMS

1.     This is an action for injunctive relief and money damages under the Driver's Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), to recover damages resulting from Defendants' disregard and invasion of Plaintiffs' right to privacy in their personal information protected by the DPPA.

2.     In 1994, the United States Congress, recognizing that law enforcement personnel, amongst others, have the ability to access any person's private information, especially the information retained by States in connection with a driver's license, passed

A551

the Driver's Privacy Protection Act of 1994 to safeguard that information.

3.      In addition, the state of Florida is one of the few states in this country that has an express right of privacy in its constitution to protect against governmental intrusion. Fla. Const. Art. I. § 23.

4.      This case involves the invasion of privacy of Plaintiffs' Toni Foudy and Shaun Foudy and their family members, by all known law enforcement and other government employees, totaling more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose.  Of these, illegal accesses of Plaintiffs' information by the officers of the City of Fort Pierce occurred six times. As a result, those law enforcement officers not only violated the DPPA, but have also damaged each of the Foudys' lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiffs' are entitled to a determination that their rights have been violated, an order enjoining further violations, and monetary damages for the invasions of their privacy and violations of their rights under federal law.

5.      Specifically, law enforcement personnel in the state of Florida illegally viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than five-hundred-and-fifty (550) times without a legitimate law enforcement purpose. In addition, law enforcement personnel in the state of Florida illegally viewed Plaintiff Shaun Foudy's private, personal, and confidential driver's

A552

license information nearly one-hundred (100) times without a legitimate purpose.  Their

purposes in obtaining her information were personal and often malicious in nature; many

resented her as a woman in law enforcement, a male-dominated profession; some were

interested in her as a woman given her physical attractiveness; others were interested in

obtaining her information due to gossip and rumor; others were based on general personal

curiosity; none had a legitimate law enforcement function.

      6.     This obtainment and use of Plaintiffs' personal information was not for any

use in carrying out any law enforcement, governmental, judicial or litigation- related

function as required by law. Plaintiffs were not personally present in many of their

jurisdictions during the relevant time periods, has never been charged with or suspected

of committing a crime in their or any other jurisdictions, other than minor traffic offenses,

has never been involved in any civil, criminal, administrative or arbitral proceeding in or

involving Plaintiffs other than Plaintiff Toni Foudy's employment related claims against

one of the law enforcement entities she has sued, and there was no legitimate reason for

Plaintiff to have been the subject of any investigation by anyone from Defendant City of

Fort Pierce or elsewhere. Rather, the obtainment and use of Plaintiffs' personal

information was for purposes that were purely personal to various personnel of Defendant

and others.

      7.     In total, law enforcement personnel viewed and obtained Plaintiffs' private

information nearly eight-hundred (800) times from the period of July 1, 2005 and June

28, 2011; presumably more have viewed it during and after this time, however, due to the

state of Florida's procedures for investigating such matters Plaintiffs do not know the full

A553

extent of the violations to date. In addition, these law enforcement personnel also further

decided to view the immediate members of Toni Foudy's family, based on information

and belief, solely due to the fact that these family members were related to her, more than

two-hundred (200) times. Each time Defendant personnel from the City of Fort Pierce, as

well as other law enforcement personnel, obtained Plaintiffs' personal private

information without any law enforcement purpose and without Plaintiff's knowledge and

consent, while acting under the color of state law, they violated Plaintiffs Toni and Shaun

Foudy's federal civil rights, and their conduct constituted behavior prohibited by federal

statutes, Florida statutes, common law, and agency and departmental regulations

prohibiting some or all of the conduct engaged in by Defendants in this case.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over Plaintiffs' claims pursuant to the Driver's

Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question

jurisdiction) and 1343(a)(3). These statutory  provisions confer original jurisdiction of

this Court over this matter.

9.      The amount in controversy exceeds $75,000.00, excluding interests and

costs.

10.     All conditions precedent to the maintenance of this action have been

performed or have occurred prior to its institution.

## THE PARTIES

11.     Plaintiff Toni Foudy, at all relevant times, was a resident of the State of

Florida and citizen of the United States of America.

A554

12.    Plaintiff Shaun Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

13.    Defendant Fort Pierce, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

14.    Defendant Jason Braun, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fort Pierce Police Department

15.    Defendant Jane and John Does (1-10), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant City of Fort Pierce or another municipal entity in Florida.

16.    Plaintiffs will refer to the individuals named as Defendants as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

17.    Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

## FACTUAL ALLEGATIONS

**I.    Toni Foudy Was Initially Proud to Be Called a Deputy Until It Turned Into a Nightmare.**

18.    In 2005, Toni Foudy attended the Indian River Police Academy. She graduated from that Academy on August 24, 2005, with a 99.3% GPA.

A555

19.     She was proud to have achieved her dream of becoming a deputy.

20.     While at the academy she was hired by St. Lucie County Sheriff's Office, where she was employed for approximately thirteen months.

21.     During her time at SLCSO, Toni Foudy started receiving treatment that was distinctively different than the manner in which the male deputies were treated from fellow deputies and supervisors.

22.     On May 14, 2006, Toni and Shaun Foudy were married.

23.     During her employment, Toni Foudy was accused of being untruthful regarding the timeframe in which she reported a scratch on her patrol car and on a separate occasion, getting her patrol car stuck in a civilian's driveway.

24.     During the internal affairs investigation, Lieutenant Dennis Bernas informed Toni Foudy that she was being targeted and that she better resign or that she would never work in law enforcement again.

25.     On or about August 30, 2006, Toni Foudy, terrified that her dream of being a deputy was in jeopardy, resigned.

26.     Soon after her resignation, Plaintiff Toni Foudy applied to other law enforcement positions, and was denied employment as a result of what SLSO put in her file following her resignation.

27.     Puzzled, Toni Foudy contacted FDLE and was informed that SLCSO had reported that she had "Resigned amid Investigation of Moral Character Violations."

28.     Toni Foudy was devastated since the "moral character" violation at issue involved a scratch on a patrol car and a driveway incident that was reported soon

A556

thereafter.

29.     Thus, Toni Foudy, in attempt to put a bad experience behind her, decided to let go of her attempts to re-enter the law enforcement field and helping the community and decided to start a family with her husband.

30.     On April 14, 2009, Toni Foudy began employment at Walt Disney World in Orlando, Florida, as a "Snow White" character.

31.     On or about July 27, 2009, Toni Foudy applied to be a deputy with the Indian River County Sheriff's Department ("IRCSO").

32.     Understanding that the information contained in her FDLE would be an issue, Toni Foudy wrote a letter to Sheriff Deryl Loar, requesting an opportunity to explain the circumstances that had materialized at SLCSO.

33.     Sheriff Loar agreed to a meeting, where he, Undersheriff Tim Elder and Toni Foudy were present.

34.     Toni Foudy was informed after the meeting that she would be hired as a Reserve Deputy, and she was excited at the offer and promptly accepted.

35.     Prior to formally beginning her employment at IRCSO as a Reserved Deputy, Toni Foudy was contacted by IRCSO and informed that she was formally being hired as a full-time Deputy Sheriff.

36.     As a law enforcement officer, Toni Foudy was obligated to inform Sheriff Loar of any off-duty employment –that she was a Walt Disney character entertainer on a part-time basis.

37.     Sheriff Loar stated that he needed to know the nature of the entertainment

A557

position.

38.     Toni Foudy informed the Sheriff that she was "Snow White" and that the position needed to remain confidential due to her contract with Walt Disney World and a Confidentiality Agreement.

39.     Sheriff Loar told her that he understood and that the information would remain confidential.

40.     However, almost immediately, IRCSO Lieutenant Derrill Mullinax and other deputies began exclaiming, "Hey, it's Snow White!" and "Where are your 7 dwarfs?," whenever he was in Toni Foudy's presence.

41.     Toni Foudy was concerned that the Sheriff revealed her confidential position because she was told by one of her Field Training Officers, Corporal Dave Bailey, that the Sheriff revealed her position as "Snow White" when he asked the Chief, "Did we hire Snow White yet?" during a meeting amongst several Field Training Offices.

42.     In addition, Toni Foudy almost immediately began having issues with a select group of male deputies that told her that they did not agree with women working in law enforcement, specifically Deputy Jeffrey Ledlow.

43.     In an attempt to console Tony Foudy, her IRCSO male zone partner stated that she needed to accept that, in the eyes of the agency, she "was never going to be as good as the worst male cop," just like he would not "be as good as the worst white cop," as she was being targeted for being female and no matter how well she worked it would not matter.

44.     In October of 2010, Toni Foudy was subsequently informed by a deputy

A558

that the IRCSO males were at a hostage negotiation seminar with SLCSO male law enforcement personnel and were discussing Toni Foudy.

45.    The males were allegedly discussing her work at IRCSO, SLCSO, and their personal opinions of her. The men appeared to be spreading egregious rumors during the course of consuming alcoholic beverages in the process.

46.    Toni Foudy, immediately thereafter, was prescribed anti-anxiety medication by her physician as a result of her co-workers hostile and demeaning behavior.

47.    A short time later, Toni Foudy was informed that the IRCSO was investigating her after a police service call, in which Toni Foudy was accused of kicking and hitting a male suspect.

48.    The alleged battery was not reported by the suspect, but was reported by probationary deputy sheriff, Christopher Reeve.

49.    Toni Foudy was later informed by another IRCSO Corporal that Sergeant Patrick White "had found an opportunity to screw you and ran with it."

50.    Based on information and belief, Sergeant Patrick White and probationary deputy Christopher Reeve were at the gym, when probationary deputy Christopher Reeve informed Sergeant White of the incident with the suspect, and Sergeant White, based on information and belief, urged probationary deputy Christopher Reeve to report the exaggerated incident.

51.    Toni was later called into the IRCSO and interviewed for the Internal Affairs ("IA") investigation.

A559

52.     During the IA interview, Toni Foudy informed the investigator that she was in a high-risk situation with the suspect, and that the suspect was kicking and resisting on the edge of a stairwell, therefore she was compelled to slap him to regain control for officer safety purposes. She was told that the IRCSO would inform her of the IA outcome.

53.     When she was called into the IRCSO to be informed of the outcome, on January 26, 2011, K9 Sergeant Patrick White was seated outside of the IA office. IRCSO Captain Don Smith and Commander Mike Dean were waiting in the office.

54.     Upon arriving, Toni Foudy was told by IRCSO that she was being terminated, and in violation of her Police Officer Bill of Rights, pursuant to FSS 112.532, Toni Foudy was denied the opportunity to address the investigative findings made against her despite specific request. Sometime after that, In addition, Toni Foudy received a phone call from another IRCSO Sergeant who told her that she had been targeted and "that she should move far away from Indian River and St. Lucie Counties."

**II.     Florida Law Enforcement Officers Have Obtained Toni and Shaun Foudy's Private, Legally Protected Information Without Any Legally Permissible Purpose Nearly 600 Times and Violated Her Immediate Family's Right to Privacy Nearly 200 Times**

55.     The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiffs upon Plaintiffs' request and show each time Plaintiffs' private personal data was obtained by an Individual Defendant.

56.     According to the D.A.V.I.D. Reports, law enforcement officers began

looking up Toni and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiffs.

57.    Beginning at the start of Toni Foudy's employment with SLSO in 2005, Toni Foudy's private information was obtained through Florida's D.A.V.I.D system approximately six times by Defendant Fort Pierce and Defendant Braun identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Shaun Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons and out of morbid curiosity.

58.    Both Toni and Shaun Foudy began receiving harassing e-mails in February, 2007 from an unknown source.

59.    For two and a half years, the Foudys continued to receive harassing emails from an unknown sender.

60.    In April, 2011 Shaun Foudy, seriously disturbed by these e-mails researched the Internet Protocol (IP) address of the sender, and it was traced back to an SLCSO Jail booking terminal.

61.    Shaun Foudy, whose only connection with the SLCSO was that his wife, Toni Foudy, was employed there at one time, was stunned to find that a law enforcement agent was likely harassing him as well as his family.

62.    On or about November 2, 2006, the Foudys learned that they were expecting their first child.

63.    About this same time, Shaun Foudy began receiving harassing text

A561

messages in addition to the foregoing e-mails and the constant patrol cars driving by his home and activating the sirens directly in front of his residence.

64.     As a result of the constant harassment by law enforcement agents, Toni Foudy suffered pregnancy complications and was hospitalized twice for premature labor.

65.     The Foudys' son was born on June 30th 2007.

66.     On the same day that Toni Foudy was giving birth at the hospital, law enforcement personnel at the SLCSO accessed and obtained her private personal information; based on information and belief, this was done for a non-law enforcement purpose.

67.     Even after their son was born, the harassment continued and the Foudys were forced to start the process of relocating in the hopes of stopping the harassment.

68.     During the Christmas holiday season of 2007, Shaun Foudy, while shopping with his new-born son, was approached by SLCSO Deputy K. Breech and his significant other at a Border's Bookstore at Jensen Beach Mall. He asked Shaun Foudy if he was certain that his new-born son was his.

69.     After the receipt of the initial harassing e-mails in 2006 and until 2009, patrol cars would drive by the Foudy's home and sound their sirens approximately five days a week, for no apparent reason, but to harass Plaintiffs.

70.     Ongoing harassment by law enforcement also resulted in the Foudy's decision to move and sell their home and they completed a short-sale in February 2009.

71.     The Foudys had to provide all liquid assets for the short sale in order to relocate promptly. This caused Shaun Foudy to become further depressed.

A562

72.     In March 2010, the Foudys moved again— twice within a thirteen-month period due to harassment.

73.     The second move was that in addition to the preceding acts of harassment, e-mails, texts, constant sirens, and harassment by deputies, a black SUV was continuously and consistently slowly driving by the Foudys' new residence, which was on a quiet, seldom traveled road, and then speeding away fast, screeching its tires in the process.

74.     At one time, in approximately December 2009, Plaintiff Toni Foudy was able to follow the black SUV upon it passing by her home.

75.     Toni Foudy saw the black SUV just as it pulled into a garage approximately four blocks away from her home. Although Toni Foudy was unable to see the tag number, she did take note of the address, it was a residence located on the 300 block of S.W. Daggett Ave.

76.     On or about April 7, 2010, the Foudy's dog and a neighbor's dog killed three goats. The Saint Lucie Animal Control was contacted.

77.     SLCSO agriculture Deputy Rick Stuhr and animal control responded. The Foudys were informed that they had to receive a citation since the neighbor also received a citation.

78.     Shaun Foudy paid the fine. He later learned that the neighbor did not have to pay a fine although she was issued a citation, since she was informed by Animal Control Officer, to simply contact "this number" the following day and that they would "take care of it."

A563

79.     The Foudy's personal private  information was obtained through Florida's

D.A.V.I.D system approximately six times by the Defendant Fort Pierce and Individual

Defendants identified in Exhibits 1, 2, and 3. This was a breach of and an impermissible

use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose

for obtaining or using Toni Foudy's private information. Upon information and belief,

these accesses were made purely for personal reasons and out of morbid curiosity.

80.     In mid-2012, Shaun Foudy was contacted by his bank and informed that

there was a security breach to his account and that there were unauthorized charges on his

debit card. The perpetrator was never identified.

81.     As a result of this ongoing harassment and intimidation, the Foudys have

been forced to re-locate again in 2013 to remove themselves from the State of Florida.

**III.    Defendant Fort Pierce Has Disclosed and Failed to Protect Plaintiff's
Personal Private Drivers' License Information.**

82.     The login page to D.A.V.I.D system includes the following monition:

All data contained within the DAVID system is sensitive and
privileged information and shall be handled accordingly. To maintain
the integrity of this information, the records will be accorded proper
management and security, and will only be accessed and used by
authorized personnel in accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject
to detailed monitoring and audits to protect against improper or
unauthorized use. Unauthorized use includes, but is not limited to,
queries not related to a legitimate business purpose, personal use,
dissemination, sharing, copying, or passing of DAVID information to
unauthorized users and could result in civil proceedings against the
offending agency and or criminal proceedings against any user or
other person involved. Violations or misuse may also subject the user
and the user's agency to administrative sanctions and possible
disciplinary action by their agency, and could result in DAVID access

A564

termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

83.    According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

84.    Furthermore, the Florida Unlawful Use of Personal Identification Information Act (HB 481),  Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

85.    The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID misuse not occurring again?

86.    The compliance requirements of Memorandum of Understanding also

A565

require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct

quarterly quality controls on user accounts; b) Regularly monitor access to information;

and c) Conduct annual audit to ensure proper use and dissemination

87.     As reflected in Exhibits 1, 2, and 3, Individual Defendants and Defendant

Fort Pierce have viewed and obtained the Foudy's private and highly-restricted personal

information via the D.A.V.I.D system, including their home address, color photograph or

image, social security number, date of birth, state of birth, detailed vehicle registration

information and description, prior and current home and mailing addresses, driving

record, insurance carrier, emergency contacts and those contacts private and highly-

restricted personal information on hundreds of occasions since July 1, 2005.

88.     The D.A.V.I.D system, to which access is limited and approved by the

DHSMV, permits law enforcement personnel to search Florida driver licenses,

identification cards, and license plates (tags) amongst other private and highly-restricted

personal information.

89.     Defendant Fort Pierce and Defendant Supervisors also had the ability to

develop, implement and enforce policies relating to their law enforcement officers' use of

the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent

unauthorized accesses of private data of Plaintiffs (and other Florida citizens), to prevent

violations of the DPPA, and to discipline employees and law enforcement officers who

violated their policies and the law.

90.     On information and belief, Individual Defendants' training by Defendant

Fort Pierce and Defendant Supervisors included monitions against viewing private

A566

driver's license information for unofficial purposes, unless it was their own private

driver's license information.

91.     Whatever training, monitoring, or inquiry into law enforcement officers'

usage of the information systems has been adopted, implemented, and ratified by

Defendant Fort Pierce and Defendant Supervisors is woefully inadequate to ensure that

access is used properly and lawfully.

92.     On information and belief, despite this training, Defendant Fort Pierce and

Defendant Supervisors, allowed employees and law enforcement officers, including but

not limited to Individual Defendants, to view Plaintiffs' private driver's license

information for unlawful purposes.

93.     On information and belief, Defendant Fort Pierce and Defendant

Supervisors, permitted, condoned, or acquiesced in this illegal access to Plaintiffs' private

information, and knew or should have known that it was occurring.

94.     On information and belief, this illegal access occurs with regularity not

only of Plaintiffs' private information but of other Florida driver's private information.

95.     Defendant Fort Pierce and Defendant Supervisors have lax policies and/or

lax enforcement of these policies that allow for these privacy intrusions.

96.     Defendant Fort Pierce and Defendant Supervisors either have no viable

method or have an inadequate method of ascertaining and controlling the illegal access to

individuals' private information by their officers.

97.     Defendant Fort Pierce and Defendant Supervisors also failed to prevent

unauthorized access to the database, including access to Plaintiffs' driver's license

A567

information.

98.      The policy of the State of Florida is to uphold the provisions of the law,

both state and federal, and to protect and safeguard the privacy rights of Florida's citizens

and inhabitants, including its drivers' privacy rights, and including those rights as are

required to be protected by federal law, and in particular, it is the policy of the State of

Florida to comply with the provisions and requirements of the DPPA, 18 U.S.C. § 2721,

et. seq.

### IV.      Neither Defendants Nor Other Authorities Have Been Willing to Hold Any of the Individual Defendants Accountable for Their Wrongdoing and Harm Caused to Plaintiffs.

99.      In April 2011, while researching agency records and preparing for her

ongoing review of the situation with IRCSO, Toni Foudy requested her IRCSO &

SLCSO D.A.V.I.D records from the DHSMV. Toni Foudy received her results in July

2011.  She received her statewide results in March 2013.

100.      On information and belief, Defendant Fort Pierce and Individual

Defendants used Toni Foudy and Shaun Foudy's names— not their license plate number

to look up their private and highly restricted personal information.

101.      In or about August 2011, Toni Foudy, contacted the FDLE in regards to the

nearly six- hundred (600) unlawful access of her information by law enforcement

personnel and the fact that her and her family feared for their privacy and safety.

102.      In or about August 2011, Toni Foudy, contacted Governor Rick Scott in

regards to the nearly six-hundred (600) unlawful accesses of her information by law

enforcement personnel and the fact that her and her family feared for their privacy and

A568

safety.

103.   The Governor's office and FDLE informed her to report her concerns to the agencies whose personnel had accessed her information.

104.   In August 2011, Toni Foudy contacted the United States Department of Justice (DOJ) informing them of the situation and asked them for help

105.   On or about September 6, 2011, after contacting Florida Attorney General Pam Bondi's office and their Victims Advocate for help, Toni Foudy, received an e-mail from General Counsel Pam Bondi that suggested she report the allegations to the FDLE, DHSMV, and the Department of Justice, which she had already done without results.

106.   On November 2, 2011, Toni Foudy contacted FDLE Chief Cindy Sanz expressing fear for her safety. She requested FDLE conduct a criminal investigation against SLCSO & IRCSO.

107.   Toni Foudy also contacted FDLE general counsel Michael Ramage in regards to the nearly six-hundred (600) unlawful access of her information by law enforcement personnel and the fact that her and her family feared for their privacy and safety.

108.   Toni Foudy also contacted the Federal Bureau of Investigations (FBI) for assistance, who advised Toni Foudy that it could not assist her.

109.   Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Defendant Braun and Defendant Fort Pierce repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

A569

110.    Although Toni Foudy's other family members were not under any criminal investigation, upon information and belief, Individual Defendants and Defendant Fort Pierce accessed and obtained their personal and private information through the D.A.V.I.D. system

111.    Based on information and belief, Toni Foudy's immediate family, all women, whose private personal information was accessed without a legitimate law enforcement purpose, never waived the protections of the DPPA.

112.    Based on information and belief, Toni Foudy's immediate family that were searched on D.A.V.I.D do not have a criminal history and nor have they been the subject of a law- enforcement investigation.

113.    Toni Foudy accessed her information on D.A.V.I.D several times to confirm that the DHSMV had properly updated her information to state her proper place of birth. Toni Foudy did this when another deputy stated that he "did not know she was born in Nebraska?" She was not.

114.    Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendants and Defendant Fort Pierce obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

115.    Toni Foudy's family members never waived their protections of the DPPA, nor consented to Individual Defendants and Defendant Fort Pierce obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

116.    Employees and supervisors at Defendant Fort Pierce who have also impermissibly accessed the Foudys' private information through the D.A.V.I.D. system,

A570

Jane and John Does, are not presently known, because Defendant Fort Pierce has either

not provided Plaintiffs with their identities or not provided sufficient information to

determine if their law enforcement personnel's access to the database was unauthorized,

despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will

become known through discovery.

### V.   Toni and Shaun Foudy Have Been Significantly Harmed By This Intrusion into Their Private Life

117.    Plaintiffs were further shocked, horrified, and frightened to learn that

employees and law enforcement officers of Brevard County, Martin County, City of Port

St. Lucie, City of Sewall's Point, City of West Palm Beach, City of Indian River Shores,

City of Fellsmere, County of Miami-Dade, City of Vero Beach, and City of West Palm

Beach, had also engaged in improperly and wrongfully obtained their personal private

information for no legitimate law enforcement purpose, but rather for personal reasons.

118.    The sheer quantity of these intrusions into Toni Foudy's private life, Shaun

Foudy's private life, and the immediate family of Toni Foudy's private life demonstrates

that law-enforcement personnel are unfairly hostile toward the Foudy's privacy and

safety.

119.    As a result of this invasion of privacy, the Foudys do not feel comfortable

and have been afraid to go to public places where law enforcement personnel were likely

to be around; they lost their sense of freedom, including their sense of freedom to travel

and attend local events.

120.    As a result of this invasion of privacy, the Foudys do not feel comfortable

in their own home as law enforcement personnel vehicles slowly drive by their home on a continuous basis, for no apparent purpose.

121.   As a result of this invasion of privacy, the Foudys were forced to alter their social activities and have in effect, become hermits.

122.   As a result of this invasion of privacy, Toni Foudy has significantly had to change her physical appearance (e.g., hairstyle, hair color, and dress attire) to avoid being seen and/or recognized, harassed, or having her personal private information further accessed and obtained by Defendant Fort Pierce, Individual Defendants, and Defendant Jane and Joe Does.

123.   As a result of this invasion of privacy, the Foudys have felt forced to purchase different vehicles to avoid being recognized.

124.   As a result of the invasion of privacy, the Foudys have felt that they have lost any control over the privacy in their life.

125.   As a result of the invasion of privacy, the Foudys have severely restricted their interactions on any social media sites.

126.   As a result of the invasion of privacy, the Foudys were compelled to relocate three times and to incur expenses related thereto.

127.   As a result of the invasion of privacy, Toni Foudy was unable to return to work due to its mental and physical impact.

128.   As a result of the invasion of privacy, Toni Foudy's physical health has deteriorated, included exacerbation of certain pre-existing conditions such as migraines and narcolepsy.

A572

129.    As a result of the invasion of privacy, the Foudys fear contacting law enforcement agents in an emergency situation. For example, on September 25, 2013, Plaintiffs had an intruder on their property, were concerned for their safety, but did not feel safe calling law enforcement officers to help and protect them given Defendant Fort Pierce and Individual Defendants' conduct described in this Complaint.

130.    As a result of the invasion of privacy, the Foudys have suffered significant marital stress and relationship issues.

131.    As a result of the invasion of privacy, the Foudys have experienced a loss of consortium due to physical and emotional inability to be intimate.

132.    As a result of the invasion of privacy, the Foudys are unable to provide their son the quality time and attention he deserves.

133.    As a result of the invasion of privacy, had to hire two private investigators.

134.    As a result of the invasion of privacy, Toni Foudy only worked five (5) of the minimum one hundred fifty (150) hours needed during the fiscal-year period October 2011 to October 2012 for Walt Disney.

135.    As a result of the invasion of privacy, Toni Foudy lost her part-time employment with Walt Disney in October 2012, as a result of her inability to physically and mentally work the required hours needed to maintain her position as Snow White.

136.    As a result of the invasion of privacy, Toni Foudy and Shaun Foudy have lost friends due to the fact that some long-time family friends are employed by other law enforcement agencies and fear conflict.

137.    As a result of the invasion of privacy, Toni and Shaun Foudy have suffered

A573

damaging conflict with their immediate family members whose private information was viewed and obtained more than 800 times by Florida law enforcement officers. Toni Foudy has suffered great loss having her immediate family members distance themselves from the Foudys in fear of continued law enforcement harassment with further compromised safety and privacy.

138.    Toni and Shaun Foudy's young children's lives have suffered disruption and confusion having to uproot out of Florida. Their 7 year old son had to say goodbye to friends and a wonderful teacher at his private Christian school in St. Lucie County.  The Foudys' growing son is frightened by law enforcement.  The Foudys fear their son will hesitate calling for help in an emergency situation after witnessing the terror experienced by his parents whenever law enforcement is present.

139.    Toni Foudy in addition to being fearful and anxious about her safety, is also concerned about the long-term impact of her compromised private and highly restricted personal information, that may be used for an unauthorized purpose at any time.

140.    As a result of Defendants' conduct and ongoing invasion of her and her family's privacy, Toni Foudy suffers from medically-diagnosed (and Social Security Disability court-approved) stress, depression, panic disorder, and PTSD.

141.    Shaun Foudy in addition to being fearful and anxious about his safety and his family's safety, is also concerned about the long-term impact of his compromised private and highly restricted personal information, which may be used for an unauthorized purpose at any time.

**COUNT I: 18 U.S.C. § 2721, et seq.**

A574

Violation of the Driver's Privacy Protection Act
*(Against All Defendants, including Jane, John and Entity Does)*

142.    Plaintiffs hereby allege and incorporate paragraphs 1 through 141 of this

Complaint, as if fully set forth in this paragraph.

143.    Toni Foudy and Shaun Foudy provided information to the DHSMV,

including their home address, color photograph or image, social security number, date of

birth, state of birth, detailed vehicle registration information and description, prior and

current home and mailing addresses, emergency contacts and those contacts private and

highly- restricted personal information, in part, for the purpose of acquiring and using a

Florida driver's license.

144.    The DHSMV also maintains Plaintiffs driving record and that information

is made available on the D.A.V.I.D system.

145.    At no time did Toni Foudy and Shaun Foudy provide their consent for any

of the Defendant Individuals to obtain, disclose or use, or for any of the Defendant Fort

Pierce or Defendant Supervisors to disclose or to allow Defendant Individuals to obtain,

disclose or use her private information for anything but official law enforcement

business.

146.    Intentionally obtaining, disclosing or using a driver's license information

without an authorized purpose is a violation of DPPA. The statute provides for criminal

fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

147.    The DPPA provides relief for violations of a person's protected interest in

the privacy of their motor vehicle records and the identifying information therein.

A575

148.    The Defendants, each of them, have invaded Toni Foudy and Shaun Foudy's legally protected interest under the DPPA.

149.    Fort Pierce Police Department illegally obtained Toni Foudy's personal and private information at least six times as reflected in the D.A.V.I.D system.  Specifically Jason Braun committed this offense six times.

150.    None of the Individual Defendants' activities fell within the DPPA's permitted exceptions for procurement of Plaintiffs' private information.

151.    By the actions described above, each Individual Defendant law enforcement personnel was acting within the scope of his or her employment when he or she obtained, disclosed or used Plaintiffs' personal information from the Driver and Vehicle Information Database for an impressible purpose.

152.    Individual Defendants knew or should have known that their actions related to Plaintiffs' personal information were in violation of the DPPA.

153.    Defendant Fort Pierce and Defendant Supervisors knowingly authorized, directed, ratified, approved, acquiesced in, committed or participated in obtaining, disclosing or using of Plaintiffs' private personal information by the Individual Defendants.

154.    The volume of law enforcement personnel that obtained, disclosed or used Plaintiffs' private highly-restricted personal information, especially given Toni Foudy and Shaun Foudy's lack of a criminal record, makes apparent that Defendants' actions were not permissible.

155.    Toni Foudy and Shaun Foudy have suffered harm because their private

information has been obtained unlawfully.

156.    Toni Foudy and Shaun Foudy suffered and continue to suffer harm by virtue of the increased risk that their protected information is in the possession of law enforcement personnel who obtained it without a legitimate purpose.

157.    Toni Foudy and Shaun Foudy suffered and continue to suffer harm given Defendant Fort Pierce and Individual Defendants' actual use of their private information after obtaining it improperly.

158.    As recent as 5/11/2014, Toni Foudy received a threatening YouTube video about "hiring a hit-man" which showed how people can be killed when least expected.

159.    This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

160.    The Individual Defendants, Supervisor Defendants and Defendant Fort Pierce each willfully and recklessly disregarded the law, entitling Toni Foudy and Shaun Foudy's to punitive damages under the DPPA, see 18 U.S.C. § 2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Sta. § 768.72.

161.    Plaintiffs are entitled to actual, punitive damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

162.    In addition, under the DPPA, Plaintiffs are entitled to a baseline liquidated damages award for at least $2,500 for each violation of the DPPA. 18 U.S.C. § 2721(b)(1). Toni Foudy and Shaun Foudy's need not prove actual damages to receive liquidated damages.

A577

## JURY DEMAND

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

WHEREFORE, Plaintiff Toni Foudy and Plaintiff Shaun Foudy, each individually, prays for judgment against the Defendants as follows:

A.   A money judgment against all the Defendants for liquidated, actual and compensatory damages in an amount in excess of Seventy-Five Thousand ($75,000) Dollars and punitive damages in an amount to be determined by the jury, together with their costs, including reasonable attorney fees, under the DPPA, and other applicable laws, and prejudgment interest;

B.   Actual damages, punitive damages, attorney's fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C.   Liquidated damages of at least $2,500 for each violation of the DPPA under l8 U.S.C. §2721(b)(1);

D.   An injunction, permanently enjoining all Defendants from viewing either Plaintiffs private information in violation of the DPPA, unless necessary for law enforcement purposes;

E.   A permanent injunction denying Individual Defendants access to D.A.V.I.D. & FCIC databases for two years.

F.   A permanent injunction, barring Defendant Individuals from trespassing or instructing proxies to trespass on either Plaintiffs property or otherwise

A578

harass Toni Foudy and Shaun Foudy or infringe in any way on their privacy

and their right against the invasion of their respective privacy;

G.    A permanent injunction, allowing both Plaintiffs to use a post-office box in

place of an address on their Florida Driver's License; and,

H.    For such other and further relief as this Court deems just and equitable.


Dated: August 15, 2014

Respectfully submitted,

/s/Mirta Desir
Mirta Desir (NY 4805057 / FL 90103 )
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 305-982-7598
E: mdesir@desirlaw.com
Attorney for Plaintiffs

A579

TREPPEDA



### Intranet Records Information System (IRIS)

**Search Type/Value: DL/T613-808-79-610-0**
**Date Range:  7/1/05 to 8/24/12**

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A580

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A581

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schofner | 6/15/2006 21:31 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A582

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A583

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 | DLSummary |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 | DLSummary |

A584

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A585

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

A586

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A587

Toni Foudy



### Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A588

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A589

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

A590

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A591

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A592

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A593

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A594

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A595

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A596



Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

A597

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

# TAB

# 11

From: <cmecfautosender@flsd.uscourts.gov>
Date: Jan 16, 2015 4:13 PM
Subject: Activity in Case 2:14-cv-14324-RLR Foudy et al v. Fort Pierce et al Order on Motion to Dismiss for
Failure to State a Claim
To: <flsd_cmecf_notice@flsd.uscourts.gov>
Cc:

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of
all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not
apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 1/16/2015 at 5:12 PM EST and filed on 1/16/2015
Case Name:       Foudy et al v. Fort Pierce et al
Case Number:     2:14-cv-14324-RLR
Filer:
Document Number: 11(No document attached)

Docket Text:
PAPERLESS ORDER DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE. This
cause comes before the Court upon a sua sponte review of the record. The Court is aware of
the history of this case. More specifically, the Court is aware that this case originated before
Judge Martinez in Foudy v. Saint Lucie County Sheriff's Office et al., No. 12-CV-14462 (S.D.
Fla. 2012) and that Judge Martinez ultimately ordered that the defendants in that case be
severed. The Court has reviewed Judge Martinez's order severing Plaintiffs' action at docket
entry 211 in that case and finds this decision to be well reasoned and correct. Accordingly, the
Court adopts the reasoning in that order and applies it here. Plaintiffs' Complaint does not
clearly demonstrate that Defendants' conduct arose out of the same transaction or series of
transactions. Merely similar transactions are not sufficient to satisfy the permissive joinder
requirements of Rule 20. See Bass v. Anoka Cnty., No. 13-860(DSD/JJG), 2014 WL 683969, at
*8 (D. Minn. Feb. 21, 2014). Given the allegations in Plaintiffs' Complaint, it is likely that the

Defendants in this case will have factually distinct defenses. The numerosity of Defendants in
this case may also make for a burdensome discovery process. Plaintiffs' permissive right to
joinder must find its yielding point when Defendants' right to a fair trial and judicial economy
are impeded. See United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966). Judge Martinez's
order severing Plaintiffs' case required Plaintiffs to show, if Plaintiffs proceeded against
multiple defendants, how the conduct of the Defendants constituted the same transaction for
the purposes of joinder. The Court shall apply the same reasoning here. Accordingly,
Plaintiff's Complaint is DISMISSED as to all Defendants. Plaintiffs shall file an amended
complaint within fifteen (15) days of the date of rendition of this Order. If Plaintiffs' amended
complaint is directed towards more than one Defendant, Plaintiffs shall clearly specify how
the alleged conduct of each Defendant arises out of the same transaction or is otherwise
permissible in light of this Order. In the event Plaintiffs do not amend their Complaint by the
aforementioned deadline, the Court may close this case. All pending motions are DENIED AS
MOOT. Signed by Judge Robin L. Rosenberg on 1/16/2015. (bkd) Signed by Judge Robin L.
Rosenberg on 1/16/2015. (bkd)

**2:14-cv-14324-RLR Notice has been electronically mailed to:**

Gail C. Bradford &nbsp &nbsp gbradford@drml-law.com, dina@drml-law.com, suzanne@drml-law.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

William Edward Lawton &nbsp &nbsp wlawton@drml-law.com, marla@drml-law.com

**2:14-cv-14324-RLR Notice has not been delivered electronically to those listed below and will be provided
by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 12

Date: Mon, Feb 2, 2015 at 9:26 AM
Subject: Activity in Case 2:14-cv-14324-RLR Foudy et al v. Fort Pierce et al Order Dismissing Case
To: flsd_cmecf_notice@flsd.uscourts.gov

Case: 15-14646    Date Filed: 02/12/2016    Page: 679 of 765

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2015 at 9:26 AM EST and filed on 2/2/2015
**Case Name:**     Foudy et al v. Fort Pierce et al
**Case Number:**   2:14-cv-14324-RLR
**Filer:**
**WARNING: CASE CLOSED on 02/02/2015**
**Document Number:** 12(No document attached)

**Docket Text:**
PAPERLESS ORDER CLOSING CASE for Plaintiff's failure to comply with the Court's prior Order [11]. All pending deadlines are TERMINATED. In the event Plaintiff wishes to proceed with the prosecution of this case, Plaintiff must file a motion to reopen the case. The motion should include an explanation for Plaintiff's failure to comply with the orders of this Court and must also include, as an attachment, an amended complaint that complies with the Court's January 16, 2015 Order [11]. Signed by Judge Robin L. Rosenberg on 2/2/2015. (bkd)

NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.

**2:14-cv-14324-RLR Notice has been electronically mailed to:**

Gail C. Bradford &nbsp &nbsp gbradford@drml-law.com, dina@drml-law.com, suzanne@drml-law.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

William Edward Lawton &nbsp &nbsp wlawton@drml-law.com, marla@drml-law.com

**2:14-cv-14324-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 16

From: <cmecfautosender@flsd.uscourts.gov>
Date: Tue, Feb 3, 2015 at 5:20 PM
Subject: Activity in Case 2:14-cv-14324-RLR Foudy et al v. Fort Pierce et al Order on Motion to Reopen Case
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/3/2015 at 5:20 PM EST and filed on 2/3/2015
**Case Name:**      Foudy et al v. Fort Pierce et al
**Case Number:**    2:14-cv-14324-RLR
**Filer:**
**WARNING: CASE CLOSED on 02/02/2015**
**Document Number:** 16(No document attached)

**Docket Text:**
**PAPERLESS ORDER denying Motion to Reopen [15] without prejudice. The Court's January 16th Order required Plaintiff to clearly show "how the conduct of the Defendants constituted the same transaction for the purposes of joinder." The Order also discussed Judge Martinez's prior order in this case, adopted Judge Martinez's reasoning, and discussed how "merely similar" transactions are insufficient to satisfy the permissive joinder requirements of Rule 20 under such cases as Bass v. Anoka County, 2014 WL 683969 (D. Minn. Feb. 21, 2014). Missing from Plaintiff's Motion and amended complaint is a responsive section that addresses the specifics of the Court's Order. Plaintiff may refile an amended complaint in a new motion to reopen that responds to the concerns noted in the Court's January 16th Order or, alternatively, Plaintiff may file a new motion to reopen that directs the Court's attention to specific paragraphs in Plaintiff's fifty-page complaint that address the Court's concerns. Signed by Judge Robin L. Rosenberg on 2/3/2015. (bkd)**

**2:14-cv-14324-RLR Notice has been electronically mailed to:**

Gail C. Bradford &nbsp &nbsp gbradford@drml-law.com, dina@drml-law.com, suzanne@drml-law.com

Mirta Desir &nbsp &nbsp mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt &nbsp &nbsp skd@dewittlaw.com

William Edward Lawton &nbsp &nbsp wlawton@drml-law.com, marla@drml-law.com

**2:14-cv-14324-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 21

From: cmecfautosender@flsd.uscourts.gov
Subject: Activity in Case 2:14-cv-14324-RLR Foudy et al v. Fort Pierce et al Order on Motion to Reopen Case
Date: June 19, 2015 at 3:47 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/19/2015 at 3:45 PM EDT and filed on 6/19/2015

**Case Name:**      Foudy et al v. Fort Pierce et al

**Case Number:**      <u>2:14-cv-14324-RLR</u>

**Filer:**

**Document Number:** 21(No document attached)

Docket Text:
**PAPERLESS ORDER granting [17] Plaintiffs' Motion to Reopen Case. The Clerk of the Court is directed to reopen this case. Plaintiffs shall file the Amended Complaint attached to their Motion as a separate docket entry in this case no later than Tuesday, June 23, 2015. The Court will not sever this action. Accordingly, Defendants shall file a responsive pleading or motion directed to Plaintiff's Amended Complaint within ten (10) days after the date of filing the Amended Complaint. Signed by Judge Robin L. Rosenberg on 6/19/2015. (nkl)**

**2:14-cv-14324-RLR Notice has been electronically mailed to:**

Gail C. Bradford      gbradford@drml-law.com, dina@drml-law.com, suzanne@drml-law.com

Mirta Desir      mdesir@desirlaw.com, desirandassociates@gmail.com, mdesir@gmail.com

Sherri Kandel Dewitt      skd@dewittlaw.com

William Edward Lawton      wlawton@drml-law.com, marla@drml-law.com

**2:14-cv-14324-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# TAB

# 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Toni Foudy,
                Plaintiff,

v.                                                          **CASE NO.: 2:14-cv-14324-RLR**

City of Fort Pierce,
Jason Braun, Individually,                                  **JURY TRIAL DEMANDED**
and
JANE and JOHN DOES (1-10),                                  **UNDER FRCP 38(b)**

                Defendants.
_____/

## PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, TONI FOUDY, by and through undersigned counsel, files this Amended

Complaint and hereby states and alleges as follows:

### NATURE OF PLAINTIFF'S CLAIMS

1.      This is an action for injunctive relief and money damages under the Driver's

Privacy Protection Act of 1994, 18 U.S.C. §§ 2721-2725 ("DPPA"), to recover damages

resulting from Defendants' disregard and invasion of Plaintiffs' right to privacy in their personal

information protected by the DPPA.

2.      In 1994, the United States Congress, recognizing that law enforcement personnel,

amongst others, have the ability to access any person's private information, especially the

information retained by States in connection with a driver's license, passed the Driver's Privacy

Protection Act of 1994 to safeguard that information.

3.      In addition, the state of Florida is one of the few states in this country that has an

express right of privacy in its constitution to protect against governmental intrusion. Fla. Const.

Art. I. § 23.

A604

4.      This case involves the invasion of privacy of Plaintiff Toni Foudy and her husband Shaun Foudy and their family members, by all known law enforcement and other government employees, totaling more than eight-hundred (800) queries by Florida law enforcement officers between July 1, 2005 and June 28, 2011, and probably more times prior to and after that time period, whereby they obtained their personal and private information without any legitimate purpose.  Of these, illegal accesses of Plaintiff's information by the officers of the City of Fort Pierce occurred six times. As a result, those law enforcement officers not only violated the DPPA, but have also damaged each of the Foudys' lives as a result of the violations and continue to damage their lives and interfere with their relationships and happiness and freedom by continued harassment purposefully directed against them. Plaintiff is entitled to a determination that her rights have been violated, an order enjoining further violations, and monetary damages for the invasions of her privacy and violations of her rights under federal law.

5.      Specifically, law enforcement personnel in the state of Florida illegally viewed and obtained Plaintiff Toni Foudy's private, personal, and confidential driver's license information more than five-hundred-and-fifty (550) times without a legitimate law enforcement purpose. Their purposes in obtaining her information were personal and often malicious in nature; many resented her as a woman in law enforcement, a male-dominated profession; some were interested in her as a woman given her physical attractiveness; others were interested in obtaining her information due to gossip and rumor; others were based on general personal curiosity; none had a legitimate law enforcement function.

6.      This obtainment and use of Plaintiff's personal information was not for any use in carrying out any law enforcement, governmental, judicial or litigation- related function as required by law. Plaintiff has never been charged with or suspected of committing a crime in the

City of Fort Pierce or any other jurisdiction, other than minor traffic offenses, has never been involved in any civil, criminal, administrative or arbitral proceeding in or involving Plaintiff other than her employment related claims against one of the law enforcement entities she has sued, and there was no legitimate reason for Plaintiff to have been the subject of any investigation by anyone from Defendant City of Fort Pierce or elsewhere. Rather, the obtainment and use of Plaintiff's personal information was for purposes that were purely personal to Defendant.

7.      In total, law enforcement personnel viewed and obtained Plaintiff's private information nearly eight-hundred (800) times from the period of July 1, 2005 and June 28, 2011; presumably more have viewed it during and after this time, however, due to the state of Florida's procedures for investigating such matters Plaintiff does not know the full extent of the violations to date. Each time Defendant personnel from the City of Fort Pierce, as well as other law enforcement personnel, obtained Plaintiff's personal private information without any law enforcement purpose and without Plaintiff's knowledge and consent, while acting under the color of state law, they violated Plaintiffs Toni Foudy's federal civil rights, and their conduct constituted behavior prohibited by federal statutes, Florida statutes, common law, and agency and departmental regulations prohibiting some or all of the conduct engaged in by Defendants in this case.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over Plaintiff's claims pursuant to the Driver's Privacy Protection Act 18 U.S.C. § 2721 et seq., and 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1343(a)(3). These statutory  provisions confer original jurisdiction of this Court over this matter.

A606

9.     The amount in controversy exceeds $75,000.00, excluding interests and costs.

10.    All conditions precedent to the maintenance of this action have been performed or have occurred prior to its institution.

## THE PARTIES

11.    Plaintiff Toni Foudy, at all relevant times, was a resident of the State of Florida and citizen of the United States of America.

12.    Defendant Fort Pierce, a public entity, is a City and political subdivision of the State of Florida duly organized and existing under the laws of the State of Florida, which can be sued under Fla. Stat. § 768.28.

13.    Defendant Jason Braun, upon information and belief, was, at all times relevant herein, a resident of the State of Florida and a citizen of the United States, duly appointed and acting as an Officer of the Fort Pierce Police Department

14.    Defendant Jane and John Does (1-10), upon information and belief, were, at all times material hereto, residents of the state of Florida and citizens of the United Sates, duly appointed and acting as deputies, law enforcement officers, supervisors, or employees of Defendant City of Fort Pierce or another municipal entity in Florida.

15.    Plaintiffs will refer to the individuals named as Defendants as the "Defendant Law Enforcement Personnel" or "Individual Defendants."

16.    Plaintiffs will refer to Defendants with supervisory authority over Individual Defendants, including any Jane and John Does with such supervisory authority, collectively as the "Supervisor Defendants."

## FACTUAL ALLEGATIONS

17.    The attached D.A.V.I.D. Audit Reports ("D.A.V.I.D. Reports"), identified as Exhibits 1, 2, and 3 and incorporated herein by reference, were provided by DHSMV to Plaintiff

A607

upon Plaintiff's request and show each time Plaintiff's private personal data was obtained by an Individual Defendant.

18.     According to the D.A.V.I.D. Reports, law enforcement officers began looking up Toni and Shaun Foudy's private information on the D.A.V.I.D system at least as early as July 1, 2005—the start date requested by Plaintiff.

19.     The excessive number of accesses by law enforcement personnel in various jurisdictions are indicative that Toni Foudy's personal information was being accessed for purely personal reasons, in violation of the DPPA.

20.     Toni Foudy's private information was obtained through Florida's D.A.V.I.D system approximately six times by Defendant Fort Pierce and Defendant Braun identified in Exhibits 1, page 1. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons.

**21.**     Toni Foudy's personal private information was obtained through Florida's D.A.V.I.D system approximately six times by the Defendant Fort Pierce and Individual Defendant identified in Exhibits 1, page 1. This was a breach of and an impermissible use of the D.A.V.I.D. system by these Defendants who had no law enforcement purpose for obtaining or using Toni Foudy's private information. Upon information and belief, these accesses were made purely for personal reasons.

22.     The login page to D.A.V.I.D system includes the following monition:

> All data contained within the DAVID system is sensitive and privileged information and shall be handled accordingly. To maintain the integrity of this information, the records will be accorded proper management and security, and will only be accessed and used by authorized personnel in

A608

accordance with state and federal law.

Activity associated with any aspect of the DAVID system is subject to detailed monitoring and audits to protect against improper or unauthorized use. Unauthorized use includes, but is not limited to, queries not related to a legitimate business purpose, personal use, dissemination, sharing, copying, or passing of DAVID information to unauthorized users and could result in civil proceedings against the offending agency and or criminal proceedings against any user or other person involved. Violations or misuse may also subject the user and the user's agency to administrative sanctions and possible disciplinary action by their agency, and could result in DAVID access termination.

Accessing the DAVID system by any individual or agency constitutes their consent to the monitoring of all activities, as well as consent to the suspension or termination of their access privileges during or following any audit that determines misuse of the system.

23.    According to Florida Statutes Section 119.0712(2)(c): "[w]ithout the express consent of the person to whom such emergency contact information applies, the emergency contact information contained in a motor vehicle record may be released only to law enforcement agencies for purposes of contacting those listed in the event of an emergency."

24.    Furthermore, the Florida Unlawful Use of Personal Identification Information Act (HB 481),  Memorandum Of Understanding between DHSMV, FDLE and the law enforcement agency states that "[t]he Requesting Party must immediately notify the Providing Agency and the affected individual following the determination that personal information has been compromised by an unauthorized access, distribution, use, modification, or disclosure."

25.    The law enforcement agencies need to submit to the DHSMV the following information to stay in compliance: a) Brief summary of incident on agency letterhead; b) Outcome of review; c) Number of records compromised; d) Were the owners of the compromised information notified?; e) If not, when will notification occur? f) What disciplinary action (if any) took place due to this misuse? and g) how does your agency plan on DAVID

A609

misuse not occurring again?

26.    The compliance requirements of Memorandum of Understanding also require that the individual law enforcement agencies that utilize D.A.V.I.D.: a) Conduct quarterly quality controls on user accounts; b) Regularly monitor access to information; and c) Conduct annual audit to ensure proper use and dissemination

27.    As reflected in Exhibits 1, page 1, Individual Defendant and Defendant Fort Pierce have viewed and obtained Toni Foudy's private and highly-restricted personal information via the D.A.V.I.D system, including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, driving record, insurance carrier, emergency contacts and those contacts private and highly-restricted personal information.

28.    The D.A.V.I.D system, to which access is limited and approved by the DHSMV, permits law enforcement personnel to search Florida driver licenses, identification cards, and license plates (tags) amongst other private and highly-restricted personal information.

29.    Defendant Fort Pierce and Defendant Supervisors also had the ability to develop, implement and enforce policies relating to their law enforcement officers' use of the D.A.V.I.D. system to ensure that it was not being misused and abused, to prevent unauthorized accesses of private data of Plaintiff (and other Florida citizens), to prevent violations of the DPPA, and to discipline employees and law enforcement officers who violated their policies and the law.

30.    On information and belief, Individual Defendant's training by Defendant Fort Pierce and Defendant Supervisors included monitions against viewing private driver's license information for unofficial purposes, unless it was their own private driver's license information.

31.    Whatever training, monitoring, or inquiry into law enforcement officers' usage of

A610

the information systems has been adopted, implemented, and ratified by Defendant Fort Pierce

and Defendant Supervisors is woefully inadequate to ensure that access is used properly and

lawfully.

32.     On information and belief, despite this training, Defendant, Fort Pierce and

Defendant Supervisors, allowed employees and law enforcement officers, including but not

limited to Individual Defendant, to view Plaintiff's private driver's license information for

unlawful purposes.

33.     On information and belief, Defendant, Fort Pierce and Defendant Supervisors,

permitted, condoned, or acquiesced in this illegal access to Plaintiff's private information, and

knew or should have known that it was occurring.

34.     On information and belief, this illegal access occurs with regularity not only of

Plaintiff's private information but of other Florida driver's private information.

35.     Defendant Fort Pierce and Defendant Supervisors have lax policies and/or lax

enforcement of these policies that allow for these privacy intrusions.

36.     Defendant Fort Pierce and Defendant Supervisors either have no viable method or

have an inadequate method of ascertaining and controlling the illegal access to individuals'

private information by their officers.

37.     Defendant Fort Pierce and Defendant Supervisors also failed to prevent

unauthorized access to the database, including access to Plaintiff's driver's license information.

38.     The policy of the State of Florida is to uphold the provisions of the law, both state

and federal, and to protect and safeguard the privacy rights of Florida's citizens and inhabitants,

including its drivers' privacy rights, and including those rights as are required to be protected by

federal law, and in particular, it is the policy of the State of Florida to comply with the provisions

A611

and requirements of the DPPA, 18 U.S.C. § 2721, et. seq.

39.    Toni Foudy received her statewide D.A.V.I.D. records from the DHSMV in March 2013.

40.    On information and belief, Defendant Fort Pierce and Individual Defendant used Toni Foudy's name— not her license plate number-to look up her private and highly restricted personal information.

41.    Although Toni Foudy was not under any criminal investigation herself between July 1, 2005 and the present time, or any other time in her life, Defendant Braun and Defendant Fort Pierce repeatedly accessed and obtained her personal and private information through the D.A.V.I.D. system.

42.    Toni Foudy never waived the protections of the DPPA, nor consented to Individual Defendant and Defendant Fort Pierce obtaining her personal private information from the State of Florida's D.A.V.I.D. database.

43.    Employees and supervisors at Defendant Fort Pierce who have also impermissibly accessed the Foudys' private information through the D.A.V.I.D. system, Jane and John Does, are not presently known, because Defendant Fort Pierce has either not provided Plaintiffs with their identities or not provided sufficient information to determine if their law enforcement personnel's access to the database was unauthorized, despite Plaintiffs' requests. Plaintiffs anticipate that Defendant Jane and John Does will become known through discovery.

**COUNT I: 18 U.S.C. §2721, et seq.**
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against Defendant, Jason Braun and Supervisor Defendants, Individually, and Defendant City of Fort Pierce)*

44.    Plaintiff, Toni Foudy, hereby realleges and incorporates paragraphs 1 through 43 of this Complaint, as if fully set forth in this paragraph.

A612

45.     Plaintiff, Toni Foudy, provided information to Department of Highway Safety and Motor Vehicles (herein after referred to as DHSMV), including her home address, color photograph or image, social security number, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and private and highly-restricted personal information, in part, for the purpose of acquiring and using a Florida driver's license.

46.     The DHSMV also maintains Toni Foudy's driving record and that information is made available on the D.A.V.I.D. system.

47.     At no time did Plaintiff, Toni Foudy provide her consent for the Defendant to obtain, disclose, or use her personal information.

48.     Intentionally obtaining, disclosing, or using a driver's license information without an authorized purpose is a violation of DPPA. The statute provides for criminal fines and civil penalties. 18 U.S.C. §§ 2723, 2724.

49.     The DPPA provides relief for violations of a person's protected interest in the privacy of her motor vehicle records and the identifying information therein.

50.     Defendant while acting in the course and scope of his employment with City of Fort Pierce as an officer of the Fort Pierce Police Department, knowingly accessed and obtained Toni Foudy's private information for purposes not permitted under the DPPA.

51.     None of the actions of Defendant fall within the DPPA's permissible use exceptions for procurement of Toni Foudy's private information.

52.     The City of Fort Pierce has both vicarious liability for the acts of its officers and direct liability under the DPPA, which defines "person" as used in the civil liability section of the DPPA, 18 U.S.C. § 2724, as "an individual, , organization or entity…". 18 U.S.C. § 2725(2).

A613

Moreover, the only exception permitting obtainment by law enforcement, imposes upon the entity the ability to use the information and a duty to ascertain that its officers and agents have a permissible purpose: "Personal information… may be disclosed as follows: For use by any government agency, including any court or law enforcement agency, in carrying out its function…" 18 U.S.C. § 2721(b)(1).

53.     Individual Defendant knew or should have known that his actions related accessing and obtaining Toni Foudy's private information were in violation of the DPPA.

54.     Defendant City of Fort Pierce and Supervisor Defendants knew or should have known that its employees were wantonly violating the DPPA.

55.     Defendant City of Fort Pierce and the Supervisor Defendants could have taken measures to prevent the disclosure of Plaintiff's private information to Individual Defendant, but failed to do so.

56.     The failure of the City of Fort Pierce and the Supervisor Defendants to prevent the unauthorized obtainment of Plaintiff's private information to the Individual Defendant constitutes the disclosure of private driver's license information for a purpose not permitted under the DPPA.

57.     This illegal disclosure make the City of Fort Pierce and Supervisor Defendants directly liable to Plaintiff under the DPPA.

58.     Plaintiff, Toni Foudy, suffered harm because her private information has been accessed, obtained and disclosed unlawfully. Toni Foudy suffered and continues to suffer harm by virtue of the increased risk that her protected information is in the possession of unauthorized individuals and in the possession of law enforcement personnel who obtained it without legitimate purpose, as well as the actual use of her private information.

A614

59.     This is precisely the harm that Congress sought to prevent by enacting the DPPA and its statutory remedies.

60.     Individual and Supervisor Defendant willfully and recklessly disregarded the law, entitling Plaintiff, Toni Foudy, to punitive damages under the DPPA, *see* 18 U.S.C. §2724(b)(2), which is not subject to the pleading requirement of Florida state law as set forth in Fla. Stat. § 768.72. Plaintiff is entitled to actual damages and punitive damages (against Individual and Supervisor Defendants), reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

61.     In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Plaintiff, Toni Foudy, need not prove actual damages to receive liquidated damages.

62.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Defendant, JASON BRAUN and SUPERVISOR DEFENDANTS, individually, and the CITY OF FORT PIERCE, as follows:

A. A monetary judgment against the Individual and Supervisor Defendants for liquidated, actual, and compensatory damages and punitive damages, and a monetary judgment against the City of Fort Pierce for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

A615

B. Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

C. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

D. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

E. A permanent injunction denying Defendant access to D.A.V.I.D. & FCIC databases for two years

F. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and protecting her rights against the invasion of her privacy;

G. A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

H. For such other and further relief as this Court deems just and equitable.

### COUNT II: 18 U.S.C. §2721, et seq.
Violation of the Driver's Privacy Protection Act as to Plaintiff Toni Foudy
*(Against City of Fort Pierce: Vicarious Liability for Defendant, Jason Braun, Individually)*

63. Plaintiff hereby realleges and incorporates paragraphs 1 through 62 of this Complaint, as if fully set forth in this paragraph.

64. That City of Fort Pierce, at all times relevant to this action, employed the individual Defendant, Jason Braun, as an officer of Fort Pierce Police Department.

65. At all times material hereto, Defendant, City of Fort Pierce, knew or should have known of the ongoing and systemic violations of the DPPA by their employees.

A616

66.     At all times relevant to this action Defendant, Jason Braun, was an employee of City of Fort Pierce and acting within the course and scope of his employment therewith. Therefore, Defendant, City of Fort Pierce, is, as a matter of law, vicariously liable for the acts and omissions committed by Defendant, Jason Braun, while acting within the course and scope of his employment therewith.

67.     Defendant City of Fort Pierce, by and through the actions of Defendant, Jason Braun, violated Toni Foudy's federal statutory rights when Defendant, Jason Braun, while acting as an officer of Fort Pierce Police Department, within the course and scope of his employment with City of Fort Pierce, knowingly and intentionally accessed and obtained her personal driver's license information through the database with no proper purpose for doing so.

68.     Defendant City of Fort Pierce, by and through the actions of Defendant, Jason Braun, willfully and recklessly disregarded the law when Defendant, Jason Braun, while acting as an officer of Fort Pierce Police Department, within the course and scope of his employment with City of Fort Pierce, knowingly and intentionally accessed and obtained Toni Foudy's personal driver's license information through the database with no proper purpose for doing so, thereby entitling Toni Foudy to actual damages, reasonable attorneys' fees and other litigation costs reasonably incurred, and such other preliminary and equitable relief as the court determines to be appropriate. 18 U.S.C. § 2724(b).

69.     In addition, under the DPPA, the Plaintiff, Toni Foudy, is entitled to a baseline liquidated damages award of not less than $2,500 for each violation of the DPPA. 18 U.S.C. § 27271(b)(1). Toni Foudy need not prove actual damages to receive liquidated damages.

70.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injunctive relief to prevent irreparable harm.

A617

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against CITY OF FORT PIERCE as follows:

I.   A monetary judgment against Defendant City of Fort Pierce for liquidated, actual, and compensatory damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

J.   Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

K.   Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

L.   An injunction, permanently enjoining City of Fort Pierce from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

M.   A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

N.   For such other and further relief as this Court deems just and equitable.

### COUNT III: 42 U.S.C. § 1983
Violation of Plaintiff Toni Foudy's Civil Rights
*(Against Defendant, Jason Braun, Individually)*

71.   Plaintiff hereby realleges and incorporates paragraphs 1 through 43 of this Complaint, as if fully set forth in this paragraph.

72.   At no time did Toni Foudy behave in a manner that would provide any legal justification for Defendant to invade her privacy.

73.   The DPPA establishes that obtaining an individual's driver's license information without a legitimate purpose constitutes a violation of the laws of the United States.

A618

74.     Defendant's accessing and viewing of Toni Foudy's personal information was intentional, unauthorized, unjustified, excessive, and resulted in a violation of the laws of the United States.

75.     The acts of Defendant, acting under color of state law, constituted an invasion or repeated invasions of Toni Foudy's clearly established privacy rights, guaranteed by the laws of the United States, specifically the DPPA.

76.     The DPPA creates a federal statutory right in a person's driver's license information, thereby prohibiting unauthorized accessing of all person's information, including Toni Foudy's information.

77.     Defendant, acting under the color of state law, knew or should have known that his actions violated and deprived Toni Foudy of her clearly established statutory rights under DPPA.

78.     As a direct and proximate result of the acts and omissions of Defendant, Toni Foudy, endured physical and mental suffering, and was damaged in an amount yet to be determined.

79.     Punitive damages are available against Defendant for his/her reckless and callous disregard for Toni Foudy's rights and his intentional violations of the federal law, and are hereby claimed as a matter of federal common law, *Smith v. Wade,* 461 U.S. 30 (1983), and, as such are not subject to the pleading requirement for punitive damages set forth in Fla. Stat. § 768.72.

80.     Plaintiff is entitled to recovery of her costs, including reasonable attorneys' fees, pursuant to 42 U.S.C § 1988.

81.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

A619

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against Defendant, JASON BRAUN, individually, as follows:

O. A monetary judgment against Defendant for liquidated, actual, and compensatory damages and punitive damages in an amount to be determined by the jury, together with her costs, including her reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

P. Actual damages, punitive damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

Q. Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

R. An injunction, permanently enjoining Defendant from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

S. A permanent injunction, barring Defendant from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and her right against the invasion of her privacy;

T. A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

U. For such other and further relief as this Court deems just and equitable.

**COUNT IV: 42 U.S.C. § 1983**
Violation of Plaintiffs Toni and Shaun Foudy's Civil Rights
*(Against City of Fort Pierce: Custom and Procedure)*

82.    Plaintiff hereby realleges and incorporates paragraphs 1 through 43 and 71 through 81 of this Complaint, as if fully set forth in this paragraph.

83.     That City of Fort Pierce, at all times relevant to this action hired, trained, supervised and retained all named individual Defendant as an officer of Fort Pierce Police Department.

84.     Individual Defendant, under the training and supervision of City of Fort Pierce, committed actions that resulted in the violation of Plaintiff's federal statutory rights under the DPPA and, thus, a deprivation of Plaintiff's civil rights.

85.     The Defendant City of Fort Pierce's numerous accesses of Plaintiff's private information, by and through its employee, the individual Defendant, Jason Braun, are not unique, but simply an example of how frequently such law enforcement agencies customarily violate the DPPA by accessing private driver's license information of persons without having any legitimate permissible reason for doing so.

86.     Several articles have been published regarding police officers unlawfully using law enforcement databases as a form of social media, using such databases to look up friends or acquaintances, and in some other less benign cases, using them to plan or commit crimes.

87.     Furthermore, upon information and belief, it is accepted and common practice for law enforcement personnel, including officers and their supervisors, to unlawfully and impermissibly access an individual's information on law enforcement databases, and these individual law enforcement personnel are rarely if ever held accountable.

88.     The policies, regulation, customs and practices, more fully stated herein above, demonstrate a deliberate indifference on the part of Defendant City of Fort Pierce.

89.     The prevalence of this custom, the lack of monitoring regarding these access practices and the failure to take action to stop or prevent these practices, demonstrate the state of mind of Defendant City of Fort Pierce. These customs and practices further demonstrate

A621

Defendant, City of Fort Pierce's, deliberate indifference to the federal statutory and civil rights of the citizens and persons, including Plaintiff, whose information has been wrongfully and unlawfully accessed.

90.     The Defendant City of Fort Pierce's lack of concern evidences their deliberate indifference both to the problem of the unauthorized access on the federal rights of the citizens, including Plaintiff, who would often be unaware of the access.

91.     Defendant City of Fort Pierce has shown a deliberate disregard for the DPPA rights of Plaintiff, adopting policies, customs and practices of accessing and obtaining Plaintiff's DPPA-protected records without a law-enforcement purpose, as required by the DPPA.

92.     Defendant City of Fort Pierce's policies, regulations, customs and practice, as more fully stated herein above, directly caused the Defendant, Jason Braun, to access and obtain Plaintiff's protected information, in violation of her federal statutory rights, established and protected by the DPPA.

93.     As a direct and proximate result of the deprivation of Plaintiff's rights, Toni Foudy endured physical and mental suffering, and was damaged in an amount yet to be determined.

94.     Plaintiff, Toni Foudy, is entitled to recovery of her costs, including reasonable attorneys' fees, under 42 U.S.C. § 1988.

95.     Upon information and belief, these DPPA violations are continuing and ongoing in nature and require injuctive relief to prevent irreparable harm.

WHEREFORE, Plaintiff, Toni Foudy, prays for judgment against CITY OF FORT PIERCE as follows:

V.  A monetary judgment against City of Fort Pierce for liquidated, actual, and compensatory

damages in an amount to be determined by the jury, together with her costs, including her

A622

reasonable attorneys' fees, pursuant to 42 U.S.C. §1988, the DPPA, and other applicable laws and prejudgment interest;

W.  Actual damages, attorneys' fees and other litigation costs and such other preliminary and equitable relief as the court determines to be appropriate under 18 § U.S.C. 2724(b);

X.  Liquidated damages of at least $2,500.00 for each violation of the DPPA under 18 U.S.C. § 2721(b)(1);

Y.  An injunction, permanently enjoining Defendant City of Fort Pierce from viewing Plaintiff's private information in violation of the DPPA, unless necessary for law enforcement purposes;

Z.  A permanent injunction, barring Defendant City of Fort Pierce from trespassing or instructing proxies to trespass on Plaintiff's property or otherwise harass her or infringe in any way on her privacy and her right against the invasion of her privacy;

AA.  A permanent injunction, allowing Plaintiff to use a post-office box in place of an address on her Florida Driver's License; and

BB.  For such other and further relief as this Court deems just and equitable.

## **JURY DEMAND**

Plaintiffs demand a jury trial as to all issues of fact herein properly triable to a jury under any statute or under common law.

[THIS SPACE INTENTIONALLY LEFT BLANK]

A623

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY, that on this 22nd day of June, 2015, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 22, 2015
Respectfully submitted,


/S/ Sherri K. DeWitt
Sherri K. DeWitt, Esq.
FBN: 357413
DEWITT LAW FIRM, P.A.
37 N. Orange Avenue, Suite 840
Orlando, Florida 32801
Phone: (407) 245-7723
Facsimile: (407) 650-1928
E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

**Counsel for Plaintiffs**
**Toni Foudy and Shaun Foudy**

A624

**SERVICE LIST**
**SHERRI K. DEWITT, ESQ.**
**CASE NO. 2:14-cv-14324-RLR**
**United State District Court, Southern District of Florida**

Mirta Desir
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402
Telephone: (305) 982-7598
Facsimile: (305) 397-1413
Email: mdesir@desirlaw.com


Gail C. Bradford
Dean, Ringers, Morgan & Lawton, P.A.
201 E. Pine Street
Suite 1200
Orlando, FL 32802-2928
Telephone: (407) 422-4310
Facsimile: (407) 648-0233
Email: gbradford@drml-law.com


William Edward Lawton
Dean, Ringers, Morgan & Lawton, P.A.
201 E. Pine Street
Suite 1200
Orlando, FL 32802-2928
Telephone: (407) 422-4310
Facsimile: (407) 648-0233
Email: wlawton@drml-law.com

A625

TREPPEDA



### Intranet Records Information System (IRIS)

Search Type/Value: DL/T613-808-79-610-0
Date Range:  7/1/05 to 8/24/12

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:45 | DLSummary |
| www.hsmv.flcjn.net | 19th Judicial Circuit, State Attorneys Office - Investigations | Tammi Jo Pope | 1/4/2006 14:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Brevard County Sheriff's Office | Danielle Jarratt | 12/12/2006 19:01 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/23/2005 19:50 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Cocoa | Michael R. Braswell | 8/27/2005 21:49 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:39 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop D - Orange-Osceola | DAMIAN T. BENTLEYCLOKES | 8/23/2005 19:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana L. Comer | 1/31/2007 16:21 | DLSummary |
| www.hsmv.flcjn.net | Dept. of Law Enforcement, OROC | Michelle D Wentz | 11/30/2006 10:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:56 | DLPhotoLineup |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 9:49 | DLSummary |
| www.hsmv.flcjn.net | Fort Pierce Police Department | Jason Braun | 5/21/2006 14:54 | DLTranscripts |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ciro Perrone | 10/25/2006 17:52 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 6:00 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 5:54 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 10/24/2006 10:48 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/15/2006 2:25 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 11/21/2006 2:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 2/12/2007 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Karl Joe Moody | 7/11/2007 3:19 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/24/2006 5:51 | DLSummary |
| www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 10/29/2006 4:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 2/25/2007 16:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/11/2006 0:39 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 8/19/2006 4:22 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLSummary |
| www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/11/2006 8:30 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:29 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:54 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Richard Giaccone | 12/11/2005 11:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |

A626

| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:25 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Sewall's Point Police Department | Mark L. Pennachio | 3/13/2007 13:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Cathy L Whitaker | 9/20/2006 14:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:21 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/29/2005 14:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/1/2005 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 8/10/2005 14:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 4/16/2006 16:02 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:30 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:32 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Dave Jones | 7/25/2006 15:33 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:19 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:38 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:45 | DLSignLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 3:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:51 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:22 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:15 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 | DLPhotoLineup |

A627

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Schöner | 6/15/2006 21:31 | DLPhotoLineup |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:03 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:04 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:32 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:12 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:21 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 1:06 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:47 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:02 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:48 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:46 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/23/2005 15:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 15:10 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 7/23/2005 16:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Norman | 7/23/2005 17:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:06 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeffrey Cogswell | 7/24/2005 22:08 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Scott Wells | 8/15/2005 11:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Suzanne Woodward | 8/15/2005 15:26 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:39 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 8/28/2005 17:40 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 8/28/2005 17:45 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Taylor | 8/28/2005 22:48 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 9/11/2005 21:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 9/18/2005 12:23 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:13 | DLSummary |

A628

| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 9/30/2005 4:21 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/3/2005 14:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:43 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 10/3/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/11/2005 22:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 10/12/2005 9:50 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 10/18/2005 13:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:09 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Craig Ortman | 10/21/2005 23:27 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 10/27/2005 5:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:28 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Richard Green | 11/1/2005 22:29 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:10 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:16 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 11/2/2005 2:24 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/15/2005 6:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 11/17/2005 22:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/18/2005 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 11/18/2005 22:41 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Byron Harbin | 11/18/2005 22:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/20/2005 15:19 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 11/24/2005 18:49 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 11/24/2005 21:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:37 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2005 13:44 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/4/2005 5:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Joseph Trevisol | 12/7/2005 20:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 12/7/2005 23:44 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 12/16/2005 21:22 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:04 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 12/17/2005 21:06 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 12/17/2005 21:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 12/29/2005 18:43 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/4/2006 15:17 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 1/8/2006 9:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 1/11/2006 2:58 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Kevin Carter | 1/13/2006 5:59 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Jeff Schoner | 1/19/2006 20:12 | DLTranscripts |

A629

| | | | |
|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 1/30/2006 0:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 1/30/2006 20:50 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 1/31/2006 21:47 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 2/7/2006 16:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 2/14/2006 21:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Brady | 2/15/2006 18:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/4/2006 18:19 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 3/14/2006 15:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:09 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 3/15/2006 20:10 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/17/2006 5:48 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/21/2006 18:29 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | John Parow | 3/24/2006 13:18 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:45 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 3/24/2006 13:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 3/30/2006 12:14 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/1/2006 3:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 4/1/2006 19:40 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/3/2006 22:52 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 17:57 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Seraphin | 4/5/2006 18:01 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Colangelo | 4/10/2006 15:15 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 4/16/2006 16:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 8:53 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:03 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 9:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 4/20/2006 18:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brett Wilkes | 4/27/2006 14:26 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 4/30/2006 14:13 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 5/6/2006 14:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:30 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:34 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:35 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Brian Scribner | 6/15/2006 21:37 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:42 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 8:43 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Toni Treppeda | 7/7/2006 10:26 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dennis Bernas | 7/18/2006 15:14 DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Claylan Mangrum | 7/25/2006 18:02 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 19:46 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael White | 7/25/2006 20:40 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Lasolomon Archie | 7/25/2006 21:21 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/25/2006 21:39 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Frank Pellegrini Jr. | 7/27/2006 21:47 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 7/27/2006 22:11 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 7/29/2006 13:41 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:10 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 8/2/2006 12:15 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 8/3/2006 6:07 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Tad LeRoy | 8/5/2006 2:20 DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:20 DLSummary |

A630

| | | | | |
|---|---|---|---|---|
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/5/2006 22:22 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/10/2006 23:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/11/2006 0:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 8/11/2006 8:23 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/11/2006 8:46 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Cheryl Siel | 8/14/2006 9:50 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 8/30/2006 12:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 8/31/2006 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/6/2006 14:16 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Paul Hutchinson | 9/8/2006 16:47 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 9/11/2006 16:11 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Fred Wilson | 9/11/2006 16:14 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/11/2006 21:13 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 9/14/2006 16:42 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Ronald Wentz | 9/21/2006 10:26 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Muller | 9/21/2006 11:52 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 9/29/2006 15:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 10/2/2006 13:00 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 10/3/2006 21:45 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/12/2006 13:57 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/21/2006 17:05 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 10/30/2006 9:34 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michael Monahan | 11/6/2006 9:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Grant King | 11/8/2006 15:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Deron Brown | 11/8/2006 17:26 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 11/25/2006 7:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David L. Smith | 12/3/2006 17:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sheila Grandison | 12/4/2006 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 4/5/2007 16:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 4/25/2007 6:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 4/26/2007 10:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |

A631

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Adriano Krecic | 1/20/2011 7:26 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 4/20/2011 13:40 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland K. Squires | 7/22/2005 15:20 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 8/9/2006 5:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Alexander Feoloa | 12/5/2006 14:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Frantz Guerrier | 12/19/2006 15:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 7/1/2007 9:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:05 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:36 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 14:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher x Gordineer | 2/10/2011 11:09 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:33 | DLSummary |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLPhotoLineup |
| www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D | Gene Picerno | 10/18/2005 13:33 | DLSummary |

A633



Intranet Records Information System (IRIS)

Search Type/Value: DL/F300783804560
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|--------|--------|------|----------|---------|
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:15 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:14 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV, CUSTOMER SUPPORT | NANCY DORIS ADAMS | 8/3/2011 10:04 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:41 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:27 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:29 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 6/3/2010 3:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:37 | DLSummary |
| www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 5/26/2006 13:35 | DLPhotoLineup |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | Meyer Ghobrial | 4/24/2006 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Michael Ryan Connor | 12/3/2006 17:08 | DLTranscripts |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLSummary |
| www.hsmv.flcjn.net | Port St. Lucie Police Department | William van der Slik | 4/25/2006 15:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Kirk Breach | 12/3/2006 10:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Mark Sarvis | 8/18/2007 4:43 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Ronald Wentz | 11/6/2006 16:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:30 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Sheila Grandison | 9/1/2006 11:27 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:38 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:15 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:41 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 11/30/2005 7:39 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 12/23/2005 14:16 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Toni Treppeda | 1/4/2006 15:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | Vincent Bonagura | 3/9/2008 12:27 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div | William Radke | 11/6/2007 23:56 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:07 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLPhotoLineup |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:09 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLSummary |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:18 | DLTranscripts |
| www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Dave Jones | 8/4/2005 16:19 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:44 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:45 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:06 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph x Trevisol | 1/1/2011 4:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:16 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:14 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:07 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/29/2011 19:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 3/9/2008 12:26 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:47 | DLSummary |

A636

Toni Foudy



## Intranet Records Information System (IRIS)

Search Type/Value: DL/F300808796100
Date Range:  7/1/2005 to 2/14/2013

| Server | Agency | Name | Log Date | Servlet |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Apopka Police Dept. | robert eugene hippler | 7/13/2009 11:11 | DLSummary |
| MDAV - mdave.flhsmv.gov | DCF - CENTRAL REGION | KEVIN BLAINE CARLILE | 9/13/2011 15:16 | DLSummary |
| IRIS - iris.flhsmv.gov | Dept. of Highway Safety and Motor Vehicles, Driver License Support | KRISTINA M. TURK | 9/18/2008 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP - Troop K - West Palm | Darren K. Slater | 8/10/2008 22:18 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:12 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, FHP IT | Richard L. Taylor | 6/11/2009 11:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Highway Safety and Motor Vehicles, Troop L-West Palm | Tommy Rodriguez | 4/12/2009 23:54 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Clifford Paul Chitwood | 2/14/2011 10:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Lee Stewart | 2/21/2011 15:01 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Dept. of Law Enforcement, HQ | Tijuana Comer | 9/23/2008 13:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Dept. of Law Enforcement, MROC | FAITH A BALL | 9/14/2011 9:11 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL/RECORDS | TERI H CREWS | 4/28/2011 14:21 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:08 | DLSummary |
| IRIS - iris.flhsmv.gov | DHSMV DDL-FRAUD | FORRONTE DARRON BATTLES | 8/3/2011 10:04 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:02 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Fellsmere Police Dept | Bryan Klassen | 12/5/2010 3:03 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | jose mario rendon-velasquez | 10/27/2010 22:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 10/3/2010 6:13 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Fellsmere Police Dept | Joseph Matthew Woodling | 5/1/2011 12:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | ANDREW x BARTUCCELLI | 9/19/2010 5:28 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:17 | DLPhotoLineup |

A637

| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | BRIAN CHARLES REIMSNYDER | 3/9/2011 2:16 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | CAROL M GREENLEE | 7/19/2011 10:57 | InsList |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Christopher L Rodriguez | 2/24/2010 0:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 2/22/2010 22:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/8/2010 16:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David S Bailey | 3/14/2010 18:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | DEBRA A WORLEY | 8/3/2011 15:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | David Wade Wright | 5/29/2010 2:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Eric G Carlson | 3/17/2010 19:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 2/22/2010 10:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Fabian John Pierce | 3/15/2010 8:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 3/15/2010 8:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 5/10/2010 15:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | GREGORY SCOTT LONG | 10/31/2010 4:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 7/31/2010 6:17 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Heath Patrick Higman | 12/8/2010 19:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/14/2010 18:07 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Ismael O Hau | 3/16/2010 19:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Charles Carter III | 3/11/2010 15:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:11 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | John David Cronenberg | 2/22/2010 9:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:02 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:38 | DLPhotoLineup |

A638

| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/8/2010 23:48 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 3/16/2010 21:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 4/2/2010 6:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 7/10/2010 9:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | John Eric Finnegan | 11/12/2010 21:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 7/23/2009 15:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 12/2/2009 12:32 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | James H Hare Jr | 1/5/2010 10:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 4/17/2010 12:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 6/11/2010 0:33 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Jeffrey Aaron Ledlow | 10/29/2010 3:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 9/25/2010 5:11 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Jane Marie Saubert | 10/14/2010 5:30 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:47 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:25 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:31 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/22/2009 14:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:46 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 7/31/2009 14:54 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 12/14/2009 10:24 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:22 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Indian River County Sheriff's Office | Larry Stephen Smetzer | 1/4/2010 13:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Mark D Birtel | 3/19/2010 15:44 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:26 | DLSummary |

A639

| | | | | |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/10/2010 7:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Micheal Lynn Pierce | 3/15/2010 9:05 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 2/22/2010 13:54 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Paul L Button | 4/5/2010 17:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:22 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | RANDAL x FORNES | 1/30/2011 6:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Richard Raoul Gordon | 2/14/2011 22:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Rebecca Nicole Hurley | 3/20/2010 1:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Roderick Jamil Smith | 3/12/2010 15:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Samantha A. Haynes | 3/13/2010 12:18 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Scott M Prouty | 3/22/2010 22:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Sue Ann Smith | 3/17/2010 1:47 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | SHAVELDRA MONIQUE SMITH | 1/31/2011 11:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Stephen Guy Thomas JR | 4/7/2008 3:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Indian River County Sheriff's Office | Terri J Birtel | 2/25/2010 9:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Indian River Shores Dept. of Public Safety | Samantha A. Haynes | 3/13/2010 12:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Virginia Reeder | 9/22/2008 10:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Michael Libasci | 7/23/2007 6:30 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:36 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/11/2008 13:03 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Doug Pierce | 9/27/2008 8:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | Robert L Pryor | 4/29/2011 11:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 13:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:50 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | ROBERT LEE KOHL | 4/29/2011 13:51 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Martin County Sheriff's Office | William Weiss | 4/29/2011 14:12 | DLTranscripts |

A640

| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Miami-Dade Police Department, Homicide Bureau | Edna Almeida Rice | 1/10/2008 8:41 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:08 | InsList |
| DAVI - david2.hsmv.flcjn.net | Port St. Lucie Police Department | Christopher Joseph Zermeno | 5/21/2009 19:09 | InsList |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:18 | DLSummary |
| DAVI - www.hsmv.flcjn.net | Port St. Lucie Police Department | Steven Camara | 4/5/2010 13:19 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Sean Freeman | 6/30/2007 14:32 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:09 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 20:10 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/1/2007 21:20 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Matthew Kirchner | 7/17/2007 10:50 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:47 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Christopher Gordineer | 7/25/2007 14:43 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Mark Sarvis | 8/18/2007 4:42 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 1:11 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 15:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Leland Squires | 9/26/2007 16:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:48 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Abbott | 10/17/2007 1:49 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:53 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:54 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 1/12/2008 6:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:36 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Karen Stephens | 2/26/2008 5:37 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:22 | DLPhotoLineup |

A641

| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:22 | DLSummary |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Michelle Hernandez | 6/16/2008 22:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Charla Harper | 7/17/2007 11:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Miller | 8/12/2007 14:40 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 8/30/2007 0:42 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Andrew Bolonka | 9/30/2007 11:53 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | William Radke | 11/6/2007 23:55 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | David Snow | 11/29/2007 2:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Troy Hetzer | 1/16/2008 8:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Criminal Investigations Div. | Vincent Bonagura | 3/9/2008 12:23 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Randy Tucker | 6/30/2007 14:31 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 1/6/2008 22:13 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 1/25/2008 3:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/11/2008 16:24 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Edward Oxley | 5/28/2008 11:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:02 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | charla harper | 8/22/2008 4:03 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Todd Meslin | 8/26/2008 3:23 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 8/27/2008 10:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 9/3/2008 12:37 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 9/8/2008 2:06 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:51 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:52 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 9/18/2008 14:53 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 11/4/2008 19:35 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Robert Funk | 2/4/2009 14:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 2/5/2009 16:34 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:09 | DLSummary |

A642

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Thomas Johnson | 3/6/2009 14:10 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:23 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/23/2009 9:24 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:59 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 5/27/2009 16:40 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:54 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John Wise | 10/28/2009 10:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:25 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 10/28/2009 22:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Hutchinson | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 6:58 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:02 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:13 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/15/2010 17:37 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:23 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:03 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Christopher Gordineer | 3/22/2010 13:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/3/2010 21:41 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Craig Ortman | 4/3/2010 21:42 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:06 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Sean Freeman | 5/8/2010 9:07 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 10/14/2010 13:13 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLPhotoLineup |

A643

| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLPhotoLineup |
|---|---|---|---|---|
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:39 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:11 | DLSignLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland x Squires | 4/15/2011 11:33 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 4/25/2011 9:30 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Mark Sarvis | 7/3/2008 0:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Woods | 12/10/2008 3:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/23/2009 9:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Sheelar | 4/4/2009 21:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 4/4/2009 21:59 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Ronald Seraphin | 6/24/2009 4:55 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brett Wilkes | 10/28/2009 22:28 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:04 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 12/27/2009 12:08 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Mittwede | 2/10/2010 15:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 2/18/2010 20:59 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Blatchford | 3/15/2010 7:01 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Leland Squires | 3/15/2010 12:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 3/15/2010 12:41 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Brian Scribner | 3/16/2010 21:18 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James DeFonzo | 3/16/2010 21:21 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 4/6/2010 17:12 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul Pearson | 5/6/2010 20:39 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/7/2010 22:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael Muller | 5/8/2010 17:13 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:32 | InsList |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Kirchner | 5/17/2010 14:34 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 8/12/2010 10:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David x Smith | 10/10/2010 15:01 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Supreet Cheema | 1/19/2011 18:59 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:43 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jeffrey Serafini | 1/19/2011 21:44 | DLTranscripts |

A644

| | | | | |
|---|---|---|---|---|
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Kevin Carter | 1/19/2011 23:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | James Gettings | 1/20/2011 2:38 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | John x Wise | 1/20/2011 7:57 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:08 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Paul McNesky | 1/20/2011 11:10 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Cory Speicker | 1/21/2011 16:55 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Vincent Bonagura | 1/21/2011 18:10 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Heather Wonderly | 1/23/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/11/2011 7:29 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 3/13/2011 11:14 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x Muller | 5/17/2011 17:58 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/23/2011 12:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 7:56 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Carl Ward | 6/28/2011 8:00 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:52 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | William Cooke | 1/20/2011 7:19 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Adriano Krecic | 1/20/2011 7:27 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David Snow | 4/20/2011 13:40 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Joseph Guertin | 1/19/2011 18:49 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Michael x White | 1/20/2011 8:00 | DLSummary |
| DAVI - www.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Jason Cannon | 1/20/2011 8:57 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:47 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:48 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | Matthew Reynolds | 6/25/2012 10:50 | DLTranscripts |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | St. Lucie County Sheriff's Office, Sheriff's Office | David E. Leigh | 4/16/2009 6:34 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Stuart Police Department | Diane Kirkland | 7/5/2008 1:15 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLPhotoLineup |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLSummary |
| DAVI - david2.hsmv.flcjn.net | Vero Beach Police Department | BRADLEY x SPENCER | 1/22/2011 22:45 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | Vero Beach Police Department | KYLE BENJAMIN KUEHN | 4/28/2011 19:46 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Rodney Archer | 5/24/2008 4:01 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:29 | DLPhotoLineup |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLSummary |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:25 | DLTranscripts |
| DAVI - www.hsmv.flcjn.net | West Palm Beach Police Department, C.I.D. | Vito Camardella | 5/21/2008 15:27 | DLTranscripts |

A645

# TAB

# 33

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14324-ROSENBERG/LYNCH**

TONI FOUDY,

     Plaintiff,

v.

CITY OF FORT PIERCE *et al.*,

     Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE is before the Court upon Defendants, City of Fort Pierce's and Jason Braun's Motion to Dismiss Plaintiff's Amended Complaint [DE 25]. The Court has carefully considered Defendants' Motion, Plaintiff's Response to the Portion of Defendants' Motion to Dismiss Related to the Issue of Statute of Limitations [DE 30], and Defendants' Reply [DE 31], and is otherwise fully advised in the premises. For the reasons set forth below, Defendants' Motion is **GRANTED IN PART and DENIED IN PART**. Counts I and II of Plaintiff's Amended Complaint [DE 22] are **DISMISSED WITH PREJUDICE**.

## I.      INTRODUCTION

This action is brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related violations of Plaintiff's civil rights. At issue is whether certain claims asserted in Plaintiff's Amended Complaint filed June 22, 2015 are barred by the statute of limitations. The Court concludes that a four-year statute of limitations period applies both to Plaintiff's DPPA claims and to Plaintiff's § 1983 claims. With respect to Plaintiff's DPPA claims, the four-year period

began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. With respect to Plaintiff's § 1983 claims, the four-year period began to run when Plaintiff discovered Defendants' alleged DPPA violations. Plaintiff's DPPA claims are barred by the statute of limitations. Dismissal of Plaintiff's Amended Complaint on statute of limitations grounds is otherwise inappropriate at this stage.

## II.    BACKGROUND

*Foudy I*

This case originated before Judge Jose E. Martinez in the Southern District of Florida as *Foudy et al. v. Saint Lucie County Sheriff's Office* et al., Case No. 2:12-CV-14462 ("*Foudy I*"). On July 31, 2014, Judge Martinez entered an Order Severing Plaintiffs' Action [DE 211], dismissing without prejudice all of the defendants named in *Foudy I* except the Saint Lucie County Sheriff's Office. That Order also granted Plaintiffs leave to file separate actions against any dismissed defendant or group of defendants on or before August 15, 2014, and provided that any such action would be considered a continuation of *Foudy I* for statute of limitations purposes.

The Instant Case

On August 15, 2014, Toni and Shaun Foudy filed their Complaint [DE 1] in the instant case against the City of Fort Pierce, Jason Braun, and Jane and John Does (1–10). As provided in the Order Severing Plaintiffs' Action entered in *Foudy I*, the initial Complaint filed in the instant case is deemed to be a continuation of *Foudy I* for statute of limitations purposes as to each defendant or group of defendants dismissed without prejudice in that Order.

On January 16, 2015, the Court *sua sponte* entered a Paperless Order Dismissing Plaintiffs' Complaint Without Prejudice [DE 11]. In that Order, the Court adopted the reasoning

2

A647

applied in the Order Severing Plaintiffs' Action entered in *Foudy I. See* DE 11. The Court

dismissed Plaintiffs' Complaint as to all Defendants and ordered Plaintiffs to file an amended

complaint within fifteen (15) days. *See id.* If Plaintiffs filed an amended complaint directed to

more than one Defendant, Plaintiffs were required to clearly specify how the alleged conduct of

each Defendant arose out of the same transaction or series of transactions, or otherwise establish

that joinder was permissible. *See id.* The Court did not state that it would consider any amended

complaint filed to be a continuation of *Foudy I* for statute of limitations purposes. *See id.* Finally,

the Court warned that it may close this case if Plaintiffs did not file an amended complaint within

the time permitted. *See id.*

Plaintiffs did not file an amended complaint within the time permitted. Accordingly, on

February 2, 2015, the Court entered a Paperless Order Closing Case [DE 12] for Plaintiffs'

failure to comply with the Court's prior Order entered January 16, 2015. In the event Plaintiffs

wished to proceed, the Court instructed Plaintiffs to file a motion to reopen the case. *See* DE 12.

The Court added that Plaintiffs must include an explanation for their failure to comply with the

Court's orders and attach a copy of their proposed amended complaint to the motion. *See id.*

On February 2, 2015, Plaintiffs filed a Motion to Reopen Case [DE 15] in which they

argued that the deadline to file an amended complaint had not yet expired. Plaintiffs attached a

copy of their proposed amended complaint to that Motion. *See* DE 15. On February 3, 2015, the

Court entered a Paperless Order [DE 16] denying without prejudice Plaintiffs' Motion to Reopen

Case, explaining that Plaintiffs had failed to show how the alleged conduct of each Defendant

named in their proposed amended complaint arose out of the same transaction or series of

transactions, or otherwise establish that joinder was permissible, as required by the Court's prior

Order entered January 16, 2015.

A648

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 17] in which they argued that the named Defendants were properly joined in their proposed amended complaint. On March 2, 2015, Defendants filed their Response to Plaintiffs' Motion to Reopen Case, and on March 12, 2015, Plaintiffs filed their Reply. On June 19, 2015, the Court granted Plaintiffs' Motion to Reopen Case and ordered Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry no later than June 23, 2015. *See* DE 21. On June 22, 2015, Plaintiff Toni Foudy[1] filed her Amended Complaint [DE 22] against the City of Fort Pierce, Jason Braun, and Jane and John Does (1–10).[2]

On July 2, 2015, Defendants City of Fort Pierce and Jason Braun filed their Motion to Dismiss Plaintiff's Amended Complaint [DE 25]. On July 8, 2015, the Court held a Status Conference in this case, during which it denied Defendants' Motion to the extent it requests dismissal of Plaintiff's claims against Jason Braun in Count III of Plaintiff's Amended Complaint.[3] The Court ordered Plaintiff to file a response to the statute of limitations arguments raised in Defendants' Motion by July 10, 2015. The Court further ordered Defendants to file a reply in support of the statute of limitations arguments raised in their Motion by July 17, 2015. These rulings were memorialized in a Paperless Order [DE 28] entered the same day.

On July 10, 2015, Plaintiff filed her Response to the Portion of Defendants' Motion to Dismiss Related to the Issue of Statute of Limitations [DE 30]. On July 13, 2015, Defendants City of Fort Pierce and Jason Braun filed their Reply to Plaintiff's Response to Defendants'

---

[1] Counsel for Plaintiff confirmed at the Status Conference held July 8, 2015 that Shaun Foudy is no longer a party and Toni Foudy is the sole Plaintiff remaining in this case. *See* DE 28.

[2] Based upon the representations made by Plaintiff's Counsel at the Status Conference held July 8, 2015, the Court dismissed Defendants Jane and John Does (1–10) without prejudice. *See* DE 28.

[3] This ruling was based on the representation made by Plaintiff's counsel at the Status Conference that Defendant Jason Braun had been joined in his individual capacity and not in his official capacity. *See* DE 28.

A649

Motion to Dismiss Plaintiff's Amended Complaint [DE 31]. The statute of limitations issues raised in Defendants' Motion are now fully briefed and ripe for review.

### III.    LEGAL STANDARD

"A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). However, "a motion to dismiss on statute of limitations grounds should not be granted where resolution depends either on facts not yet in evidence or on construing factual ambiguities in the complaint in defendants' favor." *Lesti v. Wells Fargo Bank, N.A.*, 960 F. Supp. 2d 1311, 1317 (M.D. Fla. 2013) (citing *Omar ex rel. Cannon v. Lindsey,* 334 F.3d 1246, 1252 (11th Cir. 2003)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

### IV.    LEGAL ANALYSIS

Plaintiff's Amended Complaint contains four counts. Count I[4] asserts DPPA violations as to Plaintiff Toni Foudy. Count II asserts vicarious liability for the DPPA violations alleged in Count I. Counts III[5] and IV[6] are brought pursuant to § 1983 and assert civil rights violations as to Plaintiff Toni Foudy.

#### A.  DPPA Claims

<u>Statute of Limitations</u>

The DPPA permits an individual to bring a civil action for violation of the DPPA, *see* 18 U.S.C. § 2724, but does not specify the statute of limitations period applicable to such actions.

---

[4] Count I is against Defendants Jason Braun and the City of Fort Pierce.
[5] Count III is against Defendant Jason Braun.
[6] Count IV is against Defendant City of Fort Pierce.

A650

The applicable statute of limitations period is therefore determined by reference to 28 U.S.C. § 1658, which provides as follows:

> (a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.
>
> (b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—
>
>> (1) 2 years after the discovery of the facts constituting the violation; or
>>
>> (2) 5 years after such violation.

Thus, pursuant to 28 U.S.C. § 1658(a), the statute of limitations period applicable to DPPA claims is four years. On this much the parties agree.

The parties disagree with respect to when this four-year period begins to run. Defendants argue that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, at the time the alleged DPPA violation occurs. Plaintiff, on the other hand, maintains that an action for violation of the DPPA accrues, and the statute of limitations period begins to run, when the alleged DPPA violation is discovered.

The Court concludes that an action for violation of the DPPA accrues, and the four-year statute of limitations period begins to run, at the time the alleged DPPA violation occurs—that is, at the time a person knowingly obtains, discloses, or uses personal information from a motor vehicle record for an impermissible purpose. *See* 18 U.S.C. § 2724. In reaching this conclusion, the Court is persuaded by and adopts the reasoning expressed in several similar cases decided in the Southern District of Florida. *See Heard v. Martin County Sheriff's Office* et al., Case No. 2:13-cv-14364-JEM at DE 218 (S.D. Fla. Aug. 8, 2014); *Foudy* et al. *v. Jarrett* et al., Case No.

6

A651

2:14-cv-14322-JEM at DE 22 (S.D. Fla. June 9, 2015); *Foudy* et al. *v. City of West Palm Beach* et al., Case No. 9:14-cv-81070-KLR at DE 25 (S.D. Fla. Mar. 30, 2015).

As noted in those cases, neither the Eleventh Circuit Court of Appeals nor the U.S. Supreme Court has decided when a civil action for violation of the DPPA accrues for statute of limitations purposes. However, courts in the District of Minnesota have consistently held that such actions accrue at the time the alleged violation occurs. *See Karasov v. Caplan Law Firm, P.A.*, No. 14-CV-1503 SRN/BRT, 2015 WL 439509, at *5 (D. Minn. Feb. 3, 2015) (citing cases). In support of their argument that a DPPA action does not accrue until the violation is discovered, Plaintiffs point to a single case from the Middle District of Florida in which the court declined to grant summary judgment on statute of limitations grounds in part because it could not determine when the plaintiff was or should have become aware that his records were being accessed. *See English v. Parker*, No. 6:09-CV-1914-ORL-31, 2011 WL 1842890, at *5 (M.D. Fla. May 16, 2011). As multiple courts have concluded, however, the *English* court did not decide when a DPPA action accrues for statute of limitations purposes. *See, e.g.*, *Karasov*, 2015 WL 439509, at *5 n.6; *Rasmusson v. Chisago Cnty.*, 991 F. Supp. 2d 1065, 1079 n.9 (D. Minn. 2014).

The Court's conclusion is also consistent with Supreme Court precedent and with the text and structure of the applicable statute of limitations. In *TRW Inc. v. Andrews*, 534 U.S. 19 (2001), the Court recognized the tendency of lower federal courts to conclude that a cause of action accrues upon discovery when the applicable statute of limitations is silent on the issue. However, the Court went on to explain that "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute." *TRW Inc.*, 534 U.S. at 27–28. 28 U.S.C. § 1658(a) is silent as to when a cause of action accrues for statute

7

of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary legislative intent." *TRW Inc.*, 534 U.S. at 28. Accordingly, the Court concludes that Congress did not intend to apply the discovery rule to actions—such as those for violations of the DPPA—that are governed by 28 U.S.C. § 1658(a).

<u>Date of Amended Complaint</u>

"Where an action is dismissed without prejudice, the plaintiff may refile *before* the expiration of the applicable statute of limitations." *Alexander v. Bradshaw*, 599 F. App'x 945, 946 (11th Cir. 2015) (emphasis added). "Dismissal of a complaint, without prejudice, does not allow a later complaint to be filed outside the statute of limitations." *Bost v. Fed. Express Corp.*, 372 F.3d 1233, 1242 (11th Cir. 2004) (citing *Stein v. Reynolds Sec., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982)). "[T]he filing of a lawsuit which later is dismissed without prejudice does not automatically toll the statute of limitations." *Justice v. United States*, 6 F.3d 1474, 1478–79 (11th Cir. 1993). "Although a court may equitably toll a limitations period, the plaintiffs must establish that tolling is warranted. Equitable tolling is inappropriate when a plaintiff did not file an action promptly or failed to act with due diligence." *Bost*, 372 F.3d at 1242. Furthermore, "due diligence on the part of the plaintiff, though necessary, is not sufficient to prevail on the issue of equitable tolling. The Supreme Court has made clear that tolling is an extraordinary remedy which should be extended only sparingly." *Justice*, 6 F.3d at 1479 (11th Cir. 1993) (citing *Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 96 (1990)).

A653

In the instant case, the initial Complaint filed by Plaintiffs Toni Foudy and Shaun Foudy on August 15, 2014 was considered to be a continuation of *Foudy I* for statute of limitations purposes. In other words, the statute of limitations period was equitably tolled pursuant to the Order Severing Plaintiffs' Action entered in *Foudy I*. In that Order, Plaintiffs were cautioned about improper joinder of defendants. Nevertheless, on January 16, 2015, the Court dismissed Plaintiffs' Complaint without prejudice for failure to proceed within the bounds of permissive joinder. In dismissing Plaintiffs' Complaint without prejudice, the Court again cautioned Plaintiffs about improper joinder and provided clear instructions to be followed in the event Plaintiffs filed an amended complaint directed toward more than one defendant. While Plaintiffs were given fifteen days to file an amended complaint, the Court did not indicate that Plaintiffs would once again receive the benefit of equitable tolling. *See* DE 11. Having ignored the warnings provided in *Foudy I*, Plaintiffs squandered their opportunity to proceed as if time had stopped.

Plaintiffs' lack of diligence caught up with them again on February 2, 2015. On that date, this case was closed for Plaintiffs' failure to comply with the Court's prior Order. *See* DE 12. Specifically, Plaintiffs failed to file an amended complaint within the time permitted. Plaintiffs had been given fifteen days—until Saturday, January 31, 2015—to file an amended complaint. *See* DE 11. Plaintiffs argued in their Motion to Reopen Case [DE 15] that, pursuant to Federal Rule of Civil Procedure 6, the time to file an amended complaint should have extended through Monday, February 2, 2015. However, Plaintiffs failed to address the Court's concerns regarding joinder of defendants either in their Motion or the proposed amended complaint attached thereto. For that reason, the Court denied Plaintiffs' Motion to Reopen on February 3, 2015. *See* DE 16.

A654

On February 18, 2015, Plaintiffs filed a second Motion to Reopen Case [DE 17]. On February 20, 2015, the Court ordered Defendants to respond to Plaintiffs' Motion within ten days, and indicated that it would determine whether to sever this action and whether to reopen the case after Plaintiffs' Motion had been fully briefed. *See* DE 18. On March 2, 2015, Defendants filed their Response to Plaintiffs' Motion to Reopen Case. *See* DE 19. On March 12, 2015, Plaintiffs filed their Reply, and the Motion was fully briefed. *See* DE 20. On June 19, 2015, the Court granted Plaintiffs' Motion to Reopen Case and ordered Plaintiffs to file the Amended Complaint attached to their Motion as a separate docket entry no later than June 23, 2015. *See* DE 21. On June 22, 2015, Plaintiff Toni Foudy filed her Amended Complaint. *See* DE 22.

Under these circumstances, the extraordinary remedy of equitable tolling is inappropriate with respect to the period of time between rendition of the Order Severing Plaintiffs' Action in *Foudy I* and the date on which Plaintiffs filed their Reply in support of their Motion to Reopen Case in the instant action. During this time, Plaintiffs repeatedly failed to comply with the Court's instructions and did not demonstrate the due diligence necessary to prevail on the issue of equitable tolling. *See Bost*, 372 F.3d at 1242; *Justice*, 6 F.3d at 1478–79. Despite having been cautioned about improper joinder of defendants in *Foudy I*, Plaintiffs failed to establish in their initial Complaint filed in this action that joinder of the defendants named therein was permissible. Following this Court's dismissal of Plaintiffs' Complaint, Plaintiffs failed to comply with the clear instructions provided by this Court regarding the filing of an amended complaint. As a result, this case was closed and could not be reopened until Plaintiffs' second Motion to Reopen Case had been fully briefed. Accordingly, the Court does not consider Plaintiff's Amended Complaint to be a continuation of *Foudy I* for statute of limitations purposes. Rather,

A655

all claims asserted in Plaintiff's Amended Complaint are deemed filed as of March 12, 2015, the earliest date on which this case could have been reopened.[7]

Defendants' Alleged Violations of the DPPA

In light of the foregoing, Plaintiff may seek relief only for DPPA violations alleged to have occurred on or after March 12, 2011—four years prior to the date on which Plaintiff's Amended Complaint is deemed to have been filed. However, it is apparent from the exhibits attached to Plaintiff's Amended Complaint that none of the alleged DPPA violations occurred within that period of time. The only alleged DPPA violations were committed on May 21, 2006. *See* DE 22-1 at 1. Accordingly, all of Plaintiffs' DPPA claims against the Defendants named in Count I are time-barred. Likewise, Count II—which asserts vicarious liability for the DPPA violations allegedly committed by the Defendants named in Count I—are time-barred. Counts I and II are therefore DISMISSED WITH PREJUDICE.

**B.  § 1983 Claims**

Statute of Limitations

Florida's four-year statute of limitations applies to claims of deprivation of rights under 42 U.S.C. § 1983. *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003) (citing *City of Hialeah v. Rojas,* 311 F.3d 1096, 1102 n. 2 (11th Cir. 2002)). Accordingly, a plaintiff must commence a § 1983 claim arising in Florida within four years of the allegedly unconstitutional or otherwise illegal act. *Burton v. City of Belle Glade*, 178 F.3d 1175, 1188 (11th Cir. 1999) (citing *Baker v. Gulf & Western Indus., Inc.*, 850 F.2d 1480, 1483 (11th Cir. 1988)).

---

[7] The Court finds that the period of time between the date on which Plaintiffs filed their Reply in support of their Motion to Reopen Case and the date on which Plaintiff filed her Amended Complaint, a copy of which was attached to the Motion to Reopen Case, should not count against Plaintiff for statute of limitations purposes. The Court also notes, however, that the result reached in this Order would be the same whether it deemed Plaintiff's Amended Complaint to have been filed on February 18, 2015 (the date Plaintiffs' second Motion to Reopen Case was filed), March 12, 2015 (the date Plaintiffs' reply in support of the second Motion to Reopen Case was filed), or June 22, 2015 (the date Plaintiff's Amended Complaint was actually filed).

A656

This limitations period begins to run when the facts that "would support a cause of action are apparent or should be apparent to a person with a reasonably prudent regard for his rights." *Id.* at 561–62 (quoting *Mullinax v. McElhenney*, 817 F.2d 711, 716 (11th Cir. 1987)). Thus, a cause of action does not accrue until the plaintiff knows or has reason to know that he has been injured and is aware or should have been aware of who has inflicted the injury. *Mullinax*, 817 F.2d at 716. "This rule requires a court first to identify the alleged injuries, and then to determine when plaintiffs could have sued for them." *Rozar*, 85 F.3d at 562 (citing *Kelly v. City of Chicago*, 4 F.3d 509, 511 (7th Cir. 1993)).

With respect to Plaintiff's § 1983 claims, asserting civil rights violations in connection with Defendants' alleged DPPA violations, the four-year statute of limitations period began to run, at the latest, when Toni Foudy received her D.A.V.I.D. records. *See* DE 22 ¶ 17. Prior to obtaining these records, listing each date on which Plaintiff's personal information from a motor vehicle record may have been accessed for an impermissible purpose and by whom, Plaintiff likely did not know or have reason to know that she had been injured and who had inflicted the injury. Accordingly, Counts III and IV of Plaintiff's Amended Complaint are not barred by the statute of limitations provided that Plaintiff received her D.A.V.I.D. records on or after March 12, 2011.

Plaintiff's Amended Complaint does not allege the date on which she received her D.A.V.I.D. records, and it is not otherwise apparent from the face of the Amended Complaint or the attached exhibits that Plaintiff's § 1983 claims are time-barred. Rather, whether these claims are time-barred depends on facts not yet in evidence. Dismissal of Counts III and IV on statute of limitations grounds is therefore inappropriate at this stage. *See Gonsalvez*, 750 F.3d at 1197; *Lesti*, 960 F. Supp. 2d at 1317.

A657

## V.     CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that Defendants, City of

Fort Pierce's and Jason Braun's Motion to Dismiss Plaintiff's Amended Complaint [DE 25] is

**GRANTED IN PART and DENIED IN PART** as follows:

1.  Counts I and II of Plaintiff's Amended Complaint [DE 22] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds. Dismissal of Plaintiff's Amended Complaint on statute of limitations grounds is otherwise inappropriate at this stage.

2.  Pursuant to the Court's Paperless Order [DE 28] following the Status Conference held July 8, 2015, the parties shall attend mediation no later than 30 days after the date of this Order.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>28th</u> day of July, 2015.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

13

A658

# TAB

# 36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO:  2:14-cv-14324-RLR

TONI FOUDY,

      Plaintiff,

vs.

CITY OF FORT PIERCE,
JASON BRAUN, individually
and JANE and JOHN DOES (1-10),

      Defendants.

_____/

## <u>DEFENDANT, JASON BRAUN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT</u>

The Defendant, Jason Braun, pursuant to Rule 12 of the Federal Rules of Civil Procedure, files this Answer and Affirmative Defenses to Plaintiff's Amended Complaint filed June 22, 2015 [Doc. 22], as follows:

1.      The Defendant admits that all times material hereto, the City of Fort Pierce was and is a municipal subdivision of the State of Florida and is situated within the jurisdiction of this Court.

2.      The Defendant admits that at all times material hereto, he was and is a resident and citizen of the State of Florida.

3.      The Defendant admits that on May 21, 2006, he was employed as a law enforcement officer by the City of Fort Pierce.

4.      The Defendant specifically denies that the Plaintiff's Amended Complaint states a cause of action or claim upon which relief can be granted against the Defendant.

5.      The Defendant specifically denies that the Plaintiff's Amended Complaint states a

cause of action or claim upon which relief can be granted against the Defendant for violation of the Plaintiff's civil rights under 42 U.S.C. § 1983.[1]

6.        The Defendant denies severally each and every remaining allegation of the Plaintiff's Amended Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

The following affirmative defenses are pled alternatively and without prejudice to or election between or among said defenses:

7.        By way of affirmative defense, the Defendant asserts that Count IV of the Plaintiff's Amended Complaint fails to state a cause of action pursuant to 42 U.S.C. § 1983 against this Defendant upon which relief may be granted.

8.        By way of affirmative defense, the Defendant asserts that the claims asserted in the Plaintiff's Amended Complaint are barred by the applicable statute of limitations or prescriptive period.

9.        By way of affirmative defense, the Defendant asserts that at all times material hereto, he was lawfully exercising his rights as a law enforcement officer in a legal manner.

10.       By way of affirmative defense, the Defendant asserts that at all times material hereto, and under the circumstances that existed, he was justified in his actions pursuant to 18 U.S.C. § 2721, *et seq.*, or any other applicable statute.

11.       By way of affirmative defense, the Defendant asserts that he was in the lawful exercise of his law enforcement duties in his official capacity at the time of all actions taken involving the Plaintiff.  At no time did this Defendant act in his individual capacity with regard

---

[1]        Count I and Count II for violations of the Driver's Privacy Protection Act, 18 U.S.C. § 2721, *et seq.* (*see* Amended Complaint, ¶¶ 44 – 62 and ¶¶ 63 – 70) were dismissed with prejudice by Order of Court filed July 28, 2015 [Doc 33].  Likewise, Count IV is alleged against Co – Defendant, the City of Ft. Pierce.  (*See* Amended Complaint, ¶¶ 82 – 95.)  Therefore, these Counts need not be answered or addressed in this pleading.

A660

to the actions taken involving the Plaintiff.

12.     By way of affirmative defense, the Defendant asserts that at all times material hereto, he was acting with a reasonable, good faith belief that his actions and conduct were justified, legal, and proper under the circumstances and did not violate clearly established statutory or constitutional rights and, thus, is entitled to qualified, statutory, and/or discretionary immunity for the acts complained of by the Plaintiff.

13.     By way of affirmative defense, the Defendant asserts that his conduct regarding the incident described in the Plaintiff's Amended Complaint was taken in good faith and was objectively reasonable under the circumstances presented.

14.     By way of affirmative defense, the Defendant asserts that he is not liable for the damages alleged by the Plaintiff because those damages were caused by intervening or superseding actions of the Plaintiff and/or third parties beyond the control of this Defendant.

15.     By way of affirmative defense, the Defendant asserts that the incident alleged in the Plaintiff's Amended Complaint was caused in whole or in part by the negligence and carelessness of the Plaintiff so as to proximately result or contribute to the alleged incident and alleged damages.  Therefore, the Plaintiff's recovery, if any, should be barred or reduced by the ratio in which the negligence or carelessness contributed to the alleged incident and alleged damages.

16.     By way of affirmative defense, the Defendant asserts that the Plaintiff has failed to undertake reasonable efforts or exercise reasonable care to mitigate her damages.  Therefore, the Plaintiff's recovery, if any, should be reduced or comparatively diminished to the extent to which the failure of the Plaintiff to exercise reasonable care or undertake reasonable efforts to mitigate her damages contributed to, exacerbated, or increased the alleged damages.

17.     By way of affirmative defense, the Defendant asserts that all or a portion of the

A661

expenses incurred by the Plaintiff as a result of the incident alleged in the Plaintiff's Amended Complaint have been paid or are payable from collateral sources. Therefore, the Defendant is entitled to set off of any and all sums that have been paid to or on behalf of the Plaintiff from any collateral source.

18.     By way of affirmative defense, the Defendant asserts that there is no evidence to support the claims against him. To the contrary, the allegations set forth in the Plaintiff's Amended Complaint are false and fraudulent. Consequently, the Defendant is entitled to an award of attorney's fees from the Plaintiff and her attorneys under 42 U.S.C. § 1988.

## **DEMAND FOR JURY TRIAL**

19.     The Defendant demands a trial by jury of all issues so triable as a matter of right.

## **Certificate of Service**

**I HEREBY CERTIFY** that on August 11, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Mirta Desir, Esq., Desir & Associates, Post Office Box 1052, West Palm Beach, FL 33402, mdesir@gmail.com; mdesir@desirlaw.com, desirandassociates@gmail.com; and Sherri K. DeWitt, Esq. and David Malatesta, Esq., DeWitt Law Firm, P.A., P.O. Box 2625, Orlando, FL 32802-2625, service@dewittlaw.com, dewitt@dewittlaw.com, david@dewittlaw.com.

*/s/ Gail C. Bradford*
WILLIAM E. LAWTON, ESQ.
Florida Bar No. 163236
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310   Fax: 407-648-0233
WLawton@drml-law.com
GBradford@drml-law.com
Attorneys for Defendant, Jason Braun

A662

# TAB

# 37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO:  2:14-cv-14324-RLR

TONI FOUDY,

      Plaintiff,

vs.

CITY OF FORT PIERCE,
JASON BRAUN, individually
and JANE and JOHN DOES (1-10),

      Defendants.

_____/

## DEFENDANT, CITY OF FORT PIERCE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

The Defendant, the City of Fort Pierce, pursuant to Rule 12 of the Federal Rules of Civil Procedure, files this Answer and Affirmative Defenses to Plaintiff's Amended Complaint filed June 22, 2015 [Doc. 22], as follows:

1.      The Defendant admits that all times material hereto, it was and is a municipal subdivision of the State of Florida and situated within the jurisdiction of this Court.

2.      The Defendant admits that on May 21, 2006, Jason Braun was employed as a law enforcement officer by the City of Fort Pierce.

3.      The Defendant specifically denies that it failed to provide proper training or supervision to Jason Braun with respect to "accessing private driver's license information."

4.      The Defendant specifically denies that it failed to have a policy, regulation, custom, or practice in place, leading to a violation of the Plaintiff's civil rights, as pled.

5.      The Defendant specifically denies that the Plaintiff's Amended Complaint states a

cause of action or claim upon which relief can be granted against the Defendant.

6.     The Defendant specifically denies that the Plaintiff's Amended Complaint states a cause of action or claim upon which relief can be granted against the Defendant for violation of the Plaintiff's civil rights under 42 U.S.C. § 1983.[1]

7.     The Defendant denies severally each and every remaining allegation of the Plaintiff's Amended Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

The following affirmative defenses are pled alternatively and without prejudice to or election between or among said defenses:

8.     By way of affirmative defense, the Defendant asserts that Count IV of the Plaintiff's Amended Complaint fails to state a cause of action pursuant to 42 U.S.C. § 1983 against this Defendant upon which relief may be granted.

9.     By way of affirmative defense, the Defendant asserts that the claims asserted in the Plaintiff's Amended Complaint are barred by the applicable statute of limitations or prescriptive period.

10.     By way of affirmative defense, the Defendant asserts that at all times material hereto, Jason Braun was lawfully exercising his rights as a law enforcement officer in a legal manner.

11.     By way of affirmative defense, the Defendant asserts that at all times material hereto, and under the circumstances that existed, Jason Braun was justified in his actions

---

[1]     Count I and Count II for violations of the Driver's Privacy Protection Act, 18 U.S.C. § 2721, *et seq.* (*see* Amended Complaint, ¶¶ 44 – 62 and ¶¶ 63 – 70) were dismissed with prejudice by Order of Court filed July 28, 2015 [Doc 33].  Likewise, Count III is alleged against Co – Defendant, Jason Braun.  (*See* Amended Complaint, ¶¶ 71 – 81.)  Therefore, these Counts need not be answered or addressed in this pleading.

A664

pursuant to 18 U.S.C. § 2721, *et seq.*, or any other applicable statute.

12.     By way of affirmative defense, the Defendant asserts that Jason Braun was in the lawful exercise of his law enforcement duties in his official capacity at the time of all actions taken involving the Plaintiff.  At no time did Jason Braun act in his individual capacity with regard to the actions taken involving the Plaintiff.

13.     By way of affirmative defense, the Defendant asserts that at all times material hereto, Jason Braun was acting with a reasonable, good faith belief that his actions and conduct were justified, legal, and proper under the circumstances and did not violate clearly established statutory or constitutional rights and, thus, is entitled to qualified, statutory, and/or discretionary immunity for the acts complained of by the Plaintiff.

14.     By way of affirmative defense, the Defendant asserts that its conduct regarding the incident described in the Plaintiff's Amended Complaint was taken in good faith and was objectively reasonable under the circumstances presented.

15.     By way of affirmative defense, the Defendant asserts that it is not liable for the damages alleged by the Plaintiff because those damages were caused by intervening or superseding actions of the Plaintiff and/or third parties beyond the control of this Defendant.

16.     By way of affirmative defense, the Defendant asserts that the incident alleged in the Plaintiff's Amended Complaint was caused in whole or in part by the negligence and carelessness of the Plaintiff so as to proximately result or contribute to the alleged incident and alleged damages.  Therefore, the Plaintiff's recovery, if any, should be barred or reduced by the ratio in which the negligence or carelessness contributed to the alleged incident and alleged damages.

A665

17.     By way of affirmative defense, the Defendant asserts that the Plaintiff has failed to undertake reasonable efforts or exercise reasonable care to mitigate her damages.  Therefore, the Plaintiff's recovery, if any, should be reduced or comparatively diminished to the extent to which the failure of the Plaintiff to exercise reasonable care or undertake reasonable efforts to mitigate her damages contributed to, exacerbated, or increased the alleged damages.

18.     By way of affirmative defense, the Defendant asserts that all or a portion of the expenses incurred by the Plaintiff as a result of the incident alleged in the Plaintiff's Amended Complaint have been paid or are payable from collateral sources.  Therefore, the Defendant is entitled to set off of any and all sums that have been paid to or on behalf of the Plaintiff from any collateral source.

19.     By way of affirmative defense, the Defendant asserts that there is no evidence to support the claims against it.  To the contrary, the allegations set forth in the Plaintiff's Amended Complaint are false and fraudulent.  Consequently, the Defendant is entitled to an award of attorney's fees from the Plaintiff and her attorneys under 42 U.S.C. § 1988.

## **DEMAND FOR JURY TRIAL**

20.     The Defendant demands a trial by jury of all issues so triable as a matter of right.

## **Certificate of Service**

**I HEREBY CERTIFY** that on August 11, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:  Mirta Desir, Esq., Desir & Associates, Post Office Box 1052, West Palm Beach, FL  33402, mdesir@gmail.com;  mdesir@desirlaw.com,  desirandassociates@gmail.com;  and Sherri K. DeWitt, Esq. and David Malatesta, Esq., DeWitt Law Firm, P.A., P.O. Box 2625, Orlando, FL 32802-2625, service@dewittlaw.com, dewitt@dewittlaw.com, david@dewittlaw.com.

/s/ Gail C. Bradford
WILLIAM E. LAWTON, ESQ.
Florida Bar No. 163236
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980

A666

Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:  407-422-4310    Fax:  407-648-0233
WLawton@drml-law.com
GBradford@drml-law.com
Attorneys for Defendant, City of Fort Pierce

A667

# TAB

# 48

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 2:14-CV-14324-ROSENBERG/LYNCH

TONI FOUDY,

      Plaintiff,

v.

CITY OF FORT PIERCE *et al.*,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court *sua sponte*. On July 28, 2015, the Court entered an Order Granting in Part and Denying in Part Defendants, City of Fort Pierce's and Jason Braun's Motion to Dismiss Plaintiff's Amended Complaint [DE 25]. *See* DE 33. Pursuant to that Order, Counts I and II of Plaintiff's Amended Complaint [DE 22] were dismissed with prejudice on statute of limitations grounds. *See id.* at 13. The Court concluded, however, that dismissal of Plaintiff's Amended Complaint on statute of limitations grounds was otherwise inappropriate. *See id.* The Court has reconsidered its prior Order and now revises that Order as follows:[1] Defendants' Motion [DE 25] is **GRANTED**. In addition to Counts I and II, Counts III and IV are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

## I.      INTRODUCTION

This action was brought pursuant to 18 U.S.C. § 2721 *et seq.* and 42 U.S.C. § 1983 for alleged violations of the Driver's Privacy Protection Act of 1994 ("DPPA") and related

---

[1] The Court may reconsider, revise, alter, or amend its prior Order on Defendants' Motion at any time prior to entering final judgment. *See Fortran Grp. Int'l, Inc. v. Tenet Hospitals Ltd.*, 543 F. App'x 934, 936 (11th Cir. 2013) (citing *Harper v. Lawrence Cnty., Ala.*, 592 F.3d 1227, 1232 (11th Cir. 2010); *Hardin v. Hayes*, 52 F.3d 934, 938 (11th Cir. 1995)).

violations of Plaintiff's civil rights. The Court set out the relevant procedural history in detail in its prior Order on Defendants' Motion to Dismiss, *see* DE 33 at 2–5, and will not repeat itself here.

In its prior Order, the Court concluded that a four-year statute of limitations period applies both to Plaintiff's DPPA claims and to Plaintiff's § 1983 claims. *See id.* at 6, 11. With respect to Plaintiff's DPPA claims, the Court further concluded that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. *See id.* at 6–8. As a result, the Court determined that Plaintiff's DPPA claims are barred by the statute of limitations. *See id.* at 8–11. On these points, the Court's prior Order stands.

However, with respect to Plaintiff's § 1983 claims, the Court has reconsidered the reasoning behind its conclusion that a four-year statute of limitations period applies. The Court has also reconsidered its conclusion that the four-year period began to run when Plaintiff discovered Defendants' alleged DPPA violations. *See id.* at 12. For the reasons set forth below, the Court now concludes that the four-year period began to run as to each Defendant on the latest date that Defendant allegedly violated the DPPA. Accordingly, Plaintiff's DPPA claims *and* Plaintiff's § 1983 claims are barred by the statute of limitations.

## II.     LEGAL STANDARD

"A Rule 12(b)(6) dismissal on statute of limitations grounds is appropriate 'if it is apparent from the face of the complaint that the claim is time-barred.'" *Gonsalvez v. Celebrity Cruises Inc.*, 750 F.3d 1195, 1197 (11th Cir. 2013) (quoting *La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 845 (11th Cir. 2004)). "Exhibits to the complaint are considered a part of the complaint for all purposes, and may therefore be considered in deciding a motion to dismiss." *Lawrence v. United States*, 597 F. App'x 599, 602 (11th Cir. 2015) (internal citation omitted).

2

A669

### III.     LEGAL ANALYSIS

#### A.  Statute of Limitations for § 1983 Claims

Plaintiff's § 1983 claims are predicated exclusively on Defendants' alleged violations of the DPPA. Plaintiff does not allege "the deprivation of any rights, privileges, or immunities secured by the Constitution and laws"[2] other than the statutory rights to which Plaintiff claims she is entitled under the DPPA. *See* DE 22, Am. Compl. ¶¶ 71–95. In other words, Plaintiff's § 1983 claims are made possible by the DPPA, a federal statute enacted in 1994. *See* Pub. L. No. 103-322, §§ 300001–03, 108 Stat. 2099 (1994).

The statute of limitations period applicable to Plaintiff's § 1983 claims is therefore determined not by reference to Florida's personal injury statute of limitations, but by reference to 28 U.S.C. § 1658(a).[3] Section 1658 provides a uniform federal statute of limitations for all civil actions arising under federal statutes enacted after December 1, 1990. *See* 28 U.S.C. § 1658(a); *Jones v. R.R. Donnelley & Sons Co.*, 541 U.S. 369, 380 (2004). A cause of action need not be "based solely upon" a post-1990 enactment for § 1658 to apply. *Jones*, 541 U.S. at 383. Rather, "a cause of action 'aris[es] under an Act of Congress enacted' after December 1, 1990—and therefore is governed by § 1658's 4-year statute of limitations—if the plaintiff's claim was made possible by a post-1990 enactment." *Id.* at 382.

The Supreme Court has suggested that a § 1983 claim predicated on the violation of a federal statute enacted after December 1, 1990 is "made possible by" a post-1990 enactment and is therefore governed by § 1658's 4-year statute of limitations.

> The statute of limitations for a § 1983 claim is generally the applicable state-law period for personal-injury torts. . . . It may be, however, that this limitations period does not apply to respondent's § 1983 claim. In 1990, Congress enacted 28

---

[2] 42 U.S.C § 1983.
[3] "Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues."

A670

U.S.C. § 1658(a), which provides a 4-year, catchall limitations period applicable to "civil action[s] arising under an Act of Congress enacted after" December 1, 1990. In [*Jones*], we held that this 4-year limitations period applies to all claims "made possible by a post–1990 [congressional] enactment." *Since the claim here rests upon violation of the post–1990 [Telecommunications Act of 1996], § 1658 would seem to apply.*

*City of Rancho Palos Verdes, Cal. v. Abrams*, 544 U.S. 113, 123 n.5 (2005). Relying in part on this language, the Eleventh Circuit Court of Appeals has concluded that § 1658's 4-year statute of limitations governs a § 1983 claim for violations of § 1981, as amended in 1991. *See Baker v. Birmingham Bd. of Educ.*, 531 F.3d 1336, 1338 (11th Cir. 2008) (quoting *Jones*, 541 U.S. at 382) (*citing Abrams*, 544 U.S. at 123 n.5) ("In this case, [plaintiff's] claims arise under a post-1990 Act of Congress. Were it not for the 1991 Act, [plaintiff's] complaint would fail to state a claim under § 1983. . . . [Plaintiff's] claims against [defendant] were 'made possible by a post-1990 enactment' and 'therefore [are] governed by § 1658's 4-year statute of limitations.'").

In the instant case, Plaintiff's § 1983 claims are predicated on Defendants' alleged violations of the post-1990 DPPA. Thus, Plaintiff's claims are "made possible by a post-1990 enactment" and "therefore [are] governed by § 1658's 4-year statute of limitations." *See Jones*, 541 U.S. at 382; *Abrams*, 544 U.S. at 123 n.5; *Baker*, 531 F.3d at 1338.

### B. Accrual of § 1983 Claims

Plaintiff's § 1983 claims accrued for statute of limitations purposes at the time the alleged violations of Plaintiff's statutory rights under the DPPA occurred, not at the time Plaintiff discovered the facts constituting the alleged violations. This conclusion is consistent with Supreme Court precedent and with the text and structure of 28 U.S.C. § 1658:

(a) Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later than 4 years after the cause of action accrues.

A671

(b) Notwithstanding subsection (a), a private right of action that involves a claim of fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws, as defined in section 3(a)(47) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(47)), may be brought not later than the earlier of—

(1) 2 years after the discovery of the facts constituting the violation; or

(2) 5 years after such violation.

Plaintiff's § 1983 claims do not involve "fraud, deceit, manipulation, or contrivance in contravention of a regulatory requirement concerning the securities laws." Section 1658(b) and the discovery rule embedded in that subsection are therefore inapplicable to these claims. Rather, Plaintiff's § 1983 claims—like Plaintiff's DPPA claims—are governed by § 1658(a).

As the Court noted in its prior Order, § 1658(a) is silent as to when a cause of action accrues for statute of limitations purposes. However, in 2002, Congress added 28 U.S.C. § 1658(b), which enumerates certain types of actions that may accrue upon discovery, and left § 1658(a) unchanged. *See Merck & Co. v. Reynolds*, 559 U.S. 633, 647–48 (2010). "Congress can convey its refusal to adopt a discovery rule . . . by implication from the structure or text of the particular statute. . . . Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary legislative intent." *TRW Inc. v. Andrews*, 534 U.S. 19, 27–28 (2001). The Court therefore concludes that Congress did not intend to apply the discovery rule to actions governed by § 1658(a).

### C.  Defendants' Alleged Violations of the DPPA

For the reasons set forth in the Court's prior Order, Plaintiff may seek relief under § 1983 only for DPPA violations alleged to have occurred on or after March 12, 2011—four years prior to the date on which Plaintiff's Amended Complaint is deemed to have been filed. *See* DE 33 at

A672

8–11. However, it is apparent from the exhibits attached to Plaintiff's Amended Complaint that none of the alleged DPPA violations occurred within that period of time.[4] Accordingly, Plaintiff's § 1983 claim against the individual Defendant named in Count III is time-barred. Likewise, Count IV against the City of Fort Pierce—which is predicated on the individual violations alleged in Count III—is also barred.[5] Counts III and IV are therefore DISMISSED WITH PREJUDICE.

## IV.    CONCLUSION

For the foregoing reasons, it is **ORDERED and ADJUDGED** that Defendants, City of Fort Pierce's and Jason Braun's Motion to Dismiss Plaintiff's Amended Complaint [DE 25] is **GRANTED** as follows:

1. In addition to Counts I and II, Counts III and IV of Plaintiff's Amended Complaint [DE 22] are **DISMISSED WITH PREJUDICE** on statute of limitations grounds.

2. The Court will enter Final Judgment in favor of Defendants separately.

3. All pending motions are **DENIED AS MOOT**, all scheduled hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 8th day of September, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

---

[4] The dates of Defendants' alleged DPPA violations are set forth in the Court's prior Order. *See* DE 33 at 11.
[5] To the extent that Plaintiff's § 1983 claim against Defendant City of Fort Pierce might be predicated on individual DPPA violations that occurred *within* the statute of limitations period, the Court notes that Plaintiff has not alleged any such violations. If any DPPA violations occurred within the statute of limitations period, the Court cannot fathom why Plaintiff would not have alleged the same in her Amended Complaint. The Court therefore concludes that no individual DPPA violations occurred within the statute of limitations period.

A673

# TAB

# 49

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:14-CV-14324-ROSENBERG/LYNCH**

TONI FOUDY,

      Plaintiff,

v.

CITY OF FORT PIERCE *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT IN FAVOR OF DEFENDANTS

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss [DE 48], it is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants. Plaintiff shall recover nothing, and Defendants shall go hence without day. The Court reserves jurisdiction to consider claims for attorneys' fees and/or costs.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 17th day of September, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

A674

# TAB

# 51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

Toni Foudy,                                          Civil Action No. 14-14324
                                                        ROSENBERG/LYNCH
                  Plaintiff,

v.

City of Fort Pierce, et al.                         **NOTICE OF APPEAL**

                  Defendants.

---

Pursuant to Fed. R. App. P. 3(c)(1) and (4)(a), notice is hereby given that Plaintiff

Toni Foudy, in the above-named case, appeals to the United States Court of Appeals for

the Eleventh Circuit.

Plaintiff appeals from (i) the Order (Docket No. 33) of the United States District

Court for the Southern District of Florida that was entered on July 28, 2015, (ii) the Order

(Docket No. 48) of the United States District Court for the Southern District of Florida

that was entered on September 9, 2015, and (iii) the Final Judgment (Docket 49) of the

United States District Court for the Southern District of Florida that was entered on

September 17, 2015.  Plaintiff appeals the Court's Orders dismissing her Complaint and

all Orders inhering therein.

Dated:  October 16, 2015                    s/ Sheri K. DeWitt
                                            Sherri K. DeWitt, Esq.
                                            FBN: 357413
                                            DEWITT LAW FIRM, P.A.
                                            37 N. Orange Avenue, Suite 840
                                            Orlando, Florida 32801
                                            Phone: (407) 245-7723
                                            Facsimile: (407) 650-1928

A675

E-Mail: service@dewittlaw.com
E-Mail:dewitt@dewittlaw.com

Jon A. Strauss (admitted *pro hac)*
Sapientia Law Group, PLLC
120 South 6th Street, Suite 100
Minneapolis, MN  55402
Phone:  (612) 756-7110
Facsimile:  (612) 756-7101
jons@sapientialaw.com

**Counsel for Plaintiff**
**Toni Foudy**

# TAB G

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on, February 12, 2016 I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  February 12, 2016                **SAPIENTIA LAW GROUP, PLLC**

<u>                s/Sonia Miller-Van Oort              </u>
   Jonathan A. Strauss (#0279602)
   Sonia Miller-Van Oort (#278087)
   Lorenz F. Fett (#196769)
   120 South Sixth Street, Suite 100
   Minneapolis, MN 55402
   Telephone: 612.756.7100
   Email: jons@sapientialaw.com
   Email: soniamv@sapientialaw.com
   Email: larryf@sapientialaw.com

   Sherri K. DeWitt
   DeWitt Law Firm, P.A.
   37 North Orange Avenue
   Suite 840
   Orlando, FL 32801

   ***Attorneys for Plaintiff-Appellant***